**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) ) ) | Case No. 17-12906 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE TO CREDITORS AFFECTED BY**
**THE DEBTORS' FILING OF AMENDMENTS TO CERTAIN**
**OF THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES**

> YOU ARE RECEIVING THIS NOTICE BECAUSE THE DEBTORS HAVE FILED AMENDED SCHEDULES IN THE ABOVE-CAPTIONED CHAPTER 11 CASES. **PLEASE TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FILING OF THESE AMENDED SCHEDULES. THEREFORE, YOU ARE ADVISED TO REVIEW CAREFULLY THE INFORMATION CONTAINED IN THIS NOTICE AND THE AMENDED SCHEDULES ATTACHED HERETO.**

**PLEASE TAKE NOTICE** that on January 19, 2018, the above captioned debtors and debtors-in-possession (collectively, the "Debtors") each filed its respective *Schedule of Assets and Liabilities and Statements of Financial Affairs* [Docket Nos. 345-358] (collectively, the "Original Schedules") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**PLEASE TAKE FURTHER NOTICE** that on February 16, 2018, the Debtors filed certain amendments to the Original Schedules (the "Amended Schedules"), pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' service address is: 6001 Savoy Drive, Houston, Texas 77036.

1

PHIL1 6803589v.1

Bankruptcy Rule 1009(a), Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and the Court's Bar Date Order.[2] A copy of each of the Amended Schedules is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the liabilities scheduled in the Amended Schedules shall be deemed included in the Original Schedules as of January 19, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have amended the Original Schedules only as set forth in the Amended Schedules, and none of the other Original Schedules. Moreover, the Amended Schedules affect *only* those claims from Original Schedules that appear on the Amended Schedules.

**PLEASE TAKE FURTHER NOTICE** that if the Debtors have listed your claim on the Amended Schedules as "disputed, contingent, or unliquidated," or if you disagree with the amount, nature, or piroirty of the claim as set forth in the Amended Schedules, *you must file a proof of claim on or before March 12, 2018, at 5:00 p.m. (prevailing Eastern time)* in order to preserve your right, if any, to receive payment from the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the Bar Date Order, which sets forth certain procedures that you must follow if you wish to file a proof of claim.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding the filing of the Amended Schedules, the Debtors reserve the right to further amend, in their sole discretion, the schedules of assets and liabilities filed in these chapter 11 cases, consistent with the provisions of the Bankruptcy Code and the Bankruptcy Rules.

---

[2] "Bar Date Order" means the *Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of Bar Dates* [Docket No. 299].

PHIL1 6803589v.1

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended Schedules are available for inspection free of charge on the website maintained in these chapter 11 cases at www.omnimgt.com/charmingcharlie. The Amended Schedules also are available for a fee at the Court's website at http://www.deb.uscourts.gov. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. Copies of the Amended Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m., prevailing Eastern Time, Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: February 16, 2018<br>Wilmington, Delaware | */s/ Michael W. Yurkewicz*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:   (302) 426-1189<br>Facsimile:   (302) 426-9193 |

-and -

Morton Branzburg (admitted *pro hac vice*)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:   (215) 569-2700
Facsimile:   (215) 568-6603

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher T. Greco (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

-and-

James H.M. Sprayregen, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

PHIL1 6803589v.1