**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: **Charming Charlie Holdings Inc.**, *et al*.

17-12906 (CSS)
Reporting Period: Apr 8 - May 5, 2018
Federal Tax I.D. #    80-0966139

Charming Charlie Holdings Inc. and its related debtor legal entities

**MONTHLY OPERATING REPORT**

| Charming Charlie | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
|    Bank Reconciliation (or copies of Debtors' bank reconciliations) | MOR-1a | X | |
|    Schedule of Professional Fees Paid | MOR-1b | X | |
|    Cash flows related to DIP ABL facility | MOR-1c | X | |
|    Detailed Schedule of External Disbursements | MOR-1d | X | |
| Statement of Operations (Income Statement) | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Liabilities Subject to Compromise and DIP Facility Balances | MOR-3a | X | |
| Balance Sheet (pre-petition) | MOR-3b | X | |
| Status of Post-Petition Taxes (See Notes to the MOR) | MOR-4 | X | |
| Summary of Unpaid Post-Petition Debts (See Notes to the MOR) | MOR-4 | X | |
| Accounts Receivable Reconciliation and Aging (See Notes to the MOR) | MOR-5 | X | |
| Debtor Questionnaire (See Notes to the MOR) | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Robert Adamek_____    5/31/18_____
Signature of Authorized Individual*    Date

Robert Adamek_____    _CFO_____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re: Charming Charlie Holdings Inc.,** *et al* .

**17-12906-CSS**
**Reporting Period:** Apr 8 - May 5, 2018
**Federal Tax I.D. #** 80-0966139

## Notes to the Monthly Operating Report

**GENERAL:**
Charming Charlie Holdings Inc. and its related debtor legal entities

| Debtor | Case Number | Tax ID |
|---|---|---|
| Charming Charlie Holdings Inc. | 17-12906 (CSS) | 80-0966139 |
| Charming Charlie Canada LLC | 17-12907 (CSS) | 46-5360693 |
| Charming Charlie International LLC | 17-12908 (CSS) | 46-5175887 |
| Charming Charlie LLC | 17-12909 (CSS) | 87-0720263 |
| Charming Charlie Manhattan LLC | 17-12910 (CSS) | 46-3307408 |
| Charming Charlie USA, Inc. | 17-12911 (CSS) | 46-5193973 |
| Poseidon Partners CMS, Inc. | 17-12912 (CSS) | 27-0883302 |

**General Notes:**   Charming Charlie Holdings Inc.

The financial and supplemental information contained herein are preliminary, unaudited, and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP").  Individual Debtor entities are presented in the accompanying statement of operations.  The Debtors have no financial activity to report this month with respect to Charming Charlie Holdings Inc.

The financial information has been derived from the books and records of the Debtors.  The information presented is based on the Debtors fiscal month based on the standard 4-5-4 retail fiscal calendar. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material.

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

The results of operations contained herein are not necessarily indicative of results which may be expected for any other period or for the full year and may not necessarily reflect the combined results of operations and financial position of the Debtors in the future.

Receivables and payables among the Debtors and between the Debtors and Non-Debtors have not been eliminated from the Statement of Operations (Income Statements) or Balance Sheets contained herein. No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein. As a result, the completeness and accuracy of this information is undetermined.

Note: Charming Charlie Holdings Inc., et al. emerged from bankruptcy April 24, 2018.

**In re: Charming Charlie Holdings Inc.,** *et al* .

| | |
|---|---|
| | 17-12906-CSS |
| **Reporting Period:** | Apr 8 - May 5, 2018 |
| **Federal Tax I.D. #** | 80-0966139 |

## Notes to the Monthly Operating Report

Certain amounts may appear to be clerically inaccurate as they are presented in thousands and are subject to rounding differences. Certain amounts in prior filings may have been reclassified to conform to the current filing presentation.

### Notes to MOR-1 and MOR-1a:

Attached to MOR-1 is a listing of the Debtors' bank accounts (see MOR-1a), by account number, and opening and closing bank balances for the reporting period. The signatory hereto attests that the accounts have been reconciled in accordance with the Debtors' ordinary course accounting practices during the reporting period. The disbursements reported in MOR-1 include outstanding checks and any reconciling items.

### Notes to MOR-2 and MOR-3:

The financial information contained herein is presented on a preliminary and unaudited basis and remains subject to future adjustments.

Accounts Receivable and Accounts Payable may include intercompany balances among the Debtors, and between the Debtors and Non-Debtors. See General Notes regarding elimination of these balances.

In order to facilitate review, the statements of operations for Charming Charlie LLC are presented as if it was an on-going entity rather than just presenting a combined discontinued operations amount. The remaining stores being closed are presented as discontinued operations under Charming Charlie LLC.

The balance sheets contained herein reflect unconsolidated company balances and are shown prior to any applicable intercompany eliminations.

### Notes to MOR-3a:

MOR 3a is a detailed view of the company Liabilities Subject to Compromise broken out for each debtor.

### Notes to MOR-3b:

MOR 3b is the November pre-petition balance sheet broken out for each debtor.

### Notes to MOR-4:

To the best of the Debtors' knowledge, and except as otherwise set forth in this Monthly Operating Report, all of the Debtors have filed all necessary federal, state and local tax returns and have timely made (or are in the process of remediating any immaterial late filings or prepayments) all related required post-petition tax payments. The liability at month end reflects the Debtor's current income tax receivable.

The Post-Petition Debts presented represent the unpaid trade payables to third parties. Intercompany payables and other accruals that roll up to the Accounts payable line in the balance sheet are excluded from this table.

Aged Post Petition payables for Charming Charlie LLC net to a credit balance from vendors. The Invoices aged 60+ days are offset with deposits in the 31-60 day bucket.

The 31-60 day aged balance for Charming Charlie USA, Inc. represents hold back balances for professional services.

### Notes to MOR-5:

Accounts Receivable, MOR-5, is intentionally left blank. The debtors do not have any trade related AR outside of credit card receivables, which they include in cash equivalents. The majority of the AR on the balance sheet relates to tenant allowances and intercompany balances.

**In re: Charming Charlie Holdings Inc.,** *et al* .

|  |  |
|---|---|
|  | **17-12906 (CSS)** |
| **Reporting Period:** | **Apr 8 - May 5, 2018** |
| **Federal Tax I.D. #** | **80-0966139** |

**Schedule of Cash Receipts and Disbursements**
**(000's)**

Charming Charlie Holdings Inc. and its related debtor legal entities    **See Notes to the MOR related to MOR-1**

| Debtor | Case Number | External Disbursements | Intercompany Disbursements to Non-Debtors | Non Debtor on Behalf of Debtors | Asset Based Lending Disbursements ("Paydowns") | Total Disbursements | Asset Based Lending Receipts ("Borrowings") | Term Loan Receipts ("Borrowings") | Sales Receipts | Total Receipts |
|---|---|---|---|---|---|---|---|---|---|---|
| Charming Charlie LLC | 17-12909 (CSS) | (25,071) | (34) | - | (12,492) | (37,597) | 29,954 | - | 24,639 | 54,593 |
| Charming Charlie USA, Inc. | 17-12911 (CSS) | (9,540) | - | - | - | (9,540) | - | - | 63 | 63 |
| Charming Charlie International LLC | 17-12908 (CSS) | - | - | - | - | - | - | - | - | - |
| Charming Charlie Canada LLC (USD) | 17-12907 (CSS) | (4) | - | - | - | (4) | - | - | 0 | 0 |
| Charming Charlie Holdings Inc. | 17-12906 (CSS) | - | - | - | - | - | - | - | - | - |
| Charming Charlie Manhattan LLC | 17-12910 (CSS) | - | - | - | - | - | - | - | - | - |
| Poseidon Partners CMS, Inc. | 17-12912 (CSS) | - | - | - | - | - | - | - | - | - |
| **Total** |  | **$ (34,615)** | **$ (34)** | **$ -** | **$ (12,492)** | **$ (47,142)** | **$ 29,954** | **$ -** | **$ 24,701** | **$ 54,656** |

**In re: Charming Charlie Holdings Inc.,** *et al* .

|  |  |
|---|---|
| **Reporting Period:** | 17-12906 (CSS) <br> Apr 8 - May 5, 2018 |
| **Federal Tax I.D. #** | 80-0966139 |

**Bank Reconciliation (or copies of Debtors' bank reconciliations)**
**(000's)**

**Charming Charlie Holdings Inc.  and its related debtor legal entities**

**See Notes to the MOR related to MOR-1a**

| Entity | Case Number | Bank Name | Last 4 Digits of Account No. | Opening Account Balance (April 8, 2018) | Closing Account Balance (May 5, 2018) | Opening Cash Book (April 8, 2018) | Closing Cash Book (May 5, 2018) |
|---|---|---|---|---|---|---|---|
| Charming Charlie USA, Inc. | **17-12911 (CSS)** |  | **Sub Total** | **$ (14)** | **$ 57** | **$ (94)** | **$ 440** |
|  |  | Wells Fargo | 1192 | (14) | 57 | (54) | 498 |
|  |  | Wells Fargo | 1554* | - | - | (21) | (29) |
|  |  | Wells Fargo | 1218* | - | - | (19) | (29) |
| Charming Charlie Holdings Inc. | **17-12906 (CSS)** |  | **Sub Total** | **$ -** | **$ -** | **$ -** | **$ -** |
|  |  | Wells Fargo | 6814 | - | - | - | - |
| Charming Charlie International LLC | **17-12908 (CSS)** |  | **Sub Total** | **$ -** | **$ -** | **$ -** | **$ -** |
|  |  | Wells Fargo | 5640 | - | - | - | - |
| Charming Charlie Canada LLC | **17-12907 (CSS)** |  | **Sub Total** | **$ (8)** | **$ 146** | **$ 68** | **$ 194** |
|  |  | Wells Fargo | 6135 | - | 2 | 66 | 68 |
|  |  | Wells Fargo | 7325 | (8) | 144 | (20) | 121 |
|  |  | Wells Fargo | 7333 | - | - | 22 | 5 |

**In re: Charming Charlie Holdings Inc.,** *et al*.

Reporting Period: Apr 8 - May 5, 2018
Federal Tax I.D. #: 80-0966139
17-12906 (CSS)

## Bank Reconciliation (or copies of Debtors' bank reconciliations)
### (000's)

**Charming Charlie Holdings Inc. and its related debtor legal entities**

See Notes to the MOR related to MOR-1a

| Entity | Case Number | Bank Name | Last 4 Digits of Account No. | Opening Account Balance (April 8, 2018) | Closing Account Balance (May 5, 2018) | Opening Cash Book (April 8, 2018) | Closing Cash Book (May 5, 2018) |
|---|---|---|---|---|---|---|---|
| Charming Charlie LLC | 17-12909 (CSS) | **Sub Total** | | $ 3,628 | $ 10,664 | $ 2,354 | $ 12,128 |
| | | First Tennessee | 0400 | 7 | 10 | 15 | 20 |
| | | First Tennessee | 5568 | - | - | - | - |
| | | First Tennessee | 3228 | - | - | - | - |
| | | First Tennessee | 8755 | 3 | 7 | - | - |
| | | PNC Bank | 6051 | 62 | 136 | 101 | 180 |
| | ** | PNC Bank | 3242 | - | 7,355 | - | 7,355 |
| | ** | PNC Bank | 3234 | - | - | - | - |
| | ** | PNC Bank | 3226 | - | - | - | - |
| | ** | PNC Bank | 3218 | - | - | - | - |
| | | Bank of America | 6310 | 6 | 3 | 70 | (112) |
| | | Camden National Bank | 0992 | - | - | - | - |
| | | Centennial Bank | 1833 | - | - | - | - |
| | | JPMC | 1183 | 136 | 303 | 264 | 421 |
| | | Liberty National Bank | 7197 | - | - | - | - |
| | | Trustmark National Bank | 1256 | - | - | - | - |
| | | Trustmark National Bank | 1249 | 1 | 1 | 1 | 1 |
| | | US Bank | 9582 | 32 | 75 | 48 | 94 |
| | | Wells Fargo | 0730* | - | - | (11) | (13) |
| | | Wells Fargo | 1564 | 1 | 1 | - | - |
| | | Wells Fargo | 2768* | - | - | (1,744) | (1,943) |
| | | Wells Fargo | 7051 | 35 | 33 | 38 | 37 |
| | | Wells Fargo | 7941* | - | - | - | - |
| | | Wells Fargo | 9823 | 57 | 1,815 | (110) | 2,228 |
| | | Wells Fargo | 9849 | 346 | 583 | 738 | 998 |
| | | Wells Fargo | 9959* | - | - | - | - |
| | | Wells Fargo | 1163 | 343 | 343 | 343 | 343 |
| | | Wilmington Trust | 2-000 | 2,600 | - | 2,600 | 2,520 |
| | | **Total** | | **$ 3,606** | **$ 10,867** | **$ 2,328** | **$ 12,762** |

\* Zero Balance Accounts (ZBA)
\*\* Accounts opened as part of new ABL

In re: Charming Charlie Holdings Inc., *et al*.                                                                                                                                                                                     MOR-1b

|  |  |  |  |  | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | 17-12906 (CSS) | | | |
|  |  |  |  |  | Reporting Period: | | Apr 8 - May 5, 2018 | |
|  |  |  |  |  | Federal Tax I.D. # | | 80-0966139 | |

## Schedule of Professional Fees and Expenses Paid
### This schedule is to include all retained professional payments from case inception to current month (includes creditor professinals)

| Payee | Amount Approved | Payor | Check Number | Check Date | Amount Paid during period Fees | Amount Paid during period Expenses | Paid to date Fees | Paid to date Expenses |
|---|---|---|---|---|---|---|---|---|
| A&G Realty Partners, LLC | $ 1,140,286 | Charming Charlie USA Inc. | WIRE | 4/24/2018 | $ 493,663 | $ 6,337 | $ 1,633,949 | $ 6,337 |
| AlixPartners LLP | $ 1,387,639 | Charming Charlie USA Inc. | WIRE | 4/13/2018 | $ 561,876 | $ 54,776 | $ 853,814 | $ 81,685 |
| Benesch, Friedlander, Coplan & Aronoff LLP | $ 37,431 |  |  |  | $ - | $ - | $ - | $ - |
| Cooley LLP | $ 373,612 |  |  |  | $ - | $ - | $ 262,700 | $ 1,892 |
| Covington & Burling LLP | $ 56,558 | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 78,050 | $ 406 | $ 134,608 | $ 406 |
| FTI Consulting, Inc | $ 1,657,244 | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 350,242 | $ 3,975 | $ 825,242 | $ 17,105 |
| Guggenheim Securities, LLC | $ 619,437 |  |  |  | $ - | $ - | $ 480,000 | $ 47,457 |
| J. Frank Associates, LLC | $ - | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 23,953 | $ 597 | $ 23,953 | $ 597 |
| Jeffrey A. Klein, P.C. | $ - | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 100,000 | $ - | $ 100,000 | $ - |
| Kirkland & Ellis LLP | $ 1,322,636 | Charming Charlie USA Inc. | WIRE | 4/11/2018 | $ 666,864 | $ 5,290 | $ 1,087,384 | $ 19,349 |
| Klehr Harrison Harvey Branzburg LLP | $ 229,895 |  |  |  | $ - | $ - | $ - | $ - |
| Morgan, Lewis, & Bockius LLP | $ 565,544 | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 226,798 | $ 4,718 | $ 648,055 | $ 9,393 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | $ 1,420,398 | Charming Charlie USA Inc. | WIRE | 4/26/2018 | $ 339,061 | $ 3,817 | $ 1,393,647 | $ 9,071 |
| Pepper Hamilton LLP | $ 6,999 | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 3,239 | $ 22 | $ 10,238 | $ 22 |
| Richards Layton & Finger | $ 39,343 |  |  |  | $ - | $ - | $ - | $ - |
| Thornton Grout Finnigan LLP | $ 46,165 |  |  |  | $ - | $ - | $ - | $ - |
| Wilmington Trust, National Association | $ - | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 56,700 | $ - | $ 56,700 | $ - |
| Young Conaway Stargatt & Taylor, LLP | $ 119,709 | Charming Charlie USA Inc. | WIRE | 4/23/2018 | $ 42,056 | $ 652 | $ 131,905 | $ 2,804 |
| Zolfo Cooper, LLC | $ 511,047 |  |  |  | $ - | $ - | $ 364,520 | $ 8,371 |

As part of the emergence proceedings, the Debtors were required to deposit into an escrow account accrued and unbilled professional fees, as well as estimated amounts for professional fees. The debtors deposited $4.8 million into the escrow account in order to cover the professional fees. No fees were paid out of the escrow account during the period ended May 5, 2018.

**In re: Charming Charlie Holdings Inc.,** *et al* **.**

| | |
|---|---|
| **Reporting Period:** | **Apr 8 - May 5, 2018** |
| **Federal Tax I.D. #** | **80-0966139** |

**Cash Flows related to DIP ABL facility**
**(000's)**

**For Period Ending May 5, 2018**

| Running ABL Balance | | Transactions | | | |
|---|---|---|---|---|---|
| Ending Daily Balance Per ABL Daily Balance Report | 9,897 | Advance | Paydown | Interest & Fees Due | Interest & Fee Payments |
| 4/8/2018 | 9,897 | - | - | - | - |
| 4/9/2018 | 10,425 | 900 | 373 | - | - |
| 4/10/2018 | 10,603 | 900 | 721 | - | - |
| 4/11/2018 | 12,011 | 4,100 | 2,693 | - | - |
| 4/12/2018 | 12,613 | 1,000 | 398 | - | - |
| 4/13/2018 | 12,809 | 700 | 505 | - | - |
| 4/14/2018 | 12,809 | - | - | - | - |
| 4/15/2018 | 12,809 | - | - | - | - |
| 4/16/2018 | 13,159 | 850 | 499 | - | - |
| 4/17/2018 | 12,990 | 650 | 820 | - | - |
| 4/18/2018 | 12,031 | 2,000 | 2,958 | - | - |
| 4/19/2018 | 13,798 | 2,200 | 433 | - | - |
| 4/20/2018 | 13,133 | - | 665 | - | - |
| 4/21/2018 | 13,133 | - | - | - | - |
| 4/22/2018 | 13,133 | - | - | - | - |
| 4/23/2018 | 8,846 | 1,200 | 5,551 | 64 | - |
| 4/24/2018 | - | 813 | 9,658 | 10 | (10) |
| 4/25/2018 | - | - | - | - | - |
| 4/26/2018 | - | - | - | - | - |
| 4/27/2018 | - | - | - | - | - |
| 4/28/2018 | - | - | - | - | - |
| 4/29/2018 | - | - | - | - | - |
| 4/30/2018 | - | - | - | - | - |
| 5/1/2018 | - | - | - | - | - |
| 5/2/2018 | - | - | - | - | - |
| 5/3/2018 | - | - | - | - | - |
| 5/4/2018 | - | - | - | - | - |
| 5/5/2018 | - | - | - | - | - |

|  |  | 17-12906 (CSS) |
|---|---|---|
|  | **Reporting Period:** | Apr 8 - May 5, 2018 |
|  | **Federal Tax I.D. #** | 80-0966139 |

**Detailed Schedule of External Disbursements**

**(000's)**

**For Period Ending May 5, 2018**

|  | 17-12909 (CSS) | 17-12911 (CSS) | 17-12907 (CSS) | 17-12912 (CSS) | 17-12910 (CSS) | 17-12908 (CSS) | 17-12906 (CSS) |
|---|---|---|---|---|---|---|---|
|  | 87-0720263 | 46-5193973 | 46-5360693 | 27-0883302 | 46-3307408 | 46-5175887 | 80-0966139 |
|  | **Charming Charlie LLC** | **Charming Charlie USA, Inc.** | **Charming Charlie Canada LLC** | **Poseidon Partners CMS, Inc.** | **Charming Charlie Manhattan LLC** | **Charming Charlie International LLC** | **Charming Charlie Holdings Inc.** |
| Other Non-Merch | 2,521 | 644 | 4 | - | - | - | - |
| Payroll / T&E | 4,558 | 986 | - | - | - | - | - |
| Occupancy | 3,687 | - | - | - | - | - | - |
| Sales & Use Tax | 1,516 | 1 | - | - | - | - | - |
| Merch | 10,016 | - | - | - | - | - | - |
| Restructure Fees | 2,520 | 7,910 | - | - | - | - | - |
| DIP Facility Fee | 252 | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - |
| **Total** | **25,071** | **9,540** | **4** | **-** | **-** | **-** | **-** |

In re: Charming Charlie Holdings Inc., *et al*.

**17-12906 (CSS)**
**Reporting Period:** Apr 8 - May 5, 2018
**Federal Tax I.D. #** 80-0966139

### Unaudited Statement of Operations (Income Statement)
### (000's)
### (See Notes to the MOR related to MOR-2)

**For Period Ending May 5, 2018**

| April FY18 | 17-12909 (CSS) 87-0720263 Charming Charlie LLC | 17-12911 (CSS) 46-5193973 Charming Charlie USA, Inc. | 17-12907 (CSS) 46-5360693 Charming Charlie Canada LLC | 17-12912 (CSS) 27-0883302 Poseidon Partners CMS, Inc. | 17-12910 (CSS) 46-3307408 Charming Charlie Manhattan LLC | 17-12908 (CSS) 46-5175887 Charming Charlie International LLC | 17-12906 (CSS) 80-0966139 Charming Charlie Holdings Inc. |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Operating Revenue** | | | | | | | |
| Net Sales | $ 20,247 | $ - | $ - | $ - | $ - | $ - | $ - |
| Other Revenue | - | 3,936 | - | - | - | 8 | - |
| **Total Operating Revenue** | 20,247 | 3,936 | - | - | - | 8 | - |
| Cost of Goods Sold | - | - | - | - | - | - | - |
| **Gross Margin** | 11,480 | 3,936 | - | - | - | 8 | - |
| **SG&A** | | | | | | | |
| Compensation | 4,313 | 1,027 | - | - | - | - | - |
| Occupancy | 2,613 | - | - | - | - | - | - |
| Other Selling | 454 | - | - | - | - | - | - |
| Loss Prevention | 33 | - | - | - | - | - | - |
| Advertising | 192 | - | - | - | - | - | - |
| Human Resources | 141 | - | - | - | - | - | - |
| Insurance | - | 145 | - | - | - | - | - |
| Tax | 179 | - | - | - | - | - | - |
| External Support | 3,836 | 102 | - | - | - | - | - |
| Travel and Vehicle | 55 | 7 | - | - | - | - | - |
| IT | 348 | - | - | - | - | - | - |
| Communications | 91 | - | - | - | - | - | - |
| Supplies | 221 | - | - | - | - | - | - |
| Miscellaneous | 78 | 5 | - | - | - | - | - |
| **Total SG&A** | 12,554 | 1,286 | - | - | - | - | - |
| **Reorganization Items, net** | 112 | 4,777 | - | - | - | - | - |
| **Operating Income / (Loss)** | (1,186) | (2,127) | - | - | - | 8 | - |
| Other Expense / (Income) | 39 | - | - | - | - | - | - |
| Depreciation and Amortization | 1,675 | - | - | - | - | - | - |
| Interest | 266 | 56 | - | - | - | (8) | - |
| Income Tax | 61 | (2,029) | - | - | - | 6 | - |
| Discontinued Operations | 104 | - | 13 | - | - | - | - |
| **Net Income / (Loss)** | $ (3,330) | $ (155) | $ (13) | $ - | $ - | $ 10 | $ - |

In re: Charming Charlie Holdings Inc., et al. Case 17-12906-CSS Doc 686 Filed 05/31/18 Page 11 of 16

17-12906 (CSS)
Reporting Period: Apr 8 - May 5, 2018
Federal Tax I.D. # 80-0966139

MOR-3

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the MOR related to MOR-3)**

For Period Ending May 5, 2018

| May 5, 2018 | 17-12909 (CSS) 87-0720263 Charming Charlie LLC | 17-12911 (CSS) 46-5193973 Charming Charlie USA, Inc. | 17-12907 (CSS) 46-5360693 Charming Charlie Canada LLC | 17-12912 (CSS) 27-0883302 Poseidon Partners CMS, Inc. | 17-12910 (CSS) 46-3307408 Charming Charlie Manhattan LLC | 17-12908 (CSS) 46-5175887 Charming Charlie International LLC | 17-12906 (CSS) 80-0966139 Charming Charlie Holdings Inc. |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash and Cash Equivalents | 11,641 | 4,430 | 152 | - | - | - | - |
| Accounts Receivable | 151,704 | (12,182) | 4,023 | - | - | 2,593 | - |
| Prepaid Expenses and Other Current Assets | 3,968 | 1,052 | - | - | - | - | - |
| Loaded Inventory | 37,948 | - | - | - | - | - | - |
| Current Deferred Tax Assets | - | - | - | - | - | - | - |
| **Total Current Assets** | 205,261 | (6,701) | 4,175 | - | - | 2,593 | - |
| **Property Plant and Equipment (net)** | 75,100 | - | - | - | - | - | - |
| **Trademarks** | 50 | - | - | - | - | - | - |
| **Long Term Deferred Tax Assets** | - | - | - | - | - | - | - |
| **Long Term Deferred Tax Assets** | 6,189 | 65,143 | (15) | - | - | - | - |
| **Other Assets** | 2,011 | - | - | - | - | - | - |
| **Marketable Securities** | 327 | - | - | - | - | - | - |
| **Total Assets** | 288,937 | 58,441 | 4,160 | - | - | 2,593 | - |
| **Liabilities** | | | | | | | |
| **Current Liabilities** | - | - | - | - | - | - | - |
| Accounts Payable | (48,948) | (98,659) | (4,289) | - | - | (292) | - |
| Sales Tax Payable | (1,849) | - | - | - | - | - | - |
| Accrued Expenses | (7,107) | (8,555) | (43) | - | - | - | - |
| Other Current Liabilities | (166) | (9,190) | (55) | - | - | (258) | - |
| Income Tax Payable | (2,327) | 21,754 | (16) | - | - | (144) | - |
| Revolving Credit Facility | (22,756) | - | - | - | - | - | - |
| Current Portion of Capital Leases | (92) | - | - | - | - | - | - |
| Current Portion Deferred Rent | (18,587) | - | - | - | - | - | - |
| **Total Current Liabilities** | (101,832) | (94,651) | (4,403) | - | - | (694) | - |
| **LT Portion of Deferred Rent** | (49,972) | - | - | - | - | - | - |
| **Long-Term Debt** | (54,869) | - | - | - | - | - | - |
| **Capital Leases** | (62) | - | - | - | - | - | - |
| **Other LT Liabilities** | (1,376) | (561) | - | - | - | - | - |
| **LT Deferred Income Taxes** | - | (54,005) | - | - | - | - | - |
| **Derivative Liability** | (39,405) | - | - | - | - | - | 17,723 |
| **Total Liabilities** | (247,516) | (149,217) | (4,403) | - | - | (694) | 17,723 |
| **28999 - Liabilities Subject to Compromise** | (152,563) | (370) | (79) | - | - | - | - |
| **Shareholders' Equity** | | | | | | | |
| Total Contributed Capital | (83,446) | (503) | - | - | - | - | (33,000) |
| Cumulative Translation Adjustment | - | - | - | - | - | - | - |
| Retained Earnings - PY | 190,375 | 82,637 | 199 | - | - | (266) | 15,272 |
| Retained Earnings (Intercompany) | (440) | - | - | - | - | (1,600) | - |
| CY Income/Loss | 4,653 | 9,012 | 196 | - | - | (32) | - |
| **Retained Earnings / (Loss)** | 194,588 | 91,649 | 395 | - | - | (1,898) | 15,272 |
| **Total Equity** | 111,142 | 91,146 | 322 | - | - | (1,898) | (17,723) |
| **Total Liabilities and Equity** | (288,937) | (58,441) | (4,160) | - | - | (2,593) | (209,232) |

**In re: Charming Charlie Holdings Inc.,** *et al*.

| | | 17-12906 (CSS) |
|---|---|---|
| | **Reporting Period:** | Apr 8 - May 5, 2018 |
| | **Federal Tax I.D. #** | 80-0966139 |

## Liabilities Subject to Compromise and DIP Facility Balances
### (000's)

**For Period Ending May 5, 2018**

| | Charming Charlie LLC | Charming Charlie USA, Inc. | Charming Charlie Canada LLC | TOTAL |
|---|---:|---:|---:|---:|
| | 17-12909 (CSS) | 17-12911 (CSS) | 17-12907 (CSS) | |
| | 87-0720263 | 46-5193973 | 46-5360693 | |
| Accounts Payable | $ 47,462 | $ 370 | $ 79 | $ 47,912 |
| Accr Expense - Interest | 2,628 | - | - | 2,628 |
| Accr Expense - Utility | 799 | - | - | 799 |
| Rent | 569 | - | - | 569 |
| Notes Payable - Short Term | 12,000 | - | - | 12,000 |
| Note Payable - Morgan Stanley | 89,997 | - | - | 89,997 |
| Original Issue Discount - Term Debt | (893) | - | - | (893) |
| | $ 152,563 | $ 370 | $ 79 | $ 153,013 |

**DIP Facilities Balances** — **Balance May 5, 2018**

| | |
|---|---:|
| ABL DIP | - |
| Term Loan DIP | - |

**Unaudited Balance Sheet**
**(000's)**
**(See Notes to the MOR related to MOR-3a)**

**As of November 25, 2017**

| November 25, 2017 | 17-12909 (CSS) 87-0720263 Charming Charlie LLC | 17-12911 (CSS) 46-5193973 Charming Charlie USA, Inc. | 17-12907 (CSS) 46-5360693 Charming Charlie Canada LLC | 17-12912 (CSS) 27-0883302 Poseidon Partners CMS, Inc. | 17-12910 (CSS) 46-3307408 Charming Charlie Manhattan LLC | 17-12908 (CSS) 46-5175887 Charming Charlie International LLC | 17-12906 (CSS) 80-0966139 Charming Charlie Holdings Inc. |
|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | |
| **Current Assets** | | | | | | | |
| Cash and Cash Equivalents | $ 2,437 | $ 3,079 | $ 4 | $ - | $ - | $ - | $ - |
| Accounts Receivable | 128,681 | 7,804 | 1,491 | - | - | 2,545 | - |
| Prepaid Expenses and Other Current Assets | 211 | 1,233 | 9 | - | - | 29 | - |
| Loaded Inventory | 33,445 | - | 343 | - | - | - | - |
| Current Deferred Tax Assets | - | - | - | - | - | - | - |
| **Total Current Assets** | 164,775 | 12,116 | 1,846 | - | - | 2,574 | - |
| **Property Plant and Equipment (net)** | 108,606 | - | 1,194 | - | - | - | - |
| **Trademarks** | 52 | - | - | - | - | - | - |
| **Long Term Deferred Tax Assets** | 6,189 | 65,143 | (15) | - | - | - | - |
| **Other Assets** | 1,768 | - | - | - | - | - | - |
| **Marketable Securities** | 593 | - | - | - | - | - | - |
| **Total Assets** | $ 281,982 | $ 77,259 | $ 3,025 | $ - | $ - | $ 2,574 | $ - |
| **Liabilities** | | | | | | | |
| **Current Liabilities** | | | | | | | |
| Accounts Payable | 96,856 | 82,466 | 3,041 | - | - | 292 | - |
| Sales Tax Payable | 1,643 | - | 31 | - | - | - | - |
| Accrued Expenses | 13,402 | 3,571 | 100 | - | - | - | - |
| Other Current Liabilities | 49 | 8,815 | 57 | - | - | 300 | - |
| Income Tax Payable | (1,750) | (9,221) | (92) | - | - | 121 | - |
| Current Portion of Long Term Debt | 23,052 | - | - | - | - | - | - |
| Current Portion of Capital Leases | 117 | - | - | - | - | - | - |
| Current Portion Deferred Rent | 22,791 | - | 67 | - | - | - | - |
| **Total Current Liabilities** | 156,161 | 85,632 | 3,203 | - | - | 713 | - |
| **LT Portion of Deferred Rent** | 80,735 | - | 545 | - | - | - | - |
| **Long-Term Debt** | 124,485 | - | - | - | - | - | - |
| **Capital Leases** | 107 | - | - | - | - | - | - |
| **Other LT Liabilities** | 2,173 | 560 | 18 | - | - | - | - |
| **LT Deferred Income Taxes** | - | 54,005 | - | - | - | - | - |
| **Derivative Liability** | 39,405 | - | - | - | - | - | (17,723) |
| **Total Liabilities** | $ 403,066 | $ 140,197 | $ 3,766 | $ - | $ - | $ 713 | $ (17,723) |
| **Shareholders' Equity** | | | | | | | |
| Total Contributed Capital | 83,446 | 572 | - | - | - | - | 33,000 |
| Translation Adjustment | - | - | 71 | - | - | - | (5) |
| Retained Earnings / (Loss) | (204,531) | (63,509) | (812) | - | - | 1,860 | (15,272) |
| **Total Equity** | (121,084) | (62,938) | (741) | - | - | 1,860 | 17,723 |
| **Total Liabilities and Equity** | $ 281,982 | $ 77,259 | $ 3,025 | $ - | $ - | $ 2,574 | $ - |

**In re: CHARMING CHARLIE HOLDINGS INC.,** *et al*.

17-12906 (CSS)
Reporting Period: Apr 8 - May 5, 2018
Federal Tax I.D. # 80-0966139

## Status of Post-Petition Taxes (See Notes to the MOR)
### (000's)

| Charming Charlie Holdings Inc. and its related debtor legal entities | Beginning Tax Liability (April 8, 2018) | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability (May 5, 2018) |
|---|---|---|---|---|
| Corporate Income Tax (Federal/State) | $ (16,687) | $ (2,575) | $ (5) | $ (19,267) |
| Payroll Tax | $ 242 | $ 400 | $ (410) | $ 232 |
| Withholding Tax | $ - | $ 619 | $ (619) | $ - |
| Property Tax | $ 1,279 | $ 152 | $ (71) | $ 1,360 |
| VAT | $ - | $ - | $ - | $ - |
| Other Tax | $ 1,781 | $ 1,646 | $ (1,517) | $ 1,910 |
| **Total Taxes** | **$ (13,385)** | **$ 242** | **$ (2,622)** | **$ (15,765)** |

## Summary of Unpaid Post-Petition Debts (See Notes to the MOR)
### (000's)

| Debtor | Case Number | Current | 0-30 | 31-60 | Over 61 | Total |
|---|---|---|---|---|---|---|
| **Accounts Payable** | | | | | | |
| Charming Charlie Holdings Inc. | 17-12906 (CSS) | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Canada LLC | 17-12907 (CSS) | - | 43 | 1 | 11 | 54 |
| Charming Charlie International LLC | 17-12908 (CSS) | - | - | - | - | - |
| Charming Charlie LLC | 17-12909 (CSS) | 1,869 | (9) | (264) | 213 | 1,809 |
| Charming Charlie Manhattan LLC | 17-12910 (CSS) | - | - | - | - | - |
| Charming Charlie USA, Inc. | 17-12911 (CSS) | - | 1,566 | 580 | - | 2,146 |
| Poseidon Partners CMS, Inc. | 17-12912 (CSS) | - | - | - | - | - |
| **Total Accounts Payable** | | **$ 1,869** | **$ 1,600** | **$ 317** | **$ 224** | **$ 4,010** |

**Reporting Period:** Apr 8 - May 5, 2018
**Federal Tax I.D. #** 80-0966139
**17-12906 (CSS)**

## Post-Petition Accounts Receivable Reconciliation and Aging (See Notes to the MOR)
('000s)

| Debtor | Case Number | Billed Accounts Receivable | | | Total Billed Accounts Receivable | Unbilled Accounts Receivable | | | Total Unbilled Accounts Receivable | Other Accounts Receivable | | | Total Other Accounts Receivable | Total Accounts Receivable (Gross) | Allowance for Doubtful Accounts | Total Accounts Receivable (Net) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0-60 | 60-90 | >90 | | 0-60 | 60-90 | Paid-To-Date | | 0-60 | 60-90 | >90 | | | | |
| Trade Receivables | | | | | | | | | | | | | | | | |
| Charming Charlie Holdings Inc. | 17-12906 (CSS) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Charming Charlie Canada LLC | 17-12907 (CSS) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Charming Charlie International LLC | 17-12908 (CSS) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Charming Charlie LLC | 17-12909 (CSS) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Charming Charlie Manhattan LLC | 17-12910 (CSS) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Charming Charlie USA, Inc. | 17-12911 (CSS) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Poseidon Partners CMS, Inc. | 17-12912 (CSS) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**In re: Charming Charlie Holdings Inc.,** *et al* .

**17-12906 (CSS)**
**Reporting Period:** Apr 8 - May 5, 2018
**Federal Tax I.D. #** 80-0966139

## Debtor Questionnaire (See Notes to the MOR)

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | X | |

5 - new accounts were opened with PNC as part of the new ABL agreement. The accounts are included amd noted as such in the MOR 1-a disclosures.