# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) | Case No. 17-12906 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Hearing Date: July 23, 2018, at 11:00 a.m. (ET)**
**Objection Deadline: June 29, 2018, at 4:00 p.m. (ET)**

## SUMMARY COVER SHEET TO THE FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM DECEMBER 11, 2017 THROUGH AND INCLUDING APRIL 23, 2018

In accordance with the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E"), attorneys for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the fee application to which this Summary is attached (the "Fee Application")[2] for the period from December 11, 2017 through and including April 23, 2018 (the "Fee Period").

K&E submits the Fee Application as a final fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated January 9, 2018 [Docket No. 294] (the "Interim Compensation Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' service address is: 6001 Savoy Drive 4th Floor, Houston, Texas 77036.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Fee Application.

| General Information | |
| --- | --- |
| Name of Applicant: | Kirkland & Ellis LLP and Kirkland & Ellis International LLP |
| Authorized to Provide Services to: | Charming Charlie Holdings, Inc., *et al.* |
| Petition Date: | December 11, 2017 |
| Date of Order Authorizing the Debtors to Retain K&E [Docket No. 295]: | January 9, 2018, *nunc pro tunc* to December 11, 2017 |

| Summary of Fees and Expenses Sought in the Fee Application | |
| --- | --- |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | December 11, 2017 through and including April 23, 2018 |
| **Voluntary Fee Waiver and Expense Reduction in this Fee Period:** | Reduced fees by $293,607.50 and expenses by $6,712.08.[3] |
| **Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Fee Period:** | $2,568,631.00 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period:** | $37,979.77 |
| **Total Compensation and Expense Reimbursement Requested for the Fee Period:** | $2,606,610.77 |

---

[3] K&E voluntarily reduced its fees and expenses by the amounts described above and consequently does not seek payment of these fees and expenses in this Fee Application.

| | |
|---|---|
| **Rate Increases Applicable to the Fee Period** | |

**Total Amount of Compensation Sought for the Fee Period, Calculated Using Rates as of the Date of Retention:**  $2,469,619.00

| | |
|---|---|
| **Summary of Past Requests for Compensation and Prior Payments[4]** | |

**Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date:**  $1,623,430.00

**Total Amount of Expense Reimbursement Previously Requested Pursuant to the Interim Compensation Order to Date:**  $23,892.04

**Total Compensation Approved Pursuant to the Interim Compensation Order to Date:**  $0.00

**Total Amount of Expense Reimbursement Approved Pursuant to the Interim Compensation Order to Date:**  $0.00

**Total Allowed Compensation Paid to Date:**  $0.00

**Total Allowed Expenses Paid to Date:**  $0.00

**Compensation Sought in this Application Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed:[5]**  $1,298,744.00

**Expenses Sought In This Application Already Paid Pursuant to the Interim Compensation Order But Not Yet Allowed:**  $23,892.04

---

[4]  Due to the expedited nature of these chapter 11 cases, K&E did not file or serve an interim fee application prior to this Fee Application. Thus, K&E seeks approval in this Fee Application of all fees and expenses incurred during the Fee Period on a final basis.

[5]  Pursuant to the Interim Compensation Order, K&E served: (a) its first monthly fee statement covering the period from December 11, 2017 through December 31, 2017 [Docket No. 385] (the "First Monthly Fee Statement") on January 30, 2018; (b) its second monthly fee statement, covering the period from January 1, 2018 through January 31, 2018 [Docket No. 497] (the "Second Monthly Fee Statement") on March 6, 2018, and (c) its third monthly fee statement, covering the period from February 1, 2018 through February 28, 2018 [Docket No. 593] (the "Third Monthly Fee Statement" and together with the First Monthly Fee Statement and the Second Monthly Fee Statement, the "Monthly Fee Statements") on April 6, 2018. The objection deadline for the First Monthly Fee Statement expired on February 20, 2018, the objection deadline for the Second Monthly Fee Statement

expired on March 27, 2018, and the objection deadline for the Third Monthly Fee Statement expired on April 27, 2018. K&E received payment on account of (a) the First Monthly Fee Statement in the amount of $420,520.40 for services provided and $14,058.81 for reimbursement of expenses on February 27, 2018; (b) the Second Monthly Fee Statement in the amount of $666,864.00 for services provided and $5,289.70 for reimbursement of expenses on April 12, 2018; and (c) the Third Monthly Fee Statement in the amount of $211,359.60 for services provided and $4,543.53 for reimbursement of expenses on May 23, 2018.   K&E did not file monthly fee statements on account of its fees and expenses covering the period from March 1, 2018 through April 23, 2018 (the "March/April Fees and Expenses").  Instead, K&E seeks payment of 100% of the March/April Fees and Expenses pursuant to this Application.

Dated:  June 7, 2018

/s/ Joshua A. Sussberg
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher T. Greco (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

James H.M. Sprayregen, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) | Case No. 17-12906 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**Hearing Date: July 23, 2018, at 11:00 a.m. (ET)**
**Objection Deadline: June 29, 2018, at 4:00 p.m. (ET)**

### FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP
### AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS
### FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
### FROM DECEMBER 11, 2018 THROUGH AND INCLUDING APRIL 23, 2018

Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E"), attorneys for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits its first and final fee application (the "Fee Application") for (a) allowance of compensation for professional services provided in the amount of $2,568,631.00 and reimbursement of actual and necessary expenses in the amount of $37,979.77 that K&E incurred for the period from December 11, 2017 through April 23, 2018 (the "Fee Period") and (b) to the extent not paid prior to entry of the Order, payment of any outstanding fees and expenses that K&E incurred during the Fee Period. In support of this Fee Application, K&E submits the declaration of Joshua A. Sussberg, P.C., a partner of Kirkland & Ellis LLP and a partner of Kirkland & Ellis International LLP, (the "Sussberg Declaration"), which is attached hereto as **Exhibit A** and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302). The location of the Debtors' service address is: 6001 Savoy Drive 4th Floor, Houston, Texas 77036.

incorporated by reference.  In further support of this Fee Application, K&E respectfully states as follows.

## Jurisdiction

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals*, dated January 9, 2018 [Docket No. 294] (the "Interim Compensation Order").

## Background

4.      On December 11, 2017 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  On December 13, 2017, the Court entered an order [Docket No. 90] authorizing joint administration and procedural consolidation of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  The Court did not appoint a trustee or examiner in these chapter 11 cases.  On December 19, 2017, the Office of the U.S. Trustee for the District of Delaware (the "U.S. Trustee") filed a statement appointing an official committee of unsecured creditors (the "Official Unsecured Creditors Committee") [Docket No. 149].

5.      A description of the Debtors' businesses, the reasons for commencing the chapter

11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set forth in the *Declaration of Robert Adamek, Chief Financial Officer of Charming Charlie Holdings Inc., in Support of Chapter 11 Petitions and First Day Motions*, filed on December 11, 2017 [Docket No. 4] and incorporated herein by reference.

6.      On January 9, 2018, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

7.      On April 3, 2018, the Court entered the *Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Charming Charlie Holdings Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 584] (the "Confirmation Order"), pursuant to which the Court approved and confirmed the Debtors' *Fourth Amended Joint Chapter 11 Plan of Reorganization of Charming Charlie Holdings Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 564] (the "Plan").  On April 24, 2018, the Debtors filed the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 618] (the "Effective Date Notice").

### Preliminary Statement

8.      During the Fee Period, which represents the entirety of these chapter 11 cases, K&E advised the Debtors in all aspects of their operational, financial, and comprehensive restructuring efforts.  Specifically, K&E together with the Debtors' other professionals, assisted the Debtors in, among other things, filing for chapter 11, obtaining critical operational and financing relief through the approval of numerous "first day" and "second day" motions, investigating potential estate causes of action, rejecting multiple onerous contracts and leases and closing multiple underperforming brick-and-mortar stores, obtaining approval of a disclosure statement, obtaining

confirmation of the Debtors' largely consensual Plan, consensually resolving all formal and informal objections thereto, ultimately resulting in four fully consensual hearings, and satisfying the conditions precedent to the effectiveness of the Plan.[2]  These efforts allowed the Debtors to preserve operations and effectuate a financial restructuring that reduced funded debt obligations by approximately 45 percent.  Moreover, the Debtors gained access to post-emergence working capital of more than $85 million in committed exit financing (approximately $35 million of which comes in the form of the Exit ABL Facility (as defined in the Plan)).

9.    Given these accomplishments and the complexities of the Debtors' business and

---

[2]    *See e.g.*, (a) *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 90]; (b) *Order Authorizing and Approving the Retention of Rust Consulting/ Omni Bankruptcy LLC as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 92]*;* (c) *Final Order (I) Authorizing but not Directing the Debtors to (A) Pay Prepetition Employee Wages, Salaries, other Compensation and Reimbursable Employee Expenses and (B) Continue Employee Benefit Programs and (III)Granting Related Relief* [Docket No. 278]; (d) *Final Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees, and (II) Granting Related Relief* [Docket No. 283]; (e) *Final Order (I) Determining Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, (IV) Authorizing Fee Payments to Ecova for Services Performed, (V) Requiring Utility Providers to Return Deposits for Utility Services no Longer in Use, and (VI) Granting Related Relief* [Docket No. 282]; (f) *Final Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (C) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief* [Docket No. 277]; (g) *Final Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief* [Docket No. 281]; (h) *Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors, Foreign Vendors, Shippers, and Import and Export Claimants, and (II) Granting Related Relief* [Docket No. 279]; (i) *Final Order (I) Authorizing The Debtors To (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition, (B) Continue to Pay Brokerage Fess, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Maintain the Customs Surety Bonds, and (E) Honor the Terms of the Financing Agreement and Pay Premiums Thereunder, and (II) Granting Related Relief* [Docket No. 284];  (j) *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 309]; (k) *Order (A) Approving the Disclosure Statement, (B) Establishing the voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [Docket No. 432]; (l) *Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief* [Docket No. 280]; (m) *Findings of Fact, Conclusions of Law and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Reorganization of Charming Charlie Holdings Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 584]; and  (n) *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 618].

restructuring, K&E submits that the compensation and expense reimbursement sought herein for the necessary and beneficial professional services K&E provided to the Debtors during the Fee Period are reasonable and appropriate, commensurate with the scale, nature, and complexity of these chapter 11 cases, and should be approved.

### The Debtors' Retention of K&E

10.     On January 9, 2018, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 295] (the "Retention Order," a copy of which is attached hereto as **Exhibit B** and incorporated by reference).  The Retention Order authorizes the Debtors to compensate and reimburse K&E in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order.  The Retention Order also authorizes the Debtors to compensate K&E at K&E's hourly rates charged for services of this type and to reimburse K&E for K&E's actual and necessary out-of-pocket expenses incurred, subject to application to this Court.  The particular terms of K&E's engagement are detailed in the engagement letter by and among K&E and the Debtors, effective as of October 16, 2017 and attached hereto as **Exhibit C** (the "Engagement Letter").

11.     The Retention Order authorizes K&E to provide the following services consistent with and in furtherance of the services enumerated above:

> a.     advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;
>
> b.     advising and consulting on the Debtors' conduct during these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

5

    c.        attending meetings and negotiating with representatives of creditors and other parties in interest;

    d.        taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

    e.        preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

    f.        representing the Debtors in connection with obtaining authority to use cash collateral and obtain access to postpetition financing;

    g.        advising the Debtors in connection with any potential sale of assets;

    h.        appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

    i.        advising the Debtors regarding tax matters;

    j.        taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

    k.        performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

**Disinterestedness of K&E**

12.      To the best of the Debtors' knowledge and as disclosed in the *Declaration of Joshua A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 171, Ex. B], as well as in the *Second and Final Declaration of Joshua A. Sussberg in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and*

*Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date*, filed contemporaneously herewith (together, the "K&E Declarations"), (a) K&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) K&E has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the K&E Declarations.

13.     K&E may have in the past represented, may currently represent, and likely in the future will represent parties in interest in connection with matters unrelated to the Debtors in these chapter 11 cases. In the K&E Declarations, K&E disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.

14.     K&E performed the services for which it is seeking compensation on behalf of the Debtors and their estates, and not on behalf of any committee, creditor, or other entity.

15.     Except to the extent of the advance payments paid to K&E that K&E previously disclosed to this Court in the K&E Declarations, K&E has received no payment and no promises for payment from any source other than the Debtors for services provided or to be provided in any capacity whatsoever in connection with these chapter 11 cases.

16.     Pursuant to Bankruptcy Rule 2016(b), K&E has not shared, nor has K&E agreed to share (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of K&E or (b) any compensation another person or party has received or may receive.

**Summary of Compliance with Interim Compensation Order**

17.     This Fee Application has been prepared in accordance with the Interim Compensation Order.

18.     K&E seeks final approval of compensation for professional services rendered to the

Debtors during the Fee Period in the amount of $2,568,631.00 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $37,979.77.  During the Fee Period, K&E attorneys and paraprofessionals expended a total of 3,348.00 hours for which compensation is requested.

19.     In accordance with the Interim Compensation Order, as of the date hereof, K&E has received payments totaling $1,322,636.04 on account of its fees and expenses ($1,298,744.00 of which was for services provided and $23,892.04 of which was for reimbursement of expenses), representing 80% of the fees incurred and 100% of the expenses incurred during the period from December 11, 2017 through February 28, 2018 (as reflected in the Monthly Fee Statements).  By this Fee Application, K&E seeks final approval of the fees and expenses for which the Debtors have already received payment pursuant to the Monthly Fee Statements, as well as approval and payment of the remaining $1,269,887.00 in fees and $14,087.73 in expenses, which amounts represent the entirety of the March/April Fees and Expenses, as well as the 20% holdback for the period from December 11, 2017 through February 28, 2018 (as reflected in the Monthly Fee Statements).

### Fees and Expenses Incurred During Fee Period[3]

**A.     Customary Billing Disclosures**.

20.     K&E's hourly rates are set at a level designed to compensate K&E fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  The hourly

---

[3]     Pursuant to the Retention Order, K&E is required to apply any remaining portion of the retainer provided by the Debtors to K&E (the "Retainer") as a credit toward Court-authorized postpetition fees and expenses.  Additionally, K&E is authorized without further order of the Court to reserve and apply amounts from the Retainer that would otherwise be applied toward payment of postpetition fees and expenses to compensate and reimburse K&E for fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practices.  As set forth in the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors*

rates and corresponding rate structure utilized by K&E in these chapter 11 cases are equivalent to the hourly rates and corresponding rate structure used by K&E for other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required. The rates and rate structure reflect that such restructuring and other complex matters typically are national in scope and typically involve complexity and severe time pressures. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit D** is a summary of blended hourly rates for timekeepers who billed to non-bankruptcy matters and blended hourly rates for timekeepers who billed to the Debtors during the Fee Period.

**B.**     **Fees Incurred During Fee Period**.

21.     In the ordinary course of K&E's practice, K&E maintains computerized records of the time expended to render the professional services required by the Debtors and their estates. For the convenience of the Court and all parties in interest, attached hereto as **Exhibit E** is a summary of fees incurred and hours expended during the Fee Period, setting forth the following information:

- the name of each attorney and paraprofessional for whose work on these chapter 11 cases compensation is sought;

- each attorney's year of bar admission and area of practice concentration;

- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Fee Period;

- the hourly billing rate for each attorney and each paraprofessional at K&E's current billing rates; and

- the number of rate increases since the inception of the case.

---

*and Debtors in Possession Effective* Nunc Pro Tunc *to the Petition Date* [Docket No. 171], K&E has $10,000.00 remaining on the Retainer.

**C.      Expenses Incurred During Fee Period**.

22.      In the ordinary course of K&E's practice, K&E maintains a record of expenses incurred in the rendition of the professional services required by the Debtors and their estates and for which reimbursement is sought.   K&E currently charges $0.16 per page for standard duplication in its offices in the United States.   Notwithstanding the foregoing and consistent with the Local Bankruptcy Rules, K&E charged no more than $.10 per page for standard duplication services in these chapter 11 cases.   K&E does not charge its clients for incoming facsimile transmissions.

23.      For the convenience of the Court and all parties in interest, attached hereto as **Exhibit F** is a summary for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which K&E is seeking reimbursement.

### Summary of Legal Services Rendered During the Fee Period

24.      As discussed above, during the Fee Period, K&E provided extensive and important professional services to the Debtors in connection with these chapter 11 cases.   These services were often performed under severe time constraints and were necessary to address a multitude of critical issues both unique to these chapter 11 cases and typically faced by corporate debtors in similar cases of this magnitude and complexity.

25.      To provide a meaningful summary of K&E's services provided on behalf of the Debtors and their estates, K&E has established, in accordance with its internal billing procedures, certain subject matters categories (each, a "Matter Category") in connection with these chapter 11 cases.[4]   The following is a summary of the fees and hours billed for each Matter Category in the

---

[4]      Pursuant to the Final DIP Order (as defined below), the Debtors were required to comply with the budget, attached to the Final DIP Order as Schedule 1 (as modified from time to time, the "DIP Budget").   The DIP Budget, among

Fee Period:[5]

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed |
|---|---|---|---|
| 2 | Chapter 11 Filing | 214.30 | 141,616.50 |
| 3 | Adversary Proceedings, Contested Matters | 387.10 | 269,903.50 |
| 4 | Automatic Stay Issues | 128.80 | 99,916.00 |
| 5 | Business Operations & Vendor Issues | 105.30 | 82,568.50 |
| 6 | Case Administration | 81.80 | 54,433.00 |
| 7 | Cash Collateral, DIP/Exit Financing | 525.40 | 423,955.50 |
| 8 | Cash Management | 3.70 | 2,880.50 |
| 9 | Claims Administration & Objections | 20.20 | 15,241.50 |
| 10 | Corporate & Governance Matters | 288.10 | 231,551.50 |
| 11 | Custom, Creditor Communications | 15.10 | 13,490.00 |
| 12 | Disclosure Statement/Plan/Confirmation | 758.80 | 630,330.00 |
| 13 | Employee Issues | 12.10 | 8,687.50 |
| 14 | Executory Contracts, Unexpired Leases | 311.40 | 247,118.50 |
| 15 | Hearings | 47.70 | 41,208.00 |
| 16 | Insurance | 2.40 | 2,128.50 |
| 17 | International Matters | 15.90 | 13,774.50 |
| 18 | Retention & Fee Applications-K&E | 245.70 | 120,456.50 |
| 19 | Retention & Fee Applications-Non-K&E | 10.20 | 7,678.00 |
| 20 | Schedules, SOFAs, & MORs | 42.40 | 32,949.50 |
| 21 | Tax Issues | 73.90 | 76,555.00 |
| 22 | Travel | 34.30 | 33,895.50 |
| 23 | U.S. Trustee Communications | 15.60 | 13,364.00 |
| 24 | Use, Sale & Disposition of Property | 0.50 | 437.50 |
| 25 | Utilities | 7.30 | 4,491.50 |
| **Total** | | **3,348.00** | **$2,568,631.00** |

26.     The following is a summary, by Matter Category, of the most significant professional services provided by K&E during the Fee Period.  This summary is organized in accordance with K&E's internal system of matter numbers.  The detailed descriptions demonstrate

---

other things, set a weekly estimate for K&E and other restructuring professional fees incurred during these chapter 11 cases, ranging, in the aggregate, from $620,000 to $3,105,000 per week.  As a retained professional, K&E was subject to, and complied with, the DIP Budget.

[5]     In certain instances K&E may have billed the same amount of fees, but different amount of hours to different matter categories.  This difference is the result of different staffing of each such matter category.

that K&E was heavily involved in performing services for the Debtors on a daily basis, often including night and weekend work, to meet the needs of the Debtors' estates in these chapter 11 cases. A schedule setting forth a description of the Matter Categories utilized in this case, the number of hours expended by K&E partners, associates and paraprofessionals by matter, and the aggregate fees associated with each matter is attached hereto as **Exhibit G**.

27.     In addition, K&E's computerized records of time expended providing professional services to the Debtors and their estates are attached hereto as **Exhibit H**, and K&E's records of expenses incurred during the Fee Period in the rendition of professional services to the Debtors and their estates are attached as **Exhibit I**.

(a)     **Chapter 11 Filing [Matter No. 2]**

Total Fees:     $141,616.50
Total Hours:    214.30

28.     This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services relating to the filing of the Debtors' chapter 11 petitions and various "first day" pleadings and related notices during the initial days of these chapter 11 cases, including, without limitation, (a) reviewing and revising the Debtors' petitions and "first day" motions, proposed orders, affidavits, and notices, and (b) preparing for the "first day" hearing, including drafting hearing notes and related materials and preparing potential witnesses in connection with certain of the first day motions.

29.     Specifically, the Debtors filed several motions seeking orders authorizing the Debtors to pay various prepetition claims. Entry of these orders eased the strain on the Debtors' relationships with employees, vendors, customers, and taxing authorities as a consequence of the commencement of these chapter 11 cases. Among other things, these orders authorized the Debtors to (a) pay certain prepetition employee wages and benefits [Docket No. 9]; (b) maintain

12

cash management systems [Docket No. 8]; (c) use prepetition bank accounts, checks and other

business forms [Docket No. 8]; (d) make tax payments to federal, local, and state taxing authorities

[Docket No. 16]; (e) prohibit utility companies from discontinuing services [Docket No. 15]; and

(f) maintain prepetition insurance policies and enter into new insurance policies [Docket No. 17].

**(b)**     **Adversary Proceedings, Contested Matters [Matter No. 3]**

        Total Fees:    $269,903.50
        Total Hours:  387.10

30.     This Matter Category includes time spent by K&E attorneys and paraprofessionals

providing services relating to potential litigation strategy or other potential adversarial matters.

Specifically, K&E attorneys and paraprofessionals spent time:

    (a)     analyzing and addressing matters related to an investigation by a special committee (the "Special Committee") appointed by the Debtors' Board of Directors (the "Board") into potential claims held by the Debtors (the "Investigation");

    (b)     providing periodic updates to the Special Committee regarding key developments in the case; and

    (c)     responding to discovery requests by the Official Unsecured Creditors' Committee.

**(c)**     **Automatic Stay Issues [Matter No. 4]**

        Total Fees:    $99,916.00
        Total Hours:  128.80

31.     This Matter Category includes time spent by K&E attorneys and paraprofessionals

during the Fee Period providing services related to enforcement of the automatic stay.

Specifically, K&E attorneys and paraprofessionals spent time addressing and researching issues

related to potential stay violations, and responding to motions by certain creditors and litigation

counterparties seeking relief from the automatic stay [Docket Nos. 455, 602, 644, 648].

(d)    **Business Operations & Vendor Issues [Matter No. 5]**

Total Fees:    $82,568.50
Total Hours:    105.30

32.    It was important for the Debtors and their advisors to create and implement a cohesive strategy for maintaining business operations with minimal disruptions during the course of the Debtors' chapter 11 cases.  This Matter Category includes time spent by K&E attorneys and paraprofessionals during the Fee Period developing a strategy with the Debtors to ensure a smooth transition into chapter 11, advising the Debtors regarding compliance with the "first day" orders (and related second day relief), and providing guidance to the Debtors on various legal issues related to the Debtors' vendors, suppliers, and landlords.  Specifically, K&E attorneys and paraprofessionals spent time:

(a)    advising the Debtors regarding operating in compliance with the Bankruptcy Code and related rules and regulations during bankruptcy;

(b)    addressing vendor and landlord issues arising out of the Debtors' bankruptcy proceedings;

(c)    ensuring the Debtors' compliance with the various reporting requirements during the pendency of their chapter 11 proceedings; and

(d)    negotiating and ensuring entry into a settlement between the Debtors and Paymentech LLC, a vendor providing certain payment processing services for credit card sales at the Debtors' domestic stores [Docket No. 562].

(e)    **Case Administration [Matter No. 6]**

Total Fees:    $54,433.00
Total Hours:    81.80

33.    This Matter Category includes time spent by K&E attorneys and paraprofessionals on a variety of tasks that were necessary to ensure the efficient and smooth administration of legal services related to the Debtors' chapter 11 cases.    Specifically, K&E attorneys and

14

paraprofessionals spent time:

(a)    preparing and updating case calendars and critical dates charts, docket reports, and works-in-process reports;

(b)    complying with applicable filing, service, agenda, and notice requirements;

(c)    updating files and records of proceedings from these chapter 11 cases;

(d)    conducting internal K&E conferences to allocate work streams and monitor works-in-process; and

(e)    coordinating case management tasks among K&E personnel and other retained professionals.

(f)    **Cash Collateral, DIP/Exit Financing [Matter No. 7]**

Total Fees:    $423,955.50
Total Hours:   525.40

34.    This Matter Category includes time spent by K&E securing the postpetition financing and the consensual use of cash collateral, which was essential to providing the Debtors with the necessary liquidity to fund the Debtors' operations during these chapter 11 cases. Specifically, K&E attorneys spent time negotiating with the Official Unsecured Creditors Committee, the DIP Agents and DIP Lenders (each as defined in the Plan), and the various of the Debtors' landlords regarding the interim [Docket No. 93] and final [Docket No. 309] (the "Interim DIP Order," and the "Final DIP Order," respectively) orders authorizing the Debtors' entry into debtor-in-possession financing facilities providing a total of $95 million in postpetition financing, including $20 million in new-money financing (collectively, the "DIP Facilities"), and providing for continued access to cash collateral. K&E's efforts in this regard included:

(a)    responding to various formal objections by the Debtors' landlords to entry of the Final DIP Order [Docket Nos. 212, 213, 217, 218, 222, 227, 228, 233, 250, 266];

(b)    resolving a number of informal objections to the entry of the Final DIP Order;

(c)     preparing and reviewing reporting materials required under the Final DIP Order;

(d)     engaging in discussions with the Debtors' management and counsel to the Debtors' secured lenders and the Official Unsecured Creditors Committee regarding the Debtors' compliance with the approved budget; and

(e)     negotiating a waiver and amendment to the postpetition financing credit agreements consistent with the Final DIP Order.

35.     K&E's efforts were critical in securing the consensual use of cash collateral and negotiating, documenting and closing the DIP Facilities on favorable terms that provided the Debtors with the necessary liquidity to fund their operations and restructuring efforts during these chapter 11 cases.

**(g)     Cash Management [Matter No. 8]**

Total Fees:    $2,880.50
Total Hours:   3.70

36.     This Matter Category includes time spent by K&E attorneys on matters related to cash management and bank account issues, particularly with respect to ensuring the Debtors' compliance with the cash management order [Docket No. 277] and the U.S. Trustee operating guidelines for debtors in possession.

**(h)     Claims Administration & Objections [Matter No. 9]**

Total Fees:    $15,241.50
Total Hours:   20.20

37.     This Matter Category includes time spent by K&E attorneys on matters related to claims administration and claims-related issues.  Specifically, K&E attorneys spent time:

(a)     advising the Debtors in connection with the claims bar date motion [Docket No. 167], which motion was approved by the Court on January 10, 2018 [Docket No. 299] (the "Bar Date Order");

(b)     assisting in providing notice of the entry of the Bar Date Order to parties in interest;

(c)     working with the Debtors' claims and noticing agent to implement the requirements set forth in the Bar Date Order;

(d)     responding to and conducting research regarding a potential claimant's reclamation demands; and

(e)     corresponding with the Debtors and other professionals regarding the treatment of certain tax claims.

**(i)     Corporate & Governance Matters [Matter No. 10]**

Total Fees:    $231,551.50
Total Hours:   288.10

38.     This Matter Category includes time spent by K&E attorneys and paraprofessionals advising the Debtors and the Board.  Specifically, K&E attorneys and paraprofessionals spent time communicating with the Debtors and the Board regarding the status of the Debtors' chapter 11 cases, analyzing corporate governance issues related to the Debtors' chapter 11 cases, and drafting, reviewing, and revising board minutes pursuant to meetings of the Board.  In addition, K&E attorneys updated the members of the Board regarding the Investigation and related settlement discussions.

**(j)     Customer, Creditor Communications [Matter No. 11]**

Total Fees:    $13,490.00
Total Hours:   15.10

39.     This Matter Category includes time spent by K&E attorneys and paraprofessionals meeting and corresponding with various creditors and their advisors to provide relevant information as requested, and responding to miscellaneous creditor inquiries.

**(k)     Disclosure Statement/Plan/Confirmation [Matter No. 12]**

Total Fees:    $630,330.00
Total Hours:   758.80

40.     This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to approval of a disclosure statement (the "Disclosure Statement"),

17

soliciting votes on the Plan, and obtaining confirmation of the Plan.  Specifically, K&E attorneys and paraprofessionals spent time:

    (a)    drafting and filing the Plan and the corresponding Disclosure Statement;

    (b)    negotiating and drafting modifications to the Plan to resolve informal responses by the United States Trustee and the Debtors' landlords to confirmation of the Plan;

    (c)    drafting, negotiating, and filing the Plan Supplement (as defined in the Plan) [Docket Nos. 530, 578, 616];

    (d)    drafting and filed the Debtors' brief in support of confirmation [Docket No. 566] and declarations in support thereof [Docket Nos. 567–69];

    (e)    drafting and filing the Debtors' proposed confirmation order [Docket No. 570]; and

    (f)    researching and analyzing issues related to each of the foregoing.

    **(l)**    **Employee Issues [Matter No. 13]**

    Total Fees:    $8,687.50
    Total Hours:   12.10

41.    This Matter Category includes time spent by K&E attorneys attending to various issues involving the Debtors' employees, and addressing comments from the U.S. Trustee regarding the Debtors' wages motion [Docket No. 9]

    **(m)**    **Executory Contracts, Unexpired Leases [Matter No. 14]**

    Total Fees:    $247,118.50
    Total Hours:   311.40

42.    This Matter Category includes time spent by K&E attorneys and paraprofessionals examining issues related to the Debtors' executory contracts and unexpired leases.  Among other things, K&E attorneys and paraprofessionals spent time:

    (a)    revising and, in certain circumstances, negotiating amendments to the Debtors' unexpired leases;

(b)  reviewing and analyzing executory contracts and unexpired leases for assumption and rejection purposes, including cure and rejection damages considerations;

(c)  communicating and negotiating with executory contract and unexpired lease counterparties regarding the assumption or rejection, as applicable, of their contracts and leases;

(d)  preparing and filing a motion seeking the rejection of certain of the Debtors' unexpired leases [Docket No. 173];

(e)  preparing and filing various pleadings regarding the closing of certain of the Debtors' stores and rejection of related real property and contracts [Docket Nos. 11, 12, 230, 386, 398, 630];

(f)  preparing, in coordination with the Debtors' other professionals, the Plan Supplement schedules listing the Debtors' assumed and rejected executory contracts and unexpired leases;

(g)  preparing and filing notices of cure amounts [Docket Nos. 499, 589]; and

(h)  analyzing and resolving issues and objections regarding cure amounts.

**(n)  Hearings [Matter No. 15]**

Total Fees:    $41,208.00
Total Hours:   47.70

43.  This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to preparing for and attending various hearings during the Fee Period (each a "Hearing" and, collectively, the "Hearings"), including preparing orders and exhibit binders related to the Hearings, settling orders before and after the Hearings, and corresponding with various parties in preparation for, and after the Hearings.  These services also included conferences to discuss multiple matters scheduled for a specific Hearing and coordinating Hearing logistics.

**(o)  Insurance [Matter No. 16]**

Total Fees:    $2,128.50
Total Hours:   2.40

44.  This Matter Category includes time spent by K&E attorneys during the Fee Period

analyzing insurance policies and ensuring the Debtors maintain sufficient coverage as required by chapter 11 operating guidelines.

### (p)    International Matters [Matter No. 17]

Total Fees:    $13,774.50
Total Hours:    15.90

45.    This Matter Category includes time spent by K&E attorneys during the Fee Period coordinating with and ensuring the retention of Canadian counsel in connection with recognition proceedings in Canada aimed at extending the reach of the orders issued in these chapter 11 cases to the Debtors' Canadian operations (the "Canadian Recognition Proceedings").  In addition, K&E attorneys spent time during the Fee Period reviewing the pleadings filed in the Canadian Recognition Proceedings.

### (q)    Retention & Fee Applications-K&E [Matter No. 18]

Total Fees:    $120,456.50
Total Hours:    245.70

46.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to the retention of K&E as the Debtors' counsel.  Specifically, K&E attorneys and paraprofessionals spent time:

(a)    preparing pleadings and a comprehensive conflict analysis necessary to obtain the order of the Court approving the employment of K&E to represent the Debtors;

(b)    implementing internally established procedures which require the continuous analysis of potential new conflicts;

(c)    preparing and distributing K&E's Monthly Fee Statements in accordance with the Interim Compensation Order; and

(d)    reviewing all time entries to ensure compliance with the Interim Compensation Order and applicable provisions of the Bankruptcy Code, and to make necessary redactions to preserve the confidentiality of the work performed for the Debtors.

  **(r)**  **Retention & Fee Applications-Non-K&E [Matter No. 19]**

     Total Fees: $7,678.00
     Total Hours: 10.20

47.  This Matter Category includes time spent by K&E attorneys providing services related to ensuring the retention of the Debtors' other professionals in these chapter 11 cases. Specifically, K&E attorneys spent time:

  (a)  coordinating with the Debtors and their other advisors with respect to ordinary course professional retentions and complying with the related disclosure requirements of applicable provisions of the Bankruptcy Code;

  (b)  advising the Debtors' other professional in connection with their retention and compensation in accordance with the Interim Compensation Order; and

  (c)  preparing, negotiating with the U.S. Trustee, and obtaining Court approval of the interim compensation procedures [Docket No. 294].

  **(s)**  **Schedules, SOFAs & MORs [Matter No. 20]**

     Total Fees: $32,949.50
     Total Hours: 42.40

48.  This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to advising the Debtors, and coordinating with AlixPartners LLP, Rust Consulting/Omni Bankruptcy, and other advisors in connection with the preparation, review, revision, and filing of the Debtors' schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules and Statements"), as well as amendments thereto. Moreover, K&E attorneys advised the Debtors regarding drafting the Schedules and Statements and accompanying global notes, attended conferences with the Debtors and their advisors regarding the same, and conferred and corresponded with the Debtors and other professionals regarding the monthly operating reports.

     **(t)**     **Tax Issues [Matter No. 21]**

        Total Fees:    $76,555.00
        Total Hours:  73.90

49.     This Matter Category includes time spent by K&E attorneys conducting legal research, preparing correspondence, and generally advising the Debtors on tax issues relating to or arising during these chapter 11 cases.  In addition, K&E attorneys assisted the Debtors during the Fee Period in connection with certain tax-related reports that were required to be issued pursuant to the Debtors' restructuring support agreement [Docket No. 439, Exhibit B], and were responsible for researching and analyzing certain tax issues with respect to the tax elements of the Plan.

     **(u)**     **Travel [Matter No. 22]**

        Total Fees:    $33,895.50
        Total Hours:  34.30

50.     This Matter Category includes time spent by K&E attorneys providing services relating to traveling in connection with their representation of the Debtors.  The amounts presented for review and the request for payment in the Fee Application reflect a reduction of one half the charges for travel time.

     **(v)**     **U.S. Trustee Communications [Matter No. 23]**

        Total Fees:    $13,364.00
        Total Hours:  15.60

51.     This Matter Category includes time spent by K&E attorneys preparing for and attending the Official Unsecured Creditors' Committee formation meeting, communicating with the U.S. Trustee regarding the Debtors' second day motions and orders, and attending the section 341 meeting with the U.S. Trustee.

**(w)**     **Use, Sale & Disposition of Property [Matter No. 24]**

      Total Fees:    $437.50
      Total Hours:  .50

52.     This Matter Category includes time spent by K&E attorneys providing services relating to the Debtors' property interests.

**(x)**     **Utilities [Matter No. 25]**

      Total Fees:    $4,491.50
      Total Hours:  7.30

53.     This Matter Category includes time spent by K&E attorneys resolving issues raised by the Debtors' utility providers and addressing matters surrounding adequate assurance.

## Actual and Necessary Expenses Incurred by K&E

54.     As set forth in **Exhibit H** attached hereto, and as summarized in **Exhibit F** attached hereto, K&E has incurred a total of $37,979.77 in expenses on behalf of the Debtors during the Fee Period. These charges are intended to reimburse K&E's direct operating costs,[6] which are not incorporated into the K&E hourly billing rates. K&E charges external copying and computer research at the provider's cost without markup. Only clients who actually use services of the types set forth in **Exhibit H** of this Fee Application are separately charged for such services. The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.

## Reasonable and Necessary Services Provided by K&E

**A.**     **Reasonable and Necessary Fees Incurred in Providing Services to the Debtors.**

55.     The foregoing professional services provided by K&E on behalf of the Debtors

---

[6]     Pursuant to the Retention Order, K&E did not charge the Debtors for the office supplies used in connection with K&E's representation of the Debtors during the Fee Period, and is not seeking reimbursement of those expenses in this Fee Application.

during the Fee Period were reasonable, necessary, and appropriate to the administration of these chapter 11 cases and related matters.

56.    Many of the services performed by partners and associates of K&E were provided by K&E's Restructuring Group.  K&E has a prominent practice in this area and enjoys a national and international reputation for its expertise in financial reorganizations and restructurings of troubled companies, with over 100 attorneys focusing on this area of the law.  The attorneys at K&E have historically represented either the debtor or the creditors' committee or have acted as special counsel in many large chapter 11 cases.

57.    In addition, due to the facts and circumstances of these chapter 11 cases, attorneys from K&E's litigation and tax groups were involved with K&E's representation of the Debtors. These practice groups also enjoy a national and international reputation for their expertise. Overall, K&E brings to these chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

**B.    Reasonable and Necessary Expenses Incurred in Providing Services to the Debtors.**

58.    The time constraints imposed by the circumstances of these chapter 11 cases required K&E attorneys and other employees to devote substantial time during the evenings and on weekends to perform services on behalf of the Debtors.  These services were essential to meet deadlines, respond to daily inquiries from various creditors and other parties in interest on a timely basis, and satisfy the demands of the Debtors' businesses and ensure the orderly administration of their estates.  Consistent with firm policy, and as further disclosed in the Retention Application, K&E attorneys and other K&E employees who worked late in the evenings or on weekends were reimbursed for their reasonable meal and transportation costs.  K&E's regular practice is not to include components for those charges in overhead when establishing billing rates, but rather to

24

charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of the rendition of legal services.

59.     In addition, due to the location of the Debtors' businesses, co-counsel, creditors, and other parties in interest in relation to K&E's offices, frequent telephone conferences involving numerous parties were required.  On many occasions, the exigencies and circumstances of these chapter 11 cases required overnight delivery of documents and other materials.  The disbursements for such services are not included in K&E's overhead for the purpose of setting billing rates and K&E has made every effort to minimize its disbursements in these chapter 11 cases.  The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors in these chapter 11 cases.

60.     Among other things, K&E makes sure that all overtime meals, travel meals, hotel rates, and airfares are reasonable and appropriate expenses for which to seek reimbursement. Specifically, K&E regularly reviews its bills to ensure that the Debtors are only billed for services that were actual and necessary and, where appropriate, prorates expenses.  In that regard, K&E will waive certain fees and reduce its expenses if necessary.  In the Fee Period, K&E voluntarily reduced its fees by $293,607.50 and expenses by $6,712.08.  Consequently, K&E does not seek payment of such fees or reimbursement of such expenses in the Fee Application.

### K&E's Requested Compensation and Reimbursement Should Be Allowed

61.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including—

(a)     the time spent on such services;

(b)     the rates charged for such services;

(c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

(e)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

62.     K&E respectfully submits that the services for which it seeks compensation in this Fee Application were, at the time rendered, necessary for and beneficial to the Debtors and their estates and were rendered to protect and preserve the Debtors' estates.  K&E further believes that it performed the services for the Debtors economically, effectively, and efficiently, and the results obtained benefited not only the Debtors, but also the Debtors' estates and the Debtors' constituents. K&E further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

63.     During the course of these chapter 11 cases, K&E's hourly billing rates for attorneys ranged from $575 to $1,795.  The hourly rates and corresponding rate structure utilized by K&E in these chapter 11 cases are equivalent to the hourly rates and corresponding rate structure used by K&E for restructuring, workout, bankruptcy, insolvency, and comparable matters, and similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  K&E strives to be efficient in the

staffing of matters.  These rates and the rate structure reflect that such matters are typically national in scope and involve great complexity, high stakes, and severe time pressures—all of which were present in these chapter 11 cases.

64.     Moreover, K&E's hourly rates are set at a level designed to compensate K&E fairly for the work of its attorneys and paraprofessionals and to cover certain fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

65.     In sum, K&E respectfully submits that the professional services provided by K&E on behalf of the Debtors and their estates during these chapter 11 cases were necessary and appropriate given the complexity of these chapter 11 cases, the time expended by K&E, the nature and extent of K&E's services provided, the value of K&E's services, and the cost of comparable services outside of bankruptcy, all of which are relevant factors set forth in section 330 of the Bankruptcy Code.  Accordingly, K&E respectfully submits that approval of the compensation sought herein is warranted and should be approved.

66.     No previous application for the relief sought herein has been made to this or any other Court.

## Reservation of Rights and Notice

67.     It is possible that some professional time expended or expenses incurred during the Fee Period are not reflected in the Fee Application.  Kirkland reserves the right to include such amounts in addendums to this Fee Application.  In addition, the Debtors have provided notice of this Fee Application to:  (a) the U.S. Trustee; (b) counsel to the Official Unsecured Creditors Committee; (c) counsel to the DIP ABL Agent and the Prepetition ABL Agent; (d) counsel to the DIP Term Loan Agent; (e) counsel to the Ad Hoc Group of Prepetition Term Loan Lenders; and

(f) those persons who have formally appeared and requested service in these cases pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").

68.     Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on the affected professional and the Notice Parties so that it is actually received on or before June 29, 2018.

## No Prior Request

69.     No prior application for the relief requested herein has been made to this or any other court.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, K&E respectfully requests that the Court enter the Order (a) approving on a final basis the fees and expenses for which the Debtors have already received payment pursuant to the Monthly Fee Statements; (b) approving and awarding K&E final compensation for professional and paraprofessional services provided in the amount of $2,568,631.00, and reimbursement of actual, reasonable and necessary expenses incurred in the amount of $37,979.77, which amounts represent the entirety of the March/April Fees and Expenses, as well as the 20% holdback for the period from December 11, 2017 through February 28, 2018 (as reflected in the Monthly Fee Statements); (c) authorizing and directing the Debtors, and, as applicable, the reorganized Debtors, to remit payment to K&E for such fees and expenses to the extent not paid as of the date of entry of the Order; and (d) granting such other relief as is appropriate under the circumstances.

Dated:  June 7, 2018

/s/ Joshua A. Sussberg
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Christopher T. Greco (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

-and-

James H.M. Sprayregen, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Co-Counsel for the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Joshua A. Sussberg, P.C. Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) | Case No. 17-12906 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## DECLARATION OF JOSHUA A. SUSSBERG, P.C. IN SUPPORT OF THE FINAL FEE APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM DECEMBER 11, 2017 THROUGH AND INCLUDING APRIL 23, 2018

I, Joshua A. Sussberg, P.C., being duly sworn, state the following under penalty of perjury:

1.    I am the president of Joshua A. Sussberg P.C., a partner in the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, "K&E").[2]  I am one of the lead attorneys from K&E working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in United States District Court for the State of New York.  There are no disciplinary proceedings pending against me.

2.    I have read the foregoing final fee application of K&E, attorneys for the Debtors, for the Fee Period (the "Fee Application").  To the best of my knowledge, information and belief,

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS, Inc. (3302).  The location of the Debtors' service address is: 6001 Savoy Drive 4th Floor, Houston, Texas 77036.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

the statements contained in the Fee Application are true and correct.  In addition, I believe that the

Fee Application complies with Local Bankruptcy Rule 2016-2.

    3.      In connection therewith, I hereby certify that:

        a)      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

        b)      except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by K&E and generally accepted by K&E's clients.  In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' cases;

        c)      K&E is seeking compensation with respect to the approximately 44.70 hours and $32,342.50 in fees spent reviewing or revising time records, including for privileged or confidential information, and preparing, reviewing, and revising invoices;[3]

        d)      in providing a reimbursable expense, K&E does not make a profit on that expense, whether the service is performed by K&E in-house or through a third party;

        e)      in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between K&E and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

        f)      all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

---

[3]    This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  June 7, 2018

Respectfully submitted,

*/s/ Joshua A. Sussberg*
Joshua A. Sussberg, P.C.
as President of Joshua A. Sussberg , P.C., as
Partner of Kirkland & Ellis LLP; and as Partner
of Kirkland & Ellis International LLP

**<u>Exhibit B</u>**

**Retention Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CHARMING CHARLIE HOLDINGS INC., *et al.*,[1] | ) Case No. 17-12906 (CSS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 171** |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
## KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP
## AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE
## *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order") authorizing the Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective *nunc pro tunc* to the Petition Date, pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9013-1(f) of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"); and the Court having reviewed the Application, the Declaration of Joshua A. Sussberg, the president of Joshua A. Sussberg, P.C., a partner of Kirkland & Ellis LLP, and a partner of Kirkland & Ellis International LLP (the "Sussberg Declaration"), and the declaration of Robert Adamek, the Senior Vice President and Chief Financial Officer of Charming Charlie

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Charming Charlie Canada LLC (0693); Charming Charlie Holdings Inc. (6139); Charming Charlie International LLC (5887); Charming Charlie LLC (0263); Charming Charlie Manhattan LLC (7408); Charming Charlie USA, Inc. (3973); and Poseidon Partners CMS Inc. (3302). The location of the Debtors' service address is: 5999 Savoy Drive, Houston, Texas 77036.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

Holdings Inc. (the "Adamek Declaration"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found based on the representations made in the Application and in the Sussberg Declaration that (a) Kirkland does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Application is granted to the extent set forth herein.

2.      The Debtors are authorized to retain and employ Kirkland as their attorneys *nunc pro tunc* to the Petition Date in accordance with the terms and conditions set forth in the Application and in the Engagement Letter attached hereto as **Exhibit 1**.

2

3.    Kirkland is authorized to provide the Debtors with the professional services as described in the Application and the Engagement Letter.  Specifically, but without limitation, Kirkland will render the following legal services:

a.    advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

b.    advising and consulting on their conduct during these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.    attending meetings and negotiating with representatives of creditors and other parties in interest;

d.    taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.    preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.    representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.    advising the Debtors in connection with any potential sale of assets;

h.    appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.    advising the Debtors regarding tax matters;

j.    taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.    performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including:  (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors; and (iii) advising the Debtors on corporate and litigation matters.

4. Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "Revised UST Guidelines"), both in connection with the Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

5. Notwithstanding anything in the Engagement Letter to the contrary, Kirkland shall apply any remaining amounts of its prepetition advance payment retainers as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to an order of the Court awarding fees and expenses to Kirkland. Kirkland is authorized without further order of the Court to reserve and apply amounts from the prepetition advance payment retainers that would otherwise be applied toward payment of postpetition fees and expenses as are necessary and appropriate to compensate and reimburse Kirkland for fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practices.

6. Notwithstanding anything to the contrary in the Application, the Engagement Letter, the Declarations attached to the Application, or any order entered in connection therewith, Kirkland shall not seek reimbursement of expenses for office supplies.

7. Notwithstanding anything to the contrary in the Application, the Engagement Letter, or the Declarations attached to the Application, the reimbursement provisions allowing

the reimbursement of fees and expenses incurred in connection with participating in, preparing for, or responding to any action, claim, suit, or proceeding brought by or against any party that relates to the legal services provided under the Engagement Letter and fees for defending any objection to Kirkland's fee applications under the Bankruptcy Code are not approved.

8.     Kirkland shall not charge a markup to the Debtors with respect to fees billed by contract attorneys who are employed by outside agencies that contract with Kirkland to provide services to the Debtors without prior agreement of the U.S. Trustee or further order of this Court. Kirkland shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules. For the avoidance of doubt, Kirkland shall not share fees with existing or future contract attorneys who are employed by outside agencies that contract with Kirkland and that advise on the Debtors' chapter 11 cases or enter into fee sharing arrangements with such contract attorneys without prior agreement of the U.S. Trustee or further order of this Court.

9.     Kirkland shall make all reasonable efforts to avoid the duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

10.     Kirkland shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Letter are implemented and shall file such notice with the Court; *provided*, *however*, that in the event that the Kirkland attorneys responsible for this matter do not have sufficient advance notice of such rate increases, Kirkland shall provide notice to the Debtors, the U.S. Trustee, and the Creditors' Committee as soon as practicable after the information regarding rate increases becomes available to the Kirkland attorneys responsible for this matter. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the

reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

11.    The Debtors and Kirkland are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

12.    Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

13.    To the extent the Application, the Sussberg Declaration, the Adamek Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

14.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

15.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:    1/9    , 2018
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

6

# Exhibit C

## Engagement Letter

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

Joshua A. Sussberg, P.C.
To Call Writer Directly:
(212) 446-4829
joshua.sussberg@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

October 16, 2017

Mr. Charlie Chanaratsopon
Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Re:    Retention to Provide Legal Services

Dear Mr. Chanaratsopon:

We are very pleased that you have asked us to represent Charming Charlie (collectively, "Client") in connection with a potential restructuring. Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venturer of Client or of any other entity.

**General Terms.** This retention letter (this "Agreement") sets forth the terms of Client's retention of Kirkland & Ellis LLP (and its affiliated entity Kirkland & Ellis International LLP (collectively, the "Firm")) to provide legal services and constitutes an agreement between the Firm and Client (the "Parties"). This Agreement sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "Engagement"), except where the Parties otherwise agree in writing.

**Fees.** The Firm will bill Client for fees incurred at its regular hourly rates and in quarterly increments of an hour (or in smaller time increments as otherwise required by a court). The Firm reserves the right to adjust the Firm's billing rates from time to time in the ordinary course of the Firm's representation of Client.

Although the Firm will attempt to estimate fees to assist Client in Client's planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

**Expenses.** Expenses related to providing services shall be included in the Firm's statements as disbursements advanced by the Firm on Client's behalf. Such expenses include photocopying, printing, scanning, witness fees, travel expenses, filing and recording fees, certain secretarial overtime, and other overtime expenses, postage, express mail, and messenger charges, deposition costs, computerized legal research charges, and other computer services, and

# KIRKLAND & ELLIS LLP

Mr. Charlie Chanaratsopon
October 16, 2017
Page 2

miscellaneous other charges. Client shall pay directly (and is solely responsible for) certain larger costs, such as consultant or expert witness fees and expenses, and outside suppliers' or contractors' charges, unless otherwise agreed by the Parties. By executing this Agreement below, Client agrees to pay for all charges in accordance with the Firm's schedule of charges, a copy of which is attached hereto at Schedule 1, as revised from time to time.

**Billing Procedures.** The Firm's statements of fees and expenses are typically delivered monthly, but the Firm reserves the right to alter the timing of delivering its statements depending on circumstances. Client may have the statement in any reasonable format it chooses, but the Firm will select an initial format for the statement unless Client otherwise requests in writing. Depending on the circumstances, however, estimated or summary statements may be provided, with time and expense details to follow thereafter.

**Retainer.** Client agrees to provide to the Firm an "advance payment retainer," as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct, *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007), and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited therein), in the amount of $100,000.00. In addition, Client agrees to provide one or more additional advance payment retainers upon request by the Firm so that the amount of any advance payment retainers remains at or above the Firm's estimated fees and expenses. The Firm may apply the advance payment retainers to any outstanding fees as services are rendered and to expenses as they are incurred. Client understands and acknowledges that any advance payment retainers are earned by the Firm upon receipt, any advance payment retainers become the property of the Firm upon receipt, Client no longer has a property interest in any advance payment retainers upon the Firm's receipt, any advance payment retainers will be placed in the Firm's general account and will not be held in a client trust account, and Client will not earn any interest on any advance payment retainers; provided, however, that solely to the extent required under applicable law, at the conclusion of the Engagement, if the amount of any advance payment retainers held by the Firm is in excess of the amount of the Firm's outstanding and estimated fees, expenses, and costs, the Firm will pay to Client the amount by which any advance payment retainers exceed such fees, expenses, and costs. Client further understands and acknowledges that the use of advance payment retainers is an integral condition of the Engagement, and is necessary to ensure that: Client continues to have access to the Firm's services; the Firm is compensated for its representation of Client; the Firm is not a pre-petition creditor in the event of a Restructuring Case; and that in light of the foregoing, the provision of the advance payment retainers is in Client's best interests. The fact that Client has provided the Firm with an advance payment retainer does not affect Client's right to terminate the client-lawyer relationship.

Please be advised that there is another type of retainer known as a "security retainer," as defined in *Dowling v. Chicago Options Assoc.*, 875 N.E.2d at 1018, and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited

# KIRKLAND & ELLIS LLP

Mr. Charlie Chanaratsopon
October 16, 2017
Page 3

therein). A security retainer remains the property of the client until the lawyer applies it to charges for services that are actually rendered and expenses that are incurred. Any unearned funds are then returned to the client. In other circumstances not present here, the Firm would consider a security retainer and Client's funds would be held in the Firm's segregated client trust account until applied to pay fees and expenses. Funds in a security retainer, however, can be subject to claims of Client's creditors and, if taken by creditors, may leave Client unable to pay for ongoing legal services, which may result in the Firm being unable to continue the Engagement. Moreover, a security retainer creates clawback risks for the Firm in the event of an insolvency proceeding. The choice of the type of retainer to be used is Client's choice alone, but for the Engagement and for the reasons set forth above, the Firm is unwilling to represent Client in the Engagement without using the advance payment retainer.

**Termination.** The Engagement may be terminated by either Party at any time by written notice by or to Client. The Engagement will end at the earliest of (a) Client's termination of the Engagement, (b) the Firm's withdrawal, and (c) the substantial completion of the Firm's substantive work. If permission for withdrawal is required by a court, the Firm shall apply promptly for such permission, and termination shall coincide with the court order for withdrawal. If this Agreement or the Firm's services are terminated for any reason, such termination shall be effective only to terminate the Firm's services prospectively and all the other terms of this Agreement shall survive any such termination.

Upon cessation of the Firm's active involvement in a particular matter (even if the Firm continues active involvement in other matters on Client's behalf), the Firm will have no further duty to inform Client of future developments or changes in law as may be relevant to such matter. Further, unless the Parties mutually agree in writing to the contrary, the Firm will have no obligation to monitor renewal or notice dates or similar deadlines that may arise from the matters for which the Firm had been retained.

**Cell Phone and E-Mail Communication.** The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by cell telephone, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss privileged matters on cell telephones with Client or Client's professionals or agents.

The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by unencrypted e-mail, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and Client or Client's professionals or agents.

# KIRKLAND & ELLIS LLP

Mr. Charlie Chanaratsopon
October 16, 2017
Page 4

**File Retention.**  All records and files will be retained and disposed of in compliance with the Firm's policy in effect from time to time.  Subject to future changes, it is the Firm's current policy generally not to retain records relating to a matter for more than five years.  Upon Client's prior written request, the Firm will return client records that are Client's property to Client prior to their destruction.  It is not administratively feasible for the Firm to advise Client of the closing of a matter or the disposal of records.  The Firm recommends, therefore, that Client maintain Client's own files for reference or submit a written request for Client's client files promptly upon conclusion of a matter.  Notwithstanding anything to the contrary herein, Client acknowledges and agrees that any applicable privilege of Client (including any attorney-client and work product privilege or any duty of confidentiality) (collectively, the "Privileges") belongs to Client alone and not to any successor entity (including without limitation the Client after a change in control or other similar restructuring or non-restructuring transaction (including without limitation a reorganized Client after the effective date of a plan of reorganization), whether through merger, asset or equity sale, business combination, or otherwise, irrespective of whether such transaction occurs in a Restructuring Case or on an out-of-court basis (in each case, a "Transaction")).  Client hereby waives any right, title, and interest of such successor entity to all information, data, documents, or communications in any format covered by the Privileges that is in the possession of the Firm ("Firm Materials"), to the extent that such successor entity had any right, title, and interest to such Firm Materials.  For the avoidance of doubt, Client agrees and acknowledges that after a Transaction, such successor entity shall have no right to claim or waive the Privileges or request the return of any such Firm Materials; instead, such Firm Materials shall remain in the Firm's sole possession and control for its exclusive use, and the Firm will (a) not waive any Privileges or disclose the Firm Materials, (b) take all reasonable steps to ensure that the Privileges survive and remain in full force and effect, and (c) assert the Privileges to prevent disclosure of any Firm Materials.

**Conflicts of Interest.**  As is customary for a law firm of the Firm's size, there are numerous business entities, with which Client currently has relationships, that the Firm has represented or currently represents in matters unrelated to Client.

Further, in undertaking the representation of Client, the Firm wants to be fair not only to Client's interests but also to those of the Firm's other clients.  Because Client is engaged in activities (and may in the future engage in additional activities) in which its interests may diverge from those of the Firm's other clients, the possibility exists that one of the Firm's current or future clients may take positions adverse to Client (including litigation or other dispute resolution mechanisms) in a matter in which the Firm may be retained.  In the event a present conflict of interest exists between Client and the Firm's other clients or in the event one arises in the future, Client agrees to waive any such conflict of interest or other objection that would preclude the Firm's representation of another client (a) in other current or future matters substantially unrelated to the Engagement or (b) other than during a Restructuring Case (as defined below), in other matters related to Client (including in litigation, arbitration or other dispute resolution

## KIRKLAND & ELLIS LLP

Mr. Charlie Chanaratsopon
October 16, 2017
Page 5

mechanisms).  Client also agrees that the Firm's representation in the Engagement is solely of Client and that no member or other entity or person related to it (such as a shareholder, director, officer, partner, employee, or joint venturer) has the status of a client for conflict of interest purposes.

The Firm informs Client that certain entities owned by current or former Firm attorneys and senior staff ("attorney investment entities") have investments in funds or companies that may, directly or indirectly, be affiliated with Client, hold investments in Client's debt or equity securities, or conduct commercial transactions with Client (each, a "Passive Holding").  The attorney investment entities are passive and have no management or other control rights in such funds or companies.  The Firm notes that other persons may in the future assert that a Passive Holding creates, in certain circumstances, a conflict between the Firm's exercise of its independent professional judgment in rendering advice to Client and the financial interest of Firm attorneys participating in the attorney investment entities, and such other persons might seek to limit Client's ability to use the Firm to advise Client on a particular matter.  While the Firm cannot control what a person might assert or seek, the Firm believes that the Firm's judgment will not be compromised by virtue of any Passive Holding.  Please let us know if Client has any questions or concerns regarding the Passive Holdings.  By executing this letter, Client acknowledges the Firm's disclosure of the foregoing.

**Restructuring Cases**.  If it becomes necessary for Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition.  If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as lead restructuring counsel.  In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule").  The Firm will give Client a draft of the Disclosure Schedule once it is available.  Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

**No Guarantee of Success.**  It is impossible to provide any promise or guarantee about the outcome of Client's matters.  Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee.  Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

# KIRKLAND & ELLIS LLP

Mr. Charlie Chanaratsopon
October 16, 2017
Page 6

**Consent to Use of Information.** In connection with future materials that, for marketing purposes, describe facets of the Firm's law practice and recite examples of matters the Firm handles on behalf of clients, Client agrees that, if those materials avoid disclosing Client's confidences and secrets as defined by applicable ethical rules, they may identify Client as a client, may contain factual synopses of Client's matters, and may indicate generally the results achieved.

**Reimbursement of Fees and Expenses.** Client agrees to promptly reimburse the Firm for all internal or external fees and expenses, including the amount of the Firm's attorney and paralegal time at normal billing rates, as incurred by the Firm in connection with participating in, preparing for, or responding to any action, claim, objection, suit, or proceeding brought by or against any third-party that relates to the legal services provided by the Firm under this Agreement. Without limiting the scope of the foregoing, and by way of example only, this paragraph extends to all such fees and expenses incurred by the Firm: in responding to document subpoenas, and preparing for and testifying at depositions and trials; and with respect to the filing, preparation, prosecution or defense of any applications by the Firm for approval of fees and expenses in a judicial, arbitral, or similar proceeding. Further, Client understands, acknowledges, and agrees that in connection with a Restructuring Case, if Client has not objected to the payment of a Firm invoice or to a Firm fee and expense application, has in fact paid such invoice, or has approved such fee and expense application, then Client waives its right (and the right of any successor entity as a result of a Transaction or otherwise) to subsequently object to the payment of fees and expenses covered by such invoice or fee application.

**LLP.** Kirkland & Ellis LLP is a limited liability partnership organized under the laws of Illinois, and Kirkland & Ellis International LLP is a limited liability partnership organized under the laws of Delaware. Pursuant to those statutory provisions, an obligation incurred by a limited liability partnership, whether arising in tort, contract or otherwise, is solely the obligation of the limited liability partnership, and partners are not personally liable, directly or indirectly, by way of indemnification, contribution, assessment or otherwise, for such obligation solely by reason of being or so acting as a partner.

**Governing Law.** This Agreement shall be governed by, and construed in accordance with, the laws of the State of Illinois, without giving effect to the conflicts of law principles thereof.

**Miscellaneous.** This Agreement sets forth the Parties' entire agreement for rendering professional services. It can be amended or modified only in writing and not orally or by course of conduct. Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding. This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it. If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement

# KIRKLAND & ELLIS LLP

Mr. Charlie Chanaratsopon
October 16, 2017
Page 7

which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable. Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client, including without limitation the reorganized Client upon and after the effective date of a plan of reorganization in a Restructuring Case.

This Agreement is the product of arm's-length negotiations between sophisticated parties, and Client acknowledges that it is experienced with respect to the retention of legal counsel. Therefore, the Parties acknowledge and agree that any otherwise applicable rule of contract construction or interpretation which provides that ambiguities shall be construed against the drafter (and all similar rules of contract construction or interpretation) shall not apply to this Agreement. The Parties further acknowledge that the Firm is not advising Client with respect to this Agreement because the Firm would have a conflict of interest in doing so, and that Client has consulted (or had the opportunity to consult) with legal counsel of its own choosing. Client further acknowledges that Client has entered into this Agreement and agreed to all of its terms and conditions voluntarily and fully-informed, based on adequate information and Client's own independent judgment. The Parties further acknowledge that they intend for this Agreement to be effective and fully enforceable upon its execution and to be relied upon by the Parties.

\* \* \*

# KIRKLAND & ELLIS LLP

Mr. Charlie Chanaratsopon
October 16, 2017
Page 8

Please confirm Client's agreement with the arrangements described in this letter by signing below and returning it to me via fax: (212) 446-4900.

Very truly yours,

KIRKLAND & ELLIS LLP

By: _____

Printed Name: Joshua A. Sussberg, P.C.
Title: Partner

Agreed and accepted this _16th_ day of October, 2017

Charming Charlie

By: _____

Name: ~~Charlie Chanaratsopon~~  Rob Adamek
Title: ~~CEO~~ CFO

Mr. Charlie Chanaratsopon
October 16, 2017
Page No. 1

## KIRKLAND & ELLIS LLP

## CLIENT-REIMBURSABLE EXPENSES AND OTHER CHARGES

*Effective 01/01/2017*

The following outlines Kirkland & Ellis LLP's ("K&E LLP") policies and standard charges for various services performed by K&E LLP and/or by other third parties on behalf of the client which are often ancillary to our legal services. Services provided by in-house K&E LLP personnel are for the convenience of our clients. Given that these services are often ancillary to our legal services, in certain instances it may be appropriate and/or more cost efficient for these services to be outsourced to a third-party vendor. If services are provided beyond those outlined below, pricing will be based on K&E LLP's approximate cost and/or comparable market pricing.

- **Duplicating, Reprographics and Printing**: The following list details K&E LLP's charges for duplicating, reprographics and printing services:

  ‣ Black and White Copy or Print (all sizes of paper):
    - $0.16 per impression for all U.S. offices
    - €0.10 per impression in Munich
    - £0.15 per impression in London
    - HK$1.50 per impression in Hong Kong
    - RMB1.00 per impression in Beijing and Shanghai
  ‣ Color Copy or Print (all sizes of paper):
    - $0.55 per impression
  ‣ Scanned Images:
    - $0.16 per page for black and white or color scans
  ‣ Other Services:
    - CD/DVD Duplicating or Mastering - $7/$10 per CD/DVD
    - Binding - $0.70 per binding
    - Large or specialized binders - $13/$27
    - Tabs - $0.13 per item
    - OCR/File Conversion - $0.03 per page
    - Production Blowbacks - $0.10 per page for electronic batch printing over 500 pages
    - Large Format Printing - $1.00 per sq. ft.

- **Secretarial and Word Processing**: Clients are not charged for secretarial and word processing activities incurred on their matters during standard business hours.

- **Overtime Charges**: Clients will be charged for overtime costs for secretarial and document services work if either (i) the client has specifically requested the after-hours work or (ii) the nature of the work being done for the client necessitates out-of-hours overtime and such work could not have been done during normal working

1

Mr. Charlie Chanaratsopon
October 16, 2017
Page No. 2

hours.  If these conditions are satisfied, costs for related overtime meals and transportation also will be charged.

- **Travel Expenses:**  We charge clients our out-of-pocket costs for travel expenses including associated travel agency fees.  We charge coach fares (business class for international flights) unless the client has approved business-class, first-class or an upgrade.  K&E LLP personnel are instructed to incur only reasonable airfare, hotel and meal expenses.  K&E LLP negotiates, uses, and passes along volume discount hotel and air rates whenever practicable.  However, certain retrospective rebates may not be passed along.

- **Catering Charges:**  Clients will be charged for any in-house catering service provided in connection with client matters.

- **Communication Expenses:**  We do not charge clients for telephone calls or faxes made from K&E LLP's offices with the exception of third-party conference calls and videoconferences.

  Charges incurred for conference calls, videoconferences, cellular telephones, and calls made from other third-party locations will be charged to the client at the actual cost incurred.  Further, other telecommunication expenses incurred at third-party locations (e.g., phone lines at trial sites, Internet access, etc.) will be charged to the client at the actual cost incurred.

- **Overnight Delivery/Postage:**  We charge clients for the actual cost of overnight and special delivery (e.g., Express Mail, FedEx, and DHL), and U.S. postage for materials mailed on the client's behalf.  K&E LLP negotiates, uses, and passes along volume discount rates whenever practicable.

- **Messengers:**  We charge clients for the actual cost of a third party vendor messenger.  Where a K&E LLP in-house messenger is used, we charge clients a standard transaction charge plus applicable cab fare.

- **Library Research Services:**  Library Research staff provides research and document retrieval services at the request of attorneys, and clients are charged per hour for these services.  Any expenses incurred in connection with the request, such as outside retrieval service or online research charges, are passed on to the client at cost, including any applicable discounts.

- **Online Research Charges:**  K&E LLP charges for costs incurred in using third-party online research services in connection with a client matter.  K&E LLP negotiates and uses discounts or special rates for online research services whenever possible and practicable and passes through the full benefit of any savings to the client based on actual usage.

2

Mr. Charlie Chanaratsopon
October 16, 2017
Page No. 3

- **Inter-Library Loan Services:** Our standard client charge for inter-library loan services when a K&E LLP library employee borrows a book from an outside source is $25 per title. There is no client charge for borrowing books from K&E LLP libraries in other cities or from outside collections when the title is part of the K&E LLP collection but unavailable.

- **Off-Site Legal Files Storage:** Clients are not charged for off-site storage of files unless the storage charge is approved in advance.

- **Electronic Data Storage:** K&E LLP will not charge clients for costs to store electronic data and files on K&E LLP's systems if the data stored does not exceed 100 gigabytes (GB). If the data stored for a specific client exceeds 100GB, K&E LLP will charge clients $4.00 per month/per GB for all network data stored until the data is either returned to the client or properly disposed of. For e-discovery data on the Relativity platform, K&E LLP will also charge clients $4.00 per month/per GB until the data is either returned to the client or properly disposed of.

- **Calendar Court Services:** Our standard charge is $25 for a court filing and other court services or transactions.

- **Supplies:** There is no client charge for standard office supplies. Clients are charged for special items (e.g., a minute book, exhibit tabs/indexes/dividers, binding, etc.) and then at K&E LLP's actual cost.

- **Contract Attorneys and Contract Non-Attorney Billers:** If there is a need to utilize a contract attorney or contract non-attorney on a client engagement, clients will be charged a standard hourly rate for these billers unless other specific billing arrangements are agreed between K&E LLP and client.

- **Expert Witnesses, Experts of Other Types, and Other Third Party Consultants:** If there is a need to utilize an expert witness, expert of other type, or other third party consultant such as accountants, investment bankers, academicians, other attorneys, etc. on a client engagement, clients will be requested to retain or pay these individuals directly unless specific billing arrangements are agreed between K&E LLP and client.

- **Third Party Expenditures:** Third party expenditures (e.g., corporate document and lien searches, lease of office space at Trial location, IT equipment rental, SEC and regulatory filings, etc.) incurred on behalf of a client, will be passed through to the client at actual cost. If the invoice exceeds $50,000, it is K&E LLP's policy that wherever possible such charges will be directly billed to the client. In those circumstances where this is not possible, K&E LLP will seek reimbursement from our client prior to paying the vendor.

Unless otherwise noted, charges billed in foreign currencies are determined annually based on current U.S. charges at an appropriate exchange rate.

3

**Exhibit D**

**Voluntary Rate Disclosures**

- The blended hourly rate for all K&E domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period ending on April 30, 2018 (the "Comparable Period") was, in the aggregate, approximately $817.75 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all K&E timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $767.21 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at K&E | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $1,111.32 | $1,107.68 |
| Associates | $785.31 | $710.97 |
| Law Clerk | $305.00 | $315.93 |
| Paralegal | $378.82 | $316.16 |
| Junior Paralegal | $227.26 | $209.62 |
| Support Staff | $248.93 | $291.36 |
| **Total** | **$767.21** | **$817.75** |

---

[1]    It is the nature of K&E's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within K&E's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which K&E domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by K&E domestic timekeepers who work primarily within K&E's Restructuring Group.

[2]    K&E calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3]    K&E calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

**<u>Exhibit E</u>**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Thad Davis | Partner | Taxation | 2005 | 8,550.00 | 7.60 | 1 | 1,125.00 | 1,125.00 | 8,550.00 |
| | | | | 51,499.50 | 41.70 | | 1,235.00 | 1,125.00 | 46,912.50 |
| William A Levy, P.C. | Partner | Taxation | 1988 | 755.00 | 0.50 | N/A | 1,510.00 | 1,510.00 | 755.00 |
| David M Nemecek, P.C. | Partner | Corporate - Debt Finance | 2003 | 6,349.50 | 5.10 | 1 | 1,245.00 | 1,245.00 | 6,349.50 |
| | | | | 6,696.00 | 4.80 | | 1,395.00 | 1,245.00 | 5,976.00 |
| Scott D Price | Partner | Executive Compensation | 1998 | 737.50 | 0.50 | 1 | 1,475.00 | 1,475.00 | 737.50 |
| | | | | 3,244.50 | 2.10 | | 1,545.00 | 1,475.00 | 3,097.50 |
| Anna G Rotman, P.C. | Partner | Litigation - General | 2004 | 9,320.00 | 8.00 | 1 | 1,165.00 | 1,165.00 | 9,320.00 |
| | | | | 18,278.00 | 14.80 | | 1,235.00 | 1,165.00 | 17,242.00 |
| Joshua A Sussberg, P.C. | Partner | Restructuring | 2004 | 28,876.50 | 20.70 | 1 | 1,395.00 | 1,395.00 | 28,876.50 |
| | | | | 34,780.00 | 23.50 | | 1,480.00 | 1,395.00 | 32,782.50 |
| Michael Esser | Partner | Litigation - General | 2009 | 76,524.50 | 79.30 | 1 | 965.00 | 965.00 | 76,524.50 |
| | | | | 221,853.50 | 212.30 | | 1,045.00 | 965.00 | 204,869.50 |
| John T Goldman | Partner | Real Estate | 2002 | 4,882.50 | 4.50 | N/A | 1,085.00 | 1,085.00 | 4,882.50 |
| Christopher T Greco | Partner | Restructuring | 2008 | 582.50 | 0.50 | N/A | 1,165.00 | 1,165.00 | 582.50 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 2,024.00 | 1.60 | N/A | 1,265.00 | 1,265.00 | 2,024.00 |
| Edward B Holzwanger | Partner | Labor & Employment | 2004 | 547.50 | 0.50 | N/A | 1,095.00 | 1,095.00 | 547.50 |
| William T Pruitt | Partner | Litigation - General | 2004 | 1,193.50 | 1.10 | N/A | 1,085.00 | 1,085.00 | 1,193.50 |
| Michael A Schulman | Partner | Labor & Employment | 2012 | 490.00 | 0.50 | N/A | 980.00 | 980.00 | 490.00 |
| Jennifer Sheehan | Partner | Real Estate | 2009 | 527.50 | 0.50 | 1 | 1,055.00 | 1,055.00 | 527.50 |
| | | | | 1,243.00 | 1.10 | | 1,130.00 | 1,055.00 | 1,160.50 |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 4,582.50 | 3.90 | N/A | 1,175.00 | 1,175.00 | 4,582.50 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 91,599.50 | 109.70 | 1 | 835.00 | 835.00 | 91,599.50 |
| | | | | 511,787.50 | 584.90 | | 875.00 | 835.00 | 488,391.50 |
| Ian Craig | Associate | Real Estate | 2014 | 181.00 | 0.20 | 1 | 905.00 | 905.00 | 181.00 |
| | | | | 285.00 | 0.30 | | 950.00 | 905.00 | 271.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Mohsen Ghazi | Associate | Taxation | 2017 | 5,040.00 | 9.00 | 1 | 560.00 | 560.00 | 5,040.00 |
| | | | | 12,554.50 | 21.10 | | 595.00 | 560.00 | 11,816.00 |
| Austin G Glassman | Associate | Corporate - Debt Finance | 2013 | 27,695.00 | 29.00 | 1 | 955.00 | 955.00 | 27,695.00 |
| | | | | 155,120.50 | 155.90 | | 995.00 | 955.00 | 148,884.50 |
| Gene Goldmintz | Associate | Restructuring | 2016 | 3,675.00 | 5.00 | 1 | 735.00 | 735.00 | 3,675.00 |
| | | | | 150,766.00 | 195.80 | | 770.00 | 735.00 | 143,913.00 |
| Austin Klar | Associate | Litigation - General | 2013 | 20,111.00 | 23.80 | 1 | 845.00 | 845.00 | 20,111.00 |
| | | | | 68,676.00 | 77.60 | | 885.00 | 845.00 | 65,572.00 |
| David Moore | Associate | Corporate - General | 2015 | 2,310.00 | 3.00 | 1 | 770.00 | 770.00 | 2,310.00 |
| | | | | 9,779.00 | 12.70 | | 770.00 | 770.00 | 9,779.00 |
| Rachael J Morgan | Associate | IP Litigation | 2015 | 9,234.00 | 11.40 | 1 | 810.00 | 810.00 | 9,234.00 |
| | | | | 49,300.00 | 58.00 | | 850.00 | 810.00 | 46,980.00 |
| Brett Newman | Associate | Restructuring | 2016 | 9,675.00 | 15.00 | 1 | 645.00 | 645.00 | 9,675.00 |
| | | | | 101,182.50 | 149.90 | | 675.00 | 645.00 | 96,685.50 |
| Madeleine C Parish | Associate | Restructuring | | 8,880.00 | 16.00 | 1 | 555.00 | 555.00 | 8,880.00 |
| | | | | 2,070.00 | 3.60 | | 575.00 | 555.00 | 1,998.00 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 32,560.50 | 44.30 | 1 | 735.00 | 735.00 | 32,560.50 |
| | | | | 135,366.00 | 175.80 | | 770.00 | 735.00 | 129,213.00 |
| Sterling Sears | Associate | Corporate - Investment Funds | 2013 | 3,850.00 | 4.40 | N/A | 875.00 | 875.00 | 3,850.00 |
| Trudy Smith | Associate | Restructuring | 2016 | 16,594.50 | 29.90 | 1 | 555.00 | 555.00 | 16,594.50 |
| | | | | 33,005.00 | 57.40 | | 575.00 | 555.00 | 31,857.00 |
| Nacif Taousse | Associate | Restructuring | | 11,655.00 | 21.00 | 1 | 555.00 | 555.00 | 11,655.00 |
| | | | | 41,457.50 | 72.10 | | 575.00 | 555.00 | 40,015.50 |
| McClain Thompson | Associate | Litigation - General | 2014 | 152.00 | 0.20 | N/A | 760.00 | 760.00 | 152.00 |
| Elizabeth Thorne | Associate | Corporate - Debt Finance | 2017 | 17,350.50 | 26.90 | 1 | 645.00 | 645.00 | 17,350.50 |
| | | | | 90,990.00 | 134.80 | | 675.00 | 645.00 | 86,946.00 |
| Meg A Webb | Associate | Litigation - General | 2017 | 39,016.50 | 70.30 | 1 | 555.00 | 555.00 | 39,016.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 92,402.50 | 160.70 | | 575.00 | 555.00 | 89,188.50 |
| Tiffany B Wong | Associate | Executive Compensation | 2015 | 444.00 | 0.80 | 1 | 555.00 | 555.00 | 444.00 |
| | | | | 11,730.00 | 20.40 | | 575.00 | 555.00 | 11,322.00 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 49,278.00 | 51.60 | 1 | 955.00 | 955.00 | 49,278.00 |
| | | | | 150,245.00 | 151.00 | | 995.00 | 955.00 | 144,205.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Hana Ma | Law Clerk | Restructuring | N/A | 61.00 | 0.20 | N/A | 305.00 | 305.00 | 61.00 |
| Joseph Correia | Paralegal | Corporate - General | N/A | 3,132.00 | 8.70 | 1 | 360.00 | 360.00 | 3,132.00 |
| | | | | 1,330.00 | 3.50 | | 380.00 | 360.00 | 1,260.00 |
| Adrienne Levin | Paralegal | Litigation - General | N/A | 14,652.00 | 39.60 | 1 | 370.00 | 370.00 | 14,652.00 |
| | | | | 22,035.00 | 56.50 | | 390.00 | 370.00 | 20,905.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 646.00 | 1.90 | 1 | 340.00 | 340.00 | 646.00 |
| | | | | 14,592.00 | 38.40 | | 380.00 | 340.00 | 13,056.00 |
| Laura Saal | Paralegal | Restructuring | N/A | 1,102.00 | 2.90 | N/A | 380.00 | 380.00 | 1,102.00 |
| Robin F Soneson | Paralegal | Technology & IP Transactions | N/A | 660.00 | 2.00 | N/A | 330.00 | 330.00 | 660.00 |
| Ryan Besaw | Junior Paralegal | Restructuring | N/A | 75.00 | 0.30 | N/A | 250.00 | 250.00 | 75.00 |
| Julia Foster | Junior Paralegal | Restructuring | N/A | 7,008.00 | 29.20 | N/A | 240.00 | 240.00 | 7,008.00 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | 7,304.00 | 33.20 | 1 | 220.00 | 220.00 | 7,304.00 |
| | | | | 5,957.00 | 25.90 | | 230.00 | 220.00 | 5,698.00 |
| Meg McCarthy | Junior Paralegal | Litigation - General | N/A | 112.50 | 0.50 | N/A | 225.00 | 225.00 | 112.50 |
| Theresa Sanchez | Junior Paralegal | Litigation - General | N/A | 3,397.50 | 15.10 | N/A | 225.00 | 225.00 | 3,397.50 |
| Ryan S Rouleau | Junior Paralegal | Corporate - Debt Finance | N/A | 1,209.50 | 5.90 | 1 | 205.00 | 205.00 | 1,209.50 |
| | | | | 4,162.50 | 18.50 | | 225.00 | 205.00 | 3,792.50 |
| Library Factual Research | Support Staff | Administrative Mgt - FW | N/A | 231.00 | 0.70 | N/A | 330.00 | 330.00 | 231.00 |
| Michael Y Chan | Support Staff | Conflicts Analysis | N/A | 4,305.00 | 20.50 | 1 | 210.00 | 210.00 | 4,305.00 |
| | | | | 7,260.00 | 33.00 | | 220.00 | 210.00 | 6,930.00 |
| Stephen P Garoutte | Support Staff | Conflicts Analysis | N/A | 7,208.00 | 27.20 | N/A | 265.00 | 265.00 | 7,208.00 |
| Allison Graybill | Support Staff | Conflicts Analysis | N/A | 1,802.00 | 6.80 | 1 | 265.00 | 265.00 | 1,802.00 |
| | | | | 1,568.00 | 5.60 | | 280.00 | 265.00 | 1,484.00 |
| Kate McCarthy | Support Staff | Conflicts Analysis | N/A | 735.00 | 3.00 | N/A | 245.00 | 245.00 | 735.00 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Peter Mott | Support Staff | Conflicts Analysis | N/A | 367.50 | 1.50 | N/A | 245.00 | 245.00 | 367.50 |
| Adrian Saenz | Support Staff | Conflicts Analysis | N/A | 441.00 | 1.80 | N/A | 245.00 | 245.00 | 441.00 |
| Kenneth Sampson | Support Staff | Conflicts Analysis | N/A | 2,650.00 | 10.00 | N/A | 265.00 | 265.00 | 2,650.00 |
| Eunice Tejeda | Support Staff | Conflicts Analysis | N/A | 1,592.50 | 6.50 | N/A | 245.00 | 245.00 | 1,592.50 |
| Kevin Vlasek | Support Staff | Conflicts Analysis | N/A | 514.50 | 2.10 | N/A | 245.00 | 245.00 | 514.50 |
| Colleen C Caamano | Support Staff | Litigation - General | N/A | 1,512.00 | 4.20 | N/A | 360.00 | 360.00 | 1,512.00 |
| Jason Goodman | Support Staff | Litigation - General | N/A | 900.00 | 2.50 | N/A | 360.00 | 360.00 | 900.00 |
| Joshua L Urban | Support Staff | Litigation - General | N/A | 552.50 | 1.70 | N/A | 325.00 | 325.00 | 552.50 |

**<u>Exhibit F</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

### Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | | | 571.03 |
| Standard Copies or Prints | | | 2,939.70 |
| Binding | | | 5.60 |
| Tabs/Indexes/Dividers | | | 9.36 |
| Color Copies or Prints | | | 1,643.95 |
| Scanned Images | | | 144.80 |
| Closing/Mini Books | | | 12.00 |
| Postage | | | 4.21 |
| Overnight Delivery | | | 20.51 |
| Outside Messenger Services | | | 49.50 |
| Local Transportation | | | 119.57 |
| Travel Expense | | | 4,764.31 |
| Airfare | | | 11,871.44 |
| Transportation to/from airport | | | 1,670.99 |
| Travel Meals | | | 617.88 |
| Court Reporter Fee/Deposition | | | 1,014.88 |
| Appearance Fees | | | 30.00 |
| Patent & Trademark Office Filing Fees | | | 265.00 |
| Other Court Costs and Fees | | | 60.00 |
| Catering Expenses | | | 1,112.00 |
| Outside Retrieval Service | | | 3,724.00 |
| Computer Database Research | | | 1,036.77 |
| Westlaw Research | | | 2,071.44 |
| LexisNexis Research | | | 120.41 |
| Overtime Transportation | | | 2,640.88 |
| Overtime Meals - Attorney | | | 1,170.47 |
| Secretarial Overtime | | | 52.91 |
| Document Services Overtime | | | 244.24 |
| Cash Credits | | | (30.00) |
| Overnight Delivery - Hard | | | 21.92 |
| **Totals** | | | **$37,979.77** |

## Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 2 | Chapter 11 Filing | 214.30 | 141,616.50 | 0.00 | 141,616.50 |
| 3 | Adversary Proceedings, Contested Matters | 387.10 | 269,903.50 | 0.00 | 269,903.50 |
| 4 | Automatic Stay Issues | 128.80 | 99,916.00 | 0.00 | 99,916.00 |
| 5 | Business Operations & Vendor Issues | 105.30 | 82,568.50 | 0.00 | 82,568.50 |
| 6 | Case Administration | 81.80 | 54,433.00 | 0.00 | 54,433.00 |
| 7 | Cash Collateral, DIP/Exit Financing | 525.40 | 423,955.50 | 0.00 | 423,955.50 |
| 8 | Cash Management | 3.70 | 2,880.50 | 0.00 | 2,880.50 |
| 9 | Claims Administration & Objections | 20.20 | 15,241.50 | 0.00 | 15,241.50 |
| 10 | Corporate & Governance Matters | 288.10 | 231,551.50 | 0.00 | 231,551.50 |
| 11 | Customer, Creditor Communications | 15.10 | 13,490.00 | 0.00 | 13,490.00 |
| 12 | Disclosure Statement/Plan/Confirmation | 758.80 | 630,330.00 | 0.00 | 630,330.00 |
| 13 | Employee Issues | 12.10 | 8,687.50 | 0.00 | 8,687.50 |
| 14 | Executory Contracts, Unexpired Leases | 311.40 | 247,118.50 | 0.00 | 247,118.50 |
| 15 | Hearings | 47.70 | 41,208.00 | 0.00 | 41,208.00 |
| 16 | Insurance | 2.40 | 2,128.50 | 0.00 | 2,128.50 |
| 17 | International Matters | 15.90 | 13,774.50 | 0.00 | 13,774.50 |
| 18 | Retention & Fee Applications-K&E | 245.70 | 120,456.50 | 0.00 | 120,456.50 |
| 19 | Retention & Fee Applications-Non-K&E | 10.20 | 7,678.00 | 0.00 | 7,678.00 |
| 20 | Schedules, SOFAs & MORs | 42.40 | 32,949.50 | 0.00 | 32,949.50 |
| 21 | Tax Issues | 73.90 | 76,555.00 | 0.00 | 76,555.00 |
| 22 | Travel | 34.30 | 33,895.50 | 0.00 | 33,895.50 |
| 23 | U.S. Trustee Communications | 15.60 | 13,364.00 | 0.00 | 13,364.00 |
| 24 | Use, Sale & Disposition of Property | 0.50 | 437.50 | 0.00 | 437.50 |
| 25 | Utilities | 7.30 | 4,491.50 | 0.00 | 4,491.50 |
| 26 | Expenses | 0.00 | 0.00 | 37,979.77 | 37,979.77 |
| **Total** | | **3,348.00** | **$2,568,631.00** | **$37,979.77** | **$2,606,610.77** |

# **Exhibit H**

## **Detailed Description of Services Provided**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000610**
**Client Matter:** 43684-3

---

**In the Matter of Adversary Proceedings, Contested Matters**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                        $ 13,658.00

Total legal services rendered                                                             $ 13,658.00

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie                                          Invoice Number:    1050000610
Legal Services for the Period Ending April 23, 2018      Matter Number:        43684-3
June 7, 2018

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Michael Esser | 7.00 | 1,045.00 | 7,315.00 |
| Austin Klar | 0.50 | 885.00 | 442.50 |
| Adrienne Levin | 0.70 | 390.00 | 273.00 |
| Meg A Webb | 7.40 | 575.00 | 4,255.00 |
| Aparna Yenamandra | 0.50 | 995.00 | 497.50 |
| **TOTALS** | **17.00** | | **$ 13,658.00** |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000610

Matter Number:      43684-3

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/18 | Michael Esser | 1.00 | Correspond with R. Chaikin re B. Andrews issues (.5); review and analyze analysis re same (.5). |
| 03/01/18 | Meg A Webb | 1.20 | Correspond with M. Esser and R. Chaikin re B. Andrews case (.5); coordinate same (.5); review and analyze documents re same (.2). |
| 03/02/18 | Michael Esser | 2.10 | Prepare for and attend telephone conference with company re B. Andrews issues (1.1); draft correspondence and analysis re same (.5); correspond with A. Klar re confirmation issues (.5). |
| 03/02/18 | Meg A Webb | 0.50 | Correspond with M. Esser re B. Andrews case strategy. |
| 03/05/18 | Meg A Webb | 0.30 | Correspond with local counsel re vendor's case. |
| 03/12/18 | Michael Esser | 1.10 | Review and analyze declaration precedent and draft correspondence re same. |
| 03/13/18 | Michael Esser | 2.60 | Review complaint and correspondence re dischargeability issues (.5); review and revise letter re same (1.0); research re same (.5); review analysis re response date and research re same (.6). |
| 03/13/18 | Meg A Webb | 2.00 | Research time to respond to a complaint under Pennsylvania law (.5); research re dismissal of action filed after petition date (1.5). |
| 03/14/18 | Meg A Webb | 0.50 | Research time to respond to a complaint under Pennsylvania law. |
| 03/16/18 | Meg A Webb | 1.70 | Research re deadline to respond to complaint in Louisiana (.2); draft correspondence summarizing status of all cases against Charming Charlie and information needed re insurance coverage (1.5). |
| 03/19/18 | Meg A Webb | 0.30 | Correspond with M. Boughton re insurance coverage for open claims. |
| 03/26/18 | Michael Esser | 0.20 | Review correspondence re certain claims. |
| 04/02/18 | Adrienne Levin | 0.50 | Prepare exhibits for confirmation hearing (.3); draft amended green sheet (.2). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000610
Matter Number:         43684-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/02/18 | Aparna Yenamandra | 0.50 | Attend final witness prep with M. Esser re M. Feder, R. Adamek. |
| 04/03/18 | Austin Klar | 0.50 | Review and revise final judgment re S. Shipler. |
| 04/03/18 | Meg A Webb | 0.90 | Revise Shipler settlement agreement. |
| 04/16/18 | Adrienne Levin | 0.20 | Correspond with eDiscovery vendor re take down of document review database. |

**Total** **16.10**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000611**
**Client Matter:** 43684-4

---

**In the Matter of Automatic Stay Issues**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)        $ 29,169.50

Total legal services rendered        $ 29,169.50

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000611
Matter Number:        43684-4

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Rebecca Blake Chaikin | 4.60 | 875.00 | 4,025.00 |
| Michael Esser | 2.90 | 1,045.00 | 3,030.50 |
| Austin Klar | 6.90 | 885.00 | 6,106.50 |
| Meg McCarthy | 0.50 | 225.00 | 112.50 |
| Anna G Rotman, P.C. | 0.30 | 1,235.00 | 370.50 |
| Daniel Rudewicz | 17.10 | 770.00 | 13,167.00 |
| Meg A Webb | 4.10 | 575.00 | 2,357.50 |
| **TOTALS** | **36.40** | | **$ 29,169.50** |

Charming Charlie                                      Invoice Number:    1050000611
Legal Services for the Period Ending April 23, 2018    Matter Number:        43684-4
June 7, 2018

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/22/18 | Austin Klar | 1.50 | Review and analyze motion to lift automatic stay and associated pleadings (.8); correspond with A. Rotman and R. Chaikin re same (.5); summarize proposed response strategy re same (.2). |
| 03/01/18 | Rebecca Blake Chaikin | 0.50 | Correspond with M. Esser, M. Web re lift-stay issue. |
| 03/01/18 | Austin Klar | 0.50 | Correspond with M. Esser re lift stay motion. |
| 03/02/18 | Daniel Rudewicz | 0.40 | Correspond with Whiteford re lift stay motion extension (.3); correspond with Klehr re same (.1). |
| 03/05/18 | Rebecca Blake Chaikin | 0.40 | Correspond with K&E team re lift stay motion. |
| 03/05/18 | Daniel Rudewicz | 0.20 | Correspond with K&E team, Company re motion to lift stay issues. |
| 03/06/18 | Rebecca Blake Chaikin | 0.20 | Review update re insurance coverage for lift-stay motion. |
| 03/06/18 | Austin Klar | 0.80 | Correspond and telephone conferences with J. Mueller and D. Rudewicz re lift stay motion and insurance. |
| 03/06/18 | Daniel Rudewicz | 0.40 | Telephone conference with company re lift stay issues (.1); telephone conference with A. Klar re same (.2); correspond with K&E team re same (.1). |
| 03/13/18 | Rebecca Blake Chaikin | 0.30 | Correspond with K&E team re stay violation. |
| 03/13/18 | Austin Klar | 0.80 | Telephone conference with A. Rotman and D. Rudewicz re LA Gems lift stay motion (.3); draft letter to O'Meally counsel re stay violation (.5). |
| 03/13/18 | Anna G Rotman, P.C. | 0.30 | Telephone conference with A. Klar, D. Rudewicz re LA Gems and next steps. |
| 03/13/18 | Daniel Rudewicz | 1.10 | Telephone conference with A. Rotman, A. Klar lift stay motion (.3); review and analyze precedent re same (.6); correspond with K&E team re next steps (.2). |
| 03/14/18 | Rebecca Blake Chaikin | 0.60 | Correspond with M. Esser re automatic stay issue (.3); correspond with K&E team re same (.1); revise letter re same (.2). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000611
Matter Number:        43684-4

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/14/18 | Austin Klar | 1.40 | Draft letter to O'Meally counsel re stay violation (.3); correspond with M. Esser, A. Yenamandra and M. Boughton re same (1.1). |
| 03/14/18 | Daniel Rudewicz | 0.20 | Correspond with K&E team, Alix, advisors Company re stay violation updates. |
| 03/16/18 | Austin Klar | 0.80 | Review draft stay letter re Erbelding claim (.2); review draft stipulation and correspondence re lift stay for LA Gems litigation (.3); revise correspondence re insurance coverage and lift stay motions (.3). |
| 03/16/18 | Daniel Rudewicz | 1.10 | Telephone conference with Whiteford Taylor re lift stay motion (.3); correspond with K&E team re updates of same (.5); correspond with Company re insurance re same (.3). |
| 03/16/18 | Meg A Webb | 1.00 | Draft automatic stay letter re pending litigation. |
| 03/19/18 | Rebecca Blake Chaikin | 0.40 | Review letter re automatic stay. |
| 03/19/18 | Michael Esser | 1.10 | Review and revise letter re stay violation. |
| 03/19/18 | Meg A Webb | 0.70 | Revise and circulate draft stay violation letter for pending claim. |
| 03/20/18 | Daniel Rudewicz | 1.50 | Research law re discharge and plan language (.9); correspond with K&E team re same (.1); correspond with A. Klar re discharge question (.2); review and revise stipulation (.3). |
| 03/21/18 | Austin Klar | 0.30 | Revise stipulation re LA Gems motion to lift automatic stay. |
| 03/21/18 | Daniel Rudewicz | 0.90 | Correspond with Whiteford Taylor, K&E team re lift stay motion (.3); review and revise stipulation (.3); correspond with K&E team, Omni re same (.3). |
| 03/22/18 | Rebecca Blake Chaikin | 0.50 | Telephone conference with counterparty re insurance coverage for litigation (.2); correspond with K&E team re same (.2); review stipulation re same (.1). |
| 03/22/18 | Austin Klar | 0.80 | Telephone conferences and correspond with counsel for LA Gems and K&E team re lift-stay motion (.5); revise draft stipulation re same (.3). |
| 03/22/18 | Meg McCarthy | 0.50 | Research PA Court of Common Pleas docket re filing of certain plaintiffs motion to dismiss action pending automatic stay. |
| 03/23/18 | Rebecca Blake Chaikin | 0.10 | Correspond with M. Esser re insurance coverage. |

Charming Charlie                                                              Invoice Number:    1050000611
Legal Services for the Period Ending April 23, 2018              Matter Number:          43684-4
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/26/18 | Rebecca Blake Chaikin | 0.20 | Correspond with K&E team re lift-stay stipulation. |
| 03/26/18 | Daniel Rudewicz | 2.50 | Telephone conference with Whiteford re vendor stipulation, adjournment and case law on section 523 and discharge injunction of corporate debtors (.8); research law re section 523 and section 1141 (.9); draft summary re same (.3); correspond with Whiteford re same (.1); correspond with K&E team re extension of objection deadline (.4). |
| 03/27/18 | Daniel Rudewicz | 4.20 | Research law re section 524, automatic stay and related standards in Third Circuit (.8); review and analyze precedent lift stay motions (1.8); correspond with Whiteford re adjournment (.1); correspond with K&E team re same (.2); update documents re same (1.3). |
| 04/03/18 | Daniel Rudewicz | 0.20 | Telephone conference with Whiteford re stipulation. |
| 04/10/18 | Daniel Rudewicz | 0.30 | Correspond with Whiteford, K&E team re LA Gem. |
| 04/10/18 | Meg A Webb | 2.20 | Draft O'Meally stipulation re stay waiver. |
| 04/11/18 | Rebecca Blake Chaikin | 1.30 | Correspond with K&E team re lift-stay issues (.6); correspond with M. Esser re same (.1); analyze stipulation re same (.4); telephone conferences with M. Boughton re insurance coverage related to same (.2). |
| 04/11/18 | Michael Esser | 1.80 | Prepare for and attend conference with counsel for O'Meally re stay issues (.5); review and revise stipulation re same (1.0); correspond with R. Chaikin re same (.3). |
| 04/11/18 | Daniel Rudewicz | 3.10 | Telephone conference with Whiteford re lift stay motion (.1); prepare for same (.7); correspond with K&E team re same (.6); correspond with R. Chaikin, P. Venter re automatic stay termination (.5); research law re same (1.2). |
| 04/11/18 | Meg A Webb | 0.20 | Revise O'Meally stipulation re stay waiver. |
| 04/12/18 | Rebecca Blake Chaikin | 0.10 | Correspond with K&E team re lift-stay status. |
| 04/15/18 | Daniel Rudewicz | 0.40 | Correspond with R. Chaikin re LA Gem update (.2); correspond with Whiteford re adjournment (.2). |

Charming Charlie                                    Invoice Number:    1050000611
Legal Services for the Period Ending April 23, 2018      Matter Number:       43684-4
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/16/18 | Daniel Rudewicz | 0.30 | Telephone conference with LA Gem counsel re objection deadline (.1); correspond with N. Taousse re same (.1); correspond with Klehr re agenda for same (.1). |
| 04/17/18 | Daniel Rudewicz | 0.20 | Correspond with E. Thorne re LA Gem (.1); correspond with J. Mueller re same (.1). |
| 04/18/18 | Daniel Rudewicz | 0.10 | Telephone conference with Whiteford re insurance. |
| **Total** | | **36.40** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000612**
**Client Matter:**  43684-5

---

**In the Matter of Business Operations & Vendor Issues**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)          $ 18,169.50

Total legal services rendered                                                  $ 18,169.50

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000612
Matter Number:        43684-5

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rebecca Blake Chaikin | 13.10 | 875.00 | 11,462.50 |
| Hannah Kupsky | 5.70 | 230.00 | 1,311.00 |
| Daniel Rudewicz | 6.60 | 770.00 | 5,082.00 |
| Trudy Smith | 0.20 | 575.00 | 115.00 |
| Aparna Yenamandra | 0.20 | 995.00 | 199.00 |
| **TOTALS** | **25.80** | | **$ 18,169.50** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000612
Matter Number:      43684-5

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/07/18 | Rebecca Blake Chaikin | 2.10 | Correspond with A. Yenamandra, M. Feder, Company re vendor settlement (.2); correspond with H. Kupsky re 9019 motion for same (1.0); revise stipulation (.4); telephone conference with A. Bellon re same (.5). |
| 02/09/18 | Rebecca Blake Chaikin | 0.60 | Review research re vendor settlement. |
| 02/11/18 | Hannah Kupsky | 3.80 | Draft 9019 motion re vendor stipulation (2.8); draft declaration re same (1.0). |
| 02/28/18 | Rebecca Blake Chaikin | 1.90 | Revise vendor settlement proposal (1.3); telephone conferences with A. Bellon re same (.5); telephone conference with K. Gywnne re same (.1). |
| 03/01/18 | Rebecca Blake Chaikin | 2.10 | Telephone conference with A. Bellon re factor issue (1.2); revise vendor settlement agreement and 9019 motion and declaration (.9). |
| 03/01/18 | Hannah Kupsky | 1.60 | Review and revise vendor 9019 motion and declaration (1.4); correspond with R. Chaikin re same (.2). |
| 03/05/18 | Rebecca Blake Chaikin | 0.60 | Revise settlement agreement with vendor and related motion. |
| 03/06/18 | Rebecca Blake Chaikin | 0.20 | Telephone conference with A. Bellon re operational questions. |
| 03/06/18 | Daniel Rudewicz | 1.40 | Research law re ordinary course transactions (.8); draft summary re same (.4); correspond with R. Chaikin re summary (.1); review and revise summary re revisions (.1). |
| 03/07/18 | Rebecca Blake Chaikin | 1.90 | Revise vendor 9019 motion and declaration. |
| 03/08/18 | Rebecca Blake Chaikin | 0.80 | Telephone conference with counsel re financing contract (.2); office conferences with D. Rudewicz re same (.3); telephone conference with A. Horn re same (.3). |

Charming Charlie                                          Invoice Number:    1050000612
Legal Services for the Period Ending April 23, 2018       Matter Number:        43684-5
June 7, 2018

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/08/18 | Daniel Rudewicz | 4.10 | Office conference with R. Chaikin re ordinary course issues (2.7); review and analyze issues re same (.8); telephone conference with Company re Dell (.1); telephone conference with Alix re NFS and Dell (.2); telephone conference with NFS, AlixPartners, K&E team re term sheet (.3). |
| 03/09/18 | Rebecca Blake Chaikin | 0.90 | Telephone conferences with counsel, M. Boughton re IP services provider (.2); correspond with Company, Alix re unpaid deposit (.3); telephone conferences with counterparty re same (.2); telephone conference with counsel re vendor 9019 motion (.2). |
| 03/12/18 | Rebecca Blake Chaikin | 0.40 | Review changes to 9019 motion and declaration. |
| 03/13/18 | Rebecca Blake Chaikin | 1.10 | Correspond with counsel, Company, Klehr re 9019 motion and declaration (.4); file same (.3); revise form trade agreement (.4). |
| 03/13/18 | Daniel Rudewicz | 1.10 | Review and revise critical vendor precedent form trade agreement (1.0); correspond with R. Chaikin re same (.1). |
| 03/20/18 | Rebecca Blake Chaikin | 0.10 | Telephone conference with A. Bellon re vendor contract questions. |
| 03/21/18 | Trudy Smith | 0.20 | Telephone conference and correspond with K&E team, Company and other professionals re status. |
| 03/22/18 | Aparna Yenamandra | 0.20 | Correspond with T. Grossman re vendor NDAs. |
| 03/27/18 | Hannah Kupsky | 0.20 | Coordinate with R. Chaikin and Klehr Harrison re CNO for Paymentech settlement agreement. |
| 03/28/18 | Hannah Kupsky | 0.10 | Circulate order re 9019 motion to Reed Smith team. |
| 04/01/18 | Rebecca Blake Chaikin | 0.20 | Correspond with M. Boughton and A. Bellon re OCP fees. |
| 04/03/18 | Rebecca Blake Chaikin | 0.20 | Correspond with Paymentech counsel re settlement. |

**Total**                              **25.80**

4

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:** **1050000613**
**Client Matter:** 43684-6

---

**In the Matter of Case Administration**

| | |
|---|---|
| For legal services rendered through April 23, 2018 (see attached Description of Legal Services for detail) | $ 15,061.50 |
| Total legal services rendered | $ 15,061.50 |

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000613

Matter Number:        43684-6

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rebecca Blake Chaikin | 6.10 | 875.00 | 5,337.50 |
| Michael Esser | 0.50 | 1,045.00 | 522.50 |
| Brett Newman | 1.10 | 675.00 | 742.50 |
| Robert Orren | 0.40 | 380.00 | 152.00 |
| Anna G Rotman, P.C. | 0.30 | 1,235.00 | 370.50 |
| Daniel Rudewicz | 1.10 | 770.00 | 847.00 |
| Trudy Smith | 0.50 | 575.00 | 287.50 |
| Joshua A Sussberg, P.C. | 0.40 | 1,480.00 | 592.00 |
| Nacif Taousse | 10.80 | 575.00 | 6,210.00 |
| **TOTALS** | **21.20** | | **$ 15,061.50** |

Charming Charlie                                      Invoice Number:    1050000613
Legal Services for the Period Ending April 23, 2018        Matter Number:        43684-6
June 7, 2018

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/07/18 | Brett Newman | 0.20 | Attend telephone conference with K&E team, advisors re status. |
| 02/07/18 | Daniel Rudewicz | 0.30 | Telephone conference with advisors re weekly update. |
| 02/15/18 | Rebecca Blake Chaikin | 0.60 | Revise priority items list. |
| 02/21/18 | Anna G Rotman, P.C. | 0.30 | Telephone conference with K&E team re update. |
| 02/24/18 | Rebecca Blake Chaikin | 0.30 | Review weekly update correspondence. |
| 03/01/18 | Rebecca Blake Chaikin | 0.80 | Revise priority items list. |
| 03/02/18 | Nacif Taousse | 0.60 | Update key dates and deadlines correspondence (.4); update work in progress list (.2). |
| 03/05/18 | Rebecca Blake Chaikin | 0.10 | Revise weekly update correspondence. |
| 03/05/18 | Nacif Taousse | 0.40 | Update work in progress chart (.3); key dates and deadlines update (.1). |
| 03/06/18 | Nacif Taousse | 0.20 | Update work in progress list. |
| 03/07/18 | Rebecca Blake Chaikin | 0.60 | Revise priority items list. |
| 03/07/18 | Nacif Taousse | 0.20 | Update work in progress and send calendar invites re key dates. |
| 03/08/18 | Daniel Rudewicz | 0.10 | Correspond with N. Taousse re dates. |
| 03/09/18 | Rebecca Blake Chaikin | 0.10 | Correspond with N. Taousse re omnibus hearing. |
| 03/09/18 | Nacif Taousse | 1.30 | Update work in progress chart (.3); correspond with R. Chaikin and M. Yurkewicz re key April omnibus hearing dates (.1); update work in progress chart and key dates deadlines (.4); weekly update correspondence (.4); circulate same (.1). |
| 03/12/18 | Nacif Taousse | 0.30 | Update work in progress chart (.2); weekly key dates and deadlines update (.1). |
| 03/13/18 | Rebecca Blake Chaikin | 0.30 | Telephone conference with K&E team re work in progress. |
| 03/13/18 | Brett Newman | 0.30 | Telephone conference with K&E team re work in progress. |
| 03/13/18 | Robert Orren | 0.40 | Telephone conference with K&E team re work in progress. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000613
Matter Number:        43684-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/13/18 | Daniel Rudewicz | 0.30 | Telephone conference with K&E team re case updates. |
| 03/13/18 | Trudy Smith | 0.30 | Telephone conference with K&E team re work in progress. |
| 03/13/18 | Nacif Taousse | 0.50 | Coordinate work in progress call (.1); update work in progress list and circulate same (.1); telephone conference with K&E team re case status and next steps (.3). |
| 03/14/18 | Rebecca Blake Chaikin | 0.40 | Lead weekly update call (.2); prepare for same (.1); correspond with A. Yenamandra re follow up arising from same (.1). |
| 03/14/18 | Brett Newman | 0.20 | Telephone conference with working group re status. |
| 03/14/18 | Trudy Smith | 0.20 | Telephone conference with K&E team and other advisors re case update. |
| 03/14/18 | Nacif Taousse | 0.20 | Telephone conference with K&E team, other advisors, Company re case status. |
| 03/16/18 | Nacif Taousse | 1.10 | Update work in progress chart. |
| 03/18/18 | Rebecca Blake Chaikin | 0.20 | Revise work in progress update. |
| 03/19/18 | Rebecca Blake Chaikin | 0.30 | Revise priority items list. |
| 03/19/18 | Brett Newman | 0.20 | Review upcoming important dates and check for revisions. |
| 03/19/18 | Nacif Taousse | 0.60 | Correspond with Company re weekly update. |
| 03/20/18 | Rebecca Blake Chaikin | 0.50 | Revise priority items list (.4); correspond with A. Yenamandra re same (.1). |
| 03/21/18 | Rebecca Blake Chaikin | 0.30 | Lead weekly coordination call (.2); draft agenda for same (.1). |
| 03/21/18 | Michael Esser | 0.50 | Prepare for and attend telephone conference with K&E team re weekly update. |
| 03/21/18 | Brett Newman | 0.20 | Telephone conference with working group re work in process. |
| 03/21/18 | Daniel Rudewicz | 0.20 | Telephone conference with K&E team, advisors, Company re case updates. |
| 03/21/18 | Nacif Taousse | 0.20 | Telephone conference with Company and advisors re work in progress and case status. |
| 03/23/18 | Nacif Taousse | 0.70 | Update work in progress list (.5); correspond with Company re weekly updates (.2). |
| 03/26/18 | Rebecca Blake Chaikin | 0.20 | Revise work in progress chart. |
| 03/26/18 | Nacif Taousse | 0.90 | Update work in progress list (.7); correspond with Company re key dates and deadlines (.2). |
| 04/02/18 | Daniel Rudewicz | 0.20 | Correspond with N. Taousse re case updates. |

Charming Charlie                                                    Invoice Number:    1050000613
Legal Services for the Period Ending April 23, 2018                 Matter Number:        43684-6
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/02/18 | Nacif Taousse | 0.20 | Update work in progress list and weekly key dates and deadlines. |
| 04/05/18 | Nacif Taousse | 0.80 | Update work in progress re post-confirmation work streams. |
| 04/06/18 | Rebecca Blake Chaikin | 0.20 | Revise priority items list. |
| 04/06/18 | Nacif Taousse | 0.50 | Update work in progress list (.4); correspond with Company re key dates and deadlines (.1). |
| 04/09/18 | Nacif Taousse | 0.20 | Update work in progress list and key dates and deadlines email. |
| 04/10/18 | Rebecca Blake Chaikin | 0.40 | Review and analyze post-confirmation work in progress. |
| 04/11/18 | Joshua A Sussberg, P.C. | 0.10 | Correspond with R. Chaikin re case status. |
| 04/13/18 | Nacif Taousse | 0.60 | Update work in progress list (.2); correspond with Company re weekly key dates and deadlines email update (.4). |
| 04/14/18 | Joshua A Sussberg, P.C. | 0.30 | Correspond with K&E team re status. |
| 04/15/18 | Rebecca Blake Chaikin | 0.40 | Analyze post-confirmation work in progress chart. |
| 04/16/18 | Rebecca Blake Chaikin | 0.40 | Revise work in progress. |
| 04/16/18 | Nacif Taousse | 0.30 | Correspond with D. Rudewicz re objection deadline for June omnibus hearing and research Del. local rules re same. |
| 04/18/18 | Nacif Taousse | 0.20 | Update work in progress list. |
| 04/23/18 | Nacif Taousse | 0.80 | Update work in progress list (.7); correspond with Company re key dates and deadlines (.1). |

**Total**                                    **21.20**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000614**
**Client Matter:**  43684-7

---

**In the Matter of Cash Collateral, DIP/Exit Financing**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                    $ 279,507.00

Total legal services rendered                                                          $ 279,507.00

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000614
Matter Number:        43684-7

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 9.50 | 875.00 | 8,312.50 |
| Joseph Correia | 3.50 | 380.00 | 1,330.00 |
| Ian Craig | 0.30 | 950.00 | 285.00 |
| Austin G Glassman | 140.00 | 995.00 | 139,300.00 |
| John T Goldman | 4.50 | 1,085.00 | 4,882.50 |
| Gene Goldmintz | 12.80 | 770.00 | 9,856.00 |
| Erik Hepler | 1.60 | 1,265.00 | 2,024.00 |
| Edward B Holzwanger | 0.50 | 1,095.00 | 547.50 |
| David M Nemecek, P.C. | 3.40 | 1,395.00 | 4,743.00 |
| Brett Newman | 1.80 | 675.00 | 1,215.00 |
| Ryan S Rouleau | 18.50 | 225.00 | 4,162.50 |
| Michael A Schulman | 0.50 | 980.00 | 490.00 |
| Sterling Sears | 4.40 | 875.00 | 3,850.00 |
| Jennifer Sheehan | 1.10 | 1,130.00 | 1,243.00 |
| Joshua A Sussberg, P.C. | 1.40 | 1,480.00 | 2,072.00 |
| Elizabeth Thorne | 134.10 | 675.00 | 90,517.50 |
| Aparna Yenamandra | 4.70 | 995.00 | 4,676.50 |
| **TOTALS** | **342.60** | | **$ 279,507.00** |

Charming Charlie                                          Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018       Matter Number:        43684-7
June 7, 2018

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/02/18 | Austin G Glassman | 0.40 | Correspond with K&E team re exit process and related items. |
| 03/05/18 | Austin G Glassman | 0.50 | Coordinate re exit financing process (.3); correspond with advisors and K&E team re same (.2). |
| 03/06/18 | Austin G Glassman | 0.20 | Correspond and telephone conferences with advisors re exit financing. |
| 03/07/18 | Rebecca Blake Chaikin | 0.30 | Correspond with AlixPartners, A. Yenamandra re budgeting for U.S. Trustee fees. |
| 03/08/18 | Austin G Glassman | 0.70 | Coordinate exit financing (.2); telephone conferences with advisors re term sheets (.5). |
| 03/09/18 | Austin G Glassman | 1.60 | Review and coordinate re term sheets (1.0); coordinate exit financing process (.2); telephone conference with advisors re same (.4). |
| 03/09/18 | Elizabeth Thorne | 2.20 | Review and comment on PNC term sheet. |
| 03/10/18 | Austin G Glassman | 1.40 | Correspond with noteholders re term sheet re exit financing (.3); review and revise same (1.1). |
| 03/12/18 | Austin G Glassman | 3.20 | Coordinate and correspond with advisors re exit financing process, management of ABL and term loan processes and review (.7); telephone conferences with advisors re term sheet key issues (.4); analyze same (1.0); telephone conferences and coordination with Company, advisors and opposing counsels and parties re same (1.1). |
| 03/12/18 | Aparna Yenamandra | 0.90 | Telephone conferences and correspondence with Guggenheim, AlixPartners, D. Nemecek re exit financing (.6); telephone conference with ML re same (.3). |
| 03/13/18 | Austin G Glassman | 2.00 | Coordinate and correspond with advisors re exit financing process, management of ABL and term loan processes and review, discuss and analyze key issues re term sheet (1.4); telephone conferences and coordination with Company, advisors and opposing counsels and parties re exit financing (.6). |

Charming Charlie                                        Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018      Matter Number:      43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/13/18 | Elizabeth Thorne | 1.30 | Correspond with K&E team re exit financing (.6); telephone conference with Paul Weiss re checklist (.7). |
| 03/14/18 | Austin G Glassman | 2.40 | Telephone conferences with advisors re PNC term sheet (.6); review and analyze same (1.1); correspond with ABL lenders, term loan lenders, K&E team and Company re terms, commitments and implications re exit financing (.7). |
| 03/14/18 | David M Nemecek, P.C. | 0.50 | Correspond with K&E team exit financing (.2); telephone conference with lenders re commitment letter (.3). |
| 03/14/18 | Elizabeth Thorne | 1.30 | Telephone conference with AlixPartners and Guggenheim re exit financing (.5); revise commitment letter (.8). |
| 03/14/18 | Aparna Yenamandra | 0.90 | Telephone conference with Company re exit commitment and address related issues. |
| 03/15/18 | Austin G Glassman | 1.30 | Correspond with K&E team re PNC term sheet (.3); review and analyze same (.6); correspond with ABL lenders, term loan lenders, K&E team and Company re terms, commitments and implications re exit financing (.4). |
| 03/15/18 | David M Nemecek, P.C. | 0.30 | Correspond with K&E team re exit financing. |
| 03/15/18 | Elizabeth Thorne | 0.50 | Review and circulate revised commitment letter. |
| 03/16/18 | Austin G Glassman | 1.20 | Telephone conference with advisors re documentation and process for exit financing. |
| 03/16/18 | Elizabeth Thorne | 1.00 | Telephone conference advisors exit financing (.5); circulate documents re same (.1); analyze materials re same (.1); correspond with Blank Rome and Paul Weiss re exit financing (.3). |
| 03/18/18 | Rebecca Blake Chaikin | 0.10 | Correspond with K&E team re exit facility. |
| 03/18/18 | Austin G Glassman | 0.50 | Telephone conferences and correspondence with advisors re exit financing and landlord issues. |
| 03/19/18 | Austin G Glassman | 0.50 | Coordinate exit financing process. |
| 03/19/18 | Elizabeth Thorne | 1.20 | Draft omnibus secretary's certificate and resolutions (.6); review closing checklist (.4); draft correspondence to local counsel re exit financing (.2). |
| 03/19/18 | Aparna Yenamandra | 0.30 | Correspond with ML re exit documents and DIP amendment. |

Charming Charlie                                            Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018         Matter Number:        43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/20/18 | Austin G Glassman | 0.90 | Correspond with advisors and coordinate exit financing and Ch. 11 process (.4); review schedules and related financing materials (.5). |
| 03/20/18 | Brett Newman | 1.80 | Review and analyze plan supplement precedent re exit facilities. |
| 03/20/18 | Elizabeth Thorne | 3.50 | Correspond with lenders' counsel re exit financing timing (.2); update perfection certificate forms (3.0); correspond with Utah counsel re exit financing (.3). |
| 03/21/18 | Austin G Glassman | 1.10 | Coordinate and correspond with advisors re exit financing and assistance (.6); correspond with K&E team re same (.5). |
| 03/21/18 | Elizabeth Thorne | 1.50 | Draft and populate perfection certificate (1.3); compile materials re same (.2). |
| 03/22/18 | Rebecca Blake Chaikin | 0.30 | Telephone conference with lenders re exit financing. |
| 03/22/18 | Austin G Glassman | 1.60 | Coordinate and correspond with advisors re exit financing and assistance (.3); telephone conferences and coordination with new and existing term loan and ABL lenders (.3); coordinate same (.2); review and assist with perfection and security documents (.8). |
| 03/22/18 | Elizabeth Thorne | 1.40 | Telephone conference with advisors re exit financing (.6); correspond with same re exit financing forms (.8). |
| 03/23/18 | Austin G Glassman | 0.80 | Coordinate with opposing counsel and lenders re exit facilities and review credit documents and schedule (.4); telephone conferences with financial advisors re same (.4). |
| 03/23/18 | Elizabeth Thorne | 0.50 | Correspond with Company re perfection certificate shell. |
| 03/24/18 | Austin G Glassman | 0.40 | Review and analyze exit financing documents (.2); coordinate exit financing (.2). |
| 03/25/18 | Austin G Glassman | 0.40 | Correspond with K&E team re exit financing. |
| 03/25/18 | Elizabeth Thorne | 1.90 | Review PNC credit agreement (.9); draft issues list re same (1.0). |
| 03/26/18 | Austin G Glassman | 2.80 | Coordinate and correspond with advisors re exit financing including managing scheduling, payoff and LC transition matters (1.5); review credit documents (1.3). |

Charming Charlie                                    Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018      Matter Number:        43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/26/18 | Elizabeth Thorne | 2.30 | Review PNC's draft credit agreement (1.5); telephone conference with A. Glassman re process and timing (.3); draft omnibus secretary's certificate (.5). |
| 03/27/18 | Joseph Correia | 0.50 | Research and order good standing certificates. |
| 03/27/18 | Austin G Glassman | 3.60 | Coordinate and correspond with advisors re exit financing including managing scheduling, payoff and LC transition matters (1.1); review exit credit documents and closing related issues (2.5). |
| 03/28/18 | Ian Craig | 0.10 | Correspond with K&E team re ABL facility markup. |
| 03/28/18 | Austin G Glassman | 5.70 | Coordinate and correspond with advisors re exit financing including managing scheduling, payoff and LC transition matters (1.2); review exit credit documents and closing related issues (4.5). |
| 03/28/18 | John T Goldman | 0.50 | Review exit financing credit agreement. |
| 03/28/18 | Gene Goldmintz | 12.80 | Correspond with Guggenheim re confirmation brief exit facility summary (.2); revise same (11.8); correspond with K&E team re same (.8). |
| 03/28/18 | Jennifer Sheehan | 0.40 | Correspond with K&E team re credit agreement. |
| 03/28/18 | Elizabeth Thorne | 4.00 | Correspond with specialist team (1.5); mark up PNC credit agreement (2.0); telephone conference with A. Glassman re same (.2); review credit card processor notice (.3). |
| 03/29/18 | Ian Craig | 0.20 | Correspond with K&E team re credit agreement markup. |
| 03/29/18 | Austin G Glassman | 2.30 | Correspond with advisors and coordination re exit process and necessary closing deliverables and conditions (.6); review exit financing documents and coordinate with Company and advisors re contents thereof and closing issues (1.7). |
| 03/29/18 | John T Goldman | 4.00 | Review and provide real estate comments to draft credit agreement. |
| 03/29/18 | Edward B Holzwanger | 0.50 | Review ABL facility and draft comments to same. |
| 03/29/18 | Michael A Schulman | 0.50 | Review, analyze and revise credit agreement. |
| 03/29/18 | Jennifer Sheehan | 0.70 | Correspond with K&E team re credit agreement (.3); review and analyze same (.4). |

Charming Charlie                                        Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018      Matter Number:        43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/29/18 | Elizabeth Thorne | 2.30 | Review and comment on PNC's credit agreement (1.0); input specialist comments (1.0); correspond with K&E team for further comments (.3). |
| 03/29/18 | Aparna Yenamandra | 0.60 | Correspond with PW, Guggenheim re exit financing open issues. |
| 03/30/18 | Austin G Glassman | 2.90 | Correspond with advisors re exit process and necessary closing deliverables and conditions (.6); review exit financing documents (1.6); correspond with Company and advisors re contents thereof and closing issues (.7). |
| 03/30/18 | Elizabeth Thorne | 2.70 | Telephone conference with Company and advisors re checklist (.5); review term loan credit agreement (1.7); schedule telephone conferences with term lenders (.1); review ABL issues list from Paul Weiss (.4). |
| 03/31/18 | Austin G Glassman | 1.70 | Correspond with advisors and coordination re exit financing (.2); review exit loan documents and issues lists (1.5). |
| 03/31/18 | Elizabeth Thorne | 2.00 | Review draft credit agreements (1.5); correspond with Company and advisors re CPs (.2); review freight forwarding agreement (.3). |
| 04/01/18 | Austin G Glassman | 2.10 | Coordinate and correspond with K&E team re financing (.6); assist Company in reviewing credit document and related loan documents (.8); analyze loan documents (.7). |
| 04/02/18 | Austin G Glassman | 4.10 | Manage K&E team re exit financing process (1.0); analyze operative and ancillary documents re same (1.8); correspond with Company, advisors and lenders' counsel re key terms (.3); manage closing process (1.0). |
| 04/02/18 | Elizabeth Thorne | 5.00 | Correspond with K&E team re exit financing (.6); circulate ABL comments (1.3); telephone conferences with Company and advisors re same (1.8); draft ABL schedules (1.3). |
| 04/03/18 | Austin G Glassman | 4.10 | Manage K&E team re exit financing process (.6); analyze operative and ancillary documents (2.3); correspond with Company, advisors and lenders' counsel re key terms and manage closing process (1.2). |
| 04/03/18 | Elizabeth Thorne | 1.60 | Draft ABL exhibits (.8); draft resolutions (.8). |

Charming Charlie                                          Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018        Matter Number:        43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/04/18 | Rebecca Blake Chaikin | 0.20 | Correspond with PNC, Blank Rome, K&E team re exit financing. |
| 04/04/18 | Austin G Glassman | 5.00 | Manage K&E team re exit financing process (.7); analyze operative and ancillary documents (2.8); telephone conference with Company, advisors and lenders' counsel re key terms (.7); manage closing process (.8). |
| 04/04/18 | Ryan S Rouleau | 0.30 | Assist K&E team re exit financing documents. |
| 04/04/18 | Elizabeth Thorne | 1.40 | Telephone conference with Blank Rome and Paul Weiss re financing (.3); analyze insurance certificate comments (.4); draft resolutions (.7). |
| 04/05/18 | Austin G Glassman | 3.10 | Manage K&E team re exit financing process (.6); analyze operative and ancillary documents (1.9); correspond with Company, advisors and lenders' counsel re key terms (.6). |
| 04/05/18 | Ryan S Rouleau | 0.30 | Assist K&E team re exit financing (.2); review checklist (.1). |
| 04/05/18 | Elizabeth Thorne | 7.00 | Update and circulate perfection certificate (1.2); correspond with lenders' counsel and Company re closing deliverables (.6); draft resolutions (3.1); draft term loan issues list (2.1). |
| 04/06/18 | Joseph Correia | 1.30 | Analyze financing statements re PNC Bank (.5); review and comment on Creditors' Committee-3 terminations re existing secured party filings (.8). |
| 04/06/18 | Austin G Glassman | 3.00 | Manage K&E team efforts re AIC bonds, indenture and ABL re sale transaction, intercompany debt reorganizations and collateral release (1.3); review, revise and coordinate re related documents (1.7). |
| 04/06/18 | Sterling Sears | 0.50 | Analyze proposed transaction (.4); correspond with E. Thorne re same (.1). |
| 04/06/18 | Elizabeth Thorne | 5.50 | Draft legal opinion (2.6); analyze term loan credit agreement (1.2); draft issues list (.9); correspond with Blank Rome and Paul Weiss re financing (.5); telephone conference with Paul Weiss re same (.3). |
| 04/07/18 | Austin G Glassman | 1.20 | Correspond with K&E team re financing (.6); analyze loan documents re same (.6). |

Charming Charlie                                      Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018   Matter Number:        43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/08/18 | Austin G Glassman | 0.90 | Coordinate re open items for closing (.4); analyze issues in credit documents (.5). |
| 04/08/18 | Elizabeth Thorne | 1.90 | Correspond with Blank Rome re list of comments and update on closing deliverables. |
| 04/09/18 | Austin G Glassman | 5.30 | Coordinate and manage K&E team and advisors re exit financing (1.1); correspond with financial advisors and Company re same (.8); review and revise operative and ancillary loan documents re exit financing and related transactions (2.1); coordinate schedules, deliverable items and reporting obligations (1.3). |
| 04/09/18 | Ryan S Rouleau | 3.50 | Assist K&E team re signature pages and review checklist. |
| 04/09/18 | Sterling Sears | 0.60 | Draft ICA statutory test memorandum and statutory test worksheet (.4); correspond with E. Thorne re same (.2). |
| 04/09/18 | Elizabeth Thorne | 6.90 | Address closing deliverables (1.4); correspond with Utah counsel re same (.8); revise ABL documentation (2.3); correspond with A. Glassman re same (.3); organize signature pages (2.1). |
| 04/10/18 | Austin G Glassman | 5.60 | Coordinate and manage K&E team and advisors re financing (.8); correspond with financial advisors and company re same (.8); review and revise operative and ancillary loan documents re exit financing, payoff process and related transactions (3.0); coordinate re schedules, deliverable items and reporting obligations (1.0). |
| 04/10/18 | Erik Hepler | 1.00 | Analyze exit financing opinion. |
| 04/10/18 | Ryan S Rouleau | 0.80 | Draft signature pages. |
| 04/10/18 | Elizabeth Thorne | 5.80 | Correspond with K&E team re financing (.8); correspond with Company re deliverables (.7); input comments to resolutions and secretary's certificate (1.8); draft opinion (2.5). |

Charming Charlie                                          Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018       Matter Number:        43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/11/18 | Rebecca Blake Chaikin | 3.10 | Telephone conference with lenders, Alix, A. Glassman re financing (.3); telephone conference and correspond with PW, K&E team, Guggenheim re same (1.4); telephone conference with R. Adamek re same (.2); correspond with same and K&E team re same (.7); telephone conference with J. Klein re information re same (.5). |
| 04/11/18 | Austin G Glassman | 3.90 | Coordinate with K&E team and advisors (.4); correspond with financial advisors and Company (.9); review and revise operative and ancillary loan documents re exit financing, payoff process and related transactions (1.7); coordinate with working group re schedules, deliverable items and reporting obligations (.9). |
| 04/11/18 | Sterling Sears | 0.80 | Correspond with E. Thorne re exit financing (.4); correspond with A. Bellon and T. Grossman re 409A deferred compensation plan treatment re Investment Company Act opinion (.4). |
| 04/11/18 | Elizabeth Thorne | 6.80 | Telephone conference with Company and advisors re financing (1.0); correspond with K&E team re same (.5); review and comment on drafts of certificates and other drafts from lenders' counsel (4.5); coordinate other closing deliverables (.8). |
| 04/12/18 | Rebecca Blake Chaikin | 0.30 | Correspond with R. Adamek, J. Sussberg re exit financing. |
| 04/12/18 | Joseph Correia | 0.50 | Analyze Creditors' Committee-1's drafted by Paul Weiss re Wilmington as secured party. |
| 04/12/18 | Austin G Glassman | 3.20 | Correspond with financial advisors and Company re financing (.6); review and revise operative and ancillary loan documents re exit financing, payoff process and related transactions (1.7); coordinate re schedules, deliverable items and reporting obligations (.9). |
| 04/12/18 | Ryan S Rouleau | 2.30 | Assist K&E team re drafting signature pages and Creditors' Committee review. |
| 04/12/18 | Sterling Sears | 0.50 | Telephone conference with A. Bellon re financing (.2); correspond with E. Thorne re same (.3). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000614
Matter Number:        43684-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/12/18 | Joshua A Sussberg, P.C. | 0.30 | Telephone conference with J. Safferstein re financing (.1); telephone conference with R. Adamek re same (.1); correspond with K&E team re same and status (.1). |
| 04/12/18 | Elizabeth Thorne | 6.80 | Correspond with working group re financing (.6); correspond with K&E team re ABL issues list (.4); coordinate, draft and review closing deliverables (5.8). |
| 04/13/18 | Rebecca Blake Chaikin | 1.20 | Telephone conferences and correspond with A. Glassman, PW re exit financing. |
| 04/13/18 | Austin G Glassman | 5.40 | Coordinate with K&E team and advisors re financing (.5); correspond with financial advisors, Company and opposing counsel re same (1.5); review and revise operative and ancillary loan documents re exit financing, payoff process and related transactions (1.3); coordinate re schedules, deliverable items and reporting obligations (.7); telephone conferences and correspond with various parties re vendor financing and closing mechanics solutions (1.4). |
| 04/13/18 | David M Nemecek, P.C. | 0.50 | Correspond with K&E team re emergence issues. |
| 04/13/18 | Ryan S Rouleau | 1.50 | Assist K&E team re organizing signature pages (.7); revise same and create escrow sets (.8). |
| 04/13/18 | Joshua A Sussberg, P.C. | 0.20 | Correspond with K&E team re exit financing and status. |
| 04/13/18 | Elizabeth Thorne | 2.00 | Prepare closing deliverables. |
| 04/14/18 | Austin G Glassman | 1.00 | Coordinate closing process in connection with exit facilities. |
| 04/14/18 | David M Nemecek, P.C. | 0.80 | Analyze emergence issues re exit financing. |
| 04/14/18 | Elizabeth Thorne | 0.50 | Analyze exit financing exhibits. |
| 04/14/18 | Aparna Yenamandra | 0.50 | Correspond with J. Sussberg, A. Glassman, D. Nemecek re exit financing. |
| 04/15/18 | Austin G Glassman | 1.00 | Coordinate with various parties re closing process in connection with exit facilities. |
| 04/15/18 | David M Nemecek, P.C. | 0.50 | Analyze emergence issues re exit financing. |
| 04/15/18 | Joshua A Sussberg, P.C. | 0.10 | Correspond with K&E team re exit financing status and next steps. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000614
Matter Number:        43684-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/15/18 | Elizabeth Thorne | 2.00 | Correspond with Company re financing (.8); analyze DACA (.7); organize signature pages (.5). |
| 04/16/18 | Rebecca Blake Chaikin | 3.10 | Correspond with A. Glassman re exit financing (.9); correspond with K&E team, PW re same (.7); analyze materials re same (.3); telephone conference with PNC, K&E team, Blank Rome, PW re same (.3); correspond with A. Glassman, A. Yenamandra re same (.3); telephone conference with all hands re financing (.4); telephone conferences with A. Bellon re same (.2). |
| 04/16/18 | Austin G Glassman | 7.00 | Manage closing process (1.5); review and revise operative and ancillary documents (2.0); summarize and review financing documents for company and advisor professionals (1.2); correspond with various parties and coordinate re exit facility closing (2.3). |
| 04/16/18 | David M Nemecek, P.C. | 0.60 | Correspond with K&E team re payoff (.4); analyze payoff plan (.2). |
| 04/16/18 | Sterling Sears | 0.50 | Correspond with E. Thorne and A. Bellon re Investment Company Act opinion. |
| 04/16/18 | Joshua A Sussberg, P.C. | 0.10 | Correspond with K&E team re exit financing status. |
| 04/16/18 | Elizabeth Thorne | 5.00 | Telephone conferences with Company and advisors re financing (.4); update draft legal opinion (2.7); analyze term loan deliverables (1.9). |
| 04/16/18 | Aparna Yenamandra | 0.80 | Correspond with K&E team re exit financing. |
| 04/17/18 | Rebecca Blake Chaikin | 0.90 | Telephone conference with lenders re DIP payoff mechanics (.4); correspond with K&E re same (.3); correspond with A. Glassman re open financing items (.2). |
| 04/17/18 | Joseph Correia | 0.50 | Analyze Creditors' Committee-1's drafted by Paul Hastings vendor loan. |
| 04/17/18 | Austin G Glassman | 6.50 | Manage closing process (2.1); review and revise operative and ancillary documents (1.7); summarize and review financing documents for company and advisor professionals (1.6); correspond and coordinate with various parties re exit facility closing (1.1). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000614
Matter Number:         43684-7

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/17/18 | Erik Hepler | 0.20 | Correspond with E. Thorne re opinion comments. |
| 04/17/18 | Ryan S Rouleau | 1.50 | Assist K&E team re organizing signature pages and editing same. |
| 04/17/18 | Elizabeth Thorne | 7.50 | Coordinate closing deliverables (7.0); telephone conferences with Company, lenders' counsel and A. Glassman re same (.5). |
| 04/17/18 | Aparna Yenamandra | 0.70 | Correspond with K&E team re exit financing. |
| 04/18/18 | Austin G Glassman | 7.30 | Manage closing process (1.9); review and revise operative and ancillary documents (1.9); summarize and review financing documents for company and advisor professionals (1.7); correspond and coordinate with various parties re exit facility closing (1.8). |
| 04/18/18 | Ryan S Rouleau | 0.50 | Assist K&E team re organizing signature pages. |
| 04/18/18 | Elizabeth Thorne | 6.00 | Draft closing deliverables (5.5); telephone conferences with all parties re same (.5). |
| 04/19/18 | Joseph Correia | 0.70 | Review and revise signature pages. |
| 04/19/18 | Austin G Glassman | 4.10 | Review and revise operative and ancillary documents (1.2); summarize and review financing documents for company and advisor professionals (1.6); correspond and coordinate with various parties re exit facility closing (1.3). |
| 04/19/18 | Ryan S Rouleau | 2.50 | Assist K&E team re organizing signature pages. |
| 04/19/18 | Elizabeth Thorne | 6.50 | Draft closing deliverables. |
| 04/20/18 | Austin G Glassman | 5.00 | Manage closing process (.8); review and revise operative and ancillary documents (1.0); summarize and review financing documents for company and advisor professionals (1.7); correspond and coordinate with various parties re exit facility closing (1.5). |
| 04/20/18 | Erik Hepler | 0.20 | Correspond with E. Thorne re opinion issues. |
| 04/20/18 | David M Nemecek, P.C. | 0.20 | Correspond with K&E team re payoff and analyze same. |
| 04/20/18 | Ryan S Rouleau | 0.30 | Assist K&E team re organizing signature pages. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000614
Matter Number:       43684-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/20/18 | Elizabeth Thorne | 5.00 | Draft closing deliverables (4.6); attend all hands telephone conference re financing (.4). |
| 04/21/18 | Austin G Glassman | 4.40 | Coordinate closing efforts (.9); review and revise draft loan documents for exit financing facilities (1.6); prepare deliverable items (1.4); coordinate, discuss and negotiate with all parties re same (.5). |
| 04/21/18 | Elizabeth Thorne | 7.00 | Update and finalize documents, including opinions (6.2); correspond with Company and lenders' counsel re remaining outstanding issues (.8). |
| 04/22/18 | Austin G Glassman | 7.90 | Coordinate closing efforts (.6); review and revise draft loan documents for exit financing facilities (3.1); prepare deliverable items (2.0); coordinate, discuss and negotiate with all parties re same (.8); facilitate bankruptcy emergency process, DIP loan payoff and related corporate transactions (1.4). |
| 04/22/18 | Elizabeth Thorne | 7.10 | Review closing deliverables (6.3); correspond and telephone conference lenders advisors re same (.8). |
| 04/23/18 | Austin G Glassman | 8.80 | Coordinate closing efforts (.6); review and revise draft loan documents for exit financing facilities (3.5); prepare deliverable items (2.5); coordinate, discuss and negotiate with all parties re same (1.0); facilitate bankruptcy emergency process, DIP loan payoff and related corporate transactions (1.2). |
| 04/23/18 | Erik Hepler | 0.20 | Correspond with E. Thorne, A. Glassman re opinion. |
| 04/23/18 | Ryan S Rouleau | 5.00 | Assist K&E team re compiling closing documents. |
| 04/23/18 | Sterling Sears | 1.50 | Draft ICA portion of support certificate insert (.8); complete ICA worksheets (.5); correspond with E. Thorne re same (.2). |
| 04/23/18 | Joshua A Sussberg, P.C. | 0.70 | Correspond with A. Yenamandra re financing facility and analyze notice of same (.4); telephone conference with S. Van Aalten re same (.2); correspond with J. Sprayregen re same (.1). |

Charming Charlie                                                          Invoice Number:    1050000614
Legal Services for the Period Ending April 23, 2018              Matter Number:        43684-7
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/23/18 | Elizabeth Thorne | 7.20 | Coordinate closing and update final documents. |
| **Total** | | **342.60** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000615**
**Client Matter:** 43684-9

---

**In the Matter of Claims Administration & Objections**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                    $ 4,423.00

Total legal services rendered                    $ 4,423.00

Charming Charlie                                     Invoice Number:    1050000615
Legal Services for the Period Ending April 23, 2018  Matter Number:        43684-9
June 7, 2018

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 4.60 | 875.00 | 4,025.00 |
| Aparna Yenamandra | 0.40 | 995.00 | 398.00 |
| **TOTALS** | **5.00** | | **$ 4,423.00** |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000615

Matter Number:         43684-9

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/12/18 | Aparna Yenamandra | 0.40 | Telephone conference with M. Feder re claims resolution. |
| 02/22/18 | Rebecca Blake Chaikin | 0.10 | Correspond with counsel re motion for payment of administrative expense. |
| 02/23/18 | Rebecca Blake Chaikin | 0.20 | Telephone conference with A. Bijor re tax and priority claims. |
| 03/23/18 | Rebecca Blake Chaikin | 0.20 | Telephone conference with creditor re proof of claim. |
| 03/28/18 | Rebecca Blake Chaikin | 0.10 | Correspond with G. Goldmintz re claims administration issues. |
| 04/04/18 | Rebecca Blake Chaikin | 0.10 | Revise claim release. |
| 04/06/18 | Rebecca Blake Chaikin | 0.80 | Telephone conference with J. Klein re fee claim (.2); telephone conference with A. Bellon re tax claim issues (.6). |
| 04/10/18 | Rebecca Blake Chaikin | 0.80 | Telephone conference with D. Pacitti re claims administration (.3); correspond with same and Omni re same (.5). |
| 04/12/18 | Rebecca Blake Chaikin | 0.10 | Correspond with G. Goldmintz re tax claim inquiry. |
| 04/13/18 | Rebecca Blake Chaikin | 0.20 | Correspond with A. Horn re tax repayment questions. |
| 04/16/18 | Rebecca Blake Chaikin | 2.00 | Correspond with T. Davis re treatment of tax claims (.2); draft summary re same (1.2); correspond with company, Alix re same (.6). |

**Total**                                     **5.00**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000616**
**Client Matter:** 43684-10

---

**In the Matter of Corporate & Governance Matters**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                    $ 19,049.50

Total legal services rendered                                                             $ 19,049.50

Charming Charlie                                                Invoice Number:    1050000616
Legal Services for the Period Ending April 23, 2018            Matter Number:        43684-10
June 7, 2018

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Michael Esser | 9.60 | 1,045.00 | 10,032.00 |
| Austin Klar | 1.30 | 885.00 | 1,150.50 |
| Adrienne Levin | 0.00 | 390.00 | 0.00 |
| Scott D Price | 1.30 | 1,545.00 | 2,008.50 |
| Anna G Rotman, P.C. | 1.20 | 1,235.00 | 1,482.00 |
| Meg A Webb | 6.40 | 575.00 | 3,680.00 |
| Aparna Yenamandra | 0.70 | 995.00 | 696.50 |
| **TOTALS** | **20.50** | | **$ 19,049.50** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000616
Matter Number:        43684-10

---

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/18 | Adrienne Levin | 0.00 | Prepare key document searches for attorney review (.8); correspond with eDiscovery vendor re discovery matters (.5); correspond with A. Klar and M. Esser re status (.6). |
| 02/01/18 | Meg A Webb | 0.50 | Review and analyze documents in response to Committee's requests (.3); revise letter in response to Committee's production deficiency notice (.2). |
| 03/14/18 | Michael Esser | 0.50 | Correspond with K&E team re update. |
| 03/19/18 | Michael Esser | 1.10 | Strategize with A. Klar re fact development (.5); review and analyze documents re same (.6). |
| 03/20/18 | Michael Esser | 1.50 | Draft special committee presentation materials (1.1); correspond with M. Webb re same (.4). |
| 03/20/18 | Meg A Webb | 0.80 | Revise claims analysis presentation. |
| 03/21/18 | Austin Klar | 0.60 | Revise presentation to special committee. |
| 03/21/18 | Anna G Rotman, P.C. | 0.00 | Correspond with K&E team re update. |
| 03/22/18 | Meg A Webb | 0.50 | Revise claims analysis presentation. |
| 03/23/18 | Michael Esser | 1.40 | Review and revise special committee presentation (.8); correspond with M. Webb re same (.6). |
| 03/23/18 | Austin Klar | 0.20 | Correspond with K&E team re board update presentation. |
| 03/23/18 | Meg A Webb | 1.50 | Correspond with M. Esser, A. Yenamandra and A. Klar re claims analysis presentation (.5); revise claims analysis presentation (1.0). |
| 03/23/18 | Aparna Yenamandra | 0.70 | Prepare for and attend final special committee conference preparation. |
| 03/24/18 | Michael Esser | 0.70 | Review and revise Special Committee presentation. |
| 03/25/18 | Michael Esser | 1.50 | Review and revise Special Committee presentation (.9); correspond with M. Webb and L. Meyer re same (.6). |
| 03/25/18 | Meg A Webb | 2.10 | Revise claims analysis presentation. |
| 03/26/18 | Michael Esser | 2.90 | Review, revise and finalize Special Committee presentation (.8); prepare for and attend same (2.1). |

3

Charming Charlie                                          Invoice Number:    1050000616
Legal Services for the Period Ending April 23, 2018       Matter Number:        43684-10
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/26/18 | Austin Klar | 0.50 | Prepare for board update presentation. |
| 03/26/18 | Anna G Rotman, P.C. | 1.20 | Review special committee deck (.4); participate in conference of special committee (.8). |
| 03/26/18 | Meg A Webb | 1.00 | Revise claims analysis presentation. |
| 04/19/18 | Scott D Price | 0.50 | Analyze stockholders agreement. |
| 04/20/18 | Scott D Price | 0.30 | Correspond with K&E team re stockholders agreement plan supplement. |
| 04/23/18 | Scott D Price | 0.50 | Correspond with K&E team re stockholders agreement. |

**Total**                          **20.50**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000617**
**Client Matter:**  43684-12

---

**In the Matter of Disclosure Statement/Plan/Confirmation**

| | |
|---|---|
| For legal services rendered through April 23, 2018 (see attached Description of Legal Services for detail) | $ 303,200.00 |
| Total legal services rendered | $ 303,200.00 |

Charming Charlie                                              Invoice Number:    1050000617
Legal Services for the Period Ending April 23, 2018          Matter Number:       43684-12
June 7, 2018

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 104.50 | 875.00 | 91,437.50 |
| Michael Esser | 43.20 | 1,045.00 | 45,144.00 |
| Gene Goldmintz | 62.90 | 770.00 | 48,433.00 |
| Austin Klar | 5.10 | 885.00 | 4,513.50 |
| Hannah Kupsky | 4.10 | 230.00 | 943.00 |
| Adrienne Levin | 1.80 | 390.00 | 702.00 |
| David Moore | 15.70 | 770.00 | 12,089.00 |
| Brett Newman | 13.80 | 675.00 | 9,315.00 |
| Robert Orren | 12.00 | 380.00 | 4,560.00 |
| Madeleine C Parish | 1.20 | 575.00 | 690.00 |
| Anna G Rotman, P.C. | 2.80 | 1,235.00 | 3,458.00 |
| Daniel Rudewicz | 52.20 | 770.00 | 40,194.00 |
| Trudy Smith | 6.50 | 575.00 | 3,737.50 |
| Joshua A Sussberg, P.C. | 0.60 | 1,480.00 | 888.00 |
| Nacif Taousse | 12.50 | 575.00 | 7,187.50 |
| Meg A Webb | 3.70 | 575.00 | 2,127.50 |
| Wayne E Williams | 0.50 | 1,175.00 | 587.50 |
| Tiffany B Wong | 6.80 | 575.00 | 3,910.00 |
| Aparna Yenamandra | 23.40 | 995.00 | 23,283.00 |
| **TOTALS** | **373.30** | | **$ 303,200.00** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000617
Matter Number:      43684-12

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/18 | Trudy Smith | 1.60 | Review and analyze objections to disclosure statement (.7); revise draft objection summary chart re same (.2); draft omnibus reply to objections to the disclosure statement (.7). |
| 02/03/18 | Trudy Smith | 1.90 | Review and revise preliminary statement and legal arguments re disclosure statement reply. |
| 02/05/18 | Daniel Rudewicz | 0.60 | Review and analyze revised plan re updates to be made to disclosure statement order and exhibits. |
| 02/05/18 | Trudy Smith | 0.30 | Review and revise plan. |
| 02/06/18 | Daniel Rudewicz | 3.20 | Review and analyze plan, disclosure statement, and revisions (1.3); review and revise disclosure statement order and exhibits re updates from plan and disclosure statement (1.8); correspond with R. Chaikin re same (.1). |
| 02/12/18 | Trudy Smith | 0.50 | Correspond with K&E team re revisions to disclosure statement omnibus reply and related timeline (.4); review timeline (.1). |
| 02/19/18 | Daniel Rudewicz | 1.20 | Correspond with Omni re return envelopes and Ballot directions (.1); review disclosure statement motion, disclosure statement order re solicitation (1.1). |
| 02/23/18 | Daniel Rudewicz | 0.60 | Correspond with Omni, R. Chaikin re finalizing solicitation of ballots and publication notice. |
| 02/27/18 | Daniel Rudewicz | 0.10 | Correspond with Omni re mailing inquiry. |
| 02/28/18 | Daniel Rudewicz | 0.80 | Correspond with Covington re class 3 ballot (.2); correspond with Omni re same (.1); correspond with Omni, R. Chaikin re affidavit of service (.1); review same (.4). |
| 03/01/18 | Rebecca Blake Chaikin | 0.80 | Correspond with A. Yenamandra re open confirmation items (.4); telephone conference with A. Denhoff re plan supplement (.4). |
| 03/01/18 | Brett Newman | 2.80 | Prepare plan supplement notices, custom notices (.7); revise same (.2); review exhibits re same (1.4); telephone conferences and correspond with Omni, R. Chaikin re plan supplement noticing (.5). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000617
Matter Number:        43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/18 | Aparna Yenamandra | 0.60 | Correspond with K&E team re plan supplement. |
| 03/02/18 | Brett Newman | 0.30 | Revise plan supplement notice. |
| 03/02/18 | Daniel Rudewicz | 0.30 | Correspond with R. Chaikin, Omni re solicitation page issue. |
| 03/02/18 | Nacif Taousse | 0.20 | Update plan supplement retained cause of action exhibit. |
| 03/05/18 | Rebecca Blake Chaikin | 1.10 | Correspond with A. Yenamandra re plan supplement (.2); telephone conference with A. Denhoff re same (.2); correspond with K&E team re same (.5); review precedent re same (.2) |
| 03/05/18 | Gene Goldmintz | 0.20 | Correspond with AlixPartners re retained causes of action. |
| 03/05/18 | Brett Newman | 1.10 | Prepare plan supplement notices for service (.3); correspond with K&E team, Klehr, Omni re filing and serving same (.2); review customized plan supplement notices (.4); telephone conferences and correspondence with R. Chaikin, Omni re same (.2). |
| 03/06/18 | Rebecca Blake Chaikin | 0.40 | Telephone conferences and correspond with A. Denhoff, D. Moore re plan supplement (.2); correspond with K&E team re same (.2). |
| 03/06/18 | Gene Goldmintz | 0.30 | Revise retained cause of action list. |
| 03/06/18 | David Moore | 1.00 | Correspond with R. Chaikin re by-laws and certificate of incorporation (.3); research precedent and review and revise by-laws according to same (.7). |
| 03/06/18 | Nacif Taousse | 0.50 | Correspond with AlixPartners re causes of action schedules exhibits (.1); revise same (.2); correspond with G. Goldmintz re same (.2). |
| 03/06/18 | Aparna Yenamandra | 1.00 | Correspond with R. Chaikin re key open issues and plan supplement documents. |
| 03/07/18 | Rebecca Blake Chaikin | 2.00 | Draft plan language (.6); review precedent re same (.2); correspond with A. Yenamandra, lenders re same (.2); draft plan supplement disclosure re board members (.6); correspond with K&E team re plan supplement (.4). |
| 03/07/18 | Gene Goldmintz | 0.40 | Correspond with N. Taousse, AlixPartners re retained causes of action list. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000617
Matter Number:        43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/08/18 | Rebecca Blake Chaikin | 1.60 | Telephone conference with A. Grasier re plan settlement terms (.2); correspond with A. Yenamandra re same (.2); revise plan supplement documents (.4); review causes of action disclosure (.8). |
| 03/08/18 | David Moore | 1.50 | Draft, review and revise certificate of incorporation (1.0); correspond with R. Chaikin re same (.5). |
| 03/08/18 | Nacif Taousse | 1.00 | Update plan supplement retained causes of action exhibit (.8); correspond with AlixPartners, R. Chaikin and G. Goldmintz re same (.2). |
| 03/08/18 | Aparna Yenamandra | 0.40 | Correspond with K&E team, R. Adamek re plan supplement. |
| 03/09/18 | Nacif Taousse | 0.50 | Correspond with G. Goldmintz, R. Chaikin and Alix re retained causes of action exhibit to plan supplement (.3); update same (.2). |
| 03/10/18 | Nacif Taousse | 0.10 | Update retained causes of action plan supplement exhibit. |
| 03/12/18 | Rebecca Blake Chaikin | 2.90 | Correspond with advisors, PW re plan supplement (.4); correspond with lenders re plan language (.5); revise same (.3); revise GUC rights agreement (1.4); correspond with creditors re inquiries re plan (.3). |
| 03/12/18 | Gene Goldmintz | 1.10 | Review, analyze retained cause of action list (.3); correspond with N. Taousse re same (.1); correspond with Alix re same (.4); comment on same (.3). |
| 03/12/18 | Nacif Taousse | 1.60 | Review, summarize retained causes of action precedent (.6); correspond with PW and K&E team re same (.6); update same (.4). |
| 03/12/18 | Wayne E Williams | 0.20 | Analyze CVR agreement re securities issues. |
| 03/13/18 | Rebecca Blake Chaikin | 4.00 | Correspond with PW re CVR Agreement (.2); telephone conference with S. Van Aalten re same and plan (.3); office conference with A. Yenamandra re open confirmation items (.2); revise and file plan (1.3); correspond with N. Taousse re same (.5); review confirmation order precedent (.2); correspond with H. Kupsky, D. Rudewicz re same (.1); revise proposed confirmation order language from creditor (.4); review precedent declarations (.8). |

Charming Charlie                                          Invoice Number:    1050000617
Legal Services for the Period Ending April 23, 2018       Matter Number:     43684-12
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/13/18 | Gene Goldmintz | 0.20 | Correspond with R. Chaikin re confirmation status. |
| 03/13/18 | Daniel Rudewicz | 1.20 | Correspond with Omni re voting report and declaration (.2); correspond with H. Kupsky re confirmation order precedent (.1); review and analyze same (.9). |
| 03/13/18 | Nacif Taousse | 0.30 | Correspond with R. Chaikin re confirmation presentation. |
| 03/13/18 | Aparna Yenamandra | 2.40 | Telephone conferences with GG, PW re plan supplement issues (1.2); office conference with R. Chaikin re same (.5); correspond with K&E team re same (.7). |
| 03/14/18 | Rebecca Blake Chaikin | 1.60 | Correspond with K&E team, PW re confirmation order (.2); correspond with PW re plan supplement (.1); analyze issues re same (.4); telephone conference with K&E team re declarations (.5); correspond with G. Goldmintz re confirmation open items (.4). |
| 03/14/18 | Michael Esser | 3.10 | Prepare for and attend telephone conference with A. Yenamandra re confirmation declarations (1.5); review and analyze precedent re same (1.6). |
| 03/14/18 | Gene Goldmintz | 1.30 | Correspond with R. Chaikin re confirmation brief (.6); telephone conference with K&E team re confirmation brief, declarations (.6); correspond with Alix, N. Taousse re retained cause of action list (.1). |
| 03/14/18 | David Moore | 0.50 | Review counterpart comments to certificate of incorporation (.3); correspond with R. Chaikin re same (.2). |
| 03/14/18 | Robert Orren | 3.60 | Draft declaration in support of confirmation and confirmation order (3.2); correspond with K&E team re same (.4). |
| 03/14/18 | Madeleine C Parish | 1.20 | Review notice orders precedent (.8); calculate hearing and confirmation dates (.4). |
| 03/14/18 | Nacif Taousse | 0.80 | Correspond with G. Goldmintz re updates causes of action exhibit (.1); research precedent for confirmation timelines in same (.7). |
| 03/14/18 | Aparna Yenamandra | 0.70 | Review confirmation order language (.2); telephone conference with K&E team re confirmation declarations (.5). |

Charming Charlie                                          Invoice Number:    1050000617
Legal Services for the Period Ending April 23, 2018       Matter Number:     43684-12
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/15/18 | Rebecca Blake Chaikin | 0.20 | Correspond with T. Wong re plan supplement. |
| 03/15/18 | Gene Goldmintz | 3.30 | Draft confirmation brief. |
| 03/15/18 | Daniel Rudewicz | 2.60 | Review and revise confirmation order (1.4); review and analyze precedent re same (.8); correspond with R. Chaikin re same (.1); correspond with K&E document services re same (.2); correspond with H. Kupsky re same (.1). |
| 03/15/18 | Nacif Taousse | 0.60 | Update causes of action plan supplement exhibit (.1); update plan supplement checklist (.1); correspond R. Chaikin re same (.1). Correspond with R. Chaikin, G. Goldmintz and PW re retained causes of action exhibit updates (.3). |
| 03/15/18 | Aparna Yenamandra | 1.30 | Correspond with M. Esser re confirmation preparation (.2); telephone conferences and correspond with PW re plan supplement issues (1.1). |
| 03/16/18 | Rebecca Blake Chaikin | 5.80 | Correspond with Omni, PW re ballots (.2); correspond with K&E team, Klehr, lenders, Company re plan supplement (2.8); revise documents re same (2.2); telephone conference with A. Denhoff re same (.2); correspond with A. Yenamandra re same (.4). |
| 03/16/18 | Gene Goldmintz | 3.60 | Correspond with K&E team re confirmation brief (.2); correspond with Omni re confirmation declaration (.1); draft confirmation brief (2.6); analyze retained cause of action precedent re collateral postings (.7). |
| 03/16/18 | Hannah Kupsky | 0.50 | Prepare shell of confirmation declaration. |
| 03/16/18 | Robert Orren | 5.50 | Prepare plan supplement for filing (3.6); correspond with K&E team objections to plan and cure amounts (1.5); correspond with K&E team re same (.4). |
| 03/16/18 | Daniel Rudewicz | 4.40 | Correspond with Omni, R. Chaikin re ballot and voting issues (.5); telephone conference with Sierra re same (.1); review and revise confirmation order (3.7); correspond with H. Kupsky re same (.1). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000617
Matter Number:        43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/16/18 | Nacif Taousse | 1.10 | Review retained causes of action exhibit precedent re treatment of causes of action relating to letters of credit and bonds (.5); correspond with K&E team and A. Bellon re retained causes of action schedule (.3); correspond with G. Goldmintz re same (.3). |
| 03/16/18 | Wayne E Williams | 0.30 | Analyze amendment to CVR agreement (.2); correspond with A. Yenamandra and R. Chaikin re same (.1). |
| 03/16/18 | Tiffany B Wong | 2.30 | Analyze employment agreement markup. |
| 03/16/18 | Aparna Yenamandra | 1.20 | Telephone conferences and correspond with PW, K&E team, Charlie re finalizing plan supplement. |
| 03/17/18 | Gene Goldmintz | 4.40 | Correspond with Omni re voting declaration (.1); comment on same (1.5); draft Feder declaration (1.6); draft confirmation brief (1.2). |
| 03/17/18 | Daniel Rudewicz | 2.10 | Review and revise confirmation order re plan language, updates from precedent. |
| 03/18/18 | Gene Goldmintz | 4.50 | Draft voting declaration (1.3); draft confirmation brief (3.2). |
| 03/18/18 | Brett Newman | 2.60 | Review and analyze plan supplement precedent re lease issues. |
| 03/18/18 | Daniel Rudewicz | 1.20 | Review and revise confirmation order re executory contract language and related updates from precedent. |
| 03/19/18 | Rebecca Blake Chaikin | 4.90 | Correspond with K&E team re confirmation workstreams (.2); correspond with G. Goldmintz re brief and declaration (.1); review confirmation order language requests and draft same (4.3); telephone conference with M. Feder re key vendor agreements (.2); correspond with S. Van Aalten re same (.1). |
| 03/19/18 | Gene Goldmintz | 8.50 | Correspond with K&E team re confirmation workstreams (.3); draft confirmation brief (7.2); analyze investigation materials related to confirmation (1.0). |
| 03/19/18 | Robert Orren | 2.10 | Distribute objections to plan and cure amounts (1.2); prepare compilation of same (.9). |
| 03/19/18 | Anna G Rotman, P.C. | 0.40 | Correspond with M. Esser re next steps with Charlie confirmation witness strategy. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000617
Matter Number:         43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/19/18 | Daniel Rudewicz | 5.80 | Review and revise confirmation order re plan language, executory contract provisions, retail precedent (5.6); correspond with R. Chaikin re same (.2). |
| 03/19/18 | Aparna Yenamandra | 0.90 | Correspond with K&E team re confirmation preparation (.4); telephone conference with R. Adamek re same (.5). |
| 03/20/18 | Rebecca Blake Chaikin | 2.30 | Correspond with outside counsel re plan objections (.2); revise consent to extend letter (.3); analyze vendor agreement terms (.1); revise confirmation order (1.4); correspond with D. Rudewicz re same (.1); telephone conference with A. Denhoff re plan questions (.2). |
| 03/20/18 | Michael Esser | 1.60 | Correspond with A. Rotman re confirmation declarations (.5); review and analyze precedent re same (1.1). |
| 03/20/18 | Gene Goldmintz | 8.00 | Draft confirmation brief (3.4); review, analyze precedent re same (2.0); draft Adamek confirmation declaration (2.6). |
| 03/20/18 | Austin Klar | 0.20 | Review and analyze plan release and discharge injunction (.1); correspond with D. Rudewicz re same (.1). |
| 03/20/18 | Robert Orren | 0.80 | Draft plan objection summary chart. |
| 03/20/18 | Anna G Rotman, P.C. | 0.30 | Correspond with M. Esser and A. Yenamandra re confirmation witnesses. |
| 03/20/18 | Daniel Rudewicz | 4.40 | Correspond with R. Chaikin, Omni, PW re ballots (.4); review and revise confirmation order re updates and comments (3.4); correspond with R. Chaikin re same (.6). |
| 03/20/18 | Nacif Taousse | 1.40 | Review credit agreements re indemnification provisions (.1); correspond with G. Goldmintz re same (.1); prepare confirmation presentation (1.2). |
| 03/20/18 | Aparna Yenamandra | 0.30 | Correspond with M. Esser, A. Rotman re confirmation declarations. |
| 03/21/18 | Rebecca Blake Chaikin | 5.90 | Revise confirmation order (5.2); correspond with A. Yenamandra re same (.2); correspond with same re confirmation open items and guaranty facility (.2); revise creditor agreement (.3). |
| 03/21/18 | Michael Esser | 1.20 | Research and analyze confirmation declarations. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000617
Matter Number:        43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/21/18 | Gene Goldmintz | 6.40 | Draft Adamek confirmation declaration (4.4); analyze special committee materials re same (.8); analyze precedent re same (1.2). |
| 03/21/18 | Daniel Rudewicz | 0.80 | Correspond with Omni, PW re ballot issues (.2); correspond with creditor re same (.1); review and revise confirmation order (.3); correspond with R. Chaikin, A. Yenamandra re same (.2). |
| 03/22/18 | Rebecca Blake Chaikin | 3.10 | Revise confirmation order and plan (2.1); correspond with A. Yenamandra, D. Rudewicz, PW re same (.4); correspond with taxing authorities re same (.6). |
| 03/22/18 | Michael Esser | 1.60 | Review and revise confirmation declarations. |
| 03/22/18 | Gene Goldmintz | 0.40 | Analyze draft confirmation declarations (.2); prepare, circulate same to K&E team (.2). |
| 03/22/18 | Daniel Rudewicz | 4.40 | Review and revise confirmation order re comments (4.2); correspond with A. Yenamandra, R. Chaikin re same (.2). |
| 03/22/18 | Aparna Yenamandra | 1.50 | Review confirmation order (1.2); correspond with PW re same (.3). |
| 03/23/18 | Rebecca Blake Chaikin | 1.10 | Telephone conference with P. Deutch re rights agreement (.2); correspond with PW re same (.2); correspond with K&E team, declarants re hearing prep (.2); correspond with A. Yenamandra re open confirmation workstreams (.3); correspond with K. Nownes re ballots (.2). |
| 03/23/18 | Michael Esser | 1.20 | Review and revise confirmation declarations. |
| 03/23/18 | Daniel Rudewicz | 1.70 | Correspond with PW, Morgan Lewis re confirmation order (.2); correspond with K&E team re plan objections and procedure for filing out related chart (.4); review and analyze precedent re same (.2); review and revise confirmation order re updates (.5); review and analyze solicitation procedures (.4). |
| 03/24/18 | Nacif Taousse | 0.60 | Prepare confirmation presentation. |
| 03/25/18 | Austin Klar | 1.30 | Review and revise draft declarations in support of confirmation. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000617
Matter Number:        43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/26/18 | Rebecca Blake Chaikin | 1.60 | Revise plan and confirmation order (1.1); telephone conference with A. Bijor re same (.2); correspond with A. Yenamandra re same (.2); correspond with AlixPartners re budget (.1). |
| 03/26/18 | Michael Esser | 4.90 | Correspond with A. Klar re confirmation issues (.7); review and revise confirmation declarations (4.2). |
| 03/26/18 | Gene Goldmintz | 4.20 | Revise confirmation brief, declarations (3.2); correspond with M. Esser, A. Yenamandra, Company re confirmation (1.0). |
| 03/26/18 | Daniel Rudewicz | 1.60 | Correspond with T. Smith, M. Parish re confirmation order revisions (.2); review and revise confirmation order re lender and K&E comments (1.3); correspond with R. Chaikin re IRS language and redline confirmation order (.1). |
| 03/26/18 | Trudy Smith | 2.20 | Revise confirmation order re comments received (2.0); correspond with K&E team re same (.2). |
| 03/26/18 | Meg A Webb | 1.00 | Revise confirmation declarations. |
| 03/26/18 | Aparna Yenamandra | 1.90 | Correspond with K&E team re voting report and confirmation brief (.6); review and revise confirmation declarations (.9); review lender plan markup (.4). |
| 03/27/18 | Rebecca Blake Chaikin | 3.10 | Revise plan and confirmation order (.4); correspond with PW, K&E team re same (.5); revise confirmation brief (2.2). |
| 03/27/18 | Michael Esser | 2.90 | Review and revise confirmation declarations. |
| 03/27/18 | Gene Goldmintz | 6.30 | Revise confirmation brief, declarations (5.1); analyze revised plan (1.1); correspond with Omni re voting exhibits (.1). |
| 03/27/18 | Hannah Kupsky | 0.30 | Pull and organize plan and confirmation objections. |
| 03/27/18 | Anna G Rotman, P.C. | 2.10 | Review and revise Adamek's declaration in support of confirmation. |
| 03/27/18 | Daniel Rudewicz | 2.00 | Review and revise confirmation order re updates (1.2); correspond with K&E team re same (.4); correspond with Morgan Lewis re same (.1); correspond with PW re same (.3). |
| 03/27/18 | Nacif Taousse | 0.50 | Prepare confirmation presentation. |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000617

Matter Number:    43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/28/18 | Rebecca Blake Chaikin | 8.20 | Correspond with A. Yenamandra re confirmation preparation (.2); review comments to confirmation brief (.4); correspond with T. Davidson re confirmation order (.2); correspond with G. Goldmintz re brief and declarations (.6); review solicitation procedures (.2); correspond D. Rudewicz, K. Nownes re same (.2); revise voting report, declarations, order and brief (5.8); correspond with K&E team re same (.6). |
| 03/28/18 | Michael Esser | 5.80 | Outline live direct examinations for A. Klar and M. Webb (2.3); correspond with A. Klar and M. Webb re same (.2); review and revise confirmation declarations (1.5); review and revise exhibit list (1.3); correspond with A. Klar re same (.5). |
| 03/28/18 | Austin Klar | 3.10 | Prepare exhibit list and written direct examination outline. |
| 03/28/18 | Hannah Kupsky | 0.70 | Pull documents re K&E confirmation talking points precedent and confirmation briefs (.3); prepare shell re same (.4). |
| 03/28/18 | Daniel Rudewicz | 8.30 | Review and analyze ballots and solicitation procedures (.5); telephone conference and correspond with K&E team, Omni re same (.8); review and revise confirmation order (6.1); correspond with K&E team re same (.7); correspond with ML re same (.2). |
| 03/28/18 | Joshua A Sussberg, P.C. | 0.40 | Review and revise confirmation brief. |
| 03/28/18 | Aparna Yenamandra | 2.10 | Review and revise confirmation brief (1.4); prepare for and attend office conference with R. Chaikin re confirmation (.7). |
| 03/29/18 | Rebecca Blake Chaikin | 4.90 | Revise confirmation papers and prepare same for filing (4.2); correspond with lenders, Creditors' Committee re same (.3); telephone conference with Morgan Lewis re same (.3); correspond Blank Rome re same (.1). |
| 03/29/18 | Michael Esser | 6.40 | Review confirmation declarations (2.2); review and revise direct examination outlines (4.2). |
| 03/29/18 | Gene Goldmintz | 4.60 | Revise, file confirmation brief, declarations (2.6); draft confirmation talking points (1.2); analyze materials re same (.8). |
| 03/29/18 | Austin Klar | 0.50 | Finalize draft written direct examination. |

Charming Charlie                                              Invoice Number:    1050000617
Legal Services for the Period Ending April 23, 2018          Matter Number:        43684-12
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/29/18 | Hannah Kupsky | 1.20 | Prepare filing versions and assist K&E team with filing of confirmation documents. |
| 03/29/18 | Adrienne Levin | 1.40 | Prepare exhibits for submission at confirmation hearing. |
| 03/29/18 | Brett Newman | 3.60 | Review and comment on confirmation presentation re cure objections (.8); review and revise draft plan supplement schedules (1.7); correspond with R. Chaikin re same (.3); review and comment on same (.8). |
| 03/29/18 | Daniel Rudewicz | 4.30 | Review and revise confirmation order for filing, including comments from lenders and committee (3.5); correspond with K&E team, Cooley, ML re same (.6); telephone conference with ML re same (.2). |
| 03/29/18 | Meg A Webb | 2.70 | Draft written direct examination outlines for confirmation hearing. |
| 03/29/18 | Aparna Yenamandra | 1.40 | Telephone conference with R. Adamek re entity dissolutions (.3); correspond with G. Goldmintz, R. Chaikin re finalizing confirmation brief, declarations, order for filing (1.1). |
| 03/30/18 | Michael Esser | 4.70 | Review and revise direct examination outlines re confirmation (4.2); strategize re confirmation exhibits with A. Klar (.5). |
| 03/30/18 | Gene Goldmintz | 0.80 | Revise confirmation talking points (.1); analyze presentation re same (.6); correspond with K&E team re Feder declaration (.1). |
| 03/30/18 | Hannah Kupsky | 0.20 | Correspond with local counsel re printing of confirmation hearing binders (.1); circulate documents re same (.1). |
| 03/30/18 | Adrienne Levin | 0.40 | Prepare exhibits for confirmation hearing. |
| 03/30/18 | Brett Newman | 0.70 | Revise summaries re objections for confirmation presentation. |
| 03/30/18 | Nacif Taousse | 0.70 | Update confirmation presentation. |
| 04/01/18 | Rebecca Blake Chaikin | 0.60 | Revise hearing presentation (.2); correspond with G. Goldmintz re talking points (.2); correspond with PW re plan supplement (.2). |
| 04/01/18 | Michael Esser | 1.30 | Draft direct examination outlines. |
| 04/01/18 | Gene Goldmintz | 0.10 | Circulate talking points. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000617
Matter Number:    43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/02/18 | Rebecca Blake Chaikin | 2.50 | Telephone conference with D. Pacitti re hearing prep (.1); revise confirmation order (.2); revise hearing presentation (.6); prepare for hearing (.6); correspond with K&E team re same (.8); telephone conference with Blank Rome re plan and confirmation order (.2). |
| 04/02/18 | Michael Esser | 8.50 | Draft direct examination outlines (5.5); prepare M. Feder for testimony (1.0); prepare R. Adamek for testimony (2.0). |
| 04/02/18 | Gene Goldmintz | 0.60 | Correspond with K&E team re confirmation (.4); correspond with local counsel re confirmation preparation (.2). |
| 04/02/18 | Hannah Kupsky | 1.20 | Prepare binders for confirmation hearing (.6); coordinate with local counsel re hearing preparation (.2); correspond with R. Chaikin re hearing preparation (.2); distribute copies of plan and confirmation talking points (.2). |
| 04/02/18 | Brett Newman | 2.70 | Prepare notices re plan supplement filing (1.4); review and revise draft plan supplement notices, schedules for service (1.3). |
| 04/02/18 | Nacif Taousse | 1.60 | Correspond with Klehr re confirmation presentation (.1); incorporate R. Chaikin comments to hearing presentation (1.2); correspond with Klehr and K&E team re same (.3). |
| 04/02/18 | Aparna Yenamandra | 1.60 | Correspond with K&E team and parties re final plan, confirmation order, plan supplement documents (1.0); revise deck and talking points (.6). |
| 04/03/18 | Rebecca Blake Chaikin | 0.50 | Analyze release provisions (.3); revise plan supplement checklist (.2). |
| 04/03/18 | Daniel Rudewicz | 0.60 | Review and revise notice of confirmation (.5); correspond with R. Chaikin re same (.1). |
| 04/03/18 | Joshua A Sussberg, P.C. | 0.20 | Correspond with A. Yenamandra re confirmation status and open issues. |
| 04/03/18 | Aparna Yenamandra | 1.10 | Correspond with K&E team, PW re emergence timing and related issues. |
| 04/04/18 | Rebecca Blake Chaikin | 1.50 | Correspond with A. Yenamandra re emergence planning (.2); correspond with lenders, K&E team re same (1.1); correspond with A. Glassman re same (.2). |

Charming Charlie                                              Invoice Number:    1050000617
Legal Services for the Period Ending April 23, 2018          Matter Number:          43684-12
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/04/18 | Aparna Yenamandra | 1.40 | Office conference with R. Chaikin re emergence steps (.7); telephone conference with Citi re same (.3); telephone conference with R. Adamek re same (.4). |
| 04/05/18 | Rebecca Blake Chaikin | 1.50 | Draft emergence checklist (1.2); correspond with K&E team re same (.2); correspond with N. Taousse re post-confirmation workstreams (.1). |
| 04/05/18 | David Moore | 0.20 | Correspond with R. Chaikin re status and emergence checklist. |
| 04/05/18 | Aparna Yenamandra | 0.50 | Correspond with Alix, K&E team re emergence planning. |
| 04/06/18 | Rebecca Blake Chaikin | 1.30 | Revise escrow agreement (.4); telephone conference and correspond with Alix, GP, K&E team re escrow account and funds flow (.7); correspond with Citi re same (.2). |
| 04/06/18 | David Moore | 1.00 | Review and analyze corporate documents and other status items re emergence. |
| 04/08/18 | Rebecca Blake Chaikin | 0.30 | Revise escrow agreement. |
| 04/09/18 | Rebecca Blake Chaikin | 3.00 | Correspond with Omni re distribution mechanics (.2); telephone conferences with K&E team and PW re emergence open items (.8); telephone conference with R. Adamek re same (.1); telephone conference with A. Yenamandra re same (.2); correspond with company, K&E team, Alix, PW, ML re same (1.1); revise funds flow (.5); analyze confirmation order (.1). |
| 04/09/18 | Gene Goldmintz | 1.60 | Correspond with R. Chaikin re emergence (.1); analyze materials re same (.4); comment on CVR agreement (.6); prepare for and attend telephone conference with K&E team, outside professionals re emergence (.5). |
| 04/09/18 | David Moore | 4.00 | Prepare for and attend telephone conference with R. Chaikin and PW re emergence checklist (1.0); review and analyze outstanding corporate governance documents and pre-emergence bankruptcy documents (3.0). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000617
Matter Number:      43684-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/10/18 | Rebecca Blake Chaikin | 2.90 | Correspond with all hands re emergence planning (.4); analyze issues re same (1.7); conference with R. Stern re same (.4); correspond with same and E. Thorne re directors and officers (.2); correspond with Alix re conditions precedent (.2). |
| 04/10/18 | Gene Goldmintz | 1.70 | Comment on CVR agreement (1.6); correspond with closing parties re distribution mechanics (.1). |
| 04/10/18 | David Moore | 1.00 | Analyze outstanding issues, corporate documents and emergence checklist. |
| 04/11/18 | Rebecca Blake Chaikin | 1.10 | Telephone conference with R. Adamek re emergence open items and post-emergence staffing (.2); telephone conference with Omni, PW re distribution mechanics (.2); correspond with same re distribution mechanics (.1); analyze pre-position agent distribution question (.3); correspond with A. Glassman re same (.3). |
| 04/11/18 | Gene Goldmintz | 0.10 | Correspond with K&E team, advisors re emergence planning. |
| 04/12/18 | Rebecca Blake Chaikin | 2.40 | Revise emergence checklist (.1); telephone conference with K&E team, lenders, Company, advisors re same (.3); correspond and telephone conferences with K&E team, Alix, PW, Company re emergence open items (1.2); telephone conference with Company, PW re historical board members information (.2); correspond with K&E team, PW re status of documents (.4); correspond with Omni, PW re distribution mechanics (.2). |
| 04/12/18 | Gene Goldmintz | 0.30 | Telephone conference with K&E team, outside professionals re emergence planning. |
| 04/12/18 | David Moore | 1.00 | Prepare for and attend telephone conference with K&E team and PW re closing and emergence checklist. |

Charming Charlie                                              Invoice Number:   1050000617
Legal Services for the Period Ending April 23, 2018          Matter Number:        43684-12
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/13/18 | Rebecca Blake Chaikin | 2.80 | Correspond with Citi, R. Adamek, A. Yenamandra re escrow agreement (.3); correspond with A. Glassman, E. Thorne re liens (.3); telephone conference with R. Stern re emergence open items (.3); correspond with Alix, K&E team re same (1.3); telephone conference with lenders re closing checklist (.3); revise plan supplement re resolutions of cure negotiations (.3). |
| 04/15/18 | Rebecca Blake Chaikin | 1.80 | Analyze issues re emergence (1.1); correspond with Company, K&E team, Alix re open items of same (.4); revise final CVR agreement (.2); correspond with Company, Omni, PW re same (.1). |
| 04/16/18 | Rebecca Blake Chaikin | 3.70 | Revise notice of effective date (.1); revise key go-forward creditor agreement (.4); telephone conference with T. Grossman re same (.1); telephone conference with landlord counsel re effective date (.1); correspond with R. Stern, Omni, R. Adamek re CVR agreement (.4); correspond with Citi, Alix re escrow account (.2); correspond with T. Davidson and Company re wiring instructions (.2); correspond with Company, K&E team, PW, Alix re emergence (2.2). |
| 04/17/18 | Rebecca Blake Chaikin | 6.20 | Correspond with contract and landlord counsel re effective date (.2); revise notice of emergence (.2); correspond with J. Sussberg re same (.1); revise plan supplement documents (.8); correspond with PW re same (.3); correspond with K&E team, Company, Alix, PW re open emergence issues (2.4); analyze plan re administrative claim question (.2); telephone conference with D. Pacitti re open items (.6); telephone conference with S. Carnes re effective date and key creditor agreements (.2); telephone conference with M. Boughton re same (.2); telephone conference with all hands re exit checklist (.5); revise escrow agreement (.4); correspond with Citi re same (.1). |
| 04/17/18 | Aparna Yenamandra | 0.80 | Correspond with R. Chaikin, R. Adamek, Alix re status of emergence checklist items. |

Charming Charlie                                        Invoice Number:    1050000617
Legal Services for the Period Ending April 23, 2018      Matter Number:      43684-12
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/18/18 | Rebecca Blake Chaikin | 3.10 | Telephone conference with landlord counsel re effective date (.2); correspond with PW re new organizational documents and review same (.4); telephone conference with A. Bellon re emergence question (.1); correspond with K&E team, lenders re emergence open items (.8); telephone conference with R. Stern re same (.4); participate in all-hands telephone conference re emergence open items (.5); telephone conference with vendor re vendor agreement and revise same (.7). |
| 04/18/18 | David Moore | 1.20 | Review and analyze corporate governance documents (1.0); correspond with R. Chaikin re same (.2). |
| 04/18/18 | Nacif Taousse | 0.80 | Update new board biographical information for plan supplement disclosure. |
| 04/18/18 | Aparna Yenamandra | 0.90 | Correspond with R. Chaikin, R. Adamek, Alix re status of emergence checklist items. |
| 04/19/18 | Rebecca Blake Chaikin | 1.40 | Correspond with lenders, A. Glassman re effective date issues (.3); correspond with A. Glassman and PW re same (.2); telephone conference with A. Bellon re same (.2); telephone conference with T. Grossman re same (.2); correspond with B. Newman re same (.2); participate in checklist telephone conference with all hands (.3). |
| 04/19/18 | David Moore | 1.80 | Review and revise stockholder agreement and discuss same with R. Chaikin and T. Wong. |
| 04/19/18 | Nacif Taousse | 0.20 | Update Exhibit E of plan supplement. |
| 04/19/18 | Tiffany B Wong | 2.50 | Review and comment on non-qualified deferred compensation plan and stockholders agreement (1.6); correspond with S. Price re same (.4); correspond with E. Thorne re same (.2); correspond with R. Chaikin re same (.3). |
| 04/20/18 | Tiffany B Wong | 0.80 | Review and comment on non-qualified deferred compensation plan (.5); analyze and research corporate question (.3). |

Charming Charlie                                      Invoice Number:    1050000617
Legal Services for the Period Ending April 23, 2018    Matter Number:        43684-12
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/22/18 | Rebecca Blake Chaikin | 5.60 | Correspond with A. Glassman, R. Adamek re plan supplement (.7); analyze documents re same (.2); telephone conference with R. Stern re emergence open items (.4); correspond with PW, K&E team, Company re same (1.9); revise notice of effective date (.2); correspond with J. Sussberg re same (.2); draft notices for plan supplement (.8); review phase II summary report (.1); revise go forward vendor agreement and correspond with Company re same (1.1). |
| 04/23/18 | Rebecca Blake Chaikin | 6.80 | Telephone conference with all hands re emergence status check (.3); correspond with same re same (.3); revise notice of effective date (.8); telephone conferences with R. Stern re open items (.3); analyze notices for plan supplement (.4); review and finalize amended plan supplement (.6); correspond with T. Wong re same (.3); correspond with PW, company, K&E team re same (.4); correspond with K&E team re same (.3); correspond with A. Yenamandra re emergence (1.9); telephone conference with R. Adamek re same (.2); telephone conference with all hands re closing (.6); telephone conference with Company re closing status (.3); correspond with A. Glassman re same (.1). |
| 04/23/18 | David Moore | 2.50 | Analyze draft stockholders agreement (1.3); correspond with R. Chaikin and S. Price re same (.2); prepare for and attend telephone conference with all hands re closing (1.0). |
| 04/23/18 | Tiffany B Wong | 1.20 | Review and comment on stockholders agreement (1.0); correspond with R. Chaikin, D. Moore and S. Price re same and tag-along rights (.2). |
| 04/23/18 | Aparna Yenamandra | 1.40 | Correspond with R. Chaikin, R. Adamek, Alix re status of emergence checklist items (1.1); correspond with J. Sussberg re open issues re same (.3). |

**Total**                            **373.30**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000618**
**Client Matter:**  43684-13

---

**In the Matter of Employee Issues**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)      $ 6,767.50

Total legal services rendered      $ 6,767.50

Charming Charlie                                       Invoice Number:    1050000618
Legal Services for the Period Ending April 23, 2018    Matter Number:        43684-13
June 7, 2018

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 0.40 | 875.00 | 350.00 |
| Scott D Price | 0.80 | 1,545.00 | 1,236.00 |
| Tiffany B Wong | 7.80 | 575.00 | 4,485.00 |
| Aparna Yenamandra | 0.70 | 995.00 | 696.50 |
| **TOTALS** | **9.70** | | **$ 6,767.50** |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000618

Matter Number:        43684-13

---

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/28/18 | Tiffany B Wong | 0.90 | Correspond with A. Yenamandra and S. Price re employment agreements (.3); review and analyze same (.6). |
| 03/01/18 | Tiffany B Wong | 1.90 | Correspond with A. Yenamandra and S. Price re severance employment agreements (.5); review same (1.4). |
| 03/06/18 | Tiffany B Wong | 0.30 | Correspond with A. Yenamandra and S. Price re form of employment agreement. |
| 03/07/18 | Tiffany B Wong | 2.40 | Revise form of employment agreement (2.1); correspond with A. Yenamandra and S. Price re same (.3). |
| 03/08/18 | Scott D Price | 0.80 | Review employment agreements. |
| 03/08/18 | Tiffany B Wong | 1.30 | Correspond with S. Price re form of employment agreement (.6); revise draft (.5); correspond with Company re same (.2). |
| 03/09/18 | Tiffany B Wong | 0.50 | Correspond with A. Yenamandra and R. Chaikin re form of employment agreement. |
| 03/12/18 | Aparna Yenamandra | 0.40 | Correspond with K&E team, J. Taylor, R. Adamek re employment agreements. |
| 03/14/18 | Tiffany B Wong | 0.50 | Analyze markup and revise employment agreement. |
| 04/12/18 | Rebecca Blake Chaikin | 0.20 | Correspond with Ohio, Company re workers compensation inquiry (.1); telephone conference with O. Jackson re same (.1). |
| 04/16/18 | Aparna Yenamandra | 0.30 | Telephone conference with R. Adamek re employment agreements. |
| 04/18/18 | Rebecca Blake Chaikin | 0.20 | Telephone conference with J. Taylor re employment agreements. |

**Total**                                    **9.70**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000619**
**Client Matter:** 43684-14

---

**In the Matter of Executory Contracts, Unexpired Leases**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                    $ 162,293.00

Total legal services rendered                                                           $ 162,293.00

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie                                          Invoice Number:   1050000619
Legal Services for the Period Ending April 23, 2018       Matter Number:        43684-14
June 7, 2018

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 132.60 | 875.00 | 116,025.00 |
| Brett Newman | 54.40 | 675.00 | 36,720.00 |
| Trudy Smith | 4.50 | 575.00 | 2,587.50 |
| Joshua A Sussberg, P.C. | 0.50 | 1,480.00 | 740.00 |
| Tiffany B Wong | 5.80 | 575.00 | 3,335.00 |
| Aparna Yenamandra | 2.90 | 995.00 | 2,885.50 |
| **TOTALS** | **200.70** | | **$ 162,293.00** |

Charming Charlie                                              Invoice Number:    1050000619
Legal Services for the Period Ending April 23, 2018          Matter Number:     43684-14
June 7, 2018

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/05/18 | Rebecca Blake Chaikin | 3.50 | Correspond with Company, AlixPartners re store closings and leases (.3); telephone conferences with T. Grossman re same (.5); telephone conference with M. Boughton re same (.2); telephone conference with J. Klein re same (.4); review lease amendments (2.1). |
| 02/05/18 | Brett Newman | 0.50 | Revise lease agreement. |
| 02/06/18 | Rebecca Blake Chaikin | 2.10 | Review leases amendments (1.9); telephone conference with J. Klein re same (.2). |
| 02/07/18 | Rebecca Blake Chaikin | 3.50 | Review update re lease amendments (.4); review reference deck for assumption rejection timing (.5); telephone conferences with B. Newman re same (.4); telephone conference with Company, AlixPartners, A&G re same (.4); review lease amendments (.9); correspond with Alix, A. Yenamandra, counsel re stub rent (.9). |
| 02/08/18 | Brett Newman | 0.30 | Review and prepare notice of Hilco amendment for filing (.2); correspond with Klehr re same (.1). |
| 02/15/18 | Rebecca Blake Chaikin | 1.00 | Telephone conference with J. Klein re lease amendments (.3); correspond with B. Newman, AlixPartners, Company, counsel re contract inquiries (.6); review lease amendments (.1). |
| 02/20/18 | Rebecca Blake Chaikin | 3.70 | Correspond with M. Boughton re contract terms (.3); correspond with K&E, Alix re contract schedules (.3); revise lease amendments (.6); telephone conference with J. Klein re same (.1); telephone conferences with B. Newman re store closing issue (.3); correspond with same re same (.1); review contracts re rejection analysis (1.8); telephone conference with R. Adamek re same (.2). |

Charming Charlie                                          Invoice Number:    1050000619
Legal Services for the Period Ending April 23, 2018      Matter Number:      43684-14
June 7, 2018

---

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/21/18 | Rebecca Blake Chaikin | 3.00 | Correspond with B. Newman, Company, Alix re assumption questions (.9); correspond with A. Talwar, B. Newman re same (.4); telephone conference with A. Horn re same (.3); telephone conference with M. Feder re rejections (.3); telephone conferences with A. Spencer, M. Boughton re rejection notices (.6); telephone conference with S. Kaufman re lease questions (.3); correspond with Company re same (.2). |
| 02/22/18 | Rebecca Blake Chaikin | 4.30 | Review lease amendments (.3); correspond with B. Newman re closing store rejection notice (.1); correspond with Company, B. Newman, J. Klein re contract schedules (2.2); telephone conference with A. Horn re same (.4); telephone conference with M. Feder re same (.2); telephone conferences with J. Klein re lease amendments (.5); correspond with J. Nayak, A. Talwar re contract rejection questions (.6). |
| 02/28/18 | Rebecca Blake Chaikin | 5.50 | Review lease amendments (.2); telephone conference with J. Klein, J. Graub re same (.2); telephone conference with M. Boughton re same (.2); mark up contract schedules (3.2); telephone conference with Alix, B. Newman re same (.4); telephone conference with P. Deutch re same (.1); telephone conferences with A. Horn re same (.4); telephone conference with R. Adamek re cure costs negotiations (.2); analyze contract re rejection (.4); correspond with B. Newman, Alix re rejection notice for same (.2). |
| 02/28/18 | Brett Newman | 3.40 | Prepare for and attend telephone conferences with R. Chaikin re plan supplement schedules, updates (.5); correspond with AlixPartners re same (.4); review and analyze precedent re plan supplement schedules (.7); correspond with K&E team re same (.1); telephone conference with K&E team re status (.3); prepare rejection notice (.2); revise same (.1); correspond with Klehr re same (.1); correspond with Omni re service (.2); review updated plan supplement schedules (.4); correspond with AlixPartners re same, changes to same (.4). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000619
Matter Number:         43684-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/18 | Rebecca Blake Chaikin | 3.00 | Telephone conference with M. Boughton re lease amendments (.1); telephone conference with landlord counsel re same (.1); revise same (.2); telephone conferences with J. Klein, J. Graub re same (.7); correspond with Company, B. Newman, Alix re contract schedules (.4); telephone conference with A. Horn re same (.2); telephone conference with A. Bellon re same (.4); revise notices re same (.4); telephone conferences with B. Newman, K. Nownes re same (.5). |
| 03/01/18 | Brett Newman | 0.50 | Correspond with K&E team re store lease-related litigation strategy. |
| 03/01/18 | Aparna Yenamandra | 0.90 | Correspond with R. Chaikin re key executory contract assumption and rejection issues. |
| 03/02/18 | Rebecca Blake Chaikin | 5.40 | Review contract schedules (1.2); telephone conferences with M. Boughton, Alix, B. Newman re same (1.4); telephone conferences with A. Bellon re same and rent credits (.3); correspond with Omni re custom notices (.2); revise lease amendments (1.8); telephone conferences with J. Klein re same (.4); correspond with Hilco re turnover issue (.1). |
| 03/02/18 | Brett Newman | 1.10 | Review draft plan supplement schedules (.5); correspond with R. Chaikin, Klehr re plan supplement filing (.6). |
| 03/04/18 | Rebecca Blake Chaikin | 1.80 | Correspond with Company re contract schedules (.2); review same (.6); review notices for same (.6); correspond with Company re closing Canadian stores (.4). |
| 03/05/18 | Rebecca Blake Chaikin | 4.40 | Correspond with Klehr, B. Newman, Alix, A&G, Omni re assumption and rejection schedules (.8); review notices re same (1.2); correspond with B. Newman re same (.4); telephone conference with A. Horn re cure amounts (.3); correspond with Alix re same (.1); telephone conference with M. Boughton re lease amendment (.2); office conference with A. Yenamandra re same (.4); correspond with J. Sussberg re same (.4); analyze issues re same (.3); correspond with J. Klein re lease amendments (.2); correspond with H. Kupsky re closed store records (.1). |
| 03/05/18 | Aparna Yenamandra | 0.80 | Correspond with R. Chaikin re key open issues and plan supplement documents. |

Charming Charlie                                          Invoice Number:    1050000619
Legal Services for the Period Ending April 23, 2018      Matter Number:        43684-14
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/06/18 | Rebecca Blake Chaikin | 3.80 | Correspond with counsel, Alix, Company re cure amounts (.8); correspond with Alix, Company re assumption and rejection schedules (.9); telephone conference with advisors re store closing coordination call (.1); telephone conferences with J. Klein re lease amendments (.4); telephone conference with J. Sussberg and A&G re same (.2); correspond with same re same (.8); revise lease amendments (.4); review research re contract issue (.2). |
| 03/06/18 | Brett Newman | 0.90 | Correspond with K&E team re landlord cures (.5); prepare chart summarizing same (.1); telephone conference with Alix re separate landlord cure dispute and review document re same (.3). |
| 03/06/18 | Joshua A Sussberg, P.C. | 0.50 | Correspond with K&E team re lease amendment (.1); correspond with R. Chaikin, A&G re same (.2); telephone conference with S. Van Alten re same (.2). |
| 03/07/18 | Rebecca Blake Chaikin | 2.80 | Correspond with D. Rudewicz, Alix re contract issue (.6); telephone conference with M. Boughton, A&G, J. Klein re lease amendment (.6); prepare for same (.2); telephone conference with J. Klein re same (.3); telephone conference with counsel re cure amount (.1); correspond with Alix Counsel, company, B. Newman re cure amounts (1.0). |
| 03/07/18 | Brett Newman | 0.70 | Correspond with Omni, R. Chaikin re contract notice affidavit of service (.1); review and comment on same (.2); correspond re cure inquiry (.2); correspond with Alix re cure tracker (.2). |
| 03/08/18 | Rebecca Blake Chaikin | 2.20 | Telephone conference with J. Klein re lease amendment (.3); review cure amounts reconciliation (.2); telephone conferences with counsel, J. Klein, A&G re lease amendment (.6); prepare for same (.2); correspond with A. Yenamandra re same (.2); correspond with Alix re cure inquiries (.5); telephone conference with A. Horn re same (.2). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000619
Matter Number:       43684-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/09/18 | Rebecca Blake Chaikin | 2.60 | Telephone conferences with landlord, J. Klein, A&G, Company re lease amendment (1.4); correspond with landlord, J. Klein, A&G, Company re same (.4); correspond with counterparties B. Newman, Alix re cure amounts (.8). |
| 03/12/18 | Rebecca Blake Chaikin | 7.60 | Telephone conferences with J. Klein re lease amendments (.4); telephone conference with A. Yenamandra, Company re same (.4); telephone conferences with R. Adamek, M. Boughton re same (.4); correspond with landlord counsel, Alix, company, A&G re same (1.9); revise lease amendments (.8); correspond with Alix, Klehr, B. Newman re cure objections (1.6); correspond with counterparties re same (1.1); telephone conference with A. Horn re same (.3); correspond with M. Esser re same (.3); correspond with B. Newman re rejection notice (.4). |
| 03/12/18 | Brett Newman | 3.10 | Telephone conferences with contract counterparty counsel re contract cures (.3); correspond with R. Chaikin, Alix, contract counterparties re same (1.2); revise tracker re cure disputes (1.1); correspond with K&E team re rejection notice and service of same (.5). |
| 03/12/18 | Tiffany B Wong | 3.00 | Analyze form of employment agreement (.9); correspond with Company, K&E team and S. Price re same (.8); draft and revise form of employment agreement (1.3). |
| 03/12/18 | Aparna Yenamandra | 0.70 | Prepare for and attend telephone conference with R. Adamek, M. Boughton, R. Chaikin re real estate issues. |
| 03/13/18 | Rebecca Blake Chaikin | 4.90 | Correspond with landlord, Company, Creditors' Committee re lease amendments (.7); revise same (.6); telephone conferences with J. Klein re same (.3); telephone conference with Hilco re store closings (.1); prepare for and attend telephone conferences with A. Horn, B. Newman re cure reconciliations (1.7); review tracker of same (.9); telephone conference with counterparties re cures (.6). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000619
Matter Number:      43684-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/13/18 | Brett Newman | 2.20 | Telephone conference with AlixPartners, R. Chaikin re cure disputes (.5); telephone conference with R. Chaikin re same (.4); correspond with A. Horn, R. Chaikin re cure disputes (.4); research re interest in cure (.9). |
| 03/13/18 | Tiffany B Wong | 1.90 | Analyze provision and draft form of employment agreement. |
| 03/14/18 | Rebecca Blake Chaikin | 2.50 | Revise lease amendments (.4); telephone conference with M. Boughton re same (.2); correspond with landlord re same (.6); telephone conferences with J. Klein re same (.5); correspond with B. Newman re cure amounts (.1); analyze issues re same (.7). |
| 03/14/18 | Brett Newman | 2.40 | Research re landlord cure legal argument (.9); correspond with T. Smith re same (.5); correspond with A. Horn, R. Chaikin re cure resolutions (.9); correspond with A. Horn, R. Chaikin re side letter revision (.1). |
| 03/14/18 | Trudy Smith | 4.50 | Research re cure amounts including interest payments (1.8); research re actual pecuniary loss under section 365(b) (.7); research re penalty rates on monetary and non-monetary defaults (.9); correspond with B. Newman re same (.5); draft summary of research re section 365(b) cure amounts (.6). |
| 03/15/18 | Rebecca Blake Chaikin | 4.10 | Telephone conferences with J. Klein re lease amendments (.7); correspond with Company, landlords re same (1.2); compile and execute amendments (.4); telephone conference with B. Newman and A. Horn re cure reconciliations (.8); correspond with counterparties re same (.6); office conference with A. Yenamandra re contract issue (.3); telephone conference with Hilco re store closings (.1). |
| 03/15/18 | Brett Newman | 2.60 | Telephone conference with R. Chaikin, Alix re contract and lease cures (.8); correspond with R. Chaikin, Alix, opposing counsel re cure resolutions (1.1); telephone conference with opposing counsel re cure resolution (.1); correspond with K&E team re same (.1); research precedent re lease extension (.3); review filed objection and correspond with K&E team re same (.2). |

Charming Charlie                                              Invoice Number:    1050000619
Legal Services for the Period Ending April 23, 2018          Matter Number:        43684-14
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/15/18 | Tiffany B Wong | 0.90 | Analyze markup and draft comments and revisions to form employment agreement. |
| 03/15/18 | Aparna Yenamandra | 0.50 | Correspond with R. Chaikin re contract assumption issues. |
| 03/16/18 | Rebecca Blake Chaikin | 1.20 | Analyze cure reconciliations and status re same (.6); review objection (.2); telephone conference with counsel re same (.2); review side letter (.2). |
| 03/16/18 | Brett Newman | 3.60 | Correspond with landlord and contract counterparty counsel re contract and lease assumptions (.4); correspond with K&E team re lease and contract assumptions, objections (.9); review and comment on proposed side letter (.2); correspond with R. Chaikin, Alix re same (.1); review updates to cure reconciliations, revise tracker (2.0). |
| 03/18/18 | Rebecca Blake Chaikin | 3.60 | Analyze cure reconciliation issues (3.2); correspond with landlord re same and plan questions (.4). |
| 03/19/18 | Rebecca Blake Chaikin | 4.50 | Correspond with B. Newman re cure objections (.9); telephone conference with same and A. Horn re same (.8); correspond with landlords, Alix, K&E team re same (.9); revise tracker re same (.4); review plan language re same (.3); review leases re same (.4); review same (.3); revise lease amendment (.3); telephone conference with J. Klein re same (.2). |
| 03/19/18 | Brett Newman | 7.10 | Correspond with R. Chaikin, Alix re contract, lease cures (.8); telephone conference with R. Chaikin re cure objections (.2); telephone conference with Alix, R. Chaikin re cure statuses (.7); correspond with R. Chaikin re same (.7); review and analyze objections and summarize same (3.7); correspond with R. Chaikin, Company re side letter (.4); review and analyze leases and correspond with K&E team re same (.6). |

Charming Charlie                                          Invoice Number:    1050000619
Legal Services for the Period Ending April 23, 2018       Matter Number:     43684-14
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/20/18 | Rebecca Blake Chaikin | 6.60 | Revise cure reconciliation tracker (2.1); correspond with K&E team, Alix, Company, landlords re cures (1.1); telephone conference with B. Newman re same (.4); telephone conference with B. Newman, J. Klein, J. Graub, A. Horn re consents to extend (.7); revise letter re same (.3); telephone conferences with landlord counsel re cure (1.2); prepare for same (.3); correspond with K&E team re same (.1); review lease amendment (.4). |
| 03/20/18 | Brett Newman | 4.40 | Correspond with opposing counsel re contract assumption (.1); telephone conference with A. Horn re lease assumption (.1); telephone conference with A&G, Alix, R. Chaikin re lease amendments (.6); telephone conference with landlords' counsel re cure objections (.3); prepare for and participate in telephone conferences with R. Chaikin, A. Horn re cure resolutions (.9); prepare consent to extend letter (.3); revise same (.2); correspond with R. Chaikin, Alix re cures (.6); update tracker re cure resolutions (1.3). |
| 03/21/18 | Rebecca Blake Chaikin | 5.40 | Revise cure tracker (.8); correspond with B. Newman and A. Horn re same (.4); telephone conferences with landlords counsel re cure objections (.9); correspond with same re same (1.2); telephone conference with A. Grazier re lease issues (.2); telephone conferences with J. Klein re lease amendments (.3); correspond with A. Horn, B. Newman re contracts (1.6). |
| 03/22/18 | Rebecca Blake Chaikin | 2.70 | Correspond with Company, landlords, Alix, B. Newman re contracts and leases cures (.8); review analysis re lease provisions (.9); revise cure tracker (.8); telephone conference with A&G re deferred and waived rent (.1); telephone conference with J. Klein re status of lease amendments (.1). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000619
Matter Number:        43684-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/23/18 | Rebecca Blake Chaikin | 3.60 | Correspond with K&E team, Alix, landlords, counterparties re cures (.7); telephone conference with B. Newman, A. Horn re cures status (.6); telephone conferences with landlords and counterparties re same (.7); prepare for same (.3); revise cure tracker re same (.8); telephone conferences with J. Klein re same (.5). |
| 03/23/18 | Brett Newman | 2.30 | Telephone conference with R. Chaikin, A. Horn re cure resolutions (.6); review leases re fees-related sections (1.2); prepare document re same (.5). |
| 03/26/18 | Rebecca Blake Chaikin | 2.40 | Correspond with K&E team, landlords and counsel, Alix re cure amounts (1.1); review analysis re issues re same (.4); revise tracker re cure reconciliations (.7); telephone conferences with M. Boughton and A. Horn re same (.2). |
| 03/26/18 | Brett Newman | 2.10 | Review and analyze objection re rejection (.3); telephone conferences with A. Horn re same (.1); correspond with K&E team, Alix, company, opposing counsel re cure objections (1.0); prepare chart of relevant lease provisions re cure objections (.7). |
| 03/27/18 | Rebecca Blake Chaikin | 4.30 | Telephone conference with landlords' counsel re cure costs (1.3); revise tracker and analyze issues re same (1.6); correspond with Alix, company re same (1.4). |
| 03/27/18 | Brett Newman | 4.70 | Revise and analyze chart re relevant lease provisions for cure disputes (.2); review lease re utilities, maintenance obligations and correspond re same (.5); analyze leases and revise chart for relevant lease provisions re cure disputes (.7); review and analyze filed objection re cure (.2); correspond with Company, opposing counsels re cure side letters (.5); correspond with R. Chaikin re contacts with opposing counsel re cure objection (.4); review and comment on draft revised assumption schedule (1.2); correspond with K&E team, landlords re resolving cure disputes (1.0). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000619
Matter Number:       43684-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/28/18 | Rebecca Blake Chaikin | 3.40 | Telephone conference with J. Klein re lease amendment (.2); telephone conferences with A. Horn and B. Newman re cure reconciliations (.8); correspond with landlords counsel, Company, Alix re same (1.0); telephone conferences with landlords counsel, Company, Alix re same (.4); revise tracker re same (.6); telephone conference with B. Newman re cure objection (.4). |
| 03/28/18 | Brett Newman | 2.10 | Telephone conference with R. Chaikin re cure reconciliations (.4); telephone conference with A. Horn re WPG objection (.2); telephone conference with R. Chaikin, Alix, Ballard re lease reconciliations, cure (.4); telephone conference with R. Chaikin, Alix re same (.6); telephone conference with R. Chaikin re same (.2); correspond with K&E team, Alix, opposing counsel re cures (.3). |
| 03/29/18 | Rebecca Blake Chaikin | 7.60 | Correspond with landlords, Alix re cure reconciliations (2.3); correspond with A&G re landlord agreements (.3); review amended contract and lease schedules (2.8); correspond with B. Newman, Alix, Company, J. Klein re same (2.2). |
| 04/01/18 | Rebecca Blake Chaikin | 0.70 | Telephone conference with J. Klein re cure costs and lease amendments (.4); correspond with Alix re same (.3). |
| 04/02/18 | Rebecca Blake Chaikin | 4.20 | Correspond with PW, Alix, Klehr, Omni re plan supplement (1.7); revise notices and file same (2.1); telephone conference with landlord counsel re cure cost (.2); telephone conference with creditors re same (.2). |
| 04/04/18 | Rebecca Blake Chaikin | 0.30 | Telephone conference with J. Klein re cure amounts. |
| 04/05/18 | Rebecca Blake Chaikin | 0.20 | Correspond with A. Horn, B. Newman re cure costs. |
| 04/05/18 | Brett Newman | 2.80 | Analyze lease language re cure dispute (.4); correspond with K&E team re same and other cure resolutions (1.5); correspond with opposing counsel re cure reconciliations (.5); telephone conferences with A. Horn re same (.4). |
| 04/06/18 | Rebecca Blake Chaikin | 0.60 | Telephone conference with B. Newman and A. Horn re status of cure negotiations. |

Charming Charlie                                                    Invoice Number:      1050000619
Legal Services for the Period Ending April 23, 2018                 Matter Number:           43684-14
June 7, 2018

---

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/06/18 | Brett Newman | 1.00 | Telephone conference and correspond with A. Horn re cures (.3); analyze lease amendment re same (.1); telephone conference with R. Chaikin and A. Horn re cure resolutions (.6). |
| 04/08/18 | Rebecca Blake Chaikin | 2.80 | Correspond with M. Boughton re open cure items (.3); draft tracker of store-by-store payments under lease amendments (2.5). |
| 04/09/18 | Rebecca Blake Chaikin | 1.30 | Telephone conference with J. Raviele re cure costs (.2); telephone conferences with A. Horn, B. Newman re status of remaining cure negotiations (.9); correspond with same re same (.2). |
| 04/09/18 | Brett Newman | 0.90 | Telephone conference with R. Chaikin, A. Horn re remaining contract, lease cure resolutions. |
| 04/10/18 | Brett Newman | 1.30 | Analyze lease re cure dispute (.3); correspond with K&E team re same (.1); analyze outstanding cure issues (.8); correspond with K&E team re same (.1). |
| 04/11/18 | Rebecca Blake Chaikin | 1.70 | Telephone conference with B. Newman re cure negotiations status (.3); telephone conference with M. Boughton re same (.5); correspond with B. Newman, Alix re same (.5); correspond with landlord counsel re reservation of rights (.3); telephone conference with same re same (.1). |
| 04/11/18 | Brett Newman | 1.00 | Telephone conference with R. Chaikin re cures and status update (.3); correspond with A. Horn re cure issues (.2); correspond re rejection notice, cure resolutions (.5). |
| 04/12/18 | Rebecca Blake Chaikin | 1.00 | Telephone conference with J. Klein re lease question (.1); revise cure reconciliation tracker (.1); correspond with Alix re cure negotiations (.2); telephone conference with landlords' counsel re same (.4); correspond with Klehr re Mainfreight pleading (.2). |
| 04/12/18 | Brett Newman | 0.60 | Correspond with K&E team re cure resolutions and review same. |
| 04/13/18 | Rebecca Blake Chaikin | 0.60 | Telephone conference with J. Klein, M. Boughton re lease amendments (.3); correspond with B. Newman re open cure items (.3). |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000619
Matter Number:        43684-14

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/13/18 | Brett Newman | 0.30 | Telephone conference and correspond with A. Horn re cure reconciliation (.2); correspond with A. Horn re store closing report (.1). |
| 04/15/18 | Rebecca Blake Chaikin | 0.20 | Revise cure negotiations tracker. |
| 04/16/18 | Rebecca Blake Chaikin | 1.00 | Telephone conference with landlord counsel and B. Newman re cure reconciliation (.4); correspond with J. Klein and M. Boughton re lease amendment (.1); correspond with B. Newman and counsel re cure (.2); telephone conference with A. Horn re same (.3). |
| 04/16/18 | Brett Newman | 1.30 | Prepare store closing sale summary report and correspond re same (.7); telephone conference with Ballard, R. Chaikin, A. Horn re cure resolutions (.4); revise hearing agenda re objections (.2). |
| 04/17/18 | Rebecca Blake Chaikin | 0.70 | Analyze store-by-store lease amendment summary (.4); telephone conference with B. Newman re contract and lease open items (.3). |
| 04/17/18 | Brett Newman | 0.40 | Telephone conference with R. Chaikin re open cure issues (.3); telephone conference with A. Horn re same (.1). |
| 04/19/18 | Rebecca Blake Chaikin | 0.30 | Correspond with landlord re cure timing (.1); telephone conference with B. Newman re same (.2). |
| 04/19/18 | Brett Newman | 0.80 | Correspond re remaining cure resolutions and review same (.6); telephone conference with R. Chaikin re same (.2). |
| **Total** | | **200.70** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000620**
**Client Matter:**  43684-15

---

**In the Matter of Hearings**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)          $ 5,915.00

Total legal services rendered                                    $ 5,915.00

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie                                          Invoice Number:    1050000620
Legal Services for the Period Ending April 23, 2018      Matter Number:        43684-15
June 7, 2018

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 2.60 | 875.00 | 2,275.00 |
| Michael Esser | 1.50 | 1,045.00 | 1,567.50 |
| Brett Newman | 0.50 | 675.00 | 337.50 |
| Joshua A Sussberg, P.C. | 0.50 | 1,480.00 | 740.00 |
| Aparna Yenamandra | 1.00 | 995.00 | 995.00 |
| **TOTALS** | **6.10** | | **$ 5,915.00** |

Charming Charlie

Invoice Number:    1050000620

Legal Services for the Period Ending April 23, 2018

Matter Number:        43684-15

June 7, 2018

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/03/18 | Rebecca Blake Chaikin | 2.10 | Prepare for (1.6) and attend confirmation hearing (.5). |
| 04/03/18 | Michael Esser | 1.50 | Prepare for and attend confirmation hearing. |
| 04/03/18 | Joshua A Sussberg, P.C. | 0.50 | Participate telephonically in confirmation hearing. |
| 04/03/18 | Aparna Yenamandra | 1.00 | Prepare for and attend confirmation hearing. |
| 04/16/18 | Rebecca Blake Chaikin | 0.50 | Revise hearing agenda re negotiations status. |
| 04/19/18 | Brett Newman | 0.50 | Markup hearing agenda (.4); correspond with R. Chaikin re same (.1). |
| **Total** | | **6.10** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000621**
**Client Matter:** 43684-16

---

**In the Matter of Insurance**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                     $ 2,128.50

Total legal services rendered                                               $ 2,128.50

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie                                              Invoice Number:    1050000621
Legal Services for the Period Ending April 23, 2018          Matter Number:        43684-16
June 7, 2018

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 0.20 | 875.00 | 175.00 |
| Austin Klar | 0.30 | 885.00 | 265.50 |
| Daniel Rudewicz | 0.90 | 770.00 | 693.00 |
| Aparna Yenamandra | 1.00 | 995.00 | 995.00 |
| **TOTALS** | **2.40** | | **$ 2,128.50** |

Charming Charlie                                           Invoice Number:    1050000621
Legal Services for the Period Ending April 23, 2018        Matter Number:        43684-16
June 7, 2018

---

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/23/18 | Daniel Rudewicz | 0.60 | Correspond with A. Klar re insurance policies (.2); correspond with AlixPartners, K&E team, Company re insurance policies (.4). |
| 02/27/18 | Rebecca Blake Chaikin | 0.20 | Correspond with counsel, AlixPartners re insurance questions. |
| 02/27/18 | Austin Klar | 0.30 | Telephone conference with M. Boughton re insurance. |
| 03/01/18 | Aparna Yenamandra | 0.40 | Correspond with K&E team re insurance issues. |
| 03/22/18 | Aparna Yenamandra | 0.60 | Correspond with K&E team re insurance stipulation (.4); review same (.2). |
| 04/12/18 | Daniel Rudewicz | 0.30 | Correspond with K&E team re insurance letters. |

**Total**                                           **2.40**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000622**
**Client Matter:**  43684-17

---

**In the Matter of International Matters**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                    $ 5,429.50

Total legal services rendered                                             $ 5,429.50

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000622

Matter Number:    43684-17

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Rebecca Blake Chaikin | 6.10 | 875.00 | 5,337.50 |
| Hannah Kupsky | 0.40 | 230.00 | 92.00 |
| **TOTALS** | **6.50** | | **$ 5,429.50** |

Charming Charlie                                          Invoice Number:    1050000622
Legal Services for the Period Ending April 23, 2018       Matter Number:        43684-17
June 7, 2018

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/18 | Rebecca Blake Chaikin | 5.50 | Revise Canadian proceeding notice (.2); correspond with Canadian counsel re information for registration (.4); telephone conference with A. Glassman re same (.2); telephone conference with Canadian counsel re same (.2); review affidavit and orders (3.7); draft board resolutions re same (.8). |
| 02/05/18 | Hannah Kupsky | 0.40 | Compile precedent re Canadian proceedings. |
| 02/15/18 | Rebecca Blake Chaikin | 0.10 | Correspond with Klehr re Canadian counsel retention. |
| 02/21/18 | Rebecca Blake Chaikin | 0.10 | Correspond with Canadian counsel re retention application. |
| 04/09/18 | Rebecca Blake Chaikin | 0.20 | Telephone conference with TGF re Canadian recognition of confirmation order. |
| 04/15/18 | Rebecca Blake Chaikin | 0.20 | Correspond B. Newman, TGF re information for Canadian recognition. |

**Total**                              **6.50**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000623**
**Client Matter:**  43684-18

---

**In the Matter of Retention and Fee Applications-K&E**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                     $ 48,522.50

Total legal services rendered                                                        $ 48,522.50

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie                                              Invoice Number:    1050000623
Legal Services for the Period Ending April 23, 2018          Matter Number:        43684-18
June 7, 2018

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 0.80 | 875.00 | 700.00 |
| Michael Y Chan | 17.00 | 220.00 | 3,740.00 |
| Gene Goldmintz | 18.50 | 770.00 | 14,245.00 |
| Allison Graybill | 5.60 | 280.00 | 1,568.00 |
| Kate McCarthy | 3.00 | 245.00 | 735.00 |
| Peter Mott | 1.50 | 245.00 | 367.50 |
| Brett Newman | 4.10 | 675.00 | 2,767.50 |
| Robert Orren | 4.30 | 380.00 | 1,634.00 |
| Daniel Rudewicz | 15.70 | 770.00 | 12,089.00 |
| Laura Saal | 2.90 | 380.00 | 1,102.00 |
| Adrian Saenz | 1.80 | 245.00 | 441.00 |
| Trudy Smith | 5.00 | 575.00 | 2,875.00 |
| Nacif Taousse | 3.60 | 575.00 | 2,070.00 |
| Eunice Tejeda | 2.00 | 245.00 | 490.00 |
| Kevin Vlasek | 2.10 | 245.00 | 514.50 |
| Aparna Yenamandra | 3.20 | 995.00 | 3,184.00 |
| **TOTALS** | **91.10** | | **$ 48,522.50** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000623
Matter Number:        43684-18

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/06/18 | Trudy Smith | 2.40 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 02/07/18 | Brett Newman | 2.40 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 02/07/18 | Nacif Taousse | 1.40 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 02/09/18 | Gene Goldmintz | 0.80 | Coordinate invoice review. |
| 02/09/18 | Daniel Rudewicz | 1.00 | Review invoices for compliance with U.S. Trustee guidelines and privilege (.9); correspond with A. Glassman re same (.1). |
| 02/10/18 | Gene Goldmintz | 2.80 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 02/21/18 | Gene Goldmintz | 1.50 | Correspond with K&E team re invoice reviews (.3); review invoices for compliance with U.S. Trustee guidelines and privilege (.9); correspond with Company, Alix re December fee statement (.3). |
| 02/21/18 | Aparna Yenamandra | 0.60 | Review invoices for compliance with U.S. Trustee guidelines and privilege (.4); correspond with K&E team re same (.2). |
| 02/22/18 | Kate McCarthy | 2.00 | Research for creditors/entities for conflicts searching. |
| 02/22/18 | Peter Mott | 1.50 | Research for creditors/entities for conflicts searching. |
| 02/22/18 | Daniel Rudewicz | 2.50 | Correspond with S. Golden re supplemental declaration (.6); review and analyze precedent re same (1.3); correspond with R. Orren re same (.1); draft summary of issues re same (.4); correspond with K&E team re same (.1). |
| 02/22/18 | Nacif Taousse | 0.10 | Circulate December fee statement to Company and correspond with G. Goldmintz re same. |
| 02/22/18 | Eunice Tejeda | 2.00 | Research for creditors/entities for conflicts searching. |
| 02/26/18 | Allison Graybill | 4.30 | Organize and prepare parties for conflicts searching re creditors/entities. |
| 02/27/18 | Allison Graybill | 0.30 | Organize and review conflict disclosures re creditors/entities. |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:   1050000623

Matter Number:   43684-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/27/18 | Daniel Rudewicz | 0.20 | Correspond with R. Orren re updating interested parties (.1); correspond with M. Chan re same (.1). |
| 02/27/18 | Adrian Saenz | 1.30 | Research for creditors/entities for conflicts searching. |
| 02/27/18 | Kevin Vlasek | 1.30 | Research for creditors/entities for conflicts searching. |
| 02/28/18 | Michael Y Chan | 0.50 | Research for creditors/entities for conflicts searching. |
| 02/28/18 | Kate McCarthy | 1.00 | Research for creditors/entities for conflicts searching. |
| 02/28/18 | Brett Newman | 0.60 | Correspond with K&E team re conflict review re executory contract parties. |
| 02/28/18 | Robert Orren | 0.40 | Retrieve interested parties for conflicts search. |
| 03/01/18 | Michael Y Chan | 3.50 | Organize and prepare parties for conflicts searching for creditors and entities (1.7); research same (1.8). |
| 03/01/18 | Daniel Rudewicz | 1.20 | Review and revise interested parties list (.5); correspond with A. Graybill re same (.1); correspond with Klehr, Thornton Grout, Cooley re updated list (.3); telephone conference with Thornton Grout re supplemental declaration and precedent (.2); correspond with N. Taousse re deadlines for supplemental declaration (.1). |
| 03/01/18 | Adrian Saenz | 0.50 | Research creditors and entities for conflicts searching. |
| 03/01/18 | Kevin Vlasek | 0.80 | Research creditors and entities for conflicts searching. |
| 03/02/18 | Brett Newman | 0.50 | Review conflict reports rejections and correspond with D. Rudewicz. |
| 03/02/18 | Daniel Rudewicz | 0.20 | Review and analyze conflict reports re executory contracts (.1); correspond with B. Newman re same (.1). |
| 03/02/18 | Laura Saal | 2.30 | Prepare matter, fee and expense charts for January fee statement (1.4); review and revise fee statement (.4); prepare filing version of same (.3); correspond with G. Goldmintz re same (.2). |

Charming Charlie                                          Invoice Number:    1050000623
Legal Services for the Period Ending April 23, 2018      Matter Number:      43684-18
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/05/18 | Michael Y Chan | 4.00 | Organize and prepare parties for conflicts searching for same (1.3); research creditors and entities (.7); research creditors and entities (2.0). |
| 03/05/18 | Gene Goldmintz | 0.20 | Correspond with A. Yenamandra re January fee statement. |
| 03/05/18 | Daniel Rudewicz | 0.40 | Telephone conference with K. Sampson re conflicts reports (.2); correspond with K&E team re deadlines and schedules (.2). |
| 03/06/18 | Michael Y Chan | 4.00 | Organize and prepare parties for conflicts searching re creditors and entities (1.4); research same (2.6). |
| 03/06/18 | Laura Saal | 0.60 | Prepare filing version of January fee statement (.4); correspond with G. Goldmintz re same (.2). |
| 03/07/18 | Michael Y Chan | 3.00 | Analyze disclosure of creditors and entities. |
| 03/08/18 | Michael Y Chan | 2.00 | Analyze disclosure of creditors and entities. |
| 03/08/18 | Gene Goldmintz | 0.10 | Correspond with K&E team re January fee statement. |
| 03/08/18 | Daniel Rudewicz | 3.20 | Correspond with K&E team re supplemental disclosure (.8); review and revise same (2.4). |
| 03/09/18 | Allison Graybill | 1.00 | Draft schedules 1, 2 and 3 to supplemental declaration. |
| 03/09/18 | Robert Orren | 0.40 | Distribute to K&E working group filed January fee statement (.2); correspond with D. Rudewicz re supplemental retention declaration (.2). |
| 03/09/18 | Daniel Rudewicz | 1.10 | Review and revise supplemental declaration re updates from K&E team (.9); correspond with K&E team re updated versions (.2). |
| 03/11/18 | Trudy Smith | 0.80 | Review invoices re compliance with U.S. Trustee guidelines and privilege. |
| 03/12/18 | Gene Goldmintz | 0.40 | Review invoices for compliance with U.S. Trustee guidelines and privilege (.2); correspond with K&E team re February fee statement (.2). |
| 03/12/18 | Daniel Rudewicz | 1.60 | Correspond with K&E team re supplemental declaration filing (.5); review and revise supplemental declaration re comments and final review (1.1). |
| 03/12/18 | Trudy Smith | 0.50 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000623

Matter Number:        43684-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/12/18 | Nacif Taousse | 0.40 | Review Invoices for compliance with U.S. Trustee guidelines and privilege. |
| 03/13/18 | Daniel Rudewicz | 0.20 | Correspond with K&E team re supplemental declaration. |
| 03/14/18 | Gene Goldmintz | 0.70 | Coordinate February invoice review (.1); correspond with D. Rudewicz re same (.1); review invoices for compliance with U.S. Trustee guidelines and privilege (.5). |
| 03/15/18 | Gene Goldmintz | 2.40 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 03/15/18 | Daniel Rudewicz | 0.50 | Review invoices for compliance with U.S. Trustee guidelines and privilege (.4); correspond with S. Golden re same (.1). |
| 03/16/18 | Gene Goldmintz | 0.90 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 03/16/18 | Daniel Rudewicz | 1.20 | Correspond with S. Golden re U.S. Trustee guidelines and procedures (.6); review invoices for compliance with guidelines and privilege (.2); correspond with K&E team re same (.4). |
| 03/18/18 | Daniel Rudewicz | 1.10 | Review and revise supplemental declaration (.4); correspond with K&E team re same (.2); correspond with R. Chaikin re U.S. Trustee guidelines (.2); correspond with K&E team re same (.3). |
| 03/20/18 | Gene Goldmintz | 0.50 | Coordinate fee statement matters. |
| 03/20/18 | Daniel Rudewicz | 0.50 | Finalize supplemental declaration (.4); correspond with Klehr re filing of same (.1). |
| 03/22/18 | Nacif Taousse | 0.20 | Correspond with Company, Alix re filing of CNO to K&E fee statement. |
| 03/26/18 | Rebecca Blake Chaikin | 0.80 | Review February invoice for compliance with U.S. Trustee guidelines and privilege. |
| 03/28/18 | Gene Goldmintz | 0.30 | Correspond with local counsel re January fee statement. |
| 03/28/18 | Nacif Taousse | 0.10 | Notify Company and Alix re filing of CNO to K&E January fee statement. |
| 03/29/18 | Aparna Yenamandra | 0.50 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 04/02/18 | Gene Goldmintz | 0.60 | Draft third fee statement. |
| 04/02/18 | Aparna Yenamandra | 0.60 | Review invoice per U.S. Trustee guidelines and confidentiality. |

Charming Charlie                                          Invoice Number:    1050000623
Legal Services for the Period Ending April 23, 2018              Matter Number:      43684-18
June 7, 2018

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/03/18 | Robert Orren | 1.80 | Draft February fee application (.8); revise same (.6); correspond with K&E working group re same (.4). |
| 04/03/18 | Aparna Yenamandra | 0.60 | Correspond with K&E team, G. Goldmintz re Feb invoice. |
| 04/04/18 | Gene Goldmintz | 0.80 | Correspond with Alix re February fees (.3); correspond with K&E team, Company re same (.5). |
| 04/04/18 | Aparna Yenamandra | 0.90 | Correspond with K&E team, G. Goldmintz re Feb invoice (.4); analyze same (.5). |
| 04/05/18 | Robert Orren | 0.80 | Draft K&E third monthly fee statement. |
| 04/06/18 | Robert Orren | 0.90 | Revise February fee application (.3); prepare same for filing (.3); correspond with K&E team re same (.3). |
| 04/06/18 | Nacif Taousse | 0.10 | Correspond with Company re fee statement. |
| 04/08/18 | Gene Goldmintz | 0.90 | Coordinate invoice review (.7); review invoices for compliance with U.S. Trustee guidelines and privilege (.2). |
| 04/09/18 | Gene Goldmintz | 0.30 | Correspond with K&E team re unpaid amounts (.2); correspond with J. Sussberg re Feb. fee statement (.1). |
| 04/09/18 | Trudy Smith | 1.30 | Review invoices re compliance with U.S Trustee guidelines and privilege. |
| 04/09/18 | Nacif Taousse | 1.30 | Review invoices for compliance with U.S. Trustee guidelines and privilege. |
| 04/10/18 | Gene Goldmintz | 0.90 | Correspond with R. Chaikin re fees. |
| 04/11/18 | Gene Goldmintz | 0.30 | Correspond with U.S. Trustee re LEDES data (.1); correspond with K&E team re same (.1); correspond with A. Yenamandra re fees (.1). |
| 04/11/18 | Brett Newman | 0.60 | Review invoices re compliance with U.S. Trustee guidelines. |
| 04/12/18 | Gene Goldmintz | 0.30 | Correspond with K&E team re invoice review status (.2); correspond with K&E team re March invoices (.1). |
| 04/17/18 | Gene Goldmintz | 0.90 | Review invoices re compliance with U.S. Trustee guidelines, confidentiality and privilege issues. |
| 04/17/18 | Daniel Rudewicz | 0.80 | Review and analyze invoice for compliance with U.S. Trustee guidelines and privilege (.4); correspond with G. Goldmintz re same (.1); correspond with K&E team re same (.3). |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000623

Matter Number:      43684-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/18/18 | Gene Goldmintz | 2.90 | Review invoices for compliance with U.S. Trustee guidelines, privilege and confidentiality issues (2.8); correspond with K&E team re post-emergence date client matter number (.1). |
| **Total** | | **91.10** | |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000624**
**Client Matter:** 43684-19

---

**In the Matter of Retention and Fee Applications-Non-K&E**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                   $ 3,340.50

Total legal services rendered                                            $ 3,340.50

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Charming Charlie                                        Invoice Number:    1050000624
Legal Services for the Period Ending April 23, 2018     Matter Number:      43684-19
June 7, 2018

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 1.20 | 875.00 | 1,050.00 |
| Daniel Rudewicz | 2.90 | 770.00 | 2,233.00 |
| Nacif Taousse | 0.10 | 575.00 | 57.50 |
| **TOTALS** | **4.20** | | **$ 3,340.50** |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000624

Matter Number:      43684-19

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/13/18 | Daniel Rudewicz | 0.20 | Correspond with TGF re supplemental declaration. |
| 03/19/18 | Daniel Rudewicz | 0.80 | Research law re inquiry from TGF for retention application (.6); correspond with TGF re same (.2). |
| 03/20/18 | Daniel Rudewicz | 0.20 | Correspond with TGF re supplemental declaration. |
| 03/21/18 | Daniel Rudewicz | 0.90 | Review and analyze TGF supplemental declaration (.8); correspond with TGF re same (.1). |
| 03/22/18 | Rebecca Blake Chaikin | 0.20 | Correspond with A. Yenamandra re professional fees process questions. |
| 03/23/18 | Rebecca Blake Chaikin | 0.30 | Telephone conference with M. Boughton re professional fees process (.2); telephone conference with Canadian counsel re fee application (.1). |
| 03/23/18 | Daniel Rudewicz | 0.60 | Review and analyze fee statement of TGF (.4); correspond with TGF re same (.2). |
| 03/27/18 | Rebecca Blake Chaikin | 0.20 | Telephone conference with J. Klein re fees. |
| 03/28/18 | Rebecca Blake Chaikin | 0.30 | Telephone conference with A. Bellon re professional fees and emergence planning questions. |
| 03/28/18 | Daniel Rudewicz | 0.20 | Telephone conference with TGF re monthly fee statements (.1); correspond with R. Chaikin re same (.1). |
| 04/09/18 | Rebecca Blake Chaikin | 0.20 | Telephone conference with A. Bellon re professional fees. |
| 04/23/18 | Nacif Taousse | 0.10 | Correspond with R. Chaikin and Klehr re OCP report. |

**Total**                                         **4.20**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000625**
**Client Matter:** 43684-20

---

**In the Matter of Schedules, SOFAs & MORs**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)     $ 1,095.50

Total legal services rendered     $ 1,095.50

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000625
Matter Number:       43684-20

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rebecca Blake Chaikin | 0.90 | 875.00 | 787.50 |
| Gene Goldmintz | 0.40 | 770.00 | 308.00 |
| **TOTALS** | **1.30** | | **$ 1,095.50** |

Charming Charlie                                                    Invoice Number:    1050000625
Legal Services for the Period Ending April 23, 2018                 Matter Number:       43684-20
June 7, 2018

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/09/18 | Rebecca Blake Chaikin | 0.40 | Telephone conference with J. McGlynn re SoFA/Schedules amendment (.2); correspond with A. Yenamandra, Klehr re same (.2). |
| 02/09/18 | Gene Goldmintz | 0.40 | Review, analyze correspondence re amended schedules. |
| 02/16/18 | Rebecca Blake Chaikin | 0.20 | Review amended schedules. |
| 02/22/18 | Rebecca Blake Chaikin | 0.20 | Correspond with AlixPartners re amended schedules. |
| 02/23/18 | Rebecca Blake Chaikin | 0.10 | Telephone conference with landlord re amended schedules. |
| **Total** | | **1.30** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000626**
**Client Matter:**  43684-21

---

**In the Matter of Tax Issues**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                    $ 10,460.00

Total legal services rendered                                             $ 10,460.00

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000626
Matter Number:        43684-21

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rebecca Blake Chaikin | 0.60 | 875.00 | 525.00 |
| Thad Davis | 5.10 | 1,235.00 | 6,298.50 |
| Mohsen Ghazi | 4.30 | 595.00 | 2,558.50 |
| Gene Goldmintz | 1.40 | 770.00 | 1,078.00 |
| **TOTALS** | **11.40** | | **$ 10,460.00** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000626
Matter Number:        43684-21

**Description of Legal Services**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 02/01/18 | Thad Davis | 0.20 | Telephone conference with Company re potential carryback. |
| 02/12/18 | Thad Davis | 0.50 | Review and revise tax section of disclosure statement. |
| 02/13/18 | Thad Davis | 0.40 | Telephone conference with Company re Texas use tax audit (.2); telephone conference with Texas revenue counsel re same (.2). |
| 02/20/18 | Thad Davis | 0.20 | Telephone conference with Company re tax claims. |
| 02/27/18 | Rebecca Blake Chaikin | 0.60 | Correspond with T. Davis, AlixPartners re IRS claim (.3); correspond with K&E team re same (.3). |
| 02/27/18 | Thad Davis | 0.60 | Telephone conference with Company re tax claims (.4); research same (.2). |
| 03/16/18 | Thad Davis | 0.90 | Review proposed carve-out language re state taxes (.4); correspond with A. Yenamandra re same (.2); review correspondence re same (.3). |
| 04/02/18 | Thad Davis | 0.20 | Review and revise exit facility documentation. |
| 04/03/18 | Thad Davis | 1.10 | Review and revise exit facility re tax issues. |
| 04/04/18 | Thad Davis | 0.40 | Review and revise credit agreement re tax issues (.2); correspond with M. Ghazi re same (.2). |
| 04/04/18 | Mohsen Ghazi | 1.20 | Review and analyze credit agreement re tax considerations. |
| 04/06/18 | Mohsen Ghazi | 2.00 | Review and analyze security agreement re tax considerations. |
| 04/09/18 | Thad Davis | 0.30 | Review and revise security agreement re tax issues. |
| 04/09/18 | Mohsen Ghazi | 1.10 | Review and analyze security agreement re tax considerations. |
| 04/09/18 | Gene Goldmintz | 0.10 | Correspond with R. Chaikin re tax audit. |
| 04/10/18 | Gene Goldmintz | 0.50 | Analyze materials re tax audit. |
| 04/12/18 | Gene Goldmintz | 0.10 | Correspond with client re tax audit. |
| 04/16/18 | Thad Davis | 0.30 | Telephone conference with R. Chaikin re tax claims. |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000626
Matter Number:      43684-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/23/18 | Gene Goldmintz | 0.70 | Telephone conference with tax authority re audit (.3); correspond with same re same (.4). |
| **Total** | | **11.40** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number: 1050000627**
**Client Matter:** 43684-22

---

**In the Matter of Travel**

For legal services rendered through April 23, 2018
(see attached Description of Legal Services for detail)                    $ 13,598.50

Total legal services rendered                                             $ 13,598.50

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000627
Matter Number:        43684-22

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rebecca Blake Chaikin | 6.30 | 875.00 | 5,512.50 |
| Michael Esser | 6.50 | 1,045.00 | 6,792.50 |
| Aparna Yenamandra | 1.30 | 995.00 | 1,293.50 |
| **TOTALS** | **14.10** | | **$ 13,598.50** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000627
Matter Number:      43684-22

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/12/18 | Rebecca Blake Chaikin | 1.50 | Travel from New York, NY to Wilmington, DE re disclosure statement hearing (billed at half time). |
| 02/13/18 | Rebecca Blake Chaikin | 1.60 | Travel from Wilmington, DE to New York, NY re disclosure statement hearing (billed at half time). |
| 04/01/18 | Michael Esser | 3.20 | Travel from San Francisco, CA to Wilmington, DE re confirmation hearing (billed at half time). |
| 04/02/18 | Rebecca Blake Chaikin | 1.60 | Travel from New York, NY to Wilmington, DE re confirmation hearing (billed at half time). |
| 04/03/18 | Rebecca Blake Chaikin | 1.60 | Travel from Wilmington, DE to New York, NY re confirmation hearing (billed at half time). |
| 04/03/18 | Michael Esser | 3.30 | Travel from Wilmington, DE to San Francisco, CA re confirmation hearing (billed at half time). |
| 04/03/18 | Aparna Yenamandra | 1.30 | Travel from Wilmington, DE to New York, NY re confirmation hearing (billed at half time). |

**Total**                    **14.10**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000628**
**Client Matter:**  43684-23

---

**In the Matter of U.S. Trustee Communications**

| | |
|---|---:|
| For legal services rendered through April 23, 2018 (see attached Description of Legal Services for detail) | $ 3,412.50 |
| Total legal services rendered | $ 3,412.50 |

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Charming Charlie                                   Invoice Number:    1050000628
Legal Services for the Period Ending April 23, 2018    Matter Number:       43684-23
June 7, 2018

## **Summary of Hours Billed**

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Rebecca Blake Chaikin | 3.90 | 875.00 | 3,412.50 |
| **TOTALS** | **3.90** | | **$ 3,412.50** |

Charming Charlie                                                   Invoice Number:    1050000628
Legal Services for the Period Ending April 23, 2018                Matter Number:        43684-23
June 7, 2018

---

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/09/18 | Rebecca Blake Chaikin | 0.30 | Telephone conference with Company, Klehr and Alix re 341 conference. |
| 02/13/18 | Rebecca Blake Chaikin | 1.30 | Attend 341 office conference (.8); prepare for same (.5). |
| 02/14/18 | Rebecca Blake Chaikin | 0.20 | Correspond with U.S. Trustee, Company and AlixPartners re follow-up from 341 conference. |
| 02/20/18 | Rebecca Blake Chaikin | 1.80 | Correspond with Company, AlixPartners re 341 conference follow-up questions (.2); review responses re same (.7); telephone conferences with A. Bellon and J. Taylor re same (.3); correspond with A. Yenamandra re same (.2); review responsive documents re same (.4). |
| 03/01/18 | Rebecca Blake Chaikin | 0.30 | Telephone conference with R. Schepacarter re OCP (.1); correspond with U.S. Trustee office re 341 follow up questions (.2). |

**Total**                                               **3.90**

## **Exhibit I**

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

June 7, 2018

Charming Charlie
5999 Savoy Drive
Houston, TX 77036

Attn: Rob Adamek

**Invoice Number:  1050000629**
**Client Matter:**  43684-26

---

**In the Matter of Expenses**

For expenses incurred through April 23, 2018
(see attached Description of Expenses for detail)                                    $ 14,087.73

Total expenses incurred                                                                      $ 14,087.73

Charming Charlie          Invoice Number:   1050000629
Legal Services for the Period Ending April 23, 2018     Matter Number:      43684-26
June 7, 2018

### Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 164.35 |
| Standard Copies or Prints | 621.00 |
| Color Copies or Prints | 357.50 |
| Scanned Images | 85.10 |
| Postage | 1.21 |
| Overnight Delivery | 10.87 |
| Local Transportation | 46.91 |
| Travel Expense | 1,342.78 |
| Airfare | 3,469.02 |
| Transportation to/from airport | 1,087.13 |
| Travel Meals | 161.96 |
| Court Reporter Fee/Deposition | 181.81 |
| Other Court Costs and Fees | 30.00 |
| Catering Expenses | 1,112.00 |
| Outside Retrieval Service | 1,936.65 |
| Computer Database Research | 254.90 |
| Westlaw Research | 904.54 |
| LexisNexis Research | 120.41 |
| Overtime Transportation | 1,352.32 |
| Overtime Meals - Attorney | 629.05 |
| Secretarial Overtime | 49.13 |
| Document Services Overtime | 199.09 |
| Cash Credits | (30.00) |
| **Total** | **$ 14,087.73** |

Charming Charlie                        Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018        Matter Number:      43684-26
June 7, 2018

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 01/07/18 | Michael Esser, Internet, Prep meetings and Second Day Hearing | 24.99 |
| 01/09/18 | Michael Esser, Internet, Prep meetings and Second Day Hearing | 31.98 |
| 01/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 8.36 |
| 02/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone Conference. | 1.16 |
| 02/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 33.52 |
| 02/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 3.71 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 7.82 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 26.99 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 0.38 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconferences. | 3.28 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference Services | 2.09 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference Services | 2.79 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference Services | 3.00 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference Services | 3.85 |

Charming Charlie                                    Invoice Number:   1050000629
Legal Services for the Period Ending April 23, 2018   Matter Number:      43684-26
June 7, 2018

| | | |
|---|---|---|
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference Services | 4.01 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference Services | 1.77 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconferences | 1.31 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference Services | 0.97 |
| 03/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with client and outside counsel. | 2.37 |
| | **Total** | **164.35** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000629
Matter Number:       43684-26

**Standard Copies or Prints**

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/18 | Standard Prints | 4.90 |
| 03/01/18 | Standard Prints | 2.50 |
| 03/01/18 | Standard Prints | 0.60 |
| 03/01/18 | Standard Prints | 12.00 |
| 03/01/18 | Standard Prints | 1.70 |
| 03/01/18 | Standard Prints | 0.70 |
| 03/02/18 | Standard Prints | 1.60 |
| 03/02/18 | Standard Prints | 0.10 |
| 03/02/18 | Standard Prints | 70.20 |
| 03/02/18 | Standard Prints | 11.50 |
| 03/02/18 | Standard Prints | 0.20 |
| 03/06/18 | Standard Prints | 16.80 |
| 03/07/18 | Standard Prints | 2.30 |
| 03/07/18 | Standard Prints | 12.70 |
| 03/08/18 | Standard Prints | 15.40 |
| 03/08/18 | Standard Prints | 2.80 |
| 03/09/18 | Standard Prints | 1.10 |
| 03/09/18 | Standard Prints | 2.40 |
| 03/12/18 | Standard Prints | 2.00 |
| 03/12/18 | Standard Prints | 18.60 |
| 03/14/18 | Standard Prints | 0.20 |
| 03/14/18 | Standard Prints | 0.10 |
| 03/15/18 | Standard Prints | 1.20 |
| 03/15/18 | Standard Prints | 0.40 |
| 03/15/18 | Standard Prints | 0.40 |
| 03/15/18 | Standard Prints | 17.70 |
| 03/16/18 | Standard Prints | 1.30 |
| 03/16/18 | Standard Prints | 25.10 |
| 03/16/18 | Standard Prints | 10.80 |
| 03/19/18 | Standard Prints | 0.20 |
| 03/19/18 | Standard Prints | 0.20 |
| 03/19/18 | Standard Prints | 34.20 |
| 03/19/18 | Standard Prints | 6.70 |
| 03/20/18 | Standard Prints | 0.30 |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000629
Matter Number:      43684-26

| | | |
|---|---|---|
| 03/20/18 | Standard Prints | 0.60 |
| 03/20/18 | Standard Prints | 19.30 |
| 03/22/18 | Standard Prints | 35.90 |
| 03/23/18 | Standard Prints | 6.30 |
| 03/23/18 | Standard Prints | 7.10 |
| 03/26/18 | Standard Prints | 0.50 |
| 03/26/18 | Standard Prints | 9.50 |
| 03/27/18 | Standard Prints | 3.70 |
| 03/27/18 | Standard Prints | 2.10 |
| 03/28/18 | Standard Prints | 16.10 |
| 03/28/18 | Standard Prints | 6.30 |
| 03/28/18 | Standard Prints | 17.70 |
| 03/29/18 | Standard Prints | 0.30 |
| 03/29/18 | Standard Prints | 6.50 |
| 03/29/18 | Standard Prints | 12.70 |
| 03/29/18 | Standard Prints | 7.40 |
| 03/29/18 | Standard Prints | 0.10 |
| 03/29/18 | Standard Prints | 0.30 |
| 04/02/18 | Standard Prints | 1.00 |
| 04/02/18 | Standard Prints | 14.00 |
| 04/06/18 | Standard Prints | 0.30 |
| 04/06/18 | Standard Prints | 1.60 |
| 04/09/18 | Standard Prints | 6.50 |
| 04/09/18 | Standard Prints | 0.60 |
| 04/09/18 | Standard Prints | 0.30 |
| 04/10/18 | Standard Prints | 0.50 |
| 04/10/18 | Standard Prints | 3.70 |
| 04/11/18 | Standard Prints | 15.10 |
| 04/12/18 | Standard Prints | 2.50 |
| 04/12/18 | Standard Prints | 2.30 |
| 04/13/18 | Standard Prints | 19.30 |
| 04/13/18 | Standard Prints | 8.70 |
| 04/13/18 | Standard Prints | 4.80 |
| 04/13/18 | Standard Copies or Prints | 1.30 |
| 04/16/18 | Standard Prints | 1.30 |
| 04/16/18 | Standard Prints | 4.40 |
| 04/17/18 | Standard Prints | 6.10 |

Charming Charlie

Legal Services for the Period Ending April 23, 2018

June 7, 2018

Invoice Number:    1050000629

Matter Number:    43684-26

| 04/17/18 | Standard Prints | 0.20 |
|----------|-----------------|------|
| 04/17/18 | Standard Prints | 44.00 |
| 04/18/18 | Standard Prints | 3.70 |
| 04/19/18 | Standard Copies or Prints | 0.90 |
| 04/19/18 | Standard Prints | 4.40 |
| 04/19/18 | Standard Prints | 1.40 |
| 04/19/18 | Standard Prints | 0.90 |
| 04/19/18 | Standard Copies or Prints | 0.50 |
| 04/20/18 | Standard Prints | 1.50 |
| 04/23/18 | Standard Prints | 1.40 |
| 04/23/18 | Standard Prints | 29.10 |
| 04/23/18 | Standard Prints | 3.20 |
| 04/23/18 | Standard Prints | 4.20 |
| | **Total** | **621.00** |

Charming Charlie                                      Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018   Matter Number:        43684-26
June 7, 2018

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 03/01/18 | Color Prints | 0.55 |
| 03/01/18 | Color Prints | 4.95 |
| 03/01/18 | Color Prints | 4.95 |
| 03/01/18 | Color Prints | 1.10 |
| 03/01/18 | Color Prints | 0.55 |
| 03/01/18 | Color Prints | 3.30 |
| 03/01/18 | Color Prints | 5.50 |
| 03/01/18 | Color Prints | 7.70 |
| 03/01/18 | Color Prints | 7.70 |
| 03/01/18 | Color Prints | 2.20 |
| 03/02/18 | Color Prints | 0.55 |
| 03/09/18 | Color Prints | 0.55 |
| 03/12/18 | Color Prints | 1.65 |
| 03/12/18 | Color Prints | 3.85 |
| 03/15/18 | Color Prints | 17.60 |
| 03/19/18 | Color Prints | 0.55 |
| 03/19/18 | Color Prints | 8.25 |
| 03/19/18 | Color Prints | 93.50 |
| 03/19/18 | Color Prints | 9.35 |
| 03/19/18 | Color Prints | 7.70 |
| 03/23/18 | Color Prints | 47.85 |
| 03/27/18 | Color Prints | 14.85 |
| 03/29/18 | Color Prints | 40.70 |
| 04/02/18 | Color Prints | 5.50 |
| 04/02/18 | Color Prints | 0.55 |
| 04/02/18 | Color Prints | 8.80 |
| 04/06/18 | Color Prints | 4.40 |
| 04/09/18 | Color Prints | 1.10 |
| 04/09/18 | Color Prints | 0.55 |
| 04/10/18 | Color Prints | 2.75 |
| 04/11/18 | Color Prints | 1.10 |
| 04/11/18 | Color Prints | 0.55 |
| 04/11/18 | Color Prints | 0.55 |
| 04/12/18 | Color Prints | 8.80 |

Charming Charlie                                     Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018   Matter Number:      43684-26
June 7, 2018

| Date | Description | Amount |
|---|---|---|
| 04/12/18 | Color Prints | 8.80 |
| 04/17/18 | Color Prints | 13.20 |
| 04/18/18 | Color Prints | 6.60 |
| 04/18/18 | Color Prints | 7.70 |
| 04/23/18 | Color Prints | 1.10 |
| | **Total** | **357.50** |

Charming Charlie                                          Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018       Matter Number:         43684-26
June 7, 2018

**Scanned Images**

| Date | Description | Amount |
|------|-------------|--------|
| 03/02/18 | Scanned Images | 0.10 |
| 03/02/18 | Scanned Images | 0.20 |
| 03/08/18 | Scanned Images | 2.00 |
| 03/08/18 | Scanned Images | 2.40 |
| 04/02/18 | Scanned Images | 1.60 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.20 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.20 |
| 04/06/18 | Scanned Images | 0.20 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.10 |
| 04/06/18 | Scanned Images | 0.20 |
| 04/12/18 | Scanned Images | 0.20 |
| 04/13/18 | Scanned Images | 3.50 |
| 04/13/18 | Scanned Images | 2.90 |
| 04/13/18 | Scanned Images | 4.50 |
| 04/13/18 | Scanned Images | 3.20 |
| 04/13/18 | Scanned Images | 0.30 |
| 04/13/18 | Scanned Images | 0.10 |
| 04/16/18 | Scanned Images | 0.30 |
| 04/17/18 | Scanned Images | 3.50 |
| 04/17/18 | Scanned Images | 2.40 |
| 04/17/18 | Scanned Images | 2.70 |
| 04/17/18 | Scanned Images | 2.20 |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000629
Matter Number:        43684-26

| 04/17/18 | Scanned Images | 3.50 |
|----------|----------------|------|
| 04/17/18 | Scanned Images | 12.10 |
| 04/18/18 | Scanned Images | 3.20 |
| 04/19/18 | Scanned Images | 1.10 |
| 04/19/18 | Scanned Images | 2.80 |
| 04/19/18 | Scanned Images | 3.20 |
| 04/20/18 | Scanned Images | 1.50 |
| 04/20/18 | Scanned Images | 3.20 |
| 04/23/18 | Scanned Images | 12.80 |
| 04/23/18 | Scanned Images | 0.10 |
| 04/23/18 | Scanned Images | 7.40 |
|          | **Total**      | **85.10** |

Charming Charlie

Invoice Number:     1050000629

Legal Services for the Period Ending April 23, 2018

Matter Number:      43684-26

June 7, 2018

**Postage**

| Date | Description | Amount |
| --- | --- | --- |
| 03/26/18 | Postage | 1.21 |
| | **Total** | **1.21** |

Charming Charlie                                                    Invoice Number:   1050000629
Legal Services for the Period Ending April 23, 2018                 Matter Number:       43684-26
June 7, 2018

**Overnight Delivery**

| Date | Description | Amount |
|------|-------------|--------|
| 02/12/18 | Overnight Delivery, Fed Exp to:MICHEAL YURKEWICZ & REBECCA CH WILMINGTON,DE from:MAILROOM | 10.87 |
| | **Total** | **10.87** |

Charming Charlie                                                    Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018                 Matter Number:        43684-26
June 7, 2018

**Local Transportation**

| Date | Description | Amount |
|------|-------------|--------|
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Local Transportation, Esser Michael Local Transportation From 712 S Main St Houston TX 77002 USA To 5999 Savoy Dr Houston TX 77036 USA 12/18/17 | 16.91 |
| 01/10/18 | Michael Esser, Taxi, Prep meetings and Second Day Hearing | 20.00 |
| 04/02/18 | Rebecca Chaikin, Taxi, Taxi from train to hotel. | 10.00 |
| | **Total** | **46.91** |

Charming Charlie                                                       Invoice Number:   1050000629
Legal Services for the Period Ending April 23, 2018      Matter Number:      43684-26
June 7, 2018

**Travel Expense**

| Date | Description | Amount |
|------|-------------|-------:|
| 01/08/18 | Michael Esser, Lodging, New York, NY 01/07/2018 to 01/08/2018, Prep meetings and Second Day Hearing | 292.78 |
| 01/11/18 | Michael Esser, Lodging, New York, NY 01/09/2018 to 01/11/2018, Prep meetings and Second Day Hearing | 700.00 |
| 04/03/18 | Aparna Yenamandra, Lodging, Wilmington, DE 04/02/2018 to 04/03/2018, Attend hearing. | 350.00 |
| | **Total** | **1,342.78** |

Charming Charlie                                        Invoice Number:   1050000629
Legal Services for the Period Ending April 23, 2018     Matter Number:      43684-26
June 7, 2018

---

**Airfare**

| **Date** | **Description** | **Amount** |
|---|---|---|
| 12/29/17 | Michael Esser, Airfare, Newark, NJ, 01/06/2018 to 01/11/2018, Prep meetings and Second Day Hearing | 1,672.00 |
| 12/29/17 | Michael Esser, Agency Fee, Prep meetings and Second Day Hearing | 58.00 |
| 01/10/18 | Michael Esser, Rail, Wilmington, DE 01/11/2018 to 01/11/2018, Prep meetings and Second Day Hearing | 194.00 |
| 01/10/18 | Michael Esser, Agency Fee, Prep meetings and Second Day Hearing | 58.00 |
| 04/02/18 | Aparna Yenamandra, Agency Fee, Attend hearing. | 58.00 |
| 04/02/18 | Aparna Yenamandra, Rail, Wilmington, DE 04/02/2018 to 04/02/2018, Attend hearing. | 194.00 |
| 04/02/18 | Rebecca Chaikin, Agency Fee, Train to Wilmington. | 58.00 |
| 04/02/18 | Rebecca Chaikin, Rail, Wilmington 04/02/2018 to 04/02/2018, Train to Wilmington. | 194.00 |
| 04/03/18 | Aparna Yenamandra, Agency Fee, Attend hearing. | 58.00 |
| 04/03/18 | Aparna Yenamandra, Rail, New York, NY 04/03/2018 to 04/03/2018, Attend hearing. | 133.00 |
| 04/03/18 | Rebecca Chaikin, Rail, New York 04/03/2018 to 04/03/2018, Return train to New York. | 133.00 |
| 04/03/18 | Rebecca Chaikin, Agency Fee, Return train to New York. | 58.00 |
| 04/17/18 | Elizabeth Thorne - Elizabeth Thorne, Airfare, New York 04/18/2018 to 04/23/2018, Took a detour from personal travel to accommodate client related business (approved by D. Nemecek). 04/17/2018 | 601.02 |
| | **Total** | **3,469.02** |

Charming Charlie                                      Invoice Number:   1050000629
Legal Services for the Period Ending April 23, 2018   Matter Number:      43684-26
June 7, 2018

**Transportation to/from airport**

| Date | Description | Amount |
|------|-------------|--------|
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2251 Francisco St San Francisco CA 94123 USA To 110 Domestic Terminals Departures Level San Francisco CA 94128 USA 12/09/17 | 72.99 |
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From Terminal 2 San Francisco CA 94128 USA To 2257 Francisco St San Francisco CA 94123 USA 12/18/17 | 110.13 |
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2253 Francisco St San Francisco CA 94123 USA To 116 Domestic Terminals Departures Level San Francisco CA 94128 USA 12/20/17 | 107.70 |
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 93 Domestic Terminals Departures Level San Francisco CA 94128 USA To 2251 Francisco St San Francisco CA 94123 USA 12/13/17 | 72.99 |
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 41 DE-52 Wilmington DE 19801 USA To Departures Rd Philadelphia PA 19153 USA 12/13/17 | 100.11 |
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 5999 Savoy Dr Houston TX 77036 USA To 3870 N Terminal Rd Houston TX 77032 USA 12/18/17 | 44.49 |
| 01/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2252 Francisco St San Francisco CA 94123 USA To 106 Domestic Terminals Departures Level San Francisco CA 94128 USA 12/17/17 | 84.86 |
| 01/12/18 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, APARNA VENKATA YENAMANDRA pick up at NEW YORK RESIDENCE and drop off at NEW YORK 4 Penn Plaza NEW YORK NY | 150.88 |
| 01/12/18 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, MICHAEL PHILLIP ESSER pick up at WILMINGTON 919 N Market St WILMINGTON DE and drop off at Philadelphia Airport Philadelphia PA | 116.00 |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000629
Matter Number:      43684-26

| Date | Description | Amount |
|---|---|---|
| 02/01/18 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2269 Francisco St San Francisco CA 94123 USA To 110 Domestic Terminals Departures Level San Francisco CA 94128 USA 01/07/18 | 100.18 |
| 04/06/18 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, MICHAEL PHILLIP ESSER pick up at Philadelphia Airport Philadelphia PA and drop off at WILMINGTON 919 N MARKET ST WILMINGTON DE | 126.80 |
| | **Total** | **1,087.13** |

Charming Charlie                                                    Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018                 Matter Number:        43684-26
June 7, 2018

**Travel Meals**

| Date | Description | Amount |
|------|-------------|--------|
| 01/07/18 | Michael Esser, Travel Meals, New York, Prep meetings and Second Day Hearing | 9.80 |
| 01/09/18 | Michael Esser, Travel Meals, New York, Prep meetings and Second Day Hearing | 41.31 |
| 01/09/18 | Michael Esser, Travel Meals, New York, Prep meetings and Second Day Hearing | 9.80 |
| 01/10/18 | Michael Esser, Travel Meals, New York, Prep meetings and Second Day Hearing | 46.31 |
| 01/10/18 | Michael Esser, Travel Meals, New York, Prep meetings and Second Day Hearing | 9.80 |
| 04/02/18 | Aparna Yenamandra, Travel Meals, Wilmington, DE Attend hearing. Aparna Yenamandra | 34.54 |
| 04/02/18 | Rebecca Chaikin, Travel Meals, New York Quick snack at Penn Station. | 10.40 |
| | **Total** | **161.96** |

Charming Charlie                                      Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018   Matter Number:       43684-26
June 7, 2018

## Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 04/05/18 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Veritext Legal Solutions | 181.81 |
| | **Total** | **181.81** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000629
Matter Number:        43684-26

## Other Court Costs and Fees

| Date | Description | Amount |
|------|-------------|--------|
| 04/06/18 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, Telephonic court appearance | 30.00 |
| | **Total** | **30.00** |

Charming Charlie                                          Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018      Matter Number:        43684-26
June 7, 2018

**Catering Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 01/01/18 | E-FLIK - COMPASS GROUP USA (NT), Catering Services, Charming Charlie on 1/8/2018 | 40.00 |
| 01/01/18 | E-FLIK - COMPASS GROUP USA (NT), Catering Services, Charming Charlie on 1/8/2018 | 40.00 |
| 01/01/18 | E-FLIK - COMPASS GROUP USA (NT), Catering Services, Charming Charlie on 1/10/2018 | 80.00 |
| 01/01/18 | E-FLIK - COMPASS GROUP USA (NT), Catering Services, Charming Charlie on 1/8/2018 | 600.00 |
| 01/01/18 | E-FLIK - COMPASS GROUP USA (NT), Catering Services, Charming Charlie on 1/8/2018 | 32.00 |
| 01/01/18 | E-FLIK - COMPASS GROUP USA (NT), Catering Services, Charming Charlie on 1/8/2018 | 320.00 |
| | **Total** | **1,112.00** |

Charming Charlie                                        Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018     Matter Number:        43684-26
June 7, 2018

**Outside Retrieval Service**

| Date | Description | Amount |
|------|-------------|-------:|
| 03/27/18 | E-CSC - PO BOX 13397 (NT), Outside Retrieval Service, Outside Retrieval Service. | 267.85 |
| 03/27/18 | E-CSC - PO BOX 13397 (NT), Outside Retrieval Service, Outside Retrieval Service. | 267.85 |
| 03/27/18 | E-CSC - PO BOX 13397 (NT), Outside Retrieval Service, Outside Retrieval Service. | 267.85 |
| 03/27/18 | E-CSC - PO BOX 13397 (TP), Outside Retrieval Service, Outside Retrieval Service. | 267.85 |
| 03/29/18 | E-CSC - PO BOX 13397 (NT), Outside Retrieval Service, Outside Retrieval Service. | 87.85 |
| 03/29/18 | E-CSC - PO BOX 13397 (NT), Outside Retrieval Service, Outside Retrieval Service. | 87.85 |
| 03/29/18 | E-CSC - PO BOX 13397 (NT), Outside Retrieval Service, Outside Retrieval Service. | 163.85 |
| 04/04/18 | E-CSC - PO BOX 13397 (NT), Outside Retrieval Service, Outside Retrieval Service. | 525.70 |
| | **Total** | **1,936.65** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000629
Matter Number:      43684-26

## Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 03/07/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 2/2/2018 | 11.00 |
| 03/07/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 2/13/2018 | 8.00 |
| 03/07/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Hannah Kupsky on 2/7/2018 | 5.00 |
| 03/07/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 2/21/2018 | 5.00 |
| 03/07/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Maureen McCarthy on 2/9/2018 | 20.00 |
| 03/07/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 2/22/2018 | 19.00 |
| 04/05/18 | PACER SERVICE CENTER, Computer Database Research, 1/18 - 3/18 | 0.90 |
| 04/05/18 | PACER SERVICE CENTER, Computer Database Research, 1/18 - 3/18 | 23.40 |
| 04/05/18 | PACER SERVICE CENTER, Computer Database Research, 1/18 - 3/18 | 157.60 |
| 04/06/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Hannah Kupsky on 3/7/2018 | 5.00 |
| | **Total** | **254.90** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000629
Matter Number:      43684-26

## **Westlaw Research**

| Date | Description | Amount |
|------|-------------|--------|
| 02/02/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/2/2018 | 41.79 |
| 02/05/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 2/5/2018 | 41.79 |
| 02/07/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SMITH,TRUDY, 2/7/2018 | 37.49 |
| 02/07/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GOLDMINTZ,GENE, 2/7/2018 | 10.45 |
| 02/09/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GOLDMINTZ,GENE, 2/9/2018 | 31.34 |
| 02/11/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SMITH,TRUDY, 2/11/2018 | 13.52 |
| 02/12/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 2/12/2018 | 17.91 |
| 02/13/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 2/13/2018 | 59.70 |
| 02/25/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GOLDMINTZ,GENE, 2/25/2018 | 41.79 |
| 03/08/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 3/8/2018 | 62.89 |
| 03/13/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, NEWMAN,BRETT V, 3/13/2018 | 18.70 |
| 03/14/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SMITH,TRUDY, 3/14/2018 | 107.95 |
| 03/19/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GOLDMINTZ,GENE, 3/19/2018 | 57.87 |
| 03/20/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, GOLDMINTZ,GENE, 3/20/2018 | 19.29 |
| 03/21/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 3/21/2018 | 96.44 |
| 03/22/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, WEBB,MARGARET, 3/22/2018 | 5.46 |
| 03/26/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 3/26/2018 | 38.58 |
| 03/27/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, RUDEWICZ,DANIEL, 3/27/2018 | 79.91 |
| 04/02/18 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW, Research Charges, Webb, Margaret, 4/2/2018 | 79.75 |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:   1050000629
Matter Number:      43684-26

| 04/02/18 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW, Research Charges, Goldmintz, Gene, 4/2/2018 | 20.96 |
| 04/16/18 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW, Research Charges, Chaikin, Rebecca, 4/16/2018 | 20.96 |
| | **Total** | **904.54** |

Charming Charlie                                                          Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018          Matter Number:        43684-26
June 7, 2018

**LexisNexis Research**

| Date | Description | Amount |
|------|-------------|--------|
| 01/10/18 | LEXISNEXIS, LexisNexis Research, TAOUSSE, NACIF, 1/10/2018 | 51.72 |
| 01/13/18 | LEXISNEXIS, LexisNexis Research, TAOUSSE, NACIF, 1/13/2018 | 6.54 |
| 01/15/18 | LEXISNEXIS, LexisNexis Research, TAOUSSE, NACIF, 1/15/2018 | 8.71 |
| 03/13/18 | LEXISNEXIS, LexisNexis Research, NEWMAN, BRETT, 3/13/2018 | 53.44 |
|  | **Total** | **120.41** |

Charming Charlie                                      Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018   Matter Number:        43684-26
June 7, 2018

___

**<u>Overtime Transportation</u>**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 02/09/18 | Rebecca Chaikin, Taxi, Overtime taxi after midnight of 2/8 | 30.35 |
| 02/11/18 | Rebecca Chaikin, Taxi, Overtime taxi | 26.16 |
| 02/12/18 | Rebecca Chaikin, Taxi, Overtime taxi | 23.80 |
| 02/13/18 | Rebecca Chaikin, Taxi, Overtime taxi | 33.95 |
| 02/15/18 | Rebecca Chaikin, Taxi, Overtime taxi | 29.75 |
| 02/17/18 | Rebecca Chaikin, Taxi, Overtime taxi after midnight on 2/16 | 27.96 |
| 02/19/18 | Rebecca Chaikin, Taxi, Overtime taxi on holiday. | 24.95 |
| 02/20/18 | Rebecca Chaikin, Taxi, Overtime taxi | 28.55 |
| 02/21/18 | Rebecca Chaikin, Taxi, Overtime taxi | 29.75 |
| 02/21/18 | Nacif Taousse, Taxi, OT Cab Fare | 15.80 |
| 02/24/18 | Rebecca Chaikin, Taxi, Overtime taxi | 29.75 |
| 02/28/18 | Rebecca Chaikin, Taxi, Overtime taxi | 28.55 |
| 03/01/18 | Rebecca Chaikin, Taxi, Overtime taxi | 30.96 |
| 03/02/18 | Rebecca Chaikin, Taxi, Overtime taxi | 31.62 |
| 03/04/18 | Rebecca Chaikin, Taxi, Overtime taxi | 26.76 |
| 03/04/18 | Rebecca Chaikin, Taxi, Overtime taxi | 27.36 |
| 03/05/18 | Nacif Taousse, Taxi, OT Cab Fare | 15.80 |
| 03/06/18 | Rebecca Chaikin, Taxi, Overtime taxi | 35.16 |
| 03/08/18 | Rebecca Chaikin, Taxi, Overtime taxi | 29.16 |
| 03/12/18 | Rebecca Chaikin, Taxi, Overtime taxi | 31.00 |
| 03/12/18 | Nacif Taousse, Taxi, OT Cab Fare | 15.30 |
| 03/12/18 | Nacif Taousse, Taxi, OT Cab Fare | 15.30 |
| 03/13/18 | Rebecca Chaikin, Taxi, Overtime taxi | 29.16 |
| 03/14/18 | Rebecca Chaikin, Taxi, Overtime taxi | 33.36 |
| 03/15/18 | Rebecca Chaikin, Taxi, Overtime taxi | 23.50 |
| 03/16/18 | Rebecca Chaikin, Taxi, Overtime taxi | 35.16 |
| 03/16/18 | Gene Goldmintz, Taxi, OT Taxi | 12.36 |
| 03/17/18 | Gene Goldmintz, Taxi, OT Taxi (weekend) | 27.36 |
| 03/18/18 | Rebecca Chaikin, Taxi, Overtime taxi | 29.15 |
| 03/18/18 | Rebecca Chaikin, Taxi, Overtime taxi | 27.25 |
| 03/18/18 | Gene Goldmintz, Taxi, OT Taxi (weekend) | 29.16 |
| 03/19/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.16 |
| 03/19/18 | Gene Goldmintz, Taxi, OT Taxi | 10.56 |
| 03/20/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.76 |

Charming Charlie                                              Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018          Matter Number:       43684-26
June 7, 2018

| | | |
|---|---|---|
| 03/20/18 | Gene Goldmintz, Taxi, OT Taxi | 13.56 |
| 03/23/18 | Rebecca Chaikin, Taxi, Overtime taxi after midnight on 3/22 | 24.35 |
| 03/23/18 | Nacif Taousse, Taxi, OT Cab Fare | 13.30 |
| 03/26/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 25.56 |
| 03/26/18 | Gene Goldmintz, Taxi, OT Taxi | 12.36 |
| 03/27/18 | Gene Goldmintz, Taxi, OT Taxi | 12.36 |
| 03/28/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 25.56 |
| 03/28/18 | Gene Goldmintz, Taxi, OT Taxi | 11.75 |
| 03/29/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.15 |
| 03/29/18 | Nacif Taousse, Taxi, OT Cab Fare | 17.80 |
| 04/06/18 | Mohsen Ghazi, Taxi, Overtime Transportation | 10.00 |
| 04/10/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.15 |
| 04/10/18 | Nacif Taousse, Taxi, OT Cab Fare | 18.80 |
| 04/13/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.95 |
| 04/15/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 22.80 |
| 04/15/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.96 |
| 04/16/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 28.56 |
| 04/17/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 31.56 |
| 04/22/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 26.75 |
| 04/22/18 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.36 |
| | **Total** | **1,352.32** |

Charming Charlie
Legal Services for the Period Ending April 23, 2018
June 7, 2018

Invoice Number:    1050000629
Matter Number:        43684-26

## Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|--------|
| 01/10/18 | Austin Klar, Overtime Meals - Attorney, OT Meal. | 20.00 |
| 02/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 02/11/2018 | 20.00 |
| 02/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 02/05/2018 | 20.00 |
| 02/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Smith Trudy 02/06/2018 | 20.00 |
| 02/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Smith Trudy 02/09/2018 | 20.00 |
| 02/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Kupsky Hannah 02/11/2018 | 20.00 |
| 02/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Rudewicz Daniel 02/12/2018 | 20.00 |
| 02/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Taousse Nacif 02/13/2018 | 20.00 |
| 02/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Kupsky Hannah 02/12/2018 | 20.00 |
| 02/25/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 02/19/2018 | 13.25 |
| 02/25/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 02/20/2018 | 20.00 |
| 03/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 03/08/2018 | 20.00 |
| 03/12/18 | Daniel Rudewicz, Overtime Meals - Attorney, Overtime dinner. | 20.00 |
| 03/13/18 | Daniel Rudewicz, Overtime Meals - Attorney, Overtime dinner. | 20.00 |
| 03/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 03/16/2018 | 20.00 |
| 03/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 03/18/2018 | 20.00 |
| 03/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 03/18/2018 | 20.00 |
| 03/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 03/13/2018 | 20.00 |
| 03/19/18 | Daniel Rudewicz, Overtime Meals - Attorney, Overtime dinner. | 20.00 |
| 03/22/18 | Daniel Rudewicz, Overtime Meals - Attorney, Overtime dinner. | 20.00 |
| 03/25/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Goldmintz Gene 03/19/2018 | 20.00 |

Charming Charlie                                                    Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018                 Matter Number:        43684-26
June 7, 2018

| | | |
|---|---|---|
| 03/25/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Goldmintz Gene 03/20/2018 | 20.00 |
| 04/01/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 03/29/2018 | 20.00 |
| 04/01/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Goldmintz Gene 03/26/2018 | 20.00 |
| 04/01/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 03/29/2018 | 20.00 |
| 04/01/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Goldmintz Gene 03/27/2018 | 20.00 |
| 04/08/18 | SEAMLESS NORTH AMERICA LLC - Goldmintz Gene 04/03/2018 | 20.00 |
| 04/15/18 | SEAMLESS NORTH AMERICA LLC - Chaikin Rebecca 04/15/2018 | 15.80 |
| 04/15/18 | SEAMLESS NORTH AMERICA LLC - Chaikin Rebecca 04/09/2018 | 20.00 |
| 04/15/18 | SEAMLESS NORTH AMERICA LLC - Chaikin Rebecca 04/13/2018 | 20.00 |
| 04/22/18 | SEAMLESS NORTH AMERICA LLC - Chaikin Rebecca 04/16/2018 | 20.00 |
| 04/22/18 | SEAMLESS NORTH AMERICA LLC - Chaikin Rebecca 04/22/2018 | 20.00 |
| | **Total** | **629.05** |

Charming Charlie                                    Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018    Matter Number:    43684-26
June 7, 2018

**Secretarial Overtime**

| Date | Description | Amount |
|------|-------------|--------|
| 03/20/18 | Secretarial Overtime, Conversion Proofread, PDF to Word Convert Document. | 15.75 |
| 03/21/18 | Secretarial Overtime, Create MS Word TOC. | 17.63 |
| 04/23/18 | Secretarial Overtime, Create Adobe PDF, Revise/Update Adobe PDF. | 15.75 |
| | **Total** | **49.13** |

Charming Charlie                                              Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018          Matter Number:        43684-26
June 7, 2018

---

**Document Services Overtime**

| Date | Description | Amount |
|------|-------------|-------:|
| 12/11/17 | Document Services Overtime, Revise/Update MS Powerpoint. | 10.75 |
| 12/12/17 | Document Services Overtime, Create Adobe PDF, Create MS Word. | 13.33 |
| 12/12/17 | Document Services Overtime, PDF to Word Convert Document. | 17.20 |
| 12/22/17 | Document Services Overtime, PPT Format/Clean Up. | 117.39 |
| 02/28/18 | Document Services Overtime, Create Workshare Compare. | 3.87 |
| 03/20/18 | Document Services Overtime, Conversion Proofread, PDF to Word Convert Document. | 9.89 |
| 03/28/18 | Document Services Overtime, Revise/Update MS Word. | 12.90 |
| 03/28/18 | Document Services Overtime, Word Format/Clean Up. | 3.01 |
| 03/29/18 | Document Services Overtime, Revise/Update MS Powerpoint. | 10.75 |
| | **Total** | **199.09** |

Charming Charlie                                          Invoice Number:    1050000629
Legal Services for the Period Ending April 23, 2018       Matter Number:      43684-26
June 7, 2018

**Cash Credits**

| Date | Description | Amount |
|------|-------------|--------|
| 03/27/18 | Cash Credits COURTCALL REFUND INV 8893714 | (30.00) |
| | **Total** | **(30.00)** |

**TOTAL EXPENSES**                                                    **$ 14,087.73**