*Proofs of Claim Report - Charming Charlie Holdings Inc., et al.*

Wednesday, January 16, 2019 - 9:17:01 AM PT

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|-------|----------------------:|---------------------:|
| UNSECURED | $32,611,849.26 | $2,502,776.87 |
| PRIORITY | $13,960,444.75 | $8,169,520.48 |
| SECURED | $135,135,409.49 | $0.00 |
| ADMIN | $467,691.39 | $94,732.05 |
| 503(b)(9) | $1,540,336.01 | $1,148,434.53 |
| Total | $183,715,730.90 | $11,915,463.93 |

| | |
|---|---:|
| Total Claims/Schedules: | 527 |

## Claims Details (527)

**GAMAGO**
**Case(s): 906 Clm No: 1 Clm. Amt: $5,356.80**

*Attn: Greg Long*
*3326 Jackson St.*
*San Francisco, CA 94118*
**Date Filed: 12/18/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,356.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | UNS | $5,356.80 | | |
| | | $5,356.80 | | |

**NMR Distribution America, Inc.**
**Case(s): 906 Clm No: 2 Clm. Amt: $26,332.97**

*Attn: Pamela Farris*
*28912 Avenue Paine*
*Valencia, CA 91355*
**Date Filed: 12/18/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $26,332.97**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | UNS | $26,332.97 | | $0.00 |
| 909 | UNS | | | $25,366.80 |
| | | $26,332.97 | | $25,366.80 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

**Waypoint Business Solutions LLC**
**Case(s): 906 Clm No: 3 Clm. Amt: $30,490.89**

*Attn: James Travis Pulliam*
*118 Vintage Park Blvd., W414*
*Houston, TX 77070*
**Date Filed: 12/19/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $30,490.89**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | UNS | $30,490.89 | | |
| | | $30,490.89 | | |

## Specialty Store Services
### Case(s): 906 Clm No: 4 Clm. Amt: $202,355.70

*Attn: Jay Arellano*
*454 Jarvis Ave.*
*Des Plaines, IL 60018*
**Date Filed: 12/14/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $202,355.70**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $202,355.70 | | |
| | | $202,355.70 | | |

## City Of El Paso
### Case(s): 906 Clm No: 5 Clm. Amt: $5,360.77

*c/o Linebarger Goggan Blair & Sampson, Llp*
*Attn: Don Stecker*
*711 Navarro St. Ste 300*
*San Antonio, TX 78205*
**Date Filed: 12/18/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,360.77**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | SEC | $5,360.77 | | $0.00 |
| | | $5,360.77 | | $0.00 |

## Bexar County
### Case(s): 906 Clm No: 6 Clm. Amt: $19,265.32

*c/o Linebarger Goggan Blair & Sampson LLP*
*Attn: Don Stecker*
*711 Navarro St, Suite 300*
*San Antonio, TX 78205*
**Date Filed: 12/18/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $19,265.32**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | SEC | $19,265.32 | | $0.00 |
| | | $19,265.32 | | $0.00 |

## Mingheng Jewelry Co Ltd
### Case(s): 906 Clm No: 7 Clm. Amt: $158,054.33

*c/o Asset Collections Inc*
*Attn: Ray Len Hannaman*
*10505 Sw Barbur Blvd #301*
*Portland, OR 97219*
**Date Filed: 12/18/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $158,054.33**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $158,054.33 | | |
| | | $158,054.33 | | |

## Sumner County Trustee
### Case(s): 906 Clm No: 8 Clm. Amt: $960.00

*Attn: Jessica Fulbright Miracle*
*355 Belvedere Drive, N. Room 107*
*Gallatin, TN 37066*
**Date Filed: 12/22/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $480.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $480.00 | | |
| 906 | SEC | $480.00 | | |
| | | $960.00 | | |

## Zoho Corporation
### Case(s): 906 Clm No: 9 Clm. Amt: $18,594.50

*Attn: Caroline Mckelvey*
*4141 Hacienda Dr.*
*Pleasanton, CA 94588*
**Date Filed: 3/12/2018**
**Orig. Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Amending Clm #: 9**
**Amended By Clm #: 9**
**Claim Face Value: $18,594.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $18,594.50 | | |
| | | $18,594.50 | | |

### Metropolitan Government Of Nashville & Davidson County Tennessee
### Case(s): 906 Clm No: 10 Clm. Amt: $1,490.09

c/o Metro Nashville Legal Department
Attn: R. Alex Dickerson
Po Box 196300
Nashville, TN 37219
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,490.09**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | SEC | $1,490.09 | | |
| | | $1,490.09 | | |

### The County Of Williamson, Texas
### Case(s): 906 Clm No: 11 Clm. Amt: $10,736.78

c/o Mccreary, Veselka, Bragg & Allen, Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680-1269
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $10,736.78**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | SEC | $10,736.78 | | |
| | | $10,736.78 | | |

### The County Of Denton, Tx
### Case(s): 906 Clm No: 12 Clm. Amt: $2,434.26

c/o Mccreary, Veselka, Bragg & Allen, Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680-1269
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,434.26**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | SEC | $2,434.26 | | |
| | | $2,434.26 | | |

### The County Of Comal, Tx
### Case(s): 906 Clm No: 13 Clm. Amt: $4,841.51

c/o Mccreary, Veselka, Bragg & Allen, Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680-1269
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,841.51**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | SEC | $4,841.51 | | |
| | | $4,841.51 | | |

### The County Of Brazos, Tx
### Case(s): 906 Clm No: 14 Clm. Amt: $4,983.35

c/o Mccreary, Veselka, Bragg & Allen Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680-1269
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,983.35**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | SEC | $4,983.35 | | |
| | | $4,983.35 | | |

### Bowie Central Appraisal District
### Case(s): 906 Clm No: 15 Clm. Amt: $5,709.20

c/o Mcreary, Veselka, Bragg & Allen, Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,709.20**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | SEC | $5,709.20 | | |
| | | $5,709.20 | | |

## Tax Appraisal District Of Bell County
### Case(s): 906 Clm No: 16 Clm. Amt: $4,652.71

*c/o Mccreary, Veselka, Bragg & Allen Pc*
*Attn: Lee Gordon*
*Po Box 1269*
*Round Rock, TX 78680-1269*
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,652.71**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | SEC | $4,652.71 | | |
| | | $4,652.71 | | |

## State Of Minnesota, Dept Of Revenue
### Case(s): 906 Clm No: 17 Clm. Amt: $13,120.00

*Attn: Sara Westly*
*Po Box 64447 - Bky*
*St Paul, MN 55164-0447*
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $13,120.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | PRI | $13,120.00 | | |
| | | $13,120.00 | | |

## Montgomery County
### Case(s): 906 Clm No: 18 Clm. Amt: $8,061.86

*c/o Linebarger Goggan Blair & Sampson Llp*
*Po Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $8,061.86**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | SEC | $8,061.86 | | $0.00 |
| | | $8,061.86 | | $0.00 |

## Harris County, Et Al
### Case(s): 906 Clm No: 19 Clm. Amt: $122,061.96

*c/o Linebarger Goggan Blair & Sampson Llp*
*Attn: John P. Dillman*
*Po Box 3064*
*Houston, TX 77253-3064*
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $122,061.96**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | SEC | $122,061.96 | | $0.00 |
| | | $122,061.96 | | $0.00 |

## Northern Indiana Public Service Company
### Case(s): 906 Clm No: 20 Clm. Amt: $445.55

*Attn: Angela F. Sanchez*
*801 E. 8Th Ave.*
*Merrillville, IN 46410*
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $445.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $445.55 | | |
| | | $445.55 | | |

## Pacific Buying And Marketing Service Limited
### Case(s): 906 Clm No: 21 Clm. Amt: $29,427.54

*Attn: Meonne Sin*
*22/F Tai Yau Building 181 Johnston Rd*
*Wanchai*
*Hong Kong*
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $29,427.54**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $29,427.54 | | |
| | | $29,427.54 | | |

## Audio Technology Of New York, Inc.
### Case(s): 906 Clm No: 22 Clm. Amt: $122,545.70

*Attn: Amber Ulrich*
*143 W 29th Street, 7Th Fl*
*New York, NY 10001*
**Date Filed: 12/28/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $122,545.70**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $122,545.70 | | |
| | | $122,545.70 | | |

## Rand Accessories Inc.
### Case(s): 906 Clm No: 23 Clm. Amt: $979,209.69

*Attn: Adam Goldberg*
*9350 Ave. De L'Esplanade, Suite 222*
*Montreal, QC H2N IV6*
*Canada*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $979,209.69**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $979,209.69 | | |
| | | $979,209.69 | | |

## Knox County Trustee
### Case(s): 906 Clm No: 24 Clm. Amt: $486.00

*Attn: Linda Mcginnis*
*Post Office Box 70*
*Knoxville, TN 37901*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $486.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | SEC | $486.00 | | |
| | | $486.00 | | |

## Rareearth, LLC
### Case(s): 906 Clm No: 25 Clm. Amt: $20,440.06

*Attn: Sherri Lea Jobelius*
*7625 Golden Triangle Drive, Suite E*
*Eden Prairie, MN 55344*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $20,440.06**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $20,440.06 | | |
| | | $20,440.06 | | |

## FC Wiregrass Spe, LLC
### Case(s): 906 Clm No: 26 Clm. Amt: $5,618.37

*Attn: Michael Flowers*
*50 Public Square, Terminal Tower, Suite 1360*
*Cleveland, OH 44113*
**Date Filed: 12/21/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,618.37**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $5,618.37 | | |
| | | $5,618.37 | | |

## Questar Gas Company
### Case(s): 906 Clm No: 27 Clm. Amt: $553.80

*Dba Dominion Energy Ut*
*C/O Bankruptcy Dnr 132*
*Attn: Valerie Taylor*
*1140 W. 200 S. Po Box 3194*
*Salt Lake City, UT 84110*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $553.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $553.80 | | |
| | | $553.80 | | |

## State Of Minnesota, Dept Of Revenue
### Case(s): 906 Clm No: 28 Clm. Amt: $13,120.00

*Attn: Sara Westly*
*Po Box 64447 - Bky*
*St. Paul, MN 55164-0447*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $13,120.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | PRI | $13,120.00 | | $0.00 |
| | | $13,120.00 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |
| Miscellaneous objection | Objection Granted |

## Columbia Gas of Massachusetts
### Case(s): 906 Clm No: 29 Clm. Amt: $607.89

*Attn: Jetta K. Ruble*
*PO Box 2025*
*Springfield, MA 01102*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Amended By Clm #: 151**
**Claim Face Value: $607.89**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $607.89 | | |
| | | $607.89 | | |

## Greene County Collector Of Revenue
### Case(s): 906 Clm No: 30 Clm. Amt: $701.76

*Attn: Leah Betts*
*940 N. Boonville Ave.*
*Springfield, MO 65802*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $701.76**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | PRI | $701.76 | | |
| | | $701.76 | | |

## Pepco
### Case(s): 906 Clm No: 31 Clm. Amt: $5,470.51

*Po Box 97294*
*Washington, DC 20090*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,470.51**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $5,470.51 | | |
| | | $5,470.51 | | |

## Columbia Gas Kentucky
### Case(s): 906 Clm No: 32 Clm. Amt: $332.45

*Attn: Christy Peoples*
*Po Box 117*
*Columbus, OH 43216*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $332.45**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $332.45 | | |
| | | $332.45 | | |

## Columbia Gas Of Ohio
### Case(s): 906 Clm No: 33 Clm. Amt: $590.20

*Attn: Christy Peoples*
*Po Box 117*
*Columbus, OH 43216*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $590.20**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $590.20 | | |
| | | $590.20 | | |

### Columbia Gas Of Virginia
### Case(s): 906 Clm No: 34 Clm. Amt: $205.01

*Attn: Christy Peoples*
*Po Box 117*
*Columbus, OH 43216*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $205.01**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $205.01 | | |
| | | $205.01 | | |

### Columbia Gas Of Pennsylvania
### Case(s): 906 Clm No: 35 Clm. Amt: $139.32

*Attn: Christy Peoples*
*Po Box 117*
*Columbus, OH 43216*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $139.32**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $139.32 | | |
| | | $139.32 | | |

### Hung Mei (Hong Kong) Limited
### Case(s): 906 Clm No: 36 Clm. Amt: $88,616.35

*Attn: Wai Ming Adrian Cheng*
*1104, 11/F Cheong Tai Commercial Building*
*60-66 Wing Lok St.*
*Sheung Wan*
*Hong Kong*
**Date Filed: 12/28/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $88,616.35**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $88,616.35 | | $0.00 |
| 909 | UNS | | | $88,616.35 |
| | | $88,616.35 | | $88,616.35 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### Spl Industries Ltd.
### Case(s): 906 Clm No: 37 Clm. Amt: $797,064.00

*Attn: Mukesh Kumar Aggarcod*
*Plot No-21, Sector - 6*
*Faridabad, Haryana - 121006*
*India*
**Date Filed: 12/26/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $797,064.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $797,064.00 | | |
| | | $797,064.00 | | |

### Mississippi Department Of Revenue
### Case(s): 906 Clm No: 38 Clm. Amt: $14,539.24

*c/o Bankruptcy Section*
*Attn: Nikeshia Agee*
*Po Box 22808*
*Jackson, MS 39225*
**Date Filed: 12/28/2017**
**Bar Date: 2/19/2018**
**Amended By Clm #: 424**
**Claim Face Value: $14,539.24**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $14,539.24 | | |
| | | $14,539.24 | | |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Filed |
| Miscellaneous objection | Objection Filed |

## Amaravathi Textiles
### Case(s): 906 Clm No: 39 Clm. Amt: $62,038.32

*Attn: M. Sivakkannan*
*9-D/5, Ramakrishnapuram*
*Karur, TN 639001*
*India*
**Date Filed: 12/28/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $62,038.32**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $62,038.32 | | |
| | | $62,038.32 | | |

## Décor Craft Inc.
### Case(s): 906 Clm No: 40 Clm. Amt: $17,500.80

*Attn: John Costello*
*133 Mathewson St.*
*Providence, RI 02903*
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $17,500.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $17,500.80 | | |
| | | $17,500.80 | | |

## Los Angeles County Treasurer
### Case(s): 906 Clm No: 41 Clm. Amt: $571.81

*And Tax Collector*
*Attn: Oscar Estrada*
*P.O. Box 54110*
*Los Angeles CA 90054-0110*
**Date Filed: 12/29/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $571.81**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | SEC | | | $0.00 |
| 906 | SEC | $571.81 | | $0.00 |
| 906 | UNS | $0.00 | | $0.00 |
| | | $571.81 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

## Dunbar Armored Inc.
### Case(s): 906 Clm No: 42 Clm. Amt: $448.11

*Attn: Kathy A. Childress*
*50 Schilling Road*
*Hunt Valley, MD 21031*
**Date Filed: 12/29/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $448.11**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $448.11 | | |
| | | $448.11 | | |

## Knox County Trustee
### Case(s): 906 Clm No: 43 Clm. Amt: $316.00

*Attn: Linda G. Mcginnis*
*Post Office Box 70*
*Knoxville, TN 37901*
**Date Filed: 12/27/2017**
**Bar Date: 2/19/2018**
**Claim Face Value: $316.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | SEC | $316.00 | | |
| | | $316.00 | | |

### City Of Waco Et Al
**Case(s): 906 Clm No: 44 Clm. Amt: $4,890.17**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Mccreary, Veselka, Bragg & Allen, P.C.*<br>*Attn: Lee Gordon*<br>*P.O. Box 1269*<br>*Round Rock, TX 78680-1269*<br>**Date Filed: 1/2/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $4,890.17** | 906<br>906 | SEC<br>UNS | $4,890.17<br>$0.00<br>$4,890.17 | | $0.00<br>$0.00<br>$0.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Insufficient documentation | Objection Granted |

### Connective Talent Corp
**Case(s): 906 Clm No: 45 Clm. Amt: $27,000.00**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Rick Krostag/Angie Gregory*<br>*3555 Timmons Lane, Suite 925*<br>*Houston, TX 77027*<br>**Date Filed: 1/2/2018**<br>**Bar Date: 2/19/2018**<br>**Amended By Clm #: 53**<br>**Claim Face Value: $27,000.00** | 906 | UNS | $27,000.00<br>$27,000.00 | | |

### TA Trading Co., Ltd
**Case(s): 906 Clm No: 46 Clm. Amt: $79,234.45**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Ko Byung Gil*<br>*194 Dongil-Ro Gwangjin-Gu*<br>*Seoul, 05003*<br>*Korea*<br>**Date Filed: 1/2/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $79,234.45** | 906 | UNS | $79,234.45<br>$79,234.45 | | |

### Pearl Global Industries Limited
**Case(s): 906 Clm No: 47 Clm. Amt: $156,193.08**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Rajkumar Chawla*<br>*Plot No. 51, Sector-32*<br>*Gurgaon-122001, Haryana*<br>*India*<br>**Date Filed: 1/3/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $156,193.08** | 906 | UNS | $156,193.08<br>$156,193.08 | | |

### Platte County Collector
**Case(s): 906 Clm No: 48 Clm. Amt: $1,043.74**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Merrick, Baker & Strauss Pc*<br>*Attn: Bruce E. Strauss*<br>*1044 Main St, Suite 500*<br>*Kansas City, MO 64105*<br>**Date Filed: 1/2/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $1,043.74** | 906 | PRI | $1,043.74<br>$1,043.74 | | |

### Town Of Collierville
**Case(s): 906 Clm No: 49 Clm. Amt: $336.58**

*Attn: Nora D Bennett*
*500 Poplar View Pkwy*
*Collierville, TN 38017*
**Date Filed: 1/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $336.58**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $336.58 | | |
| | | $336.58 | | |

### Accudata Integrated Marketing
**Case(s): 906 Clm No: 50 Clm. Amt: $6,208.65**

*Attn: Arlene Aberbach*
*5220 Summerlin Commons Blvd. #200*
*Fort Myers, FL 33907*
**Date Filed: 1/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,208.65**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $6,208.65 | | |
| | | $6,208.65 | | |

### Krishna Beads Industries
**Case(s): 906 Clm No: 51 Clm. Amt: $61,128.50**

*Attn: Jasmeet Kaur*
*C-7, Sector-63*
*Noida-201301, Up 20130*
*India*
**Date Filed: 1/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $61,128.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $61,128.50 | | |
| | | $61,128.50 | | |

### Vip Products
**Case(s): 906 Clm No: 52 Clm. Amt: $23,800.80**

*Attn: Stephen Sacra/Kristy Smith*
*16515 S. 40Th Street, Suite 121*
*Phoenix, AZ 85048*
**Date Filed: 1/3/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $23,800.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $23,800.80 | | $0.00 |
| | | $23,800.80 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

### 360 Professional Alliance, Inc.
**Case(s): 906 Clm No: 53 Clm. Amt: $17,000.00**

*Attn: Celia Brown*
*11711 Memorial Drive, Suite 269*
*Houston, TX 77024*
**Date Filed: 1/3/2018**
**Bar Date: 2/19/2018**
**Amended By Clm #: 141**
**Claim Face Value: $17,000.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $17,000.00 | | |
| | | $17,000.00 | | |

### Natasha Accessories Ltd
**Case(s): 906 Clm No: 54 Clm. Amt: $219,942.00**

*Attn: Gokaran Singh*
*7W 36Th St - 2nd Floor*
*New York, NY 10018*
**Date Filed: 1/3/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $219,942.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $219,942.00 | | |
| | | $219,942.00 | | |

### Cleveland County Treasurer
### Case(s): 906 Clm No: 55 Clm. Amt: $14,388.00

*Attn: Sherah Curren*
*201 S. Jones Ave, Suite 100*
*Norman, OK 73069*
**Date Filed: 1/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $7,194.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $7,194.00 | | $0.00 |
| 909 | SEC | | | $0.00 |
| 906 | SEC | $7,194.00 | | $0.00 |
| | | $14,388.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

### Portland General Electric (Pge)
### Case(s): 906 Clm No: 56 Clm. Amt: $4,009.68

*Attn: Aaron Garcia*
*7895 SW Mohawk St. / Erc*
*Tualatin, OR 97062*
**Date Filed: 1/3/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,009.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $4,009.68 | | |
| | | $4,009.68 | | |

### Memphis Light Gas And Water
### Case(s): 906 Clm No: 57 Clm. Amt: $5,335.34

*Attn: Kendra Jamerson-Garner*
*Po Box 430*
*Memphis, TN 38101*
**Date Filed: 1/3/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,335.34**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $5,335.34 | | |
| | | $5,335.34 | | |

### City Of Lancaster, Pa
### Case(s): 906 Clm No: 58 Clm. Amt: $50.55

*Attn: Julie E. Taylor*
*Po Box 1020*
*39 W Chestnut St.*
*Lancaster, PA 17608*
**Date Filed: 1/3/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $50.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $50.55 | | |
| | | $50.55 | | |

### Consolidated Edison Co. Of Ny, Inc.
### Case(s): 906 Clm No: 59 Clm. Amt: $1,279.80

*c/o Bankruptcy Group*
*Attn: Joy T. Scaglione*
*4 Irving Place, Room 1875-S*
*New York, NY 10003*
**Date Filed: 1/4/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,279.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,279.80 | | |
| | | $1,279.80 | | |

## Schenker Inc.
### Case(s): 906 Clm No: 60 Clm. Amt: $136,864.80

*Attn: Andrew Miller*
*1305 Executive Blvd #200*
*Chesapeake, VA 23320*
**Date Filed: 1/19/2018**
**Orig. Date Filed: 1/3/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 60**
**Amended By Clm #: 60**
**Claim Face Value: $136,864.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $136,864.80 | | |
| | | $136,864.80 | | |

## Gg International Manufacturing Co., Ltd.
### Case(s): 906 Clm No: 61 Clm. Amt: $109,599.80

*Attn: David Kim*
*Gg Building, 192, Jang Chung Danro*
*Jung-Gu, Seoul*
*Korea*
**Date Filed: 1/4/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $109,599.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $109,599.80 | | |
| | | $109,599.80 | | |

## Lefevre Law, Pc
### Case(s): 906 Clm No: 62 Clm. Amt: $2,085.00

*Attn: David Lefevre*
*1302 Waugh Dr. #189*
*Houston, TX 77019*
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,085.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $2,085.00 | | |
| | | $2,085.00 | | |

## Bscmedia Corporation
### Case(s): 906 Clm No: 63 Clm. Amt: $20,000.00

*Attn: Doug Wickman*
*57 Jefferson Rd*
*Franklin, MA 02038*
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $20,000.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $20,000.00 | | |
| | | $20,000.00 | | |

## Keter Environmental Services, Inc.
### Case(s): 906 Clm No: 64 Clm. Amt: $30,598.23

*Attn: Richard Plutzer*
*4 High Ridge Park*
*Suite 202*
*Stamford, CT 06905*
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $30,598.23**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $30,598.23 | | $0.00 |
| | | $30,598.23 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

## Baltimore Gas And Electric Co.
### Case(s): 906 Clm No: 65 Clm. Amt: $1,246.57

*Attn: Gail Bush*
*P.O. Box 1475*
*Baltimore, MD 21201*
**Date Filed: 1/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,246.57**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $1,246.57 | | |
| | | $1,246.57 | | |

## Down Syndrome Association Of Memphis & The Mid-South
### Case(s): 906 Clm No: 66 Clm. Amt: $250.00

*Address Redacted*
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $250.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $250.00 | | |
| | | $250.00 | | |

## First Advantage
### Case(s): 906 Clm No: 67 Clm. Amt: $15,592.08

*Attn: Marci Holland*
*One Concourse Pkwy Suite 200*
*Sandy Springs, GA 30328*
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $15,592.08**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $15,592.08 | | |
| | | $15,592.08 | | |

## Edge Accessories Limited
### Case(s): 906 Clm No: 68 Clm. Amt: $183,504.08

*Attn: Steve Hardy*
*16-17 Hamm Beach Road*
*Portland Marina*
*Dorset*
*United Kindom*
**Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Amended By Clm #: 117**
**Claim Face Value: $183,504.08**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $183,504.08 | | $0.00 |
| | | $183,504.08 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Insufficient documentation | Objection Granted |

## Broward County
### Case(s): 906 Clm No: 69 Clm. Amt: $9,538.98

*c/o Broward County Records, Taxes & Treasury*
*Attn: Bankruptcy Section*
*115 S. Andrews Ave. #A-100*
*Ft. Lauderdale, FL 33301*
**Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,538.98**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | SEC | $9,538.98 | | $0.00 |
| | | $9,538.98 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Insufficient documentation | Objection Granted |

### City Of Mesquite & Mesquite Independent School District
### Case(s): 906 Clm No: 70 Clm. Amt: $5,172.55

c/o Schuerenberg & Grimes Pc
Attn: Gary Allmon Grimes
120 West Main, Suite 201
Mesquite, TX 75149
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,172.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | SEC | $5,172.55 | | |
| | | $5,172.55 | | |

### Northern States Power Co., A MN Co.
### Case(s): 906 Clm No: 71 Clm. Amt: $5,246.02

D/B/A Xcel Energy
C/O Bankruptcy Department
Attn: Katie Ann Miller
Po Box 9477
Minneapolis, MN 55484
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,246.02**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $5,246.02 | | |
| | | $5,246.02 | | |

### City Of Waco
### Case(s): 906 Clm No: 72 Clm. Amt: $5,134.69

c/o Mccreary, Veselka, Bragg & Allen, P.C.
Attn: Lee Gordon
P.O. Box 1269
Round Rock, TX 78680-1269
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,134.69**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $5,134.69 | | $0.00 |
| 906 | SEC | Unknown | Y | |
| | | $5,134.69 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

### County Of Denton, Texas
### Case(s): 906 Clm No: 73 Clm. Amt: $2,555.99

c/o Mccreary, Veselka, Bragg & Allen Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680
**Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,555.99**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | $2,555.99 | | $0.00 |
| 909 | PRI | | | $2,822.89 |
| 906 | SEC | Unknown | Y | $0.00 |
| | | $2,555.99 | | $2,822.89 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### County Of Comal
#### Case(s): 906 Clm No: 74 Clm. Amt: $5,083.61

c/o Mccreary, Veselka, Bragg & Allen Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,083.61**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $5,083.61 | | $0.00 |
| 906 | SEC | Unknown | Y | $0.00 |
| | | $5,083.61 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### County Of Brazos, TX
#### Case(s): 906 Clm No: 75 Clm. Amt: $5,232.53

c/o Mccreary, Veselka, Bragg & Allen Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,232.53**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | PRI | | | $1,575.98 |
| 906 | SEC | Unknown | Y | $0.00 |
| 906 | UNS | $5,232.53 | | $0.00 |
| | | $5,232.53 | | $1,575.98 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |

### Bowie Central Appraisal District
#### Case(s): 906 Clm No: 76 Clm. Amt: $5,994.68

c/o Mccreary, Veselka, Bragg & Allen, PC
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680
**Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,994.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $5,994.68 | | $0.00 |
| 906 | SEC | Unknown | Y | $0.00 |
| | | $5,994.68 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |
| Filed against wrong company | Objection Filed |
| Filed against wrong company | Objection Filed |
| Miscellaneous objection | Objection Filed |

**Tax Appraisal District Of Bell County**
**Case(s): 906 Clm No: 77 Clm. Amt: $4,885.37**

c/o Mccreary, Veselka, Bragg & Allen Pc
Attn: Lee Gordon
Po Box 1269
Round Rock, TX 78680
**Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,885.37**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $4,885.37 | | $0.00 |
| 906 | SEC | Unknown | Y | $0.00 |
| | | $4,885.37 | | $0.00 |

## Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

**County of Williamson, Texas**
**Case(s): 906 Clm No: 78 Clm. Amt: $12,697.30**

c/o Mccreary, Veselka, Bragg & Allen PC
Attn: Tara LeDay
P O Box 1269
Round Rock, TX 78680-1269
**Date Filed: 8/13/2018**
**Orig. Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 78**
**Amended By Clm #: 78**
**Claim Face Value: $6,348.65**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | $6,348.65 | | $0.00 |
| 909 | ADM | | | $6,348.65 |
| 906 | SEC | $6,348.65 | | $0.00 |
| | | $12,697.30 | | $6,348.65 |

## Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Filed |

**Stylescape, Inc.**
**Case(s): 906 Clm No: 79 Clm. Amt: $47,100.06**

Attn: Deborah Li
1412 Broadway, Fl 21, Suite 2203
New York, NY 10018
**Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $47,100.06**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $47,100.06 | | |
| | | $47,100.06 | | |

**Jbc Style Ny, LLC**
**Case(s): 906 Clm No: 80 Clm. Amt: $12,500.00**

Attn: Jack Bornhoeft
108 West 39Th Street
7Th Floor
New York, NY 10018
**Date Filed: 1/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $12,500.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $12,500.00 | | |
| | | $12,500.00 | | |

### Fragments Holding LLC
### Case(s): 906 Clm No: 81 Clm. Amt: $708,978.97

*Attn: Phillip Frankenberg*
*42 W. 39Th St, 8Th Floor*
*New York, NY 10018*
**Date Filed: 3/28/2018**
**Orig. Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 81**
**Amended By Clm #: 81**
**Claim Face Value: $708,978.97**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | 503(b)(9) | $108,493.37 | | |
| 909 | 503(b)(9) | | | $108,493.37 |
| 906 | UNS | $600,485.60 | | |
| 909 | UNS | | | $600,485.60 |
| | | $708,978.97 | | $708,978.97 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Filed |

### Leukon Inc.
### Case(s): 906 Clm No: 82 Clm. Amt: $71,555.44

*Attn: Kyu Seung Ahn*
*Rm#407, Nonhyeon-Ro 10-Gil, 29 Seoul S.*
*Korea*
*Gangnam, 06312*
*S. Korea*
**Date Filed: 1/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $71,555.44**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $71,555.44 | | |
| | | $71,555.44 | | |

### Wichita County
### Case(s): 906 Clm No: 83 Clm. Amt: $2,955.73

*Attn: Jeanmarie Baer*
*Po Box 8188*
*Wichita Falls, TX 76307*
**Date Filed: 1/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,955.73**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | SEC | $2,955.73 | | $0.00 |
| | | $2,955.73 | | $0.00 |

### Gm International Co., Ltd
### Case(s): 906 Clm No: 84 Clm. Amt: $313,638.73

*Attn: Jae Kwang Lim*
*156 Yeoksam - Ro, Gangnam-Gu*
*Seoul 06249*
*S. Korea*
**Date Filed: 1/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $313,638.73**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $313,638.73 | | |
| | | $313,638.73 | | |

### Talking Tables Inc.
### Case(s): 906 Clm No: 85 Clm. Amt: $62,439.00

*Attn: Mark Mccormack*
*404 Fifth Avenue, 3Rd Floor*
*New York, NY 10018*
**Date Filed: 1/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $62,439.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $62,439.00 | | |
| | | $62,439.00 | | |

### TA Trading Co., Ltd
### Case(s): 906 Clm No: 86 Clm. Amt: $79,234.45

Attn: Ko Byung Gil
194 Dongil-Ro Gwangjin-Gu
Seoul
Republic Of Korea
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $79,234.45**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $79,234.45 | | $0.00 |
| | | $79,234.45 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |


### Whitley Penn LLP
### Case(s): 906 Clm No: 87 Clm. Amt: $9,143.83

1400 West 7Th Street
Suite 400
Fort Worth, TX 76102
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,143.83**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $9,143.83 | | |
| | | $9,143.83 | | |


### Aminco International
### Case(s): 906 Clm No: 88 Clm. Amt: $39,950.75

Attn: Thomas Eldridge
20571 Crescent Bay Dr.
Lake Forest, CA 92630
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $39,950.75**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $39,950.75 | | |
| | | $39,950.75 | | |


### Evolutioneyes, Inc.
### Case(s): 906 Clm No: 89 Clm. Amt: $78,622.50

Attn: Jacqueline Bretton
270 Jenckes Hill Rd.
Smithfield, RI 02917
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $78,622.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $78,622.50 | | |
| | | $78,622.50 | | |


### Rancho Mall, LLC
### Case(s): 906 Clm No: 90 Clm. Amt: $8,198.20

c/o Forest City Commercial Management, Llc
Attn: Michael Flowers
50 Public Square, Terminal Tower, Suite
1360
Cleveland, OH 44113
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $8,198.20**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $8,198.20 | | |
| | | $8,198.20 | | |

### SVF University Westwood, LLC
### Case(s): 906 Clm No: 91 Clm. Amt: $16,775.17

*American Realty Advisors*
*Attn: Kristin Adrian*
*515 S. Flower Street*
*Los Angeles, CA 90071*
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $16,775.17**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $16,775.17 | | |
| | | $16,775.17 | | |

### SVF University Westwood, LLC
### Case(s): 906 Clm No: 92 Clm. Amt: $214,277.61

*American Realty Advisors*
*Attn: Kristin Adrian*
*515 S. Flower Street*
*Los Angeles, CA 90071*
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $214,277.61**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $214,277.61 | | |
| | | $214,277.61 | | |

### Fc Yonkers
### Case(s): 906 Clm No: 93 Clm. Amt: $14,025.52

*c/o Forest City Commercial Management, Llc*
*Attn: Michael Flowers*
*50 Public Square, Terminal Tower, Suite 1360*
*Cleveland, OH 44113*
**Date Filed: 1/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $14,025.52**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $14,025.52 | | |
| | | $14,025.52 | | |

### Temecula Towne Center Associates, LLC
### Case(s): 906 Clm No: 94 Clm. Amt: $5,194.04

*c/o Forest City Commercial Management, Llc*
*Attn: Michael Flowers*
*50 Public Square, Terminal Tower, Suite 1360*
*Cleveland, OH 44113*
**Date Filed: 1/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,194.04**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $5,194.04 | | |
| | | $5,194.04 | | |

### Stapleton North Town LLC
### Case(s): 906 Clm No: 95 Clm. Amt: $4,246.94

*c/o Forest City Commercial Management, Llc*
*Attn: Michael Flowers*
*50 Public Square, Terminal Tower, Suite 1360*
*Cleveland, OH 44113*
**Date Filed: 1/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,246.94**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $4,246.94 | | |
| | | $4,246.94 | | |

### Antelope Valley Mall, LLC
**Case(s): 906 Clm No: 96 Clm. Amt: $3,434.65**

*c/o Forest City Commercial Management, Llc*
*Attn: Michael Flowers*
*50 Public Square, Terminal Tower, Suite*
*1360*
*Cleveland, OH 44113*
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,434.65**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $3,434.65 | | |
| | | $3,434.65 | | |

### Antelope Valley Mall, LLC
**Case(s): 906 Clm No: 97 Clm. Amt: $135,155.08**

*c/o QIC Properties Us, Inc.*
*Attn: Joan Glenn-Katzakis*
*Associate General Counsel*
*600 Superior Ave. E. Suite 1500*
*Cleveland, OH 44114*
**Date Filed: 5/24/2018**
**Orig. Date Filed: 1/5/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 97**
**Amended By Clm #: 97**
**Claim Face Value: $135,155.08**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $6,720.43 | | |
| 906 | UNS | $128,434.65 | | |
| | | $135,155.08 | | |

### TMD Holdings, LLC
**Case(s): 906 Clm No: 98 Clm. Amt: $677,291.76**

*Attn: Henry Wang*
*461 Melwood, Ave.*
*Pittsburgh, PA 15213*
**Date Filed: 2/20/2018**
**Orig. Date Filed: 1/8/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 98**
**Amended By Clm #: 98**
**Claim Face Value: $677,291.76**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | 503(b)(9) | $162,707.72 | | $0.00 |
| 909 | 503(b)(9) | | | $52,409.80 |
| 906 | UNS | $514,584.04 | | |
| 909 | UNS | | | $554,881.96 |
| | | $677,291.76 | | $607,291.76 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

### Demert Brands
**Case(s): 906 Clm No: 99 Clm. Amt: $5,267.40**

*15402 N. Nebraska Ave, Suite 102*
*Lutz, FL 33549*
**Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,267.40**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $5,267.40 | | |
| | | $5,267.40 | | |

**Town Of Colliervillle**
**Case(s): 906 Clm No: 100 Clm. Amt: $273.84**

*Attn: Marry Ann Ayers*
*500 Poplar View Pkwy*
*Colliervillle, TN 38017*
**Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $273.84**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $273.84 | | $0.00 |
| | | $273.84 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Insufficient documentation | Objection Granted |

**Intermountain Gas Co.**
**Case(s): 906 Clm No: 101 Clm. Amt: $281.25**

*Attn: Darcy Goetz*
*Po Box 64*
*Boise, Id 83732*
**Date Filed: 1/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $281.25**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $281.25 | | |
| | | $281.25 | | |

**Department Of Treasury - Internal Revenue Service**
**Case(s): 906 Clm No: 102 Clm. Amt: $4,296,121.56**

*Internal Revenue Service*
*Po Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 1/11/2018**
**Bar Date: 2/19/2018**
**Amended By Clm #: 190**
**Claim Face Value: $4,296,121.56**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $4,190,492.82 | | $0.00 |
| 906 | UNS | $105,628.74 | | $0.00 |
| | | $4,296,121.56 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Amended claim | Objection Granted |

**Reflektion Inc.**
**Case(s): 906 Clm No: 103 Clm. Amt: $54,996.00**

*Attn: Sanjay Jain*
*1510 Fashion Island Blvd #100*
*San Mateo, CA 94404*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $54,996.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $54,996.00 | | |
| | | $54,996.00 | | |

**Two's Company, I Nc.**
**Case(s): 906 Clm No: 104 Clm. Amt: $124,960.19**

*c/o Sko Brenner American Inc.*
*Attn: Stuart Brenner*
*843 Merrick Road*
*Baldwin, NY 11510*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $124,960.19**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $124,960.19 | | |
| | | $124,960.19 | | |

## South Carolina Department Of Revenue
### Case(s): 906 Clm No: 105 Clm. Amt: $1,150.88

*Attn: Herman C. Harrington*
*P.O. Box 12265*
*Columbia, SC 29211*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,150.88**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $1,150.88 | | $0.00 |
| | | $1,150.88 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

## Commonwealth Of Pennsylvania
### Case(s): 906 Clm No: 106 Clm. Amt: $179.50

*Attn: Honorable Francis J. Bernhardt Iii*
*625 West Ridge Pike*
*Building B Suite 101*
*Conshohocken, PA 19428-1188*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $179.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $179.50 | | |
| | | $179.50 | | |

## Commonwealth Of Pennsylvania
### Case(s): 906 Clm No: 107 Clm. Amt: $157.50

*Attn: Honorable Francis J. Bernhardt Iii*
*625 West Ridge Pike*
*Building B Suite 101*
*Conshohocken, PA 19428-1188*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $157.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $157.50 | | |
| | | $157.50 | | |

## Voided Claim - Entered in Error
### Case(s): Clm No: 108 Clm. Amt:

**Date Filed:**
**Bar Date: 2/19/2018**
**Claim Face Value:**

## El Paso County Treasurer
### Case(s): 906 Clm No: 109 Clm. Amt: $28,825.88

*PO Box 2018*
*Colorado Springs, CO 80901*
**Date Filed: 1/17/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $14,412.94**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $14,412.94 | | $0.00 |
| 906 | SEC | $14,412.94 | | $0.00 |
| | | $28,825.88 | | $0.00 |

## Macon-Bibb County Tax Commissioner
### Case(s): 906 Clm No: 110 Clm. Amt: $3,975.55

*Attn: Blake Edwin Lisenby*
*Po Box 4101*
*Macon, GA 31208*
**Date Filed: 1/17/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,975.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | PRI | $3,975.55 | | |
| | | $3,975.55 | | |

## Cps Energy - Bankruptcy Section
### Case(s): 906 Clm No: 111 Clm. Amt: $5,142.19

*145 Navarro, Mail Drop 110909*
*San Antonio TX 78205*
**Date Filed: 1/18/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,142.19**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $5,142.19 | | |
| | | $5,142.19 | | |

## Gm International Co., Ltd
### Case(s): 906 Clm No: 112 Clm. Amt: $313,638.73

*Attn: Jae Kwang Lim*
*156 Yeoksam-Ro, Gangnam-Gu*
*Seoul 06249*
*Korea*
**Date Filed: 1/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $313,638.73**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $313,638.73 | | $0.00 |
| | | $313,638.73 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

## Cpbp-Viii Associates, L.P.
### Case(s): 906 Clm No: 113 Clm. Amt: $23,517.88

*Attn: Steven W. Kelly, Esq.*
*1801 York Street*
*Denver, Co 80206*
**Date Filed: 1/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $23,517.88**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $23,517.88 | | |
| | | $23,517.88 | | |

## Public Service Of New Hamphsire Dba Eversource
### Case(s): 906 Clm No: 114 Clm. Amt: $1,057.05

*c/o Eversource Legal Dept*
*Attn: Honor Heath Esq.*
*107 Selden St.*
*Berlin, CT 06037*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,057.05**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $1,057.05 | | |
| | | $1,057.05 | | |

## Connecticut Light And Power Dba Eversource
### Case(s): 906 Clm No: 115 Clm. Amt: $9,194.38

*c/o Eversource Legal Dept*
*Attn: Honor Heath Esq.*
*107 Selden St.*
*Berlin, CT 06037*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,194.38**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $9,194.38 | | |
| | | $9,194.38 | | |

## Addison Professional Financial Search Llc
### Case(s): 906 Clm No: 116 Clm. Amt: $5,275.00

*Attn: Accounts Receivable*
*125 S. Wacker Drive*
*Suite 2700*
*Chicago, IL 60606*
**Date Filed: 1/22/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,275.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $5,275.00 | | $3,187.50 |
| | | $5,275.00 | | $3,187.50 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Claim does not agree with books | Objection Granted |

## Edge Accessories Limited Steve Hardy
### Case(s): 906 Clm No: 117 Clm. Amt: $183,964.08

*Attn: Steve Hardy*
*16-17 Hamm Beach Road*
*Portland*
*Dorset DT5 1DX*
*United Kindom*
**Date Filed: 1/22/2018**
**Orig. Date Filed: 1/9/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 68**
**Claim Face Value: $183,964.08**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $183,964.08 | | |
| | | $183,964.08 | | |

## Yankee Gas Company Dba Eversource
### Case(s): 906 Clm No: 118 Clm. Amt: $801.55

*c/o Eversource Legal Dept*
*Attn: Honor Heath Esq.*
*107 Selden St.*
*Berlin, CT 06037*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $801.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $801.55 | | |
| | | $801.55 | | |

## Lafayette Utilities System
### Case(s): 906 Clm No: 119 Clm. Amt: $87.35

*Po Box 4024 - C*
*Lafayette, LA 70502*
**Date Filed: 1/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $87.35**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $87.35 | | |
| | | $87.35 | | |

## Reedsmith Llp
### Case(s): 906 Clm No: 120 Clm. Amt: $164,829.28

*Attn: Eric Wertz*
*20 Stanwix St.*
*Pittsburgh, PA 15222*
**Date Filed: 1/17/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $164,829.28**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $164,829.28 | | $0.00 |
| 909 | UNS | | | $26,694.85 |
| | | $164,829.28 | | $26,694.85 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

**Insight Direct Usa, Inc.**
**Case(s): 906 Clm No: 121 Clm. Amt: $1,588.62**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Michael L. Walker*<br>*6820 S. Harl Ave.*<br>*Tempe, AZ 85283*<br>**Date Filed: 1/17/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $1,588.62** | 906 | UNS | $1,588.62<br>$1,588.62 | | |

**Kansas Gas Service**
**Case(s): 906 Clm No: 122 Clm. Amt: $354.92**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Shannon Miller*<br>*Po Box 3535*<br>*Topeka, KS 66601*<br>**Date Filed: 1/22/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $354.92** | 906 | UNS | $354.92<br>$354.92 | | |

**Centerpoint Energy**
**Case(s): 906 Clm No: 123 Clm. Amt: $1,097.97**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Jeannetta F. Johnson*<br>*Po Box 4567*<br>*Houston, TX 77251*<br>**Date Filed: 1/17/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $1,097.97** | 906 | UNS | $1,097.97<br>$1,097.97 | | |

**Centerpoint Energy**
**Case(s): 906 Clm No: 124 Clm. Amt: $295.71**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Jeannetta F. Johnson*<br>*Po Box 4567*<br>*Houston, TX 77251*<br>**Date Filed: 1/17/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $295.71** | 906 | UNS | $295.71<br>$295.71 | | |

**Centerpoint Energy**
**Case(s): 906 Clm No: 125 Clm. Amt: $220.05**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Jeannetta F. Johnson*<br>*Po Box 4567*<br>*Houston, TX 77251*<br>**Date Filed: 1/17/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $220.05** | 906 | UNS | $220.05<br>$220.05 | | |

**Westar Energy, Inc.**
**Case(s): 906 Clm No: 126 Clm. Amt: $1,246.02**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Bankruptcy Team*<br>*Po Box 208*<br>*Wichita, KS 67201-208*<br>**Date Filed: 1/17/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $1,246.02** | 906 | UNS | $1,246.02<br>$1,246.02 | | |

**Prime Time Nyc**
**Case(s): 906 Clm No: 127 Clm. Amt: $348,194.30**

*Attn: Isac Hanon*
*385 5Th Ave. Suite 304*
*New York, NY 10016*
**Date Filed: 1/18/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $348,194.30**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $348,194.30 | | |
| | | $348,194.30 | | |

**Public Service Of Colorado A Colorado Corp Dba Xcel Energy**
**Case(s): 906 Clm No: 128 Clm. Amt: $19,294.66**

*Attn: Kinbra Seawright*
*Po Box 9477*
*Minneapolis, MN 55484*
**Date Filed: 1/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $19,294.66**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $19,294.66 | | |
| | | $19,294.66 | | |

**Schindler Elevator Corporation**
**Case(s): 906 Clm No: 129 Clm. Amt: $6,625.54**

*Attn: Mike Neuschwanger*
*Po Box 93050*
*Chicago, IL 60673*
**Date Filed: 1/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,625.54**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $6,625.54 | | |
| | | $6,625.54 | | |

**Sasha Handbags Inc.**
**Case(s): 906 Clm No: 130 Clm. Amt: $45,929.50**

*c/o Winnie Banta*
*Attn: Gary S. Redish*
*21 Main St, Suite 101*
*Hackensack, NJ 07601*
**Date Filed: 1/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $45,929.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $45,929.50 | | |
| | | $45,929.50 | | |

**Slyce Acquisition Inc.**
**Case(s): 906 Clm No: 131 Clm. Amt: $423.88**

*Attn: Debrah Herman*
*1399 New York Ave. Nw Suite 601*
*Washington, DC 20005*
**Date Filed: 1/22/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $423.88**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $423.88 | | |
| | | $423.88 | | |

**Edge Accessories Limited**
**Case(s): 906 Clm No: 132 Clm. Amt: $17,520.00**

*16-17 Hamm Beach Road*
*Portland*
*Dorset, DT5 1DX*
*United Kingdom*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $17,520.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $17,520.00 | | $0.00 |
| | | $17,520.00 | | $0.00 |

## Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### Emanuel-Geraldo Inc
**Case(s): 906 Clm No: 133 Clm. Amt: $756,524.76**

*Attn: Mila Quiambao*
*160 Port-Royal West*
*Montreal, QC H3L 3N1*
*Canada*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $756,524.76**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $756,524.76 | | |
| | | $756,524.76 | | |

### Edge Accessories Limited Edge Accessories Ltd
**Case(s): 906 Clm No: 134 Clm. Amt: $34,604.97**

*Attn: Steve Hardy*
*16-17 Hamm Beach Road*
*Portland*
*Dorset DT5 1DX*
*United Kindom*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $34,604.97**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $34,604.97 | | |
| | | $34,604.97 | | |

### Psegli
**Case(s): 906 Clm No: 135 Clm. Amt: $3,937.95**

*15 Park Drive*
*Special Collections*
*Melville, NY 11747*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,937.95**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $3,937.95 | | |
| | | $3,937.95 | | |

### Tennessee Department Of Revenue
**Case(s): 906 Clm No: 136 Clm. Amt: $9,299.77**

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,299.77**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | PRI | $3,167.65 | | $0.00 |
| 906 | UNS | $6,132.12 | | $0.00 |
| | | $9,299.77 | | $0.00 |

### Kansas City Power And Light Greater Missouri, Operations Co.
**Case(s): 906 Clm No: 137 Clm. Amt: $8,078.56**

*Attn: Paul Sanders*
*P.O. Box 11739*
*Kansas City, MO 64138*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,039.28**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $4,039.28 | | $0.00 |
| 906 | UNS | $4,039.28 | | $0.00 |
| 909 | UNS | | | $4,039.28 |
| | | $8,078.56 | | $4,039.28 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### Kansas City Power And Light
**Case(s): 906 Clm No: 138 Clm. Amt: $10,508.88**

*Attn: Paul Sanders*
*P.O. Box 11739*
*Kansas City, MO 64138-0239*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,254.44**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $5,254.44 | | $0.00 |
| 906 | UNS | $5,254.44 | | $0.00 |
| 909 | UNS | | | $5,254.44 |
| | | $10,508.88 | | $5,254.44 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### Duke Energy
**Case(s): 906 Clm No: 139 Clm. Amt: $4,224.86**

*550 S Tryon Street*
*Dec45A - Legal Bankruptcy*
*Charlotte, NC 28202*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,224.86**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $4,224.86 | | $0.00 |
| | | $4,224.86 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### Leo D Bernstein & Sons, Inc.
**Case(s): 906 Clm No: 140 Clm. Amt: $6,806.68**

*151 West 25th Street*
*Attn: Karl Tartaglia*
*New York, NY 10001*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,806.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $6,806.68 | | |
| | | $6,806.68 | | |

### Rebecca Diane English
**Case(s): 906 Clm No: 141 Clm. Amt:**

*808 SE 11th St.*
*Lees Summit, MO 64081*
**Date Filed: 1/22/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | | | $0.00 |
| | | | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Claim does not agree with books | Objection Granted |

### Little Earth Productions, Inc.
**Case(s): 906 Clm No: 142 Clm. Amt: $40,816.50**

*Attn: Ava Deanne Demarco*
*2400 Josephine St.*
*Pittsburgh, PA 15203*
**Date Filed: 1/22/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $40,816.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $40,816.50 | | |
| | | $40,816.50 | | |

### Ameren Missouri
**Case(s): 906 Clm No: 143 Clm. Amt: $3,367.84**

*Attn: Patti M. Vickery*
*Bankruptcy Desk / Code 310*
*P.O. Box 66881*
*St. Louis, MO 63166*
**Date Filed: 1/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,367.84**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $3,367.84 | | |
| | | $3,367.84 | | |

### Madison/West Town, LLC
**Case(s): 906 Clm No: 144 Clm. Amt: $6,529.52**

*By CBL & Associates Management, Inc.*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,529.52**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $6,529.52 | | |
| | | $6,529.52 | | |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### Acadiana Mall CMBS LLC
**Case(s): 906 Clm No: 145 Clm. Amt: $5,452.18**

*By CBL & Associates Mgmt, Inc., as managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,452.18**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $5,452.18 | | |
| | | $5,452.18 | | |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### Arbor Place II, LLC
### Case(s): 906 Clm No: 146 Clm. Amt: $5,502.17

*By CBL & Associates Mgmt, Inc., as*
*managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,502.17**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $5,502.17            |     |                     |
|      |       | $5,502.17            |     |                     |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### Cherryvale Mall LLC
### Case(s): 906 Clm No: 147 Clm. Amt: $5,008.46

*By CBL & Associates Mgmt, Inc., as*
*managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,008.46**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $5,008.46            |     |                     |
|      |       | $5,008.46            |     |                     |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### CBL-Friendly Center, LLC
### Case(s): 906 Clm No: 148 Clm. Amt: $6,322.13

*By CBL & Associates Mgmt, Inc., as*
*managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,322.13**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $6,322.13            |     |                     |
|      |       | $6,322.13            |     |                     |

### Hamilton Place Mall CMBS, LLC
### Case(s): 906 Clm No: 149 Clm. Amt: $5,452.18

*By CBL & Associates Mgmt, Inc., as*
*managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,452.18**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $5,452.18            |     |                     |
|      |       | $5,452.18            |     |                     |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### JG Winston-Salem, LLC
**Case(s): 906 Clm No: 150 Clm. Amt: $5,981.55**

*By CBL & Associates Mgmt, Inc., as managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,981.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $5,981.55 | | |
| | | $5,981.55 | | |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### Parkway Place SPE, LLC
**Case(s): 906 Clm No: 151 Clm. Amt: $5,764.20**

*By CBL & Associates Mgmt, Inc., as managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,764.20**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $5,764.20 | | |
| | | $5,764.20 | | |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### Jumpkick Metrics LLC
**Case(s): 906 Clm No: 152 Clm. Amt: $10,681.01**

*712 H Street Suite 1234*
*Washington, DC 20002*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $10,681.01**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $10,681.01 | | |
| | | $10,681.01 | | |

### Pearland Town Center Limited Partnership
**Case(s): 906 Clm No: 153 Clm. Amt: $6,114.05**

*By CBL & Associates Mgmt, Inc., as managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,114.05**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $6,114.05 | | |
| | | $6,114.05 | | |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

### Shoppes at St. Clair CMBS, LLC
### Case(s): 906 Clm No: 154 Clm. Amt: $5,851.52

*By CBL & Associates Mgmt, Inc., as*
*managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,851.52**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $5,851.52 | | |
| | | $5,851.52 | | |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Duplicate claim | Objection Filed |

### CBL SM-Brownsville, LLC
### Case(s): 906 Clm No: 155 Clm. Amt: $4,513.79

*By CBL & Associates Mgmt, Inc., as*
*managing agent*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave., Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,513.79**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $4,513.79 | | |
| | | $4,513.79 | | |

### Triangle Town Center, LLLC
### Case(s): 906 Clm No: 156 Clm. Amt: $3,264.75

*By CBL & Associates Management, Inc.*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave, Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,264.75**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $3,264.75 | | |
| | | $3,264.75 | | |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Duplicate claim | Objection Filed |

### West County Mall CMBS, LLC
### Case(s): 906 Clm No: 157 Clm. Amt: $6,352.69

*By CBL & Associates Management, Inc.*
*Attn: Caleb Holzaepfel*
*736 Georgia Ave, Suite 300*
*Chattanooga, TN 37402*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,352.69**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $6,352.69 | | |
| | | $6,352.69 | | |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Duplicate claim | Objection Filed |

## Tom Cody Design, Inc.
**Case(s): 906 Clm No: 158 Clm. Amt: $1,150.00**

*Attn: Donald Meikle*
*260 W. 39th St, FL-6*
*New York, NY 10018*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,150.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | 503(b)(9) | | | $0.00 |
| 906 | 503(b)(9) | $1,150.00 | | $0.00 |
| 909 | UNS | | | $1,150.00 |
| | | $1,150.00 | | $1,150.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

## NW Natural
**Case(s): 906 Clm No: 159 Clm. Amt: $650.21**

*Attn: Frank Van Schoten*
*220 NW 2nd Ave.*
*Portland, OR 97209*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $650.21**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $650.21 | | |
| | | $650.21 | | |

## Clipper Magazine LLC
**Case(s): 906 Clm No: 160 Clm. Amt: $4,049.27**

*Attn: Melisssa Hirst*
*Po Box 610*
*3708 Hempland Road*
*Mountville, PA 17554*
**Date Filed: 1/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,049.27**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $4,049.27 | | |
| | | $4,049.27 | | |

## ESR LLC
**Case(s): 906 Clm No: 161 Clm. Amt: $12,308.50**

*608 W. Monroe St., Unit D*
*Austin, TX 78704*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $12,308.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $12,308.50 | | |
| | | $12,308.50 | | |

## The Purple Rose Foundation
**Case(s): 906 Clm No: 162 Clm. Amt: $3,552.11**

*PO Box 262*
*Bloomington, CA 92316*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,552.11**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $3,552.11 | | |
| | | $3,552.11 | | |

**American Electric Power**
Case(s): 906 Clm No: 163 Clm. Amt: $9,840.53

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Bankruptcy*<br>*1 AEP Way*<br>*Hurricane WV 25526*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $9,840.53** | 906 | UNS | $9,840.53<br>$9,840.53 | | |

**Riosoft Holdings, Inc.**
Case(s): 906 Clm No: 164 Clm. Amt: $20,766.13

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Rio SEO*<br>*8080 Dagget St. Suite 220*<br>*San Diego, CA. 92111*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $20,766.13** | 906 | UNS | $20,766.13<br>$20,766.13 | | |

**PLUSQA, LLC**
Case(s): 906 Clm No: 165 Clm. Amt: $1,768.00

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Audrey Kinnaron Bonnet*<br>*1725 S.E. Ash St.*<br>*Portland, OR 97214*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $1,768.00** | 906 | UNS | $1,768.00<br>$1,768.00 | | |

**DML Marketing Group**
Case(s): 906 Clm No: 166 Clm. Amt: $86,344.00

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *7711 Hayvenhurst Ave.*<br>*Van Nuys, CA 91406*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $86,344.00** | 906 | UNS | $86,344.00<br>$86,344.00 | | |

**City Of Coconut Creek, Broward County Florida**
Case(s): 906 Clm No: 167 Clm. Amt: $316.25

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Eve M Lewis*<br>*4800 W Copans Rd.*<br>*Coconut Creek, Fl 33063*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $316.25** | 906 | UNS | $316.25<br>$316.25 | | |

**River Chase Shopping Center, LLC**
Case(s): 906 Clm No: 168 Clm. Amt: $13,666.67

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *109 Northpark Blvd. Suite 300*<br>*Covington, LA 70433*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $13,666.67** | 906 | UNS | $13,666.67<br>$13,666.67 | | |

### Michael D. Rosen
**Case(s): 906 Clm No: 169 Clm. Amt: $3,000.00**

6959 Sperry St.
*Dallas, TX 75214*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,000.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $3,000.00 | | |
| | | $3,000.00 | | |

### Energy United
**Case(s): 906 Clm No: 170 Clm. Amt: $1,055.42**

P O Box 1831
*Statesville, NC 28687*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,055.42**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,055.42 | | |
| | | $1,055.42 | | |

### Mishawaka Utilities
**Case(s): 906 Clm No: 171 Clm. Amt: $497.64**

126 N Church St.
*Mishawaka, In 46544*
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $497.64**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $497.64 | | |
| | | $497.64 | | |

### LaTosha Hopkins
**Case(s): 906 Clm No: 172 Clm. Amt:**

3446 Iowa Ave. Apt. C
*Riverside, CA 92507*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | | | $0.00 |
| | | | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### Oklahoma Natural Gas
**Case(s): 906 Clm No: 173 Clm. Amt: $464.34**

ONG
P O Box 401
*Oklahoma City, OK 73101*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $464.34**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $464.34 | | |
| | | $464.34 | | |

### Down Syndrome Assoc. Of Memphis & The Mid South
**Case(s): 906 Clm No: 174 Clm. Amt: $100.00**

Attn: Martine Hobson
2893 S. Mendenhall Rd. Suite 3
*Memphis, TN 38115*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $100.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $100.00 | | |
| | | $100.00 | | |

### ArcVision, Inc.
**Case(s): 906 Clm No: 175 Clm. Amt: $24,455.77**

*Attn: Diane Gisi*
*1950 Craig Rd., Ste. 300*
*St. Louis, MO 63146*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $24,455.77**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | 503(b)(9) | $24,455.77 | | $0.00 |
| 909 | UNS | | | $24,455.77 |
| | | $24,455.77 | | $24,455.77 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### NM Taxation & Revenue Department
**Case(s): 906 Clm No: 176 Clm. Amt: $8,727.82**

*Attn: Lisa Ela*
*Po Box 8575*
*Albuquerque, NM 87198-8575*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $8,727.82**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $7,543.82 | | $0.00 |
| 906 | UNS | $1,184.00 | | $0.00 |
| | | $8,727.82 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Miscellaneous objection | Objection Granted |

### RGIS, LLC
**Case(s): 906 Clm No: 177 Clm. Amt: $548,649.45**

*Attn: Mark Roll*
*2000 E. Taylor Road*
*Auburn Hills, MI 48326*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $548,649.45**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $548,649.45 | | |
| | | $548,649.45 | | |

### City Of Austin DBA Austin Energy
**Case(s): 906 Clm No: 178 Clm. Amt: $1,904.09**

*Austin Energy - Collection*
*ATTN: Kimberley Nichols*
*721 Barton Springs Rd.*
*Austin, TX 78704*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,904.09**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $1,904.09 | | |
| | | $1,904.09 | | |

### Institute For Management Studies
#### Case(s): 906 Clm No: 179 Clm. Amt: $1,275.00

Attn: Anne Cates
201 W. Liberty St., #100
Reno, NV 89501
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,275.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | UNS | | | $0.00 |
| 906 | UNS | $1,275.00 | | $0.00 |
| | | $1,275.00 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

### Domestic Violence Program, Inc.
#### Case(s): 906 Clm No: 180 Clm. Amt: $713.60

2106 E Main St.
Murfreesboro, TN 37130
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $713.60**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $713.60 | | |
| | | $713.60 | | |

### S.L.E.W., Inc. (Support Lending For Emotional Well-Being)
#### Case(s): 906 Clm No: 181 Clm. Amt: $2,347.60

Attn: Olga Young
12525 Nacogdoches Rd., #104
San Antonio, TX 78217
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,347.60**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $2,347.60 | | |
| | | $2,347.60 | | |

### Stephane Nahon
#### Case(s): 906 Clm No: 182 Clm. Amt: $2,580.00

7 bis rue Alexandre Parodi
Paris 75010
France
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,580.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $2,580.00 | | |
| | | $2,580.00 | | |

### Fairfax Company Of Virginia, L.L.C.
#### Case(s): 906 Clm No: 183 Clm. Amt: $13,853.99

c/o The Taubman Company
Attn: Andrew Conway
200 E. Long Lake Rd., #300
Bloomfield Hills, MI 48304
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $13,853.99**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $13,853.99 | | |
| | | $13,853.99 | | |

### Fairfax Company Of Virginia L.L.C.
#### Case(s): 906 Clm No: 184 Clm. Amt: $35,787.68

c/o The Taubman Company
Attn: Andrew Conway
200 E. Long Lake Rd., #300
Bloomfield Hills, MI 48304
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $35,787.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $35,787.68 | | |
| | | $35,787.68 | | |

### Taubman Auburn Hills Associates LP
### Case(s): 906 Clm No: 185 Clm. Amt: $12,290.74

*c/o The Taubman Company*
*Attn: Andrew Conway*
*200 E. Long Lake Rd., #300*
*Bloomfield Hills, MI 48304*
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $12,290.74**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $12,290.74 | | |
| | | $12,290.74 | | |

### Taubman Auburn Hills Associates LP
### Case(s): 906 Clm No: 186 Clm. Amt: $8,794.06

*Great Lakes Crossing Outlets*
*c/o The Taubman Company*
*Attn: Andrew Conway*
*200 E. Long Lake Rd., #300*
*Bloomfield Hills, MI 48304*
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $8,794.06**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $8,794.06 | | |
| | | $8,794.06 | | |

### Green Hills Mall TRG LLC
### Case(s): 906 Clm No: 187 Clm. Amt: $47,790.68

*c/o The Taubman Company*
*Attn: Andrew Conway*
*200 E. Long Lake Rd., #300*
*Bloomfield Hills, MI 48304*
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $47,790.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $47,790.68 | | |
| | | $47,790.68 | | |

### Green Hills Mall TRG LLC
### Case(s): 906 Clm No: 188 Clm. Amt: $9,350.77

*c/o The Taubman Company*
*Attn: Andrew Conway*
*200 E. Long Lake Rd., #300*
*Bloomfield Hills, MI 48304*
**Date Filed: 1/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,350.77**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $9,350.77 | | |
| | | $9,350.77 | | |

### Collection XIIX, Ltd.
### Case(s): 906 Clm No: 189 Clm. Amt: $167,354.24

*Attn: Ralph Bergman*
*1370 Broadway, 17 Fl.*
*New York, NY 10018*
**Date Filed: 1/31/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $167,354.24**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $167,354.24 | | |
| | | $167,354.24 | | |

### Department Of The Treasury - IRS
### Case(s): 906 Clm No: 190 Clm. Amt: $8,196,121.56

*Internal Revenue Service*
*P O Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 1/31/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 102**
**Claim Face Value: $8,196,121.56**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $8,090,492.82 | | $8,090,492.82 |
| 906 | UNS | $105,628.74 | | $105,628.74 |
| | | $8,196,121.56 | | $8,196,121.56 |

## Steelhouse, Inc.
### Case(s): 906 Clm No: 191 Clm. Amt: $69,645.41

Attn: Marietta Sultzer
3644 Eastham Dr.
Culver City, CA 90232
**Date Filed: 1/31/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $69,645.41**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $69,645.41 | | |
| | | $69,645.41 | | |

## Ducharme, McMillen & Associates, Inc.
### Case(s): 906 Clm No: 192 Clm. Amt: $30,300.00

Pam Fischer
828 S. Harrison St. Suite 650
Fort Wayne, IN 46802
**Date Filed: 1/31/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $30,300.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $30,300.00 | | |
| | | $30,300.00 | | |

## Ooly, LLC
### Case(s): 906 Clm No: 193 Clm. Amt: $146,910.51

Accounting Manager
3923 Oceanic Drive, Ste 100
Oceanside, CA 92056
**Date Filed: 1/31/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $146,910.51**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $146,910.51 | | |
| | | $146,910.51 | | |

## Arapahoe County Treasurer
### Case(s): 906 Clm No: 194 Clm. Amt: $6,219.30

c/o Bankruptcy Department
ATTN: Laurene Luebke
5334 S. Prince St.
Littleton, CO 80120
**Date Filed: 2/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,219.30**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $6,219.30 | | |
| | | $6,219.30 | | |

## Arizona Department Of Revenue
### Case(s): 906 Clm No: 195 Clm. Amt: $37,656.87

Office Of The Arizona Attorney General
C/O Tax, Bankruptcy And Collection Section
2005 N Central Ave, Suite 100
Phoenix, AZ 85004
**Date Filed: 2/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $37,656.87**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $36,406.40 | | $36,406.40 |
| 906 | UNS | $1,250.47 | | $1,250.47 |
| | | $37,656.87 | | $37,656.87 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### Qingdao Hanshin Art Crafts Co., Ltd.
### Case(s): 906 Clm No: 196 Clm. Amt: $7,720.00

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Choi Stephen*<br>*No.206 Guocheng Road, Chengyoung-Qu,*<br>*Qingdao, 266109*<br>*China*<br>**Date Filed: 1/31/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $7,720.00** | 906 | UNS | $7,720.00<br>$7,720.00 | | |

### International Systems Of America, LLC
### Case(s): 906 Clm No: 197 Clm. Amt: $2,410.00

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Marcia T. Williams*<br>*P O Box 99529*<br>*Louisville, KY 40269-0529*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $2,410.00** | 906 | UNS | $2,410.00<br>$2,410.00 | | |

### Kentucky Utilities Company
### Case(s): 906 Clm No: 198 Clm. Amt: $631.48

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: C. Michael Cooper*<br>*820 W Broadway*<br>*Louisville, KY 40202*<br>**Date Filed: 1/26/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $631.48** | 906 | UNS | $631.48<br>$631.48 | | |

### Lubbock Power And Light/City Of Lubbock
### Case(s): 906 Clm No: 199 Clm. Amt: $1,203.78

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Lubbock Power And Light*<br>*Attn: Dedra Ann Wood*<br>*1301 Broadway*<br>*Lubbock, TX 79401*<br>**Date Filed: 1/29/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $1,203.78** | 906 | UNS | $1,203.78<br>$1,203.78 | | |

### BRE Industries / iMoshion
### Case(s): 906 Clm No: 200 Clm. Amt: $2,123,295.38

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Pachulski Stang Ziehl & Jones, LLP*<br>*C/O Jason S Pomerantz, Esq.*<br>*10100 Santa Monica Blvd. 13th Floor*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/1/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $2,123,295.38** | 906 | UNS | $2,123,295.38<br>$2,123,295.38 | | |

### Benton PUD
### Case(s): 906 Clm No: 201 Clm. Amt: $465.15

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Kim R. Berger*<br>*2721 W 10Th Ave.*<br>*Kennewick, WA 99336*<br>**Date Filed: 2/1/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $465.15** | 906 | UNS | $465.15<br>$465.15 | | |

## Marotto Corporation
### Case(s): 906 Clm No: 202 Clm. Amt: $120,582.85

*All American Maintenance*
*Attn: Nancy Stout*
*9620 Topanga Canyon PL. Ste. D*
*Chatsworth, CA 91311*
**Date Filed: 2/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $120,582.85**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $120,582.85 | | |
| | | $120,582.85 | | |

## Yale-New Haven Hospital
### Case(s): 906 Clm No: 203 Clm. Amt: $1,059.80

*Attn: Stacy Hubbard*
*65 Mulberry Point Rd.*
*Guilford, Ct 06437*
**Date Filed: 2/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,059.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,059.80 | | |
| | | $1,059.80 | | |

## Google LLC F/K/A Google, Inc.
### Case(s): 906 Clm No: 204 Clm. Amt: $39,574.05

*c/o White And Williams LLP*
*7 Times Square, Suite 2900*
*New York, NY 10036-6524*
**Date Filed: 2/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $39,574.05**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $39,574.05 | | |
| | | $39,574.05 | | |

## City and County of Denver/Treasury
### Case(s): 906 Clm No: 205 Clm. Amt: $3,812.86

*Attn: Jennifer Maldonado/Daisy Murphy*
*201 W Colfax Ave*
*Department 1001*
*Denver, CO 80202*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,906.43**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $1,906.43 | | |
| 906 | SEC | $1,906.43 | | |
| | | $3,812.86 | | |

## DE Park Avenue 10940, LLC
### Case(s): 906 Clm No: 206 Clm. Amt: $1,611,530.80

*c/o Douglas Emmett*
*808 Wilshire Blvd. Suite 200*
*Santa Monica, CA 90401*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,611,530.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,611,530.80 | | |
| | | $1,611,530.80 | | |

## Global Visual Group LLC
### Case(s): 906 Clm No: 207 Clm. Amt: $25,809.04

*Attn: Baruch Travitsky*
*960 Alabama Avenue*
*Brooklyn, NY 11207*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $25,809.04**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $25,809.04 | | |
| | | $25,809.04 | | |

### Lisa Paige, LLC, dba Chewbeads
**Case(s): 906 Clm No: 208 Clm. Amt: $16,899.00**

*Attn: Eric Greenwald*
*210 5th Ave. Suite 401*
*New York, NY 10010*
**Date Filed: 2/6/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $16,899.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $16,899.00 | | |
| | | $16,899.00 | | |

### Euler Hermes North America Insurance Company
**Case(s): 906 Clm No: 209 Clm. Amt: $7,485.72**

*Agent of L & P Group Usa Inc.*
*Attn: C. Commy*
*800 Red Brook Blvd.*
*Owings Mills, MD 21117*
**Date Filed: 1/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $7,485.72**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $7,485.72 | | |
| | | $7,485.72 | | |

### Peoples Natural Gas Company LLC
**Case(s): 906 Clm No: 210 Clm. Amt: $824.45**

*S. James Wallace, P.C.*
*845 N. Lincoln Avenue*
*Pittsburgh, PA 15233*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $824.45**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $824.45 | | |
| | | $824.45 | | |

### Wichita County
**Case(s): 906 Clm No: 211 Clm. Amt: $2,955.73**

*c/o Perdue, Brandon, Fielder, Collins & Mott, LLP*
*Attn: Jeanmarie Baer*
*P. O. Box 8188*
*Wichita Falls, TX 76307*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,955.73**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $2,955.73 | | |
| | | $2,955.73 | | |

### Good Samaritan Community Services
**Case(s): 906 Clm No: 212 Clm. Amt: $179.55**

*Attn: Simon Salas*
*1600 Saltillo St.*
*San Antonio, TX 78207*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $179.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $179.55 | | |
| | | $179.55 | | |

### Carly J. Gubitz
**Case(s): 906 Clm No: 213 Clm. Amt: $40.00**

*1419 W 97th Ave.*
*Crown Point, IN 46307*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $40.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $40.00 | | $0.00 |
| | | $40.00 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Insufficient documentation | Objection Granted |

**Douglas Baldwin & Associates, Inc.**
**Case(s): 906 Clm No: 214 Clm. Amt: $895.00**

*P O Box 1249*
*La Canada Flintridge, CA 91012*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $895.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $895.00 | | |
| | | $895.00 | | |

**Quench USA**
**Case(s): 906 Clm No: 215 Clm. Amt: $1,945.44**

*Attn: Adam Lazzaro*
*780 5th Avenue*
*King of Prussia, PA 19406*
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,945.44**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,945.44 | | |
| | | $1,945.44 | | |

**Just Julez, Inc.**
**Case(s): 906 Clm No: 216 Clm. Amt: $119,573.98**

*c/o Law Offices of Mitchell S. Riffkin*
*Attn: Mitchell S. Riffkin, Esq.*
*631 Jefferson Boulevard*
*Warwick, RI 02886*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $119,573.98**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $119,573.98 | | |
| | | $119,573.98 | | |

**Wisconsin Power & Light, Co.**
**Case(s): 906 Clm No: 217 Clm. Amt: $821.68**

*Attn: Deb Henkle*
*300 E. Sheridan Ave.*
*Centerville, IA 52544*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $821.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $821.68 | | |
| | | $821.68 | | |

**Ganz USA, LLC**
**Case(s): 906 Clm No: 218 Clm. Amt: $4,240.75**

*Attn: Carol Bonigut*
*60 Industrial Parkway, #043*
*Cheektowaga, NY 14227*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,240.75**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $4,240.75 | | |
| | | $4,240.75 | | |

**Tri-Coastal Design Group, Inc.**
**Case(s): 906 Clm No: 219 Clm. Amt: $1,299,248.97**

*c/o Law Offices of Tedd S. Levine, LLC*
*Attn: Tedd S. Levine*
*1305 Franklin Ave. Suite 300*
*Garden City, NY 11530*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,299,248.97**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,299,248.97 | | |
| | | $1,299,248.97 | | |

### Level 3 Telecom Holdings, LLC
**Case(s): 906 Clm No: 220 Clm. Amt: $7,035.99**

*CenturyLink, Inc.*
*1025 Eldorado Blvd. (Attn: Legal-BKY)*
*Broomfield, CO 80021*
**Date Filed: 2/6/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $7,035.99**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $7,035.99 | | |
| | | $7,035.99 | | |

### Locke Lord LLP
**Case(s): 906 Clm No: 221 Clm. Amt: $427,138.48**

*Attn: Shaun Edward Viau*
*2800 Financial Plaza-SEV*
*Providence, RI 02903*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $427,138.48**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $427,138.48 | | |
| | | $427,138.48 | | |

### Dominion Energy Ohio
**Case(s): 906 Clm No: 222 Clm. Amt: $966.53**

*Attn: Erica M. Edmiston*
*P. O. Box 5759*
*Cleveland, OH 44101*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $966.53**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $966.53 | | |
| | | $966.53 | | |

### Creative Co-Op, Inc.
**Case(s): 906 Clm No: 223 Clm. Amt: $64,964.64**

*Attn: Julie N. Gardner*
*6000 Freeport Ave. Suite 101*
*Memphis, TN 38141*
**Date Filed: 2/6/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $64,964.64**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $49,220.64 | | $0.00 |
| 906 | UNS | $15,744.00 | | $0.00 |
| 909 | UNS | | | $64,964.64 |
| | | $64,964.64 | | $64,964.64 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### National Grid
**Case(s): 906 Clm No: 224 Clm. Amt: $9,867.11**

*Attn: Christopher Perone*
*300 Erie Boulevard West*
*Syracuse, NY 13202*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,867.11**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $9,867.11 | | |
| | | $9,867.11 | | |

## WE Energies
### Case(s): 906 Clm No: 225 Clm. Amt: $5,550.19

*Attn: Jill Castillo, Bankruptcy*
*333 W Everett St.*
*Milwaukee, WI 53203*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,550.19**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $5,550.19 | | |
| | | $5,550.19 | | |

## Lenoir City Utilities Board
### Case(s): 906 Clm No: 226 Clm. Amt: $1,332.91

*Attn: Mary Beth Sartin*
*P O Box 449*
*Lenoir City, TN 37771*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,332.91**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 909 | UNS | | | $0.00 |
| 906 | UNS | $1,332.91 | | $0.00 |
| | | $1,332.91 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Insufficient documentation | Objection Granted |

## Benevolent Patriotic Order of the Does of the USA Omaha Drove No. 1
### Case(s): 906 Clm No: 227 Clm. Amt: $187.15

*BPO Does Omaha Drove No. 1*
*Attn: Diana Lynn Eischen*
*6120 So. 146 Street*
*Omaha, NE 68137*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $187.15**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $187.15 | | |
| | | $187.15 | | |

## City of Clearwater
### Case(s): 906 Clm No: 228 Clm. Amt: $255.15

*100 S. Myrtle Ave.*
*Clearwater, FL 33756*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $255.15**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $255.15 | | |
| | | $255.15 | | |

## CoServ Electric
### Case(s): 906 Clm No: 229 Clm. Amt: $855.49

*Attn: Claudia Natalie Pixley*
*7701 S. Stemmons*
*Corinth, TX 76210*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $855.49**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $855.49 | | |
| | | $855.49 | | |

### West Virginia American Water
**Case(s): 906 Clm No: 230 Clm. Amt: $433.40**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *American Water* *Attn: Dana K. Mitchell* *P. O. Box 578* *Alton, IL 62002* **Date Filed: 2/5/2018** **Bar Date: 2/19/2018** **Claim Face Value: $433.40** | 906 | UNS | $433.40 $433.40 | | |

### Lenoir City Utilities Board
**Case(s): 906 Clm No: 231 Clm. Amt: $1,332.91**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Mary Beth Sartin* *P. O. Box 449* *Lenoir City, TN 37771* **Date Filed: 2/5/2018** **Bar Date: 2/19/2018** **Claim Face Value: $1,332.91** | 906 | UNS | $1,332.91 $1,332.91 | | |

### Crohn's & Colitis Foundation
**Case(s): 906 Clm No: 232 Clm. Amt: $2,884.85**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Marisa Mayer, Esq.* *733 Third Avenue, Suite 510* *New York, NY 10017* **Date Filed: 2/6/2018** **Bar Date: 2/19/2018** **Claim Face Value: $2,884.85** | 906 | UNS | $2,884.85 $2,884.85 | | |

### Paducah Water
**Case(s): 906 Clm No: 233 Clm. Amt: $47.43**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Angela Tomassi* *1800 N. 8th St.* *Paducah, KY 42001* **Date Filed: 2/5/2018** **Bar Date: 2/19/2018** **Claim Face Value: $47.43** | 906 | UNS | $47.43 $47.43 | | |

### Commonwealth of Kentucky Depart. of Revenue
**Case(s): 906 Clm No: 234 Clm. Amt: $3,302.63**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Kentucky Dept. of Revenue Legal Support Branch* *Attn: Thomas Wolfe* *P. O. Box 5222* *Frankfort, KY 40602* **Date Filed: 2/5/2018** **Bar Date: 2/19/2018** **Claim Face Value: $3,302.63** | 906 | PRI | $2,624.35 | | $0.00 |
| | 906 | UNS | $678.28 $3,302.63 | | $0.00 $0.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Paid | Objection Granted |

## Idaho Power Company
### Case(s): 906 Clm No: 235 Clm. Amt: $1,793.55

Attn: KC Kelley
P. O. Box 70
Boise, ID 83707
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,793.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $1,793.55 | | |
| | | $1,793.55 | | |

## Palm Beach County Water Utilities
### Case(s): 906 Clm No: 236 Clm. Amt: $127.29

Attn: Glenn Meeder
301 North Olive Avenue
West Palm Beach
7th Floor Collections
West Palm Beach FL 33401
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $127.29**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $127.29 | | |
| | | $127.29 | | |

## Guangzhou Luogelang Leather Co. Ltd.
### Case(s): 906 Clm No: 237 Clm. Amt: $31,940.00

Attn: Jian Yun Qian
No. 22, 1st Nanhe St. Union Village
Shiling Town, Hua du District
Guangzhou City, Guangdong Province
China
**Date Filed: 2/6/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $31,940.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $31,940.00 | | $0.00 |
| 909 | UNS | | | $31,540.00 |
| | | $31,940.00 | | $31,540.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

## City of Corona
### Case(s): 906 Clm No: 238 Clm. Amt: $2,196.79

Department of Water and Power
400 S. Vicentia Ave.
Corona, CA 92882
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,196.79**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $2,196.79 | | |
| | | $2,196.79 | | |

## Cellco Partnership d/b/a Verizon Wireless, on behalf of its affiliates and
### Case(s): 906 Clm No: 239 Clm. Amt: $7,976.61

Attn: William Vermette
22001 Loudoun County Pkwy
Ashburn VA 20147
**Date Filed: 2/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $7,976.61**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $7,976.61 | | |
| | | $7,976.61 | | |

**C2 Imaging LLC**
**Case(s): 906 Clm No: 240 Clm. Amt: $411,952.44**

*Attn: Brian Roux*
*274 Fillmore Ave E*
*St Paul, MN 55107*
**Date Filed: 2/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $411,952.44**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $411,952.44 | | |
| | | $411,952.44 | | |

**Equity One , (Northeast Portfolio), Inc.**
**Case(s): 906 Clm No: 241 Clm. Amt: $562,661.05**

*(Gallery at Westbury Plaza)*
*c/o Regency Centers, LP*
*Attn: Ernst Bell, Esq.*
*One Independent Dr.*
*Jacksonville, FL 32202*
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $562,661.05**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $25,527.67 | | $0.00 |
| 909 | UNS | | | $0.00 |
| 906 | UNS | $537,133.38 | | $0.00 |
| | | $562,661.05 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

**Equity One JV Sub Northborough, LLC**
**Case(s): 906 Clm No: 242 Clm. Amt: $135,435.33**

*c/o Regency Center, LP*
*Attn: Ernst Bell, Esq.*
*One Independent Drive*
*Jacksonville, FL 32202*
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $135,435.33**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $10,904.60 | | $0.00 |
| 909 | PRI | | | $10,904.60 |
| 906 | UNS | $124,530.73 | | $0.00 |
| 909 | UNS | | | $124,530.73 |
| | | $135,435.33 | | $135,435.33 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |

## Destin Commons, Ltd.
### Case(s): 906 Clm No: 243 Clm. Amt: $214,759.27

c/o Turnberry Associates
Attn: Mario A. Romine, Esq.
19950 W Country Club Dr. 10th Fl.
Aventura, FL 33180
**Date Filed: 4/6/2018**
**Orig. Date Filed: 1/7/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 243**
**Amended By Clm #: 243**
**Claim Face Value: $214,759.27**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | | | | $0.00 |
| 906 | PRI | Unknown | Y | $0.00 |
| 906 | UNS | $214,759.27 | | $0.00 |
| | | $214,759.27 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

## Allure Eyewear
### Case(s): 906 Clm No: 244 Clm. Amt: $238,335.78

Attn: Edward Rodriguez
201 Old Country Road
Melville, NY 11747
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $238,335.78**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $238,335.78 | | |
| | | $238,335.78 | | |

## Hangerlogic, Inc.
### Case(s): 906 Clm No: 245 Clm. Amt: $30,050.00

Attn: Joseph Zalter
200-2500 Senkus
Lasalle, QC H8N 2X9
Canada
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $30,050.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $30,050.00 | | |
| | | $30,050.00 | | |

## Bowie Central Appraisal District
### Case(s): 906 Clm No: 246 Clm. Amt: $5,994.68

c/o McCreary, Veselka, Bragg & Allen, P.C.
Attn: Lee Gordon
P O Box 1269
Round Rock, TX 78680
**Date Filed: 2/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,994.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | $5,994.68 | | $0.00 |
| | | $5,994.68 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Miscellaneous objection | Objection Granted |

## Aetna Life Insurance Company and its Affiliated Entities
### Case(s): 906 Clm No: 247 Clm. Amt: $19,468.95

Attn: Aaron McCollough
77 West Wacker Dr. Ste. 4100
Chicago, IL 60601
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $19,468.95**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $19,468.95 | | |
| | | $19,468.95 | | |

### Julia Johnson
**Case(s): 906 Clm No: 248 Clm. Amt: $2,800.00**

*Attn: Robin F. Johnson*
*18653 Ventura Blvd. #157*
*Tarzana, CA 91356*
**Date Filed: 2/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,800.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | 503(b)(9) | $2,800.00 | | $0.00 |
| 909 | UNS | | | $2,800.00 |
| | | $2,800.00 | | $2,800.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### Metro Tech Services
**Case(s): 906 Clm No: 249 Clm. Amt: $177,023.98**

*Attn: Judy Dluzen*
*1827 Walden Office Sq, Ste.304*
*Schaumburg, IL 60173*
**Date Filed: 2/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $177,023.98**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $177,023.98 | | |
| | | $177,023.98 | | |

### Gulf Power Company
**Case(s): 906 Clm No: 250 Clm. Amt: $1,618.66**

*Attn: Diane Gaines*
*One Energy Place - Bin 31*
*Pensacola, FL 32520-0031*
**Date Filed: 2/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,618.66**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,618.66 | | |
| | | $1,618.66 | | |

### Rutherford County Trustee
**Case(s): 906 Clm No: 251 Clm. Amt: $387.00**

*Attn: Teb Batey*
*P O Box 1316*
*Murfreesboro, TN 37133*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $387.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $387.00 | | |
| | | $387.00 | | |

### Thomson Reuters Tax & Accounting-Checkpoint
**Case(s): 906 Clm No: 252 Clm. Amt: $15,308.48**

*c/o Thomson Reuters - Legal*
*Attn: Kristi Popowitz*
*610 Opperman Drive*
*Eagan, MN 55123*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $15,308.48**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $15,308.48 | | |
| | | $15,308.48 | | |

### Thomson Reuters Tax & Accounting, Inc.
**Case(s): 906 Clm No: 253 Clm. Amt: $22,256.64**

c/o Thomson Reuters - Legal
*Attn: Kristi Popowitz*
*610 Opperman Drive*
*Eagan, MN 55123*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $22,256.64**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $22,256.64            |     |                      |
|      |       | $22,256.64            |     |                      |

### City of Arlington
**Case(s): 906 Clm No: 254 Clm. Amt: $45.00**

*Attn: Ursula Patterson*
*P. O. Box 90231*
*Arlington, TX 76004*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $45.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $45.00                |     |                      |
|      |       | $45.00                |     |                      |

### Nicor Gas
**Case(s): 906 Clm No: 255 Clm. Amt: $2,062.55**

*Attn: Veronica Frank*
*P. O. Box 549*
*Aurora, IL 60507*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,062.55**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $2,062.55             |     |                      |
|      |       | $2,062.55             |     |                      |

### Nstar Gas Company dba Eversource Energy
**Case(s): 906 Clm No: 256 Clm. Amt: $1,005.56**

*Attn: Honor Health*
*107 Selden Street*
*Berlin, CT 06037*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,005.56**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $1,005.56             |     |                      |
|      |       | $1,005.56             |     |                      |

### Nstar Electric Company
**Case(s): 906 Clm No: 257 Clm. Amt: $8,345.17**

*dba Eversource Energy*
*Attn: Honor Health*
*107 Selden Street*
*Berlin, CT 06037*
**Date Filed: 2/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $8,345.17**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $8,345.17             |     |                      |
|      |       | $8,345.17             |     |                      |

### Shennel Trading Group
**Case(s): 906 Clm No: 258 Clm. Amt: $7,150.00**

*Attn: Garrison Shen*
*1880 S. Milliken Ave.*
*Ontario, CA 91761*
**Date Filed: 2/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $7,150.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $7,150.00             |     |                      |
|      |       | $7,150.00             |     |                      |

### Creative Resources dba Create For Retail
### Case(s): 906 Clm No: 259 Clm. Amt: $31,910.40

*Attn: Caren Schweitzer*
*1208 5th Street South*
*Hopkins, MN 55343*
**Date Filed: 2/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $31,910.40**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | 503(b)(9) | $31,910.40 | | $0.00 |
| 906 | UNS | | | $31,910.40 |
| | | $31,910.40 | | $31,910.40 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

### Penelec
### Case(s): 906 Clm No: 260 Clm. Amt: $388.65

*c/o FirstEnergy*
*Attn: Matilda Swope*
*101 Crawford's Corner Rd.*
*Bldg #1, Suite 1-511*
*Holmdel, NJ 07733*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $388.65**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $388.65 | | |
| | | $388.65 | | |

### FBG Harriman Upper Retail LLC
### Case(s): 906 Clm No: 261 Clm. Amt: $208,805.97

*c/o RD Management LLC*
*Attn: Richard Birdoff*
*810 7th Ave., 10th Fl.*
*New York, NY 10019*
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $208,805.97**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $9,972.85 | | $0.00 |
| 906 | UNS | $198,833.12 | | |
| | | $208,805.97 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

### Bridgewater Falls Station, LLC
### Case(s): 906 Clm No: 262 Clm. Amt: $12,355.76

*c/o Ramco-Gershenson Properties, L.P.O.*
*Stark & Stark, Attn: Thomas S. Onder, Esq.*
*PO Box 5315*
*Princeton, NJ 08543*
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $12,355.76**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $12,355.76 | | |
| | | $12,355.76 | | |

## Ramco Jacksonville LLC
### Case(s): 906 Clm No: 263 Clm. Amt: $13,297.02

c/o Stark & Stark, P.C.
Attn: Thomas S. Onder, Esq.
PO Box 5315
Princeton, NJ 08543
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $13,297.02**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $13,297.02 | | |
| | | $13,297.02 | | |

## Front Range Acquisition, LLC
### Case(s): 906 Clm No: 264 Clm. Amt: $19,902.56

c/o Ramco Gershenson Properties, L.P.
Stark & Star, Attn: Thomas Onder
PO Box 5315
Princeton, NJ 08543
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $19,902.56**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $19,902.56 | | |
| | | $19,902.56 | | |

## Montclair State University
### Case(s): 906 Clm No: 265 Clm. Amt: $87.09

Attn: Rosemary Destephan
1515 Broad St., 2nd Fl.
Bloomfield, NJ 07052
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $87.09**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $87.09 | | |
| | | $87.09 | | |

## PPL Electric Utilities
### Case(s): 906 Clm No: 266 Clm. Amt: $1,077.83

Attn: Michelle Lawall
827 Hausman Road
Allentown, PA 18104
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,077.83**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,077.83 | | |
| | | $1,077.83 | | |

## BH Cosmetics
### Case(s): 906 Clm No: 267 Clm. Amt: $268,520.50

Attn: Robert Olivarez
2801 Burton Ave.
Burbank, CA 91504
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $268,520.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $268,520.50 | | |
| | | $268,520.50 | | |

## Sawnee EMC
### Case(s): 906 Clm No: 268 Clm. Amt: $1,507.93

Attn: Michael Goodroe
PO Box 266
Cumming GA 30028
**Date Filed: 2/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,507.93**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,507.93 | | |
| | | $1,507.93 | | |

## VIP Products
### Case(s): 906 Clm No: 269 Clm. Amt: $23,800.80

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Kristy Smith*<br>*16515 S. 40th St.*<br>*Suite 121*<br>*Phoenix, AZ 85048* | 906 | 503(b)(9) | $23,800.80 | | $0.00 |
| **Date Filed: 2/9/2018** | 906 | UNS | | | $0.00 |
| **Bar Date: 2/19/2018** | 909 | UNS | | | $23,800.80 |
| **Claim Face Value: $23,800.80** | | | $23,800.80 | | $23,800.80 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Different class | Objection Granted |
| Filed against wrong company | Objection Granted |

## BrightRidge
### Case(s): 906 Clm No: 270 Clm. Amt: $2,574.82

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Tiphanie Watson*<br>*2600 Boones Creek Rd.*<br>*Johnson City, TN 37615* | 906 | UNS | $2,574.82 | | |
| **Date Filed: 2/9/2018** | | | $2,574.82 | | |
| **Bar Date: 2/19/2018** | | | | | |
| **Claim Face Value: $2,574.82** | | | | | |

## Social Annex, Inc.
### Case(s): 906 Clm No: 271 Clm. Amt: $24,500.00

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *dba Annex Cloud*<br>*Attn: Amish Lalani*<br>*12408 Sanford St.*<br>*Los Angeles, CA 90066* | 906 | UNS | $24,500.00 | | |
| **Date Filed: 2/9/2018** | | | $24,500.00 | | |
| **Bar Date: 2/19/2018** | | | | | |
| **Claim Face Value: $24,500.00** | | | | | |

## Ramco-Gershenson Properties, L.P.
### Case(s): 906 Clm No: 272 Clm. Amt: $33,977.31

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Stark & Stark, P.C.*<br>*Attn: Thomas S. Onder, Esq.*<br>*PO Box 5315*<br>*Princeton, NJ 08543* | 906 | UNS | $33,977.31 | | |
| **Date Filed: 2/9/2018** | | | $33,977.31 | | |
| **Bar Date: 2/19/2018** | | | | | |
| **Claim Face Value: $33,977.31** | | | | | |

## Sacramento Municipal Utility District
### Case(s): 906 Clm No: 273 Clm. Amt: $3,157.94

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: James Sykes*<br>*6301 S Street*<br>*Sacramento, CA 95817* | 906 | UNS | $3,157.94 | | |
| **Date Filed: 2/12/2018** | | | $3,157.94 | | |
| **Bar Date: 2/19/2018** | | | | | |
| **Claim Face Value: $3,157.94** | | | | | |

### Nevada Power Company dba NV Energy
#### Case(s): 906 Clm No: 274 Clm. Amt: $3,842.00

P. O. Box 10100
*Reno, NV 89520*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,842.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $3,842.00 | | |
| | | $3,842.00 | | |

### Sierra Pacific Power Company dba NV Energy
#### Case(s): 906 Clm No: 275 Clm. Amt: $1,405.23

P. O. Box 10100
*Reno, NV 89520*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,405.23**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $1,405.23 | | |
| | | $1,405.23 | | |

### Cleco Power LLC
#### Case(s): 906 Clm No: 276 Clm. Amt: $2,635.71

*c/o Wheelis & Rozanski, APLC*
*Attn: Stephen Wheelis*
*P. O. Box 13199*
*Alexandria, LA 71315-3199*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,635.71**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $2,635.71 | | |
| | | $2,635.71 | | |

### Scentsible, LLC
#### Case(s): 906 Clm No: 277 Clm. Amt: $9,554.66

*Attn: Michael Trybul*
*4901 Keller Springs Rd. Ste. 106D*
*Addison, TX 75001*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,554.66**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $9,554.66 | | |
| | | $9,554.66 | | |

### Cobb EMC
#### Case(s): 906 Clm No: 278 Clm. Amt: $902.96

*Attn: Rennia Taylor*
*P. O. Box 369*
*Marietta, GA 30061-0369*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $902.96**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $902.96 | | |
| | | $902.96 | | |

### Orange & Rockland Utilities
#### Case(s): 906 Clm No: 279 Clm. Amt: $1,349.75

*Attn: Jennifer A. Woehrle*
*390 W Rt. 59*
*Spring Valley, NY 10977*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,349.75**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $1,349.75 | | |
| | | $1,349.75 | | |

### Knock Knock, LLC
**Case(s): 906 Clm No: 280 Clm. Amt: $110,882.52**

*Attn: Craig Jon Hetzer*
*1635-B Electric Ave.*
*Venice, CA 90291*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $110,882.52**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $110,882.52 | | |
| | | $110,882.52 | | |

### 180 Innovations LLC
**Case(s): 906 Clm No: 281 Clm. Amt: $115,569.60**

*Attn: Ginger Barry*
*11100 W 8th Avenue*
*Lakewood, CO 80215*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $115,569.60**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $115,569.60 | | |
| | | $115,569.60 | | |

### SimplexGrinnell
**Case(s): 906 Clm No: 282 Clm. Amt: $1,620.89**

*Attn: Bankruptcy*
*50 Technology Dr.*
*Westminster, MA 01441*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,620.89**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,620.89 | | |
| | | $1,620.89 | | |

### The American Cancer Society, Inc.
**Case(s): 906 Clm No: 283 Clm. Amt: $4,845.00**

*Attn: Tiffany Putnam*
*4416 Expressway Drive*
*Virginia Beach, VA 23452*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,845.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $4,845.00 | | $0.00 |
| 909 | UNS | | | $4,845.00 |
| | | $4,845.00 | | $4,845.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

### Penske Truck Leasing Co., L.P.
**Case(s): 906 Clm No: 284 Clm. Amt: $12,436.46**

*Attn: Gaye Kauwell*
*PO Box 563*
*Reading, PA 19603-0563*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $12,436.46**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $12,436.46 | | |
| | | $12,436.46 | | |

### Kasinda Ltd.
**Case(s): 906 Clm No: 285 Clm. Amt: $366,786.69**

*Attn: Tim Ng*
*5/F Flat B5, PO Yip Building*
*62-70 Texaco Road*
*Tsuen Wan, Hong Kong*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $366,786.69**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $366,786.69 | | |
| | | $366,786.69 | | |

**Zhejiang Neoglory Jewelry Co., Ltd.**
**Case(s): 906 Clm No: 286 Clm. Amt: $14,598.00**

*Attn: Peter Pan*
*No. 3 Xinguang South Road*
*Qingkou Industrial Zone*
*Yiwu, ZheJiang, China*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $14,598.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $14,598.00            |     |                      |
|      |       | $14,598.00            |     |                      |

**ShopperTrak RCT Corporation**
**Case(s): 906 Clm No: 287 Clm. Amt: $139,397.53**

*c/o Spilman Thomas & Battle, PLLC*
*Attn: Sally Edison*
*301 Grant St., #3440*
*Pittsburgh, PA 15219*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $139,397.53**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $139,397.53           |     |                      |
|      |       | $139,397.53           |     |                      |

**TUP 130, LLC**
**Case(s): 906 Clm No: 288 Clm. Amt: $167,037.68**

*c/o Rouse Properties, LLC*
*Attn: Matthew Hichey*
*200 Vesey St., 25th Fl.*
*New York, NY 10281*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $167,037.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | ADM   | $8,311.53             |     | $0.00                |
| 906  | UNS   | $158,726.15           |     |                      |
|      |       | $167,037.68           |     | $0.00                |

**Objection**

| Objection Type | Objection Status  |
|----------------|-------------------|
| Paid           | Objection Granted |

**Enterprise FM Trust**
**Case(s): 906 Clm No: 289 Clm. Amt: $46,618.85**

*c/o Enterprise Fleet Management*
*Attn: Keith Gurule*
*10401 Centerpark Dr., #200*
*Houston, TX 77043*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $46,618.85**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $46,618.85            |     |                      |
|      |       | $46,618.85            |     |                      |

**Oklahoma Gas and Electric Services**
**Case(s): 906 Clm No: 290 Clm. Amt: $1,524.31**

*Bankruptcy Clerk*
*Attn: Nate D. Kern*
*PO Box 321 M223*
*Oklahoma City, OK 73101*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,524.31**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906  | UNS   | $1,524.31             |     |                      |
|      |       | $1,524.31             |     |                      |

### American Legion Auxiliary - Unit 464
### Case(s): 906 Clm No: 291 Clm. Amt: $439.60

*Attn: Cindy Suchan*
*2666 Norton Rd.*
*Stow, OH 44224*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $439.60**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | 503(b)(9) | $439.60 | | |
| | | $439.60 | | |

### Avon Dance, Martial Arts and Gymnastics
### Case(s): 906 Clm No: 292 Clm. Amt: $790.00

*Attn: Sarah Kader*
*36475 Detroit Rd.*
*Avon, OH 44011*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $790.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $790.00 | | |
| | | $790.00 | | |

### Ogletree, Deakins, Nash , Smoak & Stewart, P.C.
### Case(s): 906 Clm No: 293 Clm. Amt: $3,702.00

*Attn: Monty Davidson*
*50 International Dr., Suite 300*
*Greenville, SC 29615*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,702.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $3,702.00 | | |
| | | $3,702.00 | | |

### Jersey Central Power & Light
### Case(s): 906 Clm No: 294 Clm. Amt: $2,393.49

*c/o First Energy*
*Attn: Matilda Swope*
*101 Crawford's Corner Rd.*
*Bldg #1, Suite 1-511*
*Holmdel, NJ 07733*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,393.49**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $2,393.49 | | $0.00 |
| 909 | UNS | | | $2,393.49 |
| | | $2,393.49 | | $2,393.49 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

### Cavossa Disposal Corp.
### Case(s): 906 Clm No: 295 Clm. Amt: $167.44

*Attn: Leticia Bennett*
*210 Nathan Ellis Hwy.*
*E. Falmouth, MA 02536*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $167.44**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $167.44 | | |
| | | $167.44 | | |

### Met Ed
**Case(s): 906 Clm No: 296 Clm. Amt: $1,147.90**

*c/o FirstEnergy*
*Attn: Matilda Swope*
*101 Crawford's Corner Rd.*
*Bldg #1, Suite 1-51*
*Holmdel, NJ 07733*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,147.90**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,147.90 | | $0.00 |
| 909 | UNS | | | $1,147.90 |
| | | $1,147.90 | | $1,147.90 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

### Atmos Energy Corporation
**Case(s): 906 Clm No: 297 Clm. Amt: $2,955.83**

*Attn: Bankruptcy Group*
*PO Box 650205*
*Dallas, TX 75265*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,955.83**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $2,955.83 | | |
| | | $2,955.83 | | |

### Jersey Central Power & Light
**Case(s): 906 Clm No: 298 Clm. Amt: $2,393.49**

*c/o First Energy*
*Attn: Matilda Swope*
*101 Crawford's Corner Rd.*
*Bldg #1, Ste. 1-511*
*Homdel, NJ 07733*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,393.49**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $2,393.49 | | $0.00 |
| | | $2,393.49 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

### Met Ed
**Case(s): 906 Clm No: 299 Clm. Amt: $1,147.90**

*c/o FirstEnergy*
*Attn: Matilda Swope*
*101 Crawford's Corner Rd.*
*Bldg #1, Suite 1-511*
*Homdel, NJ 07733*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,147.90**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,147.90 | | $0.00 |
| | | $1,147.90 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

**Cognizant Technology Solutions U.S. Corp.**
**Case(s): 906 Clm No: 300 Clm. Amt: $59,872.00**

*Attn: Legal Department*
*500 Frank W. Burr Blvd.*
*Teaneck, NJ 07666*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $59,872.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 909 | UNS | | | $0.00 |
| 906 | UNS | $59,872.00 | | $0.00 |
| | | $59,872.00 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

**AAT Alamo Quarry, LLC**
**Case(s): 906 Clm No: 301 Clm. Amt: $23,957.21**

*c/o American Assets Trust Management, LLC*
*Attn: Meleana Leaverton*
*11455 El Camino Real, Suite 200*
*San Diego, CA 92130*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $23,957.21**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $23,957.21 | | |
| | | $23,957.21 | | |

**MJ Jewels Co., Ltd.**
**Case(s): 906 Clm No: 302 Clm. Amt: $135,541.43**

*Attn: Aimee Bing*
*18 Youhe 3rd Rd*
*Jimo, Qingdao, CN 266111*
*China*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $135,541.43**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $50,000.00 | | $0.00 |
| 906 | UNS | $85,541.43 | | $0.00 |
| 909 | UNS | | | $135,541.43 |
| | | $135,541.43 | | $135,541.43 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

**SNDZ Overseas Co., Ltd.**
**Case(s): 906 Clm No: 303 Clm. Amt: $398,579.25**

*Attn: Roger Kao*
*4 Fl, No 58, Lane 316 Ruei Guang Rd.*
*Taipei 11492*
*Taiwan*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $398,579.25**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $398,579.25 | | |
| | | $398,579.25 | | |

**IPFS Corporation**
**Case(s): 906 Clm No: 304 Clm. Amt: $86,313.11**

*Attn: Lisa Chandler*
*30 Montgomery St.*
*Suite 1000*
*Jersey City, NJ 07302*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $86,313.11**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | SEC   | $86,313.11           |     | $0.00               |
|      |       | $86,313.11           |     | $0.00               |

**AT & T Mobility II LLC**
**Case(s): 906 Clm No: 305 Clm. Amt: $3,812.77**

*c/o AT & T Services, Inc.*
*Attn: Karen Cavagnaro*
*One AT & T Way, Room 3A104*
*Bedminster, NJ 07921*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,812.77**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $3,812.77            |     |                     |
|      |       | $3,812.77            |     |                     |

**Carlyle-Cypress Tuscaloosa I, LLC**
**Case(s): 906 Clm No: 306 Clm. Amt: $173,139.48**

*Attn: Andrew Shaver*
*1901 Sixth Ave. N*
*Suite 2400*
*Birmingham, AL 35203*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $173,139.48**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $173,139.48          |     |                     |
|      |       | $173,139.48          |     |                     |

**TSG Consumer Partners L.L.C.**
**Case(s): 906 Clm No: 307 Clm. Amt: $16,961.17**

*Attn: Dan Costello*
*660 Montgomery St., Suite 2900*
*San Francisco, CA 94111*
**Date Filed: 2/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $16,961.17**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $16,961.17           |     |                     |
|      |       | $16,961.17           |     |                     |

**Dezine News, Inc.**
**Case(s): 906 Clm No: 308 Clm. Amt: $210,263.00**

*Attn: Minda Paluga*
*3901 La Reunion Pkwy*
*Dallas, TX 75212*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $210,263.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906  | UNS   | $210,263.00          |     |                     |
|      |       | $210,263.00          |     |                     |

### San Diego County Treasurer-Tax Collector
### Case(s): 906 Clm No: 309 Clm. Amt: $109.13

*Attn: Leah Cabling, BK Desk*
*1600 Pacific Highway, Rm 162*
*San Diego, CA 92101*
**Date Filed: 2/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $109.13**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | SEC | | | $0.00 |
| 906 | SEC | $109.13 | | $0.00 |
| | | $109.13 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### County of Fairfax
### Case(s): 906 Clm No: 310 Clm. Amt: $3,194.72

*c/o Office of the County Attorney*
*Attn: John W. Burton*
*12000 Govt. Center Parkway, Suite 549*
*Fairfax, VA 22035*
**Date Filed: 2/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,194.72**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $3,194.72 | | $0.00 |
| | | $3,194.72 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Paid | Objection Granted |

### NFP Securities, Inc.
### Case(s): 906 Clm No: 311 Clm. Amt: $2,500.00

*d/b/a White Oak Advisors, LLC*
*c/o K & L Gates, LLP*
*Attn: John R. Gardner*
*P O Box 17047*
*Raleigh, NC 27619*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,500.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $2,500.00 | | |
| | | $2,500.00 | | |

### Castle & Cooke Corona Crossings, LLC
### Case(s): 906 Clm No: 312 Clm. Amt: $182,743.33

*c/o Levene, Neale, Bender, Yoo & Brill, LLP*
*Attn: Eve Karasik*
*10250 Constellation Blvd Suite 1700*
*Los Angeles, CA 90067*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $182,743.33**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | $19,958.61 | | |
| 909 | ADM | | | $6,352.00 |
| 906 | UNS | $162,784.72 | | |
| 909 | UNS | | | $9,543.58 |
| | | $182,743.33 | | $15,895.58 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Amended claim | Objection Filed |
| Filed against wrong company | Objection Filed |

**Charlie Chanaratsopon**
**Case(s): 906 Clm No: 313 Clm. Amt:**

*c/o Tad Davidson*
*600 Travis St. Suite 4200*
*Houston, TX 77002*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | | | |

**Unemployed Philosophers, Inc.**
**Case(s): 906 Clm No: 314 Clm. Amt: $25,274.52**

*c/o Unemployed Philosophers Guild*
*Attn: Mickey R. Ryan*
*105 Atlantic Avenue*
*Brooklyn, NY 11201*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $25,274.52**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $25,274.52 | | |
| | | $25,274.52 | | |

**Sierra Assets Group, LLC**
**Case(s): 906 Clm No: 315 Clm. Amt: $50,928.83**

*Attn: Senthil Kumar*
*6001 Savoy Dr., Suite 201*
*Houston, TX 77036*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $50,928.83**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | SEC | $50,928.83 | | $0.00 |
| | | $50,928.83 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

**Kenneth G. Watler, Jr.**
**Case(s): 906 Clm No: 316 Clm. Amt:**

*c/o: Tad Davidson*
*600 Travis Street, Suite 4200*
*Houston, TX 77002*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | | | |

**Michael Fourticq. Sr.**
**Case(s): 906 Clm No: 317 Clm. Amt:**

*c/o Tad Davidson*
*600 Travis St. Suite 4200*
*Houston, TX 77002*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | | | |

**Washoe County Treasurer**
**Case(s): 906 Clm No: 318 Clm. Amt: $5,684.36**

*P O Box 30039*
*Reno, NV 89520*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,684.36**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | PRI | $5,684.36 | | |
| | | $5,684.36 | | |

### Wates Elementary PTO
### Case(s): 906 Clm No: 319 Clm. Amt: $332.80

219 N Oak Crest Dr.
Wales, WI 53183
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $332.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $332.80 | | |
| | | $332.80 | | |

### Rancho Cucamonga Municipal Utility
### Case(s): 906 Clm No: 320 Clm. Amt: $2,251.03

Attn: Jamie MacDonald
P. O. Box 4499
Rancho Cucamonga, CA 91729
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,251.03**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $2,251.03 | | |
| | | $2,251.03 | | |

### Cheryl & Co.
### Case(s): 906 Clm No: 321 Clm. Amt: $22,966.36

Attn: Dennis Hicks
646 Mc Corkle Blvd.
Westerville, OH 43082
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $22,966.36**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $22,966.36 | | |
| | | $22,966.36 | | |

### Waste Management-Deffenbaugh Industries, Inc.
### Case(s): 906 Clm No: 322 Clm. Amt: $5,409.29

c/o Bankruptcy Department
Attn: Jennifer Avilla
2625 W. Grandview Rd. Ste. 150
Phoenix, AZ 85023
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,409.29**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $5,409.29 | | |
| | | $5,409.29 | | |

### Erica Linhares
### Case(s): 906 Clm No: 323 Clm. Amt:

145 Union St.
Yarmouth Port, MA 02675
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | Unknown | Y | $0.00 |
| | | | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### Primitives By Kathy, Inc.
### Case(s): 906 Clm No: 324 Clm. Amt: $47,830.14

Attn: Elizabeth Jane Keown
1817 William Penn Way
Lancaster, PA 17601
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $47,830.14**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $47,830.14 | | |
| | | $47,830.14 | | |

### Euler Hermes, N.A.
**Case(s): 906 Clm No: 325 Clm. Amt: $122,545.70**

*as Agent for Audio Technology of New York, Inc.*
*Attn: Tameka L. Conney*
*800 Red Brook Blvd. #400C*
*Owings Mills, MD 21117*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $122,545.70**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $122,545.70 | | $0.00 |
| | | $122,545.70 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### L & P Group Usa. Inc.
**Case(s): 906 Clm No: 326 Clm. Amt: $7,485.72**

*c/o Euler Hermes North America Ins. Co.*
*Agent of L & P Group Usa, Inc.*
*Attn: Tameka L. Conney*
*800 Red Brook Blvd.*
*Owings Mills, MD 21117*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $7,485.72**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $7,485.72 | | |
| | | $7,485.72 | | |

### Chronicle Books, LLC
**Case(s): 906 Clm No: 327 Clm. Amt: $192,365.73**

*c/o Euler Hermes North America Ins. Co.*
*Agent of Chronicle Books, LLC*
*Attn: Tameka L. Conney*
*800 Red Brook Blvd.*
*Owings Mills, MD 21117*
**Date Filed: 2/26/2018**
**Orig. Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 327**
**Amended By Clm #: 327**
**Claim Face Value: $192,365.73**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $192,365.73 | | |
| | | $192,365.73 | | |

### Wilmington Trust, National Association
**Case(s): 906 Clm No: 328 Clm. Amt: $134,625,378.97**

*c/o Covington & Burling LLP*
*Attn: Ronald Hewitt*
*620 Eighth Avenue*
*New York, NY 10018*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $134,625,378.97**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | SEC | $134,625,378.97 | | |
| | | $134,625,378.97 | | |

### Bexar County Partners for Youth
**Case(s): 906 Clm No: 329 Clm. Amt: $1,359.80**

*c/o Gina Licata Adams and/or Lynne Wilkerson*
*301 E. Mitchell St.*
*San Antonio, TX 78210*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,359.80**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,359.80 | | |
| | | $1,359.80 | | |

## Southern Maryland Electric Cooperative, Inc.
### Case(s): 906 Clm No: 330 Clm. Amt: $1,068.22

*Attn: Lynette Starke*
*P. O. Box 1937*
*Hughesville, MD 20637-1937*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,068.22**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $1,068.22 | | |
| | | $1,068.22 | | |

## Dominique Acacia
### Case(s): 906 Clm No: 331 Clm. Amt: $50,000.00

*c/o White, Nisar & Hifferty, LLP*
*Attn: Michael P.Hilferty*
*570 Lexington Ave. 16th Floor*
*New York, NY 10022*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $50,000.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $50,000.00 | | |
| | | $50,000.00 | | |

## Saf Group Management, Inc.
### Case(s): 906 Clm No: 332 Clm. Amt: $95,896.50

*c/o LaMonica Herbst & Maniscalco, Esq.*
*Attn: Salvatore LaMonica, Esq.*
*3305 Jerusalemj Ave., Suite 201*
*Wantagh, NY 11793*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $95,896.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $95,896.50 | | |
| | | $95,896.50 | | |

## Mainfreight, Inc.
### Case(s): 906 Clm No: 333 Clm. Amt: $10,000.00

*c/o Allan D. Sarver, Esq.*
*16000 Ventura Blvd. #1000*
*Encino, CA 91436*
**Date Filed: 5/3/2018**
**Orig. Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Amended By Clm #: 333**
**Claim Face Value: $10,000.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | SEC | $10,000.00 | | |
| | | $10,000.00 | | |

## Mainfreight, Inc.
### Case(s): 906 Clm No: 334 Clm. Amt: $119,832.28

*Attn: Allan Di Sarver, Esq.*
*16000 Ventura Blvd. #1000*
*Encino, CA 91436*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $119,832.28**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $119,832.28 | | |
| | | $119,832.28 | | |

## 735 Collins Ave. Realty LLC
### Case(s): 906 Clm No: 335 Clm. Amt: $1,309,798.67

*c/o SarMina Realty*
*Attn: Steven Solaimanzadeh*
*193-18 Mclaughlin Ave.*
*Holliswood, NY 11423*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,309,798.67**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $1,309,798.67 | | |
| | | $1,309,798.67 | | |

### Livingston International
**Case(s): 906 Clm No: 336 Clm. Amt: $48,919.36**

*Attn: David Porter*
*6725 Airport Rd. Suite 500*
*Mississauga, ON L4V 1V2*
*Canada*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $48,919.16**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | 503(b)(9) | $48,919.36 | | $0.00 |
| 906 | UNS | | | $48,919.36 |
| | | $48,919.36 | | $48,919.36 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### Liberty Power
**Case(s): 906 Clm No: 337 Clm. Amt: $790.02**

*Attn: Harry Beracha*
*2100 W. Cypress Creek Rd. Suite 130*
*Ft. Lauderdale, FL 33309*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $790.02**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $790.02 | | |
| | | $790.02 | | |

### New Braunfels Utilities
**Case(s): 906 Clm No: 338 Clm. Amt: $188.62**

*Attn: Wendy Ann Thompson*
*263 E. Main Plaza*
*New Braunfels, TX 78130*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $188.62**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $188.62 | | |
| | | $188.62 | | |

### Legacy Paper & Pacaging, LLC
**Case(s): 906 Clm No: 339 Clm. Amt: $61,332.60**

*Attn: Nell Burns*
*15550 Vickery Dr., Suite 150*
*Houston, TX 77032*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $61,332.60**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $61,332.60 | | |
| | | $61,332.60 | | |

### True Fabrications, Inc.
**Case(s): 906 Clm No: 340 Clm. Amt: $33,672.13**

*dba True Brands*
*Attn: Vicky Bajwa*
*154 N 35th St.*
*Seattle, WA 98103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $33,672.13**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $33,672.13 | | |
| | | $33,672.13 | | |

### Scot Luther
**Case(s): 906 Clm No: 341 Clm. Amt: $1,500.00**

*3784 Darcus Street*
*Houston, TX 77005*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,500.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $1,500.00 | | |
| | | $1,500.00 | | |

### Joelle Friend
**Case(s): 906 Clm No: 342 Clm. Amt: $700.00**

*807 Summit Lake Shore Rd.*
*Olympia, WA 98502*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $700.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | 503(b)(9) | Unknown | Y | $0.00 |
| 906 | UNS | $700.00 | | $0.00 |
| | | $700.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Different class | Objection Granted |
| Insufficient documentation | Objection Granted |

### Summit Information Resources
**Case(s): 906 Clm No: 343 Clm. Amt: $2,614.00**

*Attn: Cami C. Karnowski*
*2935 Waters Rd. Suite 200*
*Eagan, MN 55121*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,614.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | 503(b)(9) | | | $0.00 |
| 906 | 503(b)(9) | $2,614.00 | | $0.00 |
| 909 | UNS | | | $2,614.00 |
| | | $2,614.00 | | $2,614.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Different class | Objection Granted |

### Eric LLC.
**Case(s): 906 Clm No: 344 Clm. Amt: $255,846.41**

*Attn: Benjamin W. Allen*
*3355 Alabama, Suite 1220*
*Houston, TX 77098*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $255,846.41**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $255,846.41 | | |
| | | $255,846.41 | | |

### DDR Gresham Station, LLC
**Case(s): 906 Clm No: 345 Clm. Amt: $176,473.00**

*Attn: Renee Weis*
*3300 Enterprise Parkway*
*Beachwood, OH 44122*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $176,473.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $176,473.00 | | |
| | | $176,473.00 | | |

## Pudget Sound Energy
### Case(s): 906 Clm No: 346 Clm. Amt: $4,540.10

*Attn: Vendor Collections Department -BOT-02G*
*P.O Box 97034*
*Bellevue, WA 98009-7034*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,540.10**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $4,540.10 | | |
| | | $4,540.10 | | |

## Watters Creek Owner LLC (Trademark Property Company)
### Case(s): 906 Clm No: 347 Clm. Amt: $48,223.88

*c/o Ballard Spahr LLP*
*Attn: David L. Pollack, Esq.*
*1735 Market Street, 51st Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $48,223.88**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $48,223.88 | | |
| | | $48,223.88 | | |

## Aundrea, LLC
### Case(s): 906 Clm No: 348 Clm. Amt: $767,539.23

*c/o Feldman & Feldman, P.C.*
*Attn: Benjamin W. Allen*
*3355 Alabama, Suite 1220*
*Houston, TX 77098*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $767,539.23**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $767,539.23 | | |
| | | $767,539.23 | | |

## Marcus Adler Glove, Co.
### Case(s): 906 Clm No: 349 Clm. Amt: $1,400,313.46

*Attn: Andrew Zinaman*
*32 West 39th St. 15th Fl.*
*New York, NY 10018*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,400,313.46**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,400,313.46 | | |
| | | $1,400,313.46 | | |

## U.S. Bank National Assoc. as successor in interest to Bank of America, N.A.
### Case(s): 906 Clm No: 350 Clm. Amt: $171,600.00

*successor to Wells Fargo Bank, N.A., as Trustee*
*c/o Sheppard Mullin Richter & Hampton, LLP*
*Attn: Alan Feld*
*333 South Hope Street*
*Los Angeles, CA 90071*
**Date Filed: 5/8/2018**
**Orig. Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Amended By Clm #: 350**
**Claim Face Value: $171,600.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | Unknown | Y | $0.00 |
| 909 | UNS | Unknown | Y | $0.00 |
| 906 | UNS | $171,600.00 | | $0.00 |
| | | $171,600.00 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

### Wayside Commons Investors, LLC (UBS Realty Investors, LLC)
### Case(s): 906 Clm No: 351 Clm. Amt: $214,537.03

t/a Wayside Commons, Burlington, MA
c/o Ballard Spahr LLP
Attn: David L Pollack, Esq.
1735 Market St., 51st. Fl.
Philadelphia, PA 19103
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $214,537.03**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $214,537.03 | | |
| | | $214,537.03 | | |

### Novi Town Center Investors, LLC (UBS Realty Investors, LLC)
### Case(s): 906 Clm No: 352 Clm. Amt: $4,422.04

t/a Novi Town Center, Novi, MI
c/o Ballard Spahr, LLP
Attn: David L. Pollack, Esq.
1735 Market St. 51st Floor
Philadelphia, PA 19103
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,422.04**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $4,422.04 | | |
| | | $4,422.04 | | |

### Madison Waldorf, LLC
### Case(s): 906 Clm No: 353 Clm. Amt: $13,326.71

c/o Madison Marquette
Attn: John Elliott
670 Water Street SW
Washington, DC 20024
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $13,326.71**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $13,326.71 | | |
| | | $13,326.71 | | |

### Graphicorp, LLC
### Case(s): 906 Clm No: 354 Clm. Amt: $2,784.40

Attn:Chad R. Mitchell
9219 Katy Freeway, Suite 224
Houston, TX 77024
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,784.40**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $2,784.40 | | |
| | | $2,784.40 | | |

### Hong Kong K and J. Fashion Co. Limited
### Case(s): 906 Clm No: 355 Clm. Amt: $978,329.54

c/o Wong, Wong & Associates, P.C.
Attn: William Yang
150 Broadway, Suite 1588
New York, NY 10038
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $978,329.54**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|----------|-----------------------|-----|----------------------|
| 906 | 503(b)(9) | $978,329.54 | | $0.00 |
| 909 | 503(b)(9) | | | $978,329.54 |
| | | $978,329.54 | | $978,329.54 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Different class | Objection Filed |

### Crestview Hills Town Center, LLC
#### Case(s): 906 Clm No: 356 Clm. Amt: $18,643.68

*Attn: J.R. Anderson*
*3825 Edwards Rd. Suite 200*
*Cincinnati, OH 45209*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $18,643.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $18,643.68 | | |
| | | $18,643.68 | | |

### Shoppes at North Brunswick, LLC
#### Case(s): 906 Clm No: 357 Clm. Amt: $173,333.20

*6 Prospect St. Suite 2A*
*Midland Park, NJ 07432*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $173,333.20**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $173,333.20 | | $0.00 |
| | | $173,333.20 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### HireClix, LLC
#### Case(s): 906 Clm No: 358 Clm. Amt: $50,262.00

*Attn: Neil Costa*
*3 Heritage Way #4*
*Gloucester, MA 01930*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $50,262.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $50,262.00 | | |
| | | $50,262.00 | | |

### Federal Realty Investment Trust
#### Case(s): 906 Clm No: 359 Clm. Amt: $11,572.77

*t/a Mercer Mall, Lawrenceville, NJ*
*c/o Ballard Spahr, LLP*
*Attn: David L. Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $11,572.77**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $11,572.77 | | |
| | | $11,572.77 | | |

### Brixmor Trinity Commons, SPE ,LP (Brixmor Property Group, Inc.)
#### Case(s): 906 Clm No: 360 Clm. Amt: $6,850.50

*t/a Trinity Commons, Fort Worth, TX*
*c/o Ballard Spahr, LLP*
*Attn: David L. Pollack, Esq.*
*1735 Market St. 51st Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,850.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $6,850.50 | | |
| | | $6,850.50 | | |

**BRE Throne Preston Park, LLC (Brixnor Property Group, Inc.)**
**Case(s): 906 Clm No: 361 Clm. Amt: $10,503.17**

*t/a Preston Park Village, Plano, TX*
*c/o Ballard Spahr, LLP*
*Attn: David L. Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $10,503.17**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $10,503.17 | | |
| | | $10,503.17 | | |

**Brixmo/IA Quentin Collection, LLC (Brixmor Property Group, Inc.)**
**Case(s): 906 Clm No: 362 Clm. Amt: $175,020.48**

*t/a The Quentin Collection, Kildeer, IL*
*c/o Ballard Spahr, LLP*
*Attn: David L. Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $175,020.48**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $175,020.48 | | |
| | | $175,020.48 | | |

**Brixmor Oakwood Commons, LLC (Brixmor Property Group, Inc.)**
**Case(s): 906 Clm No: 363 Clm. Amt: $138,637.06**

*t/a Oakwood Commons, Hermitage, MN*
*c/o Ballard Spahr, LLP*
*Attn: David L Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $138,637.06**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $138,637.06 | | |
| | | $138,637.06 | | |

**Pointe Orlando Development Co. (Brixmor Property Group, Inc.)**
**Case(s): 906 Clm No: 364 Clm. Amt: $3,793.18**

*t/a Pointe Orlando, Orlando, FL*
*c/o Ballard Spahr, LLP*
*Attn: David L Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,793.18**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $3,793.18 | | |
| | | $3,793.18 | | |

**New Plan Hampton Village, LLC. (Brixmor Property Group, Inc.)**
**Case(s): 906 Clm No: 365 Clm. Amt: $137,147.11**

*t/a Hampton Village, Rochester Hills, MN*
*c/o Ballard Spahr, LLP*
*Attn: David L Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $137,147.11**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $137,147.11 | | |
| | | $137,147.11 | | |

## Crawfish, LLC (Trademark Property Company)
### Case(s): 906 Clm No: 366 Clm. Amt: $6,084.68

*t/a Perkins Rowe, Baton Rouge, LA*
*c/o Ballard Spahr, LLP*
*Attn: David L Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $6,084.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $6,084.68 | | |
| | | $6,084.68 | | |

## 5616 Bay Street Investor, LLC (UBS Realty Investors, LLC)
### Case(s): 906 Clm No: 367 Clm. Amt: $382,348.47

*t/a Bay Street, Emeryville, CA*
*c/o Ballard Spahr, LLP*
*Attn: David L Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $382,348.47**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $382,348.47 | | |
| | | $382,348.47 | | |

## TSW 2015 LLC (Hutensky)
### Case(s): 906 Clm No: 368 Clm. Amt: $185,338.71

*t/a Town Square Wheaton, Wheaton, IL*
*c/o Ballard Spahr, LLP*
*Attn: David L Pollack, Esq.*
*1735 Market St. 51st. Floor*
*Philadelphia, PA 19103*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $185,338.71**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | UNS | $185,338.71 | | |
| | | $185,338.71 | | |

## Morgan Stanley Senior Funding, Inc.
### Case(s): 906 Clm No: 369 Clm. Amt: $96,202.14

*Attn: Lisa Hanson*
*1585 Broadway*
*New York, NY 10036*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $96,202.14**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------------------|-----|----------------------|
| 906 | SEC | $96,202.14 | | $0.00 |
| | | $96,202.14 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Paid | Objection Granted |

### Forsyth Owner 1 L.P.
**Case(s): 906 Clm No: 370 Clm. Amt: $19,545.08**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $19,545.08** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $12,031.13 | | $0.00 |
| | 906 | UNS | $7,513.95 | | |
| | | | $19,545.08 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

### TM Fairlane Center, L.P.
**Case(s): 906 Clm No: 371 Clm. Amt: $139,914.06**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $139,914.06** | 906 | PRI | Unknown | Y | $0.00 |
| | 906 | UNS | $139,914.06 | | $0.00 |
| | | | $139,914.06 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Filed |

### SW Franklin Park Mall, LLC
**Case(s): 906 Clm No: 372 Clm. Amt: $19,221.96**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $19,221.96** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $11,821.50 | | $0.00 |
| | 906 | UNS | $7,400.46 | | |
| | | | $19,221.96 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

**Star-West Louis Joliet, LLC**
**Case(s): 906 Clm No: 373 Clm. Amt: $18,726.08**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $18,726.08** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $11,499.80 | | $0.00 |
| | 906 | UNS | $7,226.28 | | |
| | | | $18,726.08 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

**TM MacArthur, L.P.**
**Case(s): 906 Clm No: 374 Clm. Amt: $24,961.46**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $24,961.46** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $15,545.01 | | $0.00 |
| | 906 | UNS | $9,416.45 | | |
| | | | $24,961.46 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

**SW Parkway Mall, LP**
**Case(s): 906 Clm No: 375 Clm. Amt: $9,071.56**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $9,071.56** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $8,925.42 | | $0.00 |
| | 906 | UNS | $146.14 | | |
| | | | $9,071.56 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

## Northridge Owner, L.P.
### Case(s): 906 Clm No: 376 Clm. Amt: $110,596.84

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $110,596.84**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | PRI | $5,512.33 | | $0.00 |
| 909 | PRI | | | $5,512.33 |
| 906 | UNS | $105,084.51 | | $0.00 |
| 909 | UNS | | | $105,084.51 |
| | | $110,596.84 | | $110,596.84 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

## TM Wellington Green Mall, L.P.
### Case(s): 906 Clm No: 377 Clm. Amt: $21,267.30

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $21,267.30**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $13,148.42 | | $0.00 |
| 906 | UNS | $8,118.88 | | $0.00 |
| 909 | UNS | | | $8,118.88 |
| | | $21,267.30 | | $8,118.88 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

## TM Partridge Creek Mall, L.P.
### Case(s): 906 Clm No: 378 Clm. Amt: $17,690.63

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $17,690.63**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $13,895.56 | | $0.00 |
| 906 | UNS | $3,795.07 | | $0.00 |
| 909 | UNS | | | $3,795.07 |
| | | $17,690.63 | | $3,795.07 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### SOF-1X PB Owner, L.P.
**Case(s): 906 Clm No: 379 Clm. Amt: $16,385.52**

c/o Ballard Spahr LLP
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $16,385.52**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $9,981.36 | | $0.00 |
| 906 | UNS | $6,404.16 | | $0.00 |
| 909 | UNS | | | $6,404.16 |
| | | $16,385.52 | | $6,404.16 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### Southlake Indiana, LLC
**Case(s): 906 Clm No: 380 Clm. Amt: $330,374.13**

c/o Ballard Spahr LLP
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $330,374.13**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $16,616.99 | | $0.00 |
| 909 | PRI | | | $16,616.99 |
| 906 | UNS | $313,757.14 | | $0.00 |
| 909 | UNS | | | $313,757.14 |
| | | $330,374.13 | | $330,374.13 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

### Belden Mall, LLC
**Case(s): 906 Clm No: 381 Clm. Amt: $22,146.15**

c/o Ballard Spahr LLP
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $22,146.15**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $10,276.16 | | $0.00 |
| 906 | UNS | $11,869.99 | | $0.00 |
| 909 | UNS | | | $11,869.99 |
| | | $22,146.15 | | $11,869.99 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

## Belmar Mainstreet Holdings I, LLC
### Case(s): 906 Clm No: 382 Clm. Amt: $20,156.36

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $20,156.36**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | $12,427.69 | | $0.00 |
| 909 | ADM | $12,427.69 | | $0.00 |
| 906 | UNS | $7,728.67 | | |
| | | $32,584.05 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

## Blue Back Square, LLC
### Case(s): 906 Clm No: 383 Clm. Amt: $20,422.22

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $20,422.22**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | $12,510.39 | | $0.00 |
| 906 | UNS | $7,911.83 | | |
| | | $20,422.22 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Filed |
| No documentation | Objection Granted |

## Hawthorn, L.P.
### Case(s): 906 Clm No: 384 Clm. Amt: $208,149.91

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $208,149.91**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $22,733.23 | | $0.00 |
| 906 | UNS | $185,416.68 | | |
| | | $208,149.91 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

### Fox Valley Mall, LLC
### Case(s): 906 Clm No: 385 Clm. Amt: $44,090.17

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800* | 906 | ADM | $38,030.50 | | $0.00 |
| *Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018** | 909 | ADM | | | $14,208.00 |
| **Bar Date: 2/19/2018**<br>**Claim Face Value: $44,090.17** | 906 | UNS | $6,059.67 | | |
| | | | $44,090.17 | | $14,208.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### ARC SW WMGPA001, LLC
### Case(s): 906 Clm No: 386 Clm. Amt: $15,262.72

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800* | 909 | ADM | | | $0.00 |
| *Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018** | 906 | ADM | $8,889.43 | | $0.00 |
| **Bar Date: 2/19/2018**<br>**Claim Face Value: $15,262.72** | 906 | UNS | $6,373.29 | | |
| | | | $15,262.72 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

### Station Park CenterCal, LLC
### Case(s): 906 Clm No: 387 Clm. Amt: $19,197.59

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800* | 909 | ADM | | | $0.00 |
| *Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018** | 906 | ADM | $11,791.57 | | $0.00 |
| **Bar Date: 2/19/2018**<br>**Claim Face Value: $19,197.59** | 906 | UNS | $7,406.02 | | |
| | | | $19,197.59 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

**Westcor SanTan Village, LLC**
**Case(s): 906 Clm No: 388 Clm. Amt: $33,135.16**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $33,135.16**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $20,522.38 | | $0.00 |
| 906 | UNS | $12,612.78 | | |
| | | $33,135.16 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

**Macerich Oaks, LLC**
**Case(s): 906 Clm No: 389 Clm. Amt: $278,349.91**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $278,349.91**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $13,988.38 | | $0.00 |
| 906 | UNS | $264,361.53 | | |
| | | $278,349.91 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

**Scottsdale Fashion Square, LLC**
**Case(s): 906 Clm No: 390 Clm. Amt: $387,246.25**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $387,246.25**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $19,482.74 | | $0.00 |
| 906 | UNS | $367,763.51 | | |
| | | $387,246.25 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

**RN 540 Hotel Company, L.L.C.**
**Case(s): 906 Clm No: 391 Clm. Amt: $23,191.39**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $23,191.39** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $14,191.44 | | $0.00 |
| | 906 | UNS | $8,999.95 | | |
| | | | $23,191.39 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

**Macerich Twenty Ninth Street, LLC**
**Case(s): 906 Clm No: 392 Clm. Amt: $238,524.31**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $238,524.31** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $11,976.10 | | $0.00 |
| | 906 | UNS | $226,548.21 | | |
| | | | $238,524.31 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

**Macerich Vintage Faire Limited Partnership**
**Case(s): 906 Clm No: 393 Clm. Amt: $22,419.25**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Ballard Spahr LLP*<br>*Attn: Dustin P. Branch, Esq.*<br>*2029 Century Park East, Suite 800*<br>*Los Angeles, CA 90067*<br>**Date Filed: 2/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $22,419.25** | 909 | ADM | | | $0.00 |
| | 906 | ADM | $13,571.37 | | $0.00 |
| | 906 | UNS | $8,847.88 | | |
| | | | $22,419.25 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Filed |

### Macerich Fresno Limited Partnership
**Case(s): 906 Clm No: 394 Clm. Amt: $24,238.98**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $24,238.98**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $14,751.93 | | $0.00 |
| 906 | UNS | $9,487.05 | | |
| | | $24,238.98 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

### Meridian CenterCarl, LLC
**Case(s): 906 Clm No: 395 Clm. Amt: $16,662.16**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $16,662.16**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $10,156.71 | | $0.00 |
| 906 | UNS | $6,505.45 | | |
| | | $16,662.16 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

### SOCM I, LLC (The Collection at Riverpark)
**Case(s): 906 Clm No: 396 Clm. Amt: $197,756.14**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $197,756.14**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $9,830.46 | | $0.00 |
| 906 | UNS | $187,925.68 | | |
| | | $197,756.14 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

**RREEF America REIT Corp, HH**
**Case(s): 906 Clm No: 397 Clm. Amt: $17,346.51**

*c/o Ballard Spahr, LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $17,346.51**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | ADM | $10,604.81 | | $0.00 |
| 909 | ADM | | | $14,906.00 |
| 906 | UNS | $6,741.70 | | |
| | | $17,346.51 | | $14,906.00 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |

**Streets of Tanasbourne, LLC**
**Case(s): 906 Clm No: 398 Clm. Amt: $17,728.33**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $17,728.33**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | ADM | $10,852.51 | | $0.00 |
| 909 | ADM | | | $10,852.51 |
| 906 | UNS | $6,875.82 | | |
| | | $17,728.33 | | $10,852.51 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |

**KRE Colonie Owner, LLC**
**Case(s): 906 Clm No: 399 Clm. Amt: $35,747.48**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $35,747.48**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | ADM | $15,249.62 | | $0.00 |
| 909 | ADM | | | $15,249.62 |
| 906 | UNS | $20,497.86 | | |
| | | $35,747.48 | | $15,249.62 |

**Objection**

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |

**JCC California Properties, LLC (Vintage Oaks at Novato)**
**Case(s): 906 Clm No: 400 Clm. Amt: $225,377.23**

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $225,377.23**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $225,377.23 | | |
| | | $225,377.23 | | |

### Uptown Village at Cedar Hill, LP (Hillside Village)
### Case(s): 906 Clm No: 401 Clm. Amt: $1,500.00

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,500.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $1,500.00 | | |
| | | $1,500.00 | | |

### City Place Retail, LLC
### Case(s): 906 Clm No: 402 Clm. Amt: $149,679.51

*c/o Ballard Spahr LLP*
*Attn: Dustin P. Branch, Esq.*
*2029 Century Park East, Suite 800*
*Los Angeles, CA 90067*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $149,679.51**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | PRI | $7,156.84 | | $0.00 |
| 906 | UNS | $142,522.67 | | $0.00 |
| | | $149,679.51 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Filed |

### Mississippi Department of Revenue
### Case(s): 906 Clm No: 403 Clm. Amt:

*Bankruptcy Section - MS Dept. of Revenue*
*Attn: Nikeshia Agee*
*P. O. Box 22808*
*Jackson, MS 39225*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 909 | | | | $0.00 |
| 906 | PRI | | | |
| | | | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Filed |
| Miscellaneous objection | Objection Filed |

### City Reach Church Springfield (Network)
### Case(s): 906 Clm No: 404 Clm. Amt: $800.00

*c/o City Reach Church*
*Attn: Amber Phillips*
*P. O. Box 7001*
*Springfield, MO 65801*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $800.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $800.00 | | $0.00 |
| 909 | UNS | | | $395.40 |
| | | $800.00 | | $395.40 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

### Zeta Tau Alpha-Sacramento Alumnae Chapter
### Case(s): 906 Clm No: 405 Clm. Amt: $215.00

c/o Zeta Tau Alpha Foundation
1036 S. Rangeline Road
Carmel, IN 46032
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $215.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $215.00 | | |
| | | $215.00 | | |

### Soroptimist International of Oxnard
### Case(s): 906 Clm No: 406 Clm. Amt: $191.60

Attn:Debbie Marie Gohlke
P. O. Box 1325
Oxnard, CA 93032
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $191.60**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $191.60 | | |
| | | $191.60 | | |

### Short Circuit Electronics, Inc.
### Case(s): 906 Clm No: 407 Clm. Amt: $23,962.42

Attn: David B. Israel
4201 NE Port Drive
Lees Summit, MO 64064
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $23,962.42**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $23,962.42 | | |
| | | $23,962.42 | | |

### PSE & G
### Case(s): 906 Clm No: 408 Clm. Amt: $9,530.34

Attn: Bankruptcy Dept.
P. O. Box 490
Cranford, NJ 07016
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,530.34**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $9,530.34 | | |
| | | $9,530.34 | | |

### Kristine Sykes
### Case(s): 906 Clm No: 409 Clm. Amt:

3033 N 74th St.
Kansas City, KS 66109
**Date Filed: 6/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | Unknown | Y | $0.00 |
| | | | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### Tanger Southaven Tanger Outlets Memphis
### Case(s): 906 Clm No: 410 Clm. Amt: $184,980.94

Attn: Leigh M. Boyer
3200 Nortline Ave., Suite 360
Greensboro, NC 27408
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $184,980.94**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $184,980.94 | | |
| | | $184,980.94 | | |

**Vickie Sykes**
**Case(s): 906 Clm No: 411 Clm. Amt:**

*3033 N 74th St.*
*Kansas City, KS 66109*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | Unknown | Y | $0.00 |
| | | | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

**Maesa, LLC**
**Case(s): 906 Clm No: 412 Clm. Amt: $274,114.78**

*Attn: Laura Alemzadeh*
*40 Worth St. Suite 705*
*New York, NY 10013*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $274,114.78**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $274,114.78 | | |
| | | $274,114.78 | | |

**Iron Mountain Information Management, LLC**
**Case(s): 906 Clm No: 413 Clm. Amt: $2,438.16**

*Attn: Joseph Corrigan*
*1 Federal Street, 7th Floor*
*Boston, MA 02110*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,438.16**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | SEC | | | $0.00 |
| 906 | SEC | $825.00 | | $0.00 |
| 909 | UNS | | | $0.00 |
| 906 | UNS | $1,613.16 | | $0.00 |
| | | $2,438.16 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

**Zeta Tau Alpha Foundation**
**Case(s): 906 Clm No: 414 Clm. Amt: $1,096.80**

*Attn: Megan Waterman*
*1 Jason Drive*
*Glen Carbon, IL 62034*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $548.40**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | 503(b)(9) | $548.40 | | $0.00 |
| 909 | 503(b)(9) | | | $548.40 |
| 906 | PRI | $548.40 | | $0.00 |
| 909 | PRI | | | $548.40 |
| | | $1,096.80 | | $1,096.80 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

## Sarina Accessories, LLC
### Case(s): 906 Clm No: 415 Clm. Amt: $574,552.50

*Attn: Marc Faham*
*15 West 36th St., Flr 5*
*New York, NY 10018*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $574,552.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $574,552.50 | | |
| | | $574,552.50 | | |

## U.S. Bank National Assoc. as successor in interest to Bank of America, N.A.
### Case(s): 906 Clm No: 416 Clm. Amt: $13,865.00

*successor to LaSalle Bank National Assoc.,*
*Trustee*
*c/o Sheppard Mullin Richter & Hampton, LLP*
*Attn: Alan Feld*
*333 South Hope Street*
*Los Angeles, CA 90071*
**Date Filed: 2/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | Unknown | Y | $0.00 |
| 909 | UNS | Unknown | Y | |
| 906 | UNS | $13,865.00 | | $0.00 |
| | | $13,865.00 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim not in balance | Objection Granted |

## Aptos Canada, Inc.
### Case(s): 906 Clm No: 417 Clm. Amt: $146,625.84

*Attn: David Baum*
*9300 Trans-Canada Highway, Suite. 300*
*Saint Laurent, QC H4S 1K5*
*Canada*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $146,625.84**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $146,625.84 | | |
| | | $146,625.84 | | |

## Golden Fashion Accessory (H.K.) Co. Ltd.
### Case(s): 906 Clm No: 418 Clm. Amt: $471,593.20

*c/o Morris James, LLP*
*Attn: Eric J. Monzo, Esq.*
*500 Delaware Ave. Suite 1500*
*Wilmington, DE 19801*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $471,593.20**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $471,593.20 | | |
| | | $471,593.20 | | |

## Changsheng Jewelry, Ltd.
### Case(s): 906 Clm No: 419 Clm. Amt: $380,511.09

*c/o Morris James, LLP*
*Attn: Eric J. Monzo, Esq.*
*500 Delaware Ave. Suite 1500*
*Wilmington, DE 19801*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $380,511.09**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $380,511.09 | | |
| | | $380,511.09 | | |

### Harbinger Sign
**Case(s): 906 Clm No: 420 Clm. Amt: $120,286.46**

c/o Rogers Towers, P.A.
*Attn: Mark S. Mitchell, Esq.*
*1301 Riverplace Blvd., #1500*
*Jacksonville, FL 32207*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $120,286.46**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $120,286.46 | | |
| | | $120,286.46 | | |

### LCFRE Sugar Land Town Square, LLC
**Case(s): 906 Clm No: 421 Clm. Amt: $4,093.49**

c/o Jackson Walker, LLP
*Attn: Matthew D. Cavenaugh*
*1401 McKinney, Suite 1900*
*Houston, TX 77010*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $4,093.49**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | UNS | | | $0.00 |
| 906 | UNS | $4,093.49 | | $0.00 |
| | | $4,093.49 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

### Alabama Power Company
**Case(s): 906 Clm No: 422 Clm. Amt: $1,520.58**

c/o Balch & Bingham, LLP
*Attn: Eric T. Ray*
*1901 Sixth Ave. N. Suite 1500*
*Birmingham, AL 35203*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $1,520.58**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,520.58 | | |
| | | $1,520.58 | | |

### Omaha Public Power District
**Case(s): 906 Clm No: 423 Clm. Amt: $4,150.96**

*Attn: Jane Elizabeth Stafford*
*P. O. Box 3995*
*Omaha, NE 68103*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $4,150.96**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $4,150.96 | | |
| | | $4,150.96 | | |

### Mississippi Department of Revenue
**Case(s): 906 Clm No: 424 Clm. Amt: $0.00**

c/o Bankruptcy Section
*Attn: Nikeshia Agee*
*P.O. Box 22808*
*Jackson, MS 39225*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Amending Clm #: 38**
**Claim Face Value: $0.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $0.00 | | $0.00 |
| | | $0.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Filed |

### Milwaukee Teacher Education Center
### Case(s): 906 Clm No: 425 Clm. Amt: $100.00

*Attn: Kris Gintner*
*811 N Hawley Rd. Suite 110*
*Milwaukee, WI 53213*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $100.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $100.00 | | |
| | | $100.00 | | |

### Niel C. Hennings
### Case(s): 906 Clm No: 426 Clm. Amt: $4,978.36

*1526 Cable Ranch Rd. #1301*
*San Antonio, TX 78245*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $4,978.36**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $4,978.36 | | |
| | | $4,978.36 | | |

### Liquid Glass Body Jewelry, LLC
### Case(s): 906 Clm No: 427 Clm. Amt: $12,380.00

*Attn: Stephanie A. Gamble*
*P. O. Box 1192*
*Lyndonville, VT 05851*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $12,380.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $12,380.00 | | |
| | | $12,380.00 | | |

### Pennsylvania Department of Revenue
### Case(s): 906 Clm No: 428 Clm. Amt: $214.62

*Attn: Bankruptcy Division*
*P. O. Box 280946*
*Harrisburg, PA 17128-0946*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $112.31**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | PRI | $102.31 | | $0.00 |
| 906 | UNS | $112.31 | | $0.00 |
| | | $214.62 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Miscellaneous objection | Objection Granted |

### The Closet
### Case(s): 906 Clm No: 429 Clm. Amt: $1,164.00

*Attn: Kelly A. McMurry*
*10338 W Fairview*
*Boise, ID 83704*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $1,164.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $1,164.00 | | $0.00 |
| | | $1,164.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Paid | Objection Granted |

### LA Chic Designs, LLC
**Case(s): 906 Clm No: 430 Clm. Amt: $50,638.74**

c/o Norred Law, PLLC
*Attn. Warren V. Norred*
*515 E. Border St.*
*Arlington, TX 76010*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $50,638.74**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $50,638.74 | | |
| | | $50,638.74 | | |

### Duquesne Light Company
**Case(s): 906 Clm No: 431 Clm. Amt: $977.37**

c/o Bernstein-Burkley, P. C,
*Attn: Allison L. Carr*
*707 Grant St. Suite 2200*
*Gulf Tower*
*Pittsburgh, PA 15219*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $977.37**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $977.37 | | $0.00 |
| | | $977.37 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### IR Accessories Pvt. Ltd.
**Case(s): 906 Clm No: 432 Clm. Amt: $206,543.30**

c/o Hur & Lash, LLP
*Attn: Robert L. Lash, Esq.*
*390 Fifth Ave. Suite 900*
*New York, NY 10018*
**Date Filed: 2/20/2018**
**Orig. Date Filed: 1/23/2018**
**Bar Date: 2/20/2018**
**Amending Clm #: 51**
**Claim Face Value: $206,543.30**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $206,543.30 | | |
| | | $206,543.30 | | |

### Retail Opportunity Investments Corporation
**Case(s): 906 Clm No: 433 Clm. Amt: $16,754.99**

Attn: Evan T. Miller
*600 North King St. Suite 400*
*Wilmington, DE 19801*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $16,754.99**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | ADM | $9,936.15 | | $0.00 |
| 906 | UNS | $6,818.84 | | $0.00 |
| | | $16,754.99 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |
| Filed against wrong company | Objection Granted |

### APS/Arizona Public Service
#### Case(s): 906 Clm No: 434 Clm. Amt: $9,261.65

*Attn: Patricia Schloss*
*2043 W. Cheryl Dr.*
*Mail Station 3209, Bldg. M*
*Phoenix, AZ 85021-1915*
**Date Filed: 2/20/2018**
**Bar Date: 2/20/2018**
**Claim Face Value: $9,261.65**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | 503(b)(9) | $9,261.65 | | $0.00 |
| 906 | UNS | | | $9,261.65 |
| | | $9,261.65 | | $9,261.65 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Different class | Objection Granted |

### Scarsdale Security Systems, Inc.
#### Case(s): 906 Clm No: 435 Clm. Amt: $14,149.95

*Attn: David Raizen*
*132 Montgomery Avenue*
*Scarsdale, NY 10583*
**Date Filed: 2/21/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $14,149.95**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $14,149.95 | | |
| | | $14,149.95 | | |

### FedEx Corporate Services, Inc.
#### Case(s): 906 Clm No: 436 Clm. Amt: $485,327.92

*as Assignee offi FedEx*
*Express/Ground/Freight*
*Attn: Melissa K. Fitzgerald or*
*Michael D. Gahagan*
*3965 Airways Blvd. Module G. 3rd. Fl.*
*Memphis, TN 38116-5017*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $485,327.92**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $485,327.92 | | |
| | | $485,327.92 | | |

### UGI Utilities, Inc.
#### Case(s): 906 Clm No: 437 Clm. Amt: $232.67

*Attn: Brian L. Huber*
*P. O. Box 13009*
*Reading, PA 19612*
**Date Filed: 2/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $232.67**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $232.67 | | |
| | | $232.67 | | |

### Arrowrock Westover Village, LP
#### Case(s): 906 Clm No: 438 Clm. Amt: $115,425.00

*c/o Lewis Rice, LLC*
*Attn: Larry E. Parres*
*600 Washington Ave. Suite 2500*
*St. Louis, MO 63101*
**Date Filed: 2/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $115,425.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $115,425.00 | | $0.00 |
| | | $115,425.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Filed |

## Monroe Woodbury Hockey Boosters
### Case(s): 906 Clm No: 439 Clm. Amt: $338.00

*c/o Advocacy Committee*
*Attn: Thomas Urtz*
*P. O. Box 100*
*Highland Mills, NY 10930*
**Date Filed: 2/22/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $338.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | 503(b)(9) | $338.00 | | |
| | | $338.00 | | |

## Whitney High School Boosters Association
### Case(s): 906 Clm No: 440 Clm. Amt: $1,500.00

*Attn: Mary Mortensen*
*5906 Tanus Circl*
*Rocklin, CA 95677*
**Date Filed: 2/21/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,500.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,500.00 | | |
| | | $1,500.00 | | |

## Alder Middle School - ASB
### Case(s): 906 Clm No: 441 Clm. Amt: $185.45

*Attn: Nicole Dzama*
*7555 Alder Avenue*
*Fontana, CA 92336*
**Date Filed: 2/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $185.45**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $185.45 | | |
| | | $185.45 | | |

## Toledo Edison
### Case(s): 906 Clm No: 442 Clm. Amt: $799.90

*Attn: Stacy Harman*
*5001 NASA Blvd.*
*Fairmont, WV 26554*
**Date Filed: 2/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $799.90**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $799.90 | | |
| | | $799.90 | | |

## Ohio Edison
### Case(s): 906 Clm No: 443 Clm. Amt: $719.82

*Attn: Stacey Harman*
*5001 NASA Blvd.*
*Fairmont, WV 26554*
**Date Filed: 2/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $719.82**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $719.82 | | |
| | | $719.82 | | |

## Potomac Edison
### Case(s): 906 Clm No: 444 Clm. Amt: $1,254.79

*Attn: Stacey Harman*
*5001 NASA Blvd.*
*Fairmont, WV 26554*
**Date Filed: 2/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,254.79**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $1,254.79 | | $0.00 |
| | | $1,254.79 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

**Cleveland Illuminating Company**
**Case(s): 906 Clm No: 445 Clm. Amt: $2,748.91**

*Attn: Stacey Harman*
*5001 NASA Blvd.*
*Fairmont, WV 26554*
**Date Filed: 2/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,748.91**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $2,748.91 | | $0.00 |
| | | $2,748.91 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

**Baltimore Gas & Electric Co.**
**Case(s): 906 Clm No: 446 Clm. Amt: $1,413.66**

*Attn: Gail Bush*
*P. O. Box 1475*
*Baltimore, MD 21201*
**Date Filed: 2/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,413.66**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $1,413.66 | | $0.00 |
| | | $1,413.66 | | $0.00 |

**Objection**

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

**Zenta, LLC**
**Case(s): 906 Clm No: 447 Clm. Amt: $11,138.00**

*Attn: Dana Tejeda*
*154 Giralda Ave.*
*Coral Gables, FL 33134*
**Date Filed: 2/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $11,138.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $11,138.00 | | |
| | | $11,138.00 | | |

**Scentsible, LLC d/b/a Poo-Pourri**
**Case(s): 906 Clm No: 448 Clm. Amt: $9,554.66**

*c/o Padfield & Stout, LLP*
*Attn: Jeffrey V. Leaverton*
*421 W Third St. Suite 910*
*Fort Worth, TX 76102*
**Date Filed: 2/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,554.66**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $9,554.66 | | |
| | | $9,554.66 | | |

**Friends of Urbana Fuse**
**Case(s): 906 Clm No: 449 Clm. Amt:**

*Attn: Ann Burns*
*4729 Caleb Wood Drive*
*Mount Airy, MD 21771*
**Date Filed: 2/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | PRI | Unknown | Y | |

### Lake County Public Works
**Case(s): 906 Clm No: 450 Clm. Amt: $136.09**

*Attn: Philip M. Perna*
*650 Winchester Road*
*Libertyville, IL 60048*
**Date Filed: 2/27/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $136.09**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $136.09 | | |
| | | $136.09 | | |

### Lake County Public Works
**Case(s): 906 Clm No: 451 Clm. Amt: $342.92**

*Attn: Philip Perna*
*650 Winchester Road*
*Libertyville, IL 60048*
**Date Filed: 2/27/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $342.92**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $342.92 | | |
| | | $342.92 | | |

### Operation Community Outreach
**Case(s): 906 Clm No: 452 Clm. Amt: $376.35**

*Attn: Elizabeth Ann Dotson*
*P. O. Box 2161*
*Rowlett, TX 75030*
**Date Filed: 3/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $376.35**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $376.35 | | |
| | | $376.35 | | |

### Sebastian County Tax Collector
**Case(s): 906 Clm No: 453 Clm. Amt: $4,777.50**

*Attn: Kathy L. Caperton*
*P. O. Box 1358*
*Fort Smith, AR 72902*
**Date Filed: 2/27/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,777.50**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $4,777.50 | | $0.00 |
| | | $4,777.50 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### Compass Professional Health Services
**Case(s): 906 Clm No: 454 Clm. Amt: $5,140.00**

*Attn: Adam Johnson*
*901 Main St. Suite 5800*
*Dallas, TX 75202*
**Date Filed: 3/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,140.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $5,140.00 | | |
| | | $5,140.00 | | |

### Patricia Crownover
**Case(s): 906 Clm No: 455 Clm. Amt: $36,957.76**

c/o Padilla Smith, PLLC
*Attn: Joseph Paul Smith*
*109 Spring St. Suite 10*
*Springdale, AR 72764*
**Date Filed: 3/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $36,957.76**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $36,957.76 | | |
| | | $36,957.76 | | |

### Illume Holding Co., LLC
**Case(s): 906 Clm No: 456 Clm. Amt: $80,735.54**

*Attn: Brad William Boelmke*
*2000 W. 94th St.*
*Bloomington, MN 55431*
**Date Filed: 3/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $80,735.54**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $80,735.54 | | |
| | | $80,735.54 | | |

### BNSF Logistics, LLC
**Case(s): 906 Clm No: 457 Clm. Amt: $16,410.94**

*Attn: John Bass*
*2710 S 48th Street*
*Springdale, AR 72762*
**Date Filed: 3/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $16,410.94**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $16,410.94 | | |
| | | $16,410.94 | | |

### Benton County Tax Collector
**Case(s): 906 Clm No: 458 Clm. Amt: $5,355.24**

*Attn: Tommie C. Hardrick*
*215 E. Central Ave. Rm 101*
*Bentonville, AR 72712*
**Date Filed: 3/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $5,355.24**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $5,355.24 | | |
| | | $5,355.24 | | |

### ADC Home and Commercial Services
**Case(s): 906 Clm No: 459 Clm. Amt: $451.35**

*Attn: Gail Perry*
*9475 E. Highways 290*
*Austin, TX 78724*
**Date Filed: 3/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $451.35**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $451.35 | | |
| | | $451.35 | | |

### Lifetime Brands Inc.
**Case(s): 906 Clm No: 460 Clm. Amt: $35,115.00**

*Attn: Julie Rodriguez*
*12 Applegate Dr.*
*Robbinsville, NJ 08691*
**Date Filed: 3/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $35,115.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $35,115.00 | | |
| | | $35,115.00 | | |

## T-C Southside at McEwen, LLC
### Case(s): 906 Clm No: 461 Clm. Amt: $188,212.15

P. O. Box 743014
Atlanta, GA 30374-3014
**Date Filed: 3/30/2018**
**Orig. Date Filed: 3/8/2018**
**Bar Date: 2/19/2018**
**Amending Clm #:** 461
**Amended By Clm #:** 461
**Claim Face Value: $188,212.15**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $188,212.15 | | |
| | | $188,212.15 | | |

## Down Syndrome Assoc for Families
### Case(s): 906 Clm No: 462 Clm. Amt: $153.45

Attn: Stephanie Kay Longwell
P. O. Box 57362
Lincoln, NE 68505
**Date Filed: 3/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $153.45**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $153.45 | | |
| | | $153.45 | | |

## City of Missouri City, TX
### Case(s): 906 Clm No: 463 Clm. Amt: $670.00

Attn: Robert Shane Brannon
1522 Texas Parkway
Missouri City, TX 77489
**Date Filed: 3/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $670.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $670.00 | | |
| | | $670.00 | | |

## Yes to Inc.
### Case(s): 906 Clm No: 464 Clm. Amt: $135,526.98

Attn: Carey Rufino
177 E Colorado Blvd. #110
Pasadena, CA 91105
**Date Filed: 3/12/2020**
**Bar Date: 2/19/2018**
**Claim Face Value: $135,526.98**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | 503(b)(9) | $135,526.98 | | $0.00 |
| | ADM | | | $17,000.00 |
| 909 | UNS | | | $118,526.98 |
| | | $135,526.98 | | $135,526.98 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Filed |
| Different class | Objection Filed |

## Pulaski County Treasurer
### Case(s): 906 Clm No: 465 Clm. Amt: $4,267.60

Attn: Deputy Treasurer
P.O. Box 430
Little Rock, AR 72203
**Date Filed: 3/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $4,267.60**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $4,267.60 | | |
| | | $4,267.60 | | |

### Mary Kay Foundation
**Case(s): 906 Clm No: 466 Clm. Amt: $18,152.00**

*Attn: Michael L. Lunceford*
*P. O. Box 799044*
*Dallas, TX 75379*
**Date Filed: 3/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $18,152.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $18,152.00 | | |
| | | $18,152.00 | | |

### City of Huntsville
**Case(s): 906 Clm No: 467 Clm. Amt: $287.66**

*c/o Maples Law Firm, PC*
*Attn: Stuart M. Maples*
*200 Clinton Ave. W. Ste. 1000*
*Huntsville, AL 35801*
**Date Filed: 3/12/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $287.86**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $287.66 | | $0.00 |
| | | $287.66 | | $0.00 |

### Jasmine Mason
**Case(s): 906 Clm No: 468 Clm. Amt:**

*3516 Russell Blvd. Apt. 3*
*Saint Louis, MO 63104*
**Date Filed: 3/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | | | $0.00 |
| | | | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### Commonwealth Edison Company
**Case(s): 906 Clm No: 469 Clm. Amt: $8,338.17**

*Attn: ComEd Bankruptcy Department*
*1919 Swift Drive*
*Oakbrook Terrace, IL 60523*
**Date Filed: 3/13/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $8,338.17**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $8,338.17 | | |
| | | $8,338.17 | | |

### St. Paul Lutheran School PTL
**Case(s): 906 Clm No: 470 Clm. Amt: $337.00**

*Attn: Amy Bobrosky*
*27981 Detroit Rd.*
*Westlake, OH 44145*
**Date Filed: 3/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $337.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $337.00 | | |
| | | $337.00 | | |

### City of Kansas City, Missouri
**Case(s): 906 Clm No: 471 Clm. Amt: $1,027.88**

*Attn: Ashley Barton*
*414 E 12th St. Suite 2402*
*Kansas City, MO 64106*
**Date Filed: 3/16/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,208.46**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $1,027.88 | | $0.00 |
| | | $1,027.88 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

### Helping Hands of The Arklatex, Inc.
**Case(s): 906 Clm No: 472 Clm. Amt: $7,594.84**

*Attn: Lakeya L. Henry*
*2620 Centenary Blvd, #214*
*Shreveport, LA 71104*
**Date Filed: 3/15/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,797.42**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | 503(b)(9) | $3,797.42 | | $0.00 |
| 909 | 503(b)(9) | | | $3,797.42 |
| 906 | PRI | $3,797.42 | | $0.00 |
| 909 | PRI | | | $3,797.42 |
| | | $7,594.84 | | $7,594.84 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |

### Boulder County Treasurer
**Case(s): 906 Clm No: 473 Clm. Amt: $2,407.72**

*Attn: Paul Weissmann/ Christine Deegan*
*PO Box 471*
*Boulder, CO 80306*
**Date Filed: 3/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,203.86**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $1,203.86 | | |
| 906 | UNS | $1,203.86 | | |
| | | $2,407.72 | | |

### Louisiana Department of Revenue
**Case(s): 906 Clm No: 474 Clm. Amt: $1,135.36**

*Attn: Santhea Domino*
*PO Box 66658*
*Baton Rogue, LA 70896-6658*
**Date Filed: 3/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,135.36**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $1,035.36 | | |
| 906 | UNS | $100.00 | | |
| | | $1,135.36 | | |

### Girl Scouts of Central Ill
**Case(s): 906 Clm No: 475 Clm. Amt: $216.00**

*Attn: Pam Kovacevich*
*3020 Baker Drive*
*Springfield, IL 62703*
**Date Filed: 3/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $216.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $216.00 | | |
| | | $216.00 | | |

### Texas Comptroller of Public Accounts
**Case(s): 906 Clm No: 476 Clm. Amt: $25,294.20**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Office of the Attorney General*<br>*Bankruptcy & Collections Division*<br>*P. O. Box 12548, MC-008*<br>*Austin, TX 78711*<br>**Date Filed: 3/19/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $25,294.20** | 906 | PRI | $23,117.61 | | |
| | 906 | UNS | $2,176.59 | | |
| | | | $25,294.20 | | |

### County of Montgomery
**Case(s): 906 Clm No: 477 Clm. Amt: $337.00**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *District Court 38-1-13*<br>*Building B, Suite 101*<br>*625 West Ridge Pike*<br>*Conshohocken, PA 19428-1188*<br>**Date Filed: 3/20/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $337.00** | 906 | UNS | $337.00 | | |
| | | | $337.00 | | |

### She Matters Girls, Inc.
**Case(s): 906 Clm No: 478 Clm. Amt: $890.60**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Annette Denise Myrick*<br>*600 Church St. Suite 854*<br>*Norfolk, VA 23501*<br>**Date Filed: 3/23/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $890.60** | 906 | UNS | $890.60 | | |
| | | | $890.60 | | |

### Cambridge Crossing Shopping Center LLC
**Case(s): 906 Clm No: 479 Clm. Amt: $16,250.00**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *c/o Sirlin Lesser & Benson P.C.*<br>*Attn: Dana S. Plon, Esq.*<br>*123 South Broad St. Suite 2100*<br>*Philadelphia, PA 19109*<br>**Date Filed: 3/22/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $16,250.00** | 906 | UNS | $16,250.00 | | |
| | | | $16,250.00 | | |

### UpCounsel Inc.
**Case(s): 906 Clm No: 480 Clm. Amt: $64,865.60**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Matthew Faustman*<br>*580 Market St. FL 5*<br>*San Francisco, CA 94104*<br>**Date Filed: 3/23/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $64,865.60** | 906 | UNS | $64,865.60 | | |
| | | | $64,865.60 | | |

### Ivy Foundation of Hampton, INC
**Case(s): 906 Clm No: 481 Clm. Amt: $387.00**

| | Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|
| *Attn: Rebecca Danielle Babineaux*<br>*P.O. Box 304*<br>*Hampton, VA 23669*<br>**Date Filed: 3/26/2018**<br>**Bar Date: 2/19/2018**<br>**Claim Face Value: $387.00** | 906 | 503(b)(9) | $387.00 | | |
| | | | $387.00 | | |

### Canyon Lake High School Band Boosters Club, INC
### Case(s): 906 Clm No: 482 Clm. Amt: $550.00

Attn: Doug Windle
8555 FM 32
Fischer, TX 78623
**Date Filed: 3/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $550.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $550.00 | | |
| | | $550.00 | | |

### Voices for Children of San Antonio
### Case(s): 906 Clm No: 483 Clm. Amt: $493.00

Attn: Kathleen A. Fletcher
118 N Medina St
San Antonio, TX 78207
**Date Filed: 3/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $493.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $493.00 | | |
| | | $493.00 | | |

### Douglas County Treasurer
### Case(s): 906 Clm No: 484 Clm. Amt: $2,335.68

Attn: Diane A Holbert
100 Third St, Ste 120
Castle Rock, CO 80104
**Date Filed: 3/26/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,335.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | Unknown | Y | |
| 906 | SEC | $2,335.68 | | $0.00 |
| | | $2,335.68 | | $0.00 |

### Tamla C Privette
### Case(s): 906 Clm No: 485 Clm. Amt:

#2 Birchwood Ct
Savannah, GA 31419
**Date Filed: 3/27/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | Unknown | Y | $0.00 |
| | | | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

### San Antonio Youth Literacy
### Case(s): 906 Clm No: 486 Clm. Amt:

Attn: Dr Deborah Lynn Valdez
1616 E Commerce St. Bldg # 3
San Antonio, TX 78205
**Date Filed: 3/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | Unknown | Y | |

### Adams County Treasurer
**Case(s): 906 Clm No: 487 Clm. Amt: $10,803.68**

*PO BOX 869*
*Brighton, CO 80601*
**Date Filed: 3/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $10,803.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 909 | SEC | | | $0.00 |
| 906 | SEC | $10,803.68 | | $0.00 |
| | | $10,803.68 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

### City, Water, Light and Power Springflied, IL
**Case(s): 906 Clm No: 488 Clm. Amt: $254.89**

*Attn: Krista Appenzeller*
*800 East Monroe St*
*Springfield, IL 62701*
**Date Filed: 3/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $254.89**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $254.89 | | |
| | | $254.89 | | |

### Fulmon College Association INC.
**Case(s): 906 Clm No: 489 Clm. Amt: $5,698.65**

*Attn: Theresa Butkevitch*
*2805 State Hwy 67*
*Johnstown, NY 12095*
**Date Filed: 4/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $842.65**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | 503(b)(9) | $4,856.00 | | $0.00 |
| 909 | 503(b)(9) | | | $4,856.00 |
| 906 | PRI | $842.65 | | $0.00 |
| 909 | PRI | | | $842.65 |
| | | $5,698.65 | | $5,698.65 |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |

### Massachusetts Department of Revenue
**Case(s): 906 Clm No: 490 Clm. Amt: $65,919.93**

*Attn: Bankruptcy Unit*
*PO BOX 9564*
*Boston, MA 02114-9564*
**Date Filed: 4/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $65,919.93**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $57,095.45 | | |
| 906 | UNS | $8,824.48 | | |
| | | $65,919.93 | | |

#### Objection

| Objection Type | Objection Status |
|---|---|
| Miscellaneous objection | Objection Filed |

### Stefanie Eadie
**Case(s): 906 Clm No: 491 Clm. Amt: $700.00**

*3300 Pond Chase Ct*
*Midlothian, VA 23113*
**Date Filed: 4/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $700.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $700.00 | | |
| | | $700.00 | | |

### Mississippi Department of Revenue
**Case(s): 906 Clm No: 492 Clm. Amt: $20,689.35**

*Attn: Nikeshia Agee*
*PO Box 22808*
*Jackson, MS 39225-2808*
**Date Filed: 4/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $20,689.35**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $16,864.02 | | $0.00 |
| 906 | UNS | $3,825.33 | | $0.00 |
| | | $20,689.35 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Miscellaneous objection | Objection Filed |

### WA State Dept. Labor and Industries
**Case(s): 906 Clm No: 493 Clm. Amt: $18,529.01**

*c/o Bankruptcy Unit*
*Attn: LaDonna Kinney*
*PO BOX 44171*
*Olympia, WA 98504*
**Date Filed: 4/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $18,529.01**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $16,792.05 | | $0.00 |
| 909 | UNS | | | $0.00 |
| 906 | UNS | $1,736.96 | | $0.00 |
| | | $18,529.01 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Granted |

### New Hampshire Depart. Of Revenue Admin.
**Case(s): 906 Clm No: 494 Clm. Amt: $14,045.73**

*c/o NH DRA - Legal Bureau*
*Attn: Shawn P. Thomas*
*P. O. Box 457*
*Concord, NH 03302*
**Date Filed: 4/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $14,045.73**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $10,527.18 | | |
| 906 | UNS | $3,518.55 | | |
| | | $14,045.73 | | |

### Wisconsin Department of Revenue
#### Case(s): 906 Clm No: 495 Clm. Amt: $1,250.00

*c/o Special Procedures Unit*
*Attn: Hiram Cuttin*
*PO Box 8901*
*Madison, WI 53708-8901*
**Date Filed: 4/9/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,250.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | PRI | $1,000.00 | | $0.00 |
| 906 | UNS | $250.00 | | $0.00 |
| | | $1,250.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Miscellaneous objection | Objection Granted |

### City of Hammond
#### Case(s): 906 Clm No: 496 Clm. Amt: $1,752.00

*c/o Cashe Coudrain & Sandage Attys at Law*
*Attn: Andre G. Coudrain*
*P O Box 1509*
*Hammond, LA 70404*
**Date Filed: 4/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,752.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $1,752.00 | | $0.00 |
| | | $1,752.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

### City of Raleigh-City Attorney
#### Case(s): 906 Clm No: 497 Clm. Amt: $201.00

*AttN: Dorothy K. Leapley*
*P. O. Box 590*
*Raleigh, NC 27602*
**Date Filed: 4/20/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $201.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | UNS | $201.00 | | |
| | | $201.00 | | |

### Brookhaven Village Plaza, LLC
#### Case(s): 906 Clm No: 498 Clm. Amt: $29,602.43

*Attn: Allen Gann*
*5400 N. Grand Blvd. Suite 565*
*Oklahoma City, OK 73112*
**Date Filed: 4/23/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $29,602.43**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | UNS | $29,602.43 | | |
| | | $29,602.43 | | |

### Curalate Inc.
#### Case(s): 906 Clm No: 499 Clm. Amt: $17,731.00

*Attn: Ryan Miller*
*2401 Walnut St. Suite 502*
*Philadelphia, PA 19103*
**Date Filed: 5/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $17,731.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906 | UNS | $17,731.00 | | |
| | | $17,731.00 | | |

## City of Glendale
**Case(s): 906 Clm No: 500 Clm. Amt: $1,344.81**

*c/o Fuchs & Boyle, S.C.*
*Attn: John F. Fuchs*
*13500 Watertown Plank Rd. Ste 100*
*Elm Grove, WI 53122*
**Date Filed: 4/30/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,344.81**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $1,344.81 | | |
| | | $1,344.81 | | |

## Missouri Department of Revenue
**Case(s): 906 Clm No: 501 Clm. Amt: $133,861.41**

*c/o General Counsel's Office*
*Attn: Maria Robinett*
*PO Box 475*
*Jefferson City, MO 65105-0475*
**Date Filed: 5/4/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $133,861.41**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | ADM | $9,815.27 | | $0.00 |
| 909 | ADM | | | $9,815.27 |
| 906 | PRI | $109,323.24 | | |
| 906 | UNS | $14,722.90 | | |
| | | $133,861.41 | | $9,815.27 |

### Objection

| Objection Type | Objection Status |
|---|---|
| Filed against wrong company | Objection Granted |
| Miscellaneous objection | Objection Filed |
| Miscellaneous objection | Objection Filed |

## Village of Lombard
**Case(s): 906 Clm No: 502 Clm. Amt: $70.47**

*Attn: Timothy Sexton*
*255 E. Wilson Avenue*
*Lombard, IL 60148*
**Date Filed: 5/7/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $70.47**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | UNS | $70.47 | | |
| | | $70.47 | | |

## State of New Jersey
**Case(s): 906 Clm No: 503 Clm. Amt: $140,000.00**

*Div. of Taxation Bankruptcy Section*
*Attn: M. Umar A. Butt*
*PO Box 245*
*Trenton, NJ 08695*
**Date Filed: 5/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $140,000.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|
| 906 | PRI | $140,000.00 | | |
| | | $140,000.00 | | |

### Objection

| Objection Type | Objection Status |
|---|---|
| Miscellaneous objection | Objection Filed |

### Cloud4Wi, Inc.
### Case(s): 906 Clm No: 504 Clm. Amt: $9,428.00

*Attn: Lorenzo Lato*
*222 Seventh St.*
*San Francisco, CA 94103*
**Date Filed: 5/10/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,428.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $9,428.00 | | |
| | | $9,428.00 | | |

### Madison City Treasurer
### Case(s): 906 Clm No: 505 Clm. Amt: $59.29

*Attn: Robin G. Piper*
*119 E Olin Avenue*
*Maidson, WI 53713-1431*
**Date Filed: 5/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $59.29**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $59.29 | | |
| | | $59.29 | | |

### Connecticut Dept. Of Revenue Services
### Case(s): 906 Clm No: 506 Clm. Amt: $3,540.00

*Attn: Bankruptcy Team*
*450 Columbus Blvd. St. 1*
*Hartford,CT 06103*
**Date Filed: 5/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,540.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $3,240.00 | | $0.00 |
| 906 | UNS | $300.00 | | $0.00 |
| | | $3,540.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Miscellaneous objection | Objection Granted |

### Collin County Tax Assessor/Collector
### Case(s): 906 Clm No: 507 Clm. Amt: $1,520.29

*c/o Gay, McCall, Roberts & Minett, P.C.*
*Attn: David B. McCall*
*777 E. 15th Street*
*Plano, TX 75074*
**Date Filed: 5/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,520.29**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | SEC | $1,520.29 | | |
| 909 | SEC | | | $0.00 |
| | | $1,520.29 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Filed |
| Miscellaneous objection | Objection Filed |

### Collin County Tax Assessor/Collector
### Case(s): 906 Clm No: 508 Clm. Amt: $7,121.59

c/o Gay, McCall, Roberts & Minett, P.C.
*Attn: David B. McCall*
*777 E. 15th Street*
*Plano, TX 75074*
**Date Filed: 5/14/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $7,121.59**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906  | SEC   | $7,121.59             |     |                      |
| 909  | SEC   |                       |     | $0.00                |
|      |       | $7,121.59             |     | $0.00                |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Filed |
| Miscellaneous objection | Objection Filed |

### DDR Gresham Station, LLC
### Case(s): 906 Clm No: 509 Clm. Amt: $9,377.96

c/o DDR Corp
*Attn: Eric C. Cotton, Deputy General Counsel*
*3300 Enterprise Parkway*
*Beachwood, OH 44122*
**Date Filed: 5/21/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $9,377.96**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 909  | ADM   |                       |     | $0.00                |
| 906  | ADM   | $9,377.96             |     | $0.00                |
|      |       | $9,377.96             |     | $0.00                |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

### Valassis Direct Mail, Inc.
### Case(s): 906 Clm No: 510 Clm. Amt: $3,159.89

c/o HCH Finance Shared Services
*Attn: Vanessa O'Connell*
*15955 La Cantera Parkway*
*San Antonio, TX 78256*
**Date Filed: 5/21/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,159.89**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906  | UNS   | $3,159.89             |     |                      |
|      |       | $3,159.89             |     |                      |

### Anne Arundel County, Maryland
### Case(s): 906 Clm No: 511 Clm. Amt: $59.40

*Attn:Brian D. Schenck*
*P O Box 2700*
*MS 1103*
*Annapolis, MD 21404*
**Date Filed: 5/29/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $59.40**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------:|-----|---------------------:|
| 906  | PRI   | $59.40                |     | $0.00                |
|      |       | $59.40                |     | $0.00                |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Claim does not agree with books | Objection Granted |

### State of Florida - Department of Revenue
**Case(s): 906 Clm No: 512 Clm. Amt: $0.00**

*Attn: Frederick F. Rudzik, Esq.*
*PO Box 6668*
*Tallahassee, FL 32314-6668*
**Date Filed: 7/2/2018**
**Orig. Date Filed: 6/29/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 512**
**Amended By Clm #: 512**
**Claim Face Value: $0.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $0.00 | | |
| | | $0.00 | | |

### Wichita County
**Case(s): 906 Clm No: 513 Clm. Amt: $2,955.73**

*c/o Perdue, Brandon, Fielder, Collins & Mott LLP*
*Attn:Jeanmarie Baer*
*PO Box 8188*
*Wichita Falls, TX 76307*
**Date Filed: 6/1/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $2,955.73**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | ADM | | | $0.00 |
| 906 | ADM | $2,955.73 | | $0.00 |
| | | $2,955.73 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| No documentation | Objection Granted |

### Tennessee Department of Revenue
**Case(s): 906 Clm No: 514 Clm. Amt: $120,261.92**

*c/o Attorney General*
*PO Box 20207*
*Nashville, TN 37202-0207*
**Date Filed: 6/4/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $120,261.92**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $120,261.92 | | $0.00 |
| | | $120,261.92 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Miscellaneous objection | Objection Filed |

### Franchise Tax Board
**Case(s): 906 Clm No: 515 Clm. Amt: $110,966.39**

*c/o Bankruptcy Section MS A340*
*Attn: Bee Xiong*
*P. O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed: 7/16/2018**
**Orig. Date Filed: 6/5/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 515**
**Amended By Clm #: 515**
**Claim Face Value: $110,966.39**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $98,801.33 | | |
| 906 | UNS | $12,165.06 | | |
| | | $110,966.39 | | |

### Ohio Bureau of Workers' Compensation
**Case(s): 906 Clm No: 516 Clm. Amt: $8,895.58**

*P. O. Box 15567*
*Columbus, OH 43215-0567*
**Date Filed: 6/5/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $8,895.58**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | PRI | $8,895.58 | | $0.00 |
| | | $8,895.58 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Duplicate claim | Objection Granted |

### City of Portland
**Case(s): 906 Clm No: 517 Clm. Amt: $1,227.32**

*c/o Citty Attorney's Office*
*Attn: Ashley Carter*
*1221 SW Fouth Ave. Room 430*
*Portland, OR 97204*
**Date Filed: 6/8/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $1,227.32**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | PRI | $1,115.32 | | $0.00 |
| 906 | UNS | $112.00 | | $0.00 |
| | | $1,227.32 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Miscellaneous objection | Objection Granted |

### Jefferson Parish Department of Water
**Case(s): 906 Clm No: 518 Clm. Amt: $11.67**

*c/o Jefferson Parish Attorney's Office*
*Attn: Reed Smith, Esq.*
*1221 Elmwood Park Blvd. Suite 701*
*Jefferson, LA 70123*
**Date Filed: 6/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $11.67**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 906 | UNS | $11.67 | | |
| | | $11.67 | | |

### Commonwealth of Virginia
**Case(s): 906 Clm No: 519 Clm. Amt: $597,600.00**

*c/o Department of Taxation*
*Attn: Mark K. Ames*
*P O Box 2156*
*Richmond, VA 23218*
**Date Filed: 6/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $597,600.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------------------|-----|----------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $597,600.00 | | $0.00 |
| 906 | UNS | | | $0.00 |
| | | $597,600.00 | | $0.00 |

#### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Paid | Objection Granted |

## San Diego County Treasurer-Tax Collector
### Case(s): 906 Clm No: 520 Clm. Amt: $0.00

*Attn: Bankruptcy Desk*
*1600 Pacific Hwy. Room 162*
*San Diego, CA 92101*
**Date Filed: 11/26/2018**
**Orig. Date Filed: 6/11/2018**
**Bar Date: 2/19/2018**
**Amending Clm #: 520**
**Claim Face Value: $0.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | PRI | $0.00 | | |
| | | $0.00 | | |

## Voided Claim - Entered in Error
### Case(s): Clm No: 521 Clm. Amt:

**Date Filed:**
**Bar Date: 2/19/2018**
**Claim Face Value:**

## Town of Burlington, MA
### Case(s): 906 Clm No: 522 Clm. Amt: $929.98

*Attn: Brian Curtin*
*29 Center Street*
*Burlington, MA 01803*
**Date Filed: 6/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $464.99**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 909 | PRI | | | $0.00 |
| 906 | PRI | $464.99 | | $0.00 |
| 909 | UNS | | | $0.00 |
| 906 | UNS | $464.99 | | $0.00 |
| | | $929.98 | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Filed against wrong company | Objection Granted |
| Claim does not agree with books | Objection Granted |

## Invisible Girl Project
### Case(s): 906 Clm No: 523 Clm. Amt:

*Attn: Jill McElya*
*P O Box 99068*
*Raleigh, NC 27614*
**Date Filed: 6/11/2018**
**Bar Date: 2/19/2018**
**Claim Face Value:**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | | | $0.00 |
| | | | | $0.00 |

### Objection

| Objection Type | Objection Status |
|----------------|------------------|
| Insufficient documentation | Objection Granted |

## NY Style
### Case(s): 906 Clm No: 524 Clm. Amt: $37,331.68

*Attn: Violet Kempijan*
*30 Commercial Court*
*Plainview, NY 11803*
**Date Filed: 6/22/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $37,331.68**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|---------------------|
| 906 | UNS | $37,331.68 | | |
| | | $37,331.68 | | |

### Restoration Management Company
**Case(s): 906 Clm No: 525 Clm. Amt: $49,043.54**

*4142 Point Eden Way*
*Hayward, CA 94545*
**Date Filed: 7/2/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $49,043.54**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $49,043.54 | | |
| | | $49,043.54 | | |

### Twinsburg Vocal Music Boosters
**Case(s): 906 Clm No: 526 Clm. Amt: $553.00**

*Attn: Cari Utrup*
*P.O. Box 391*
*Twinsburg, OH 44087*
**Date Filed: 7/19/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $553.00**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | UNS | $553.00 | | |
| | | $553.00 | | |

### Waste Management - RMC
**Case(s): 906 Clm No: 527 Clm. Amt: $3,040.17**

*Attn: Jennifer Avilla*
*2625 W Grandview, Ste.#150*
*Phoenix, AZ 85023*
**Date Filed: 6/28/2018**
**Bar Date: 2/19/2018**
**Claim Face Value: $3,040.17**

| Case | Class | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|----------------------|-----|----------------------|
| 906 | ADM | $3,040.17 | | |
| | | $3,040.17 | | |